**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Tranquil Bay, LLC*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br> Defendants. | ) <br> ) <br> ) <br> )  Case No. 20-CV-01830 (LAH)(JO) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF TRANQUIL BAY, LLC TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Tranquil Bay, LLC ("Tranquil Bay" or "Movant"), by and through its undersigned counsel, will and does hereby move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order appointing Tranquil Bay as Lead Plaintiff in this Action and approving Tranquil Bay's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the litigation.[1]

In support of this Motion, Tranquil Bay submits a Memorandum of Law, the Declaration of Kim E. Miller, and a [Proposed] Order granting Tranquil Bay's Motion. As set forth in the Memorandum filed concurrently herewith, the procedural requirements of the PSLRA have been satisfied, Tranquil Bay is the presumptive most adequate plaintiff, and Tranquil Bay satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. As such, Tranquil Bay respectfully requests this Court appoint it as Lead Plaintiff in this action and approve its selection of KSF as Lead Counsel for the Class.

---

[1] Local Civil Rule 37.3(a), to the extent applicable to the instant Motion, states that "[p]rior to seeking judicial resolution of a discovery or non-dispositive pretrial dispute, the attorneys for the affected parties or non-party witness shall attempt to confer in good faith in person or by telephone in an effort to resolve the dispute, in conformity with Fed. R. Civ. P. 37(a)(1)." Due to the PSLRA's lead plaintiff procedure, however, Movant's counsel does not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed. Consequently, counsel respectfully requests that compliance with Local Civil Rule 37.1(a)'s pre-motion conferral requirement be waived in this narrow instance. If any other Class members file a motion, undersigned counsel will endeavor to ascertain whether this Motion is opposed.

DATED: June 15, 2020                     Respectfully submitted,


                                         **KAHN SWICK & FOTI, LLC**


                                         */s/ Kim E. Miller*
                                         Kim E. Miller (KM-6996)
                                         250 Park Avenue, Suite 2040
                                         New York, NY 10177
                                         Telephone: (212) 696-3730
                                         Facsimile: (504) 455-1498

                                         -and-

                                         Lewis S. Kahn
                                         1100 Poydras Street, Suite 3200
                                         New Orleans, LA 70163
                                         Telephone: (504) 455-1400
                                         Facsimile: (504) 455-1498

                                         *Counsel for Lead Plaintiff Movant Tranquil Bay,*
                                         *LLC and Proposed Lead Counsel for the Class*


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 15, 2020 I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

CM/ECF participants. I further certify that I mailed the foregoing document and the notice of

electronic filing via U.S. first-class mail to any non-CM/ECF participants.


                                         */s/ Kim E. Miller*
                                         Kim E. Miller