**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Case No. 20-CV-01830 (LAH)(JO) |

**[PROPOSED] ORDER GRANTING MOTION OF TRANQUIL BAY, LLC TO BE
APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD
PLAINTIFF'S CHOICE OF COUNSEL**

Having considered the motion of Tranquil Bay, LLC ("Tranquil Bay" or "Movant") to be appointed Lead Plaintiff and to approve proposed Lead Plaintiff's selection of Counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1.  Tranquil Bay, LLC is hereby appointed Lead Plaintiff for the Class;

2.  The selection by Tranquil Bay of the law firm of Kahn Swick & Foti, LLC as Lead Counsel for the Class is hereby approved.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE