**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Tranquil Bay, LLC*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br> Defendants. | Case No. 20-CV-01830 (LAH)(JO) |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF MOTION OF TRANQUIL BAY, LLC TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE <u>PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, Tranquil Bay, LLC ("Tranquil Bay" or "Movant"). I submit this declaration in support of Tranquil Bay's Motion to be appointed as Lead Plaintiff and to approve proposed Lead Plaintiff's selection of Lead Counsel for the Class.

2.      Attached as exhibits are true and correct copies of the following:

Exhibit A:    Certification of Tranquil Bay reflecting transactions in iQIYI, Inc. securities between March 29, 2018 and April 7, 2020.

Exhibit B:    Loss Chart reflecting Tranquil Bay's transactions in iQIYI, Inc. securities between March 29, 2018 and April 7, 2020.

Exhibit C:    Declaration of Jason Tzung Lee, Manager of Tranquil Bay, LLC.

Exhibit D:    Published Notice on *BusinessWire* on April 16, 2020 of the securities class action complaint filed against iQIYI, Inc. in the United States District Court for the Eastern District of New York.

Exhibit E:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the State of New York that the foregoing facts are true and correct.

Executed this 15th day of June, 2020 at New York, New York.

*/s/ Kim E. Miller*
Kim E. Miller