# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

Jason Tzung Lee, as Manager for Tranquil Bay, LLC   ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of **iQIYI, Inc.** at the direction of counselor in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **iQIYI, Inc.** The transactions in the attached Schedule set forth all of the transactions of Movant in **iQIYI, Inc.** securities during the Class Period specified in the Complaint.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2020

_____
Movant's Signature

Jason Tzung Lee, as Manager for Tranquil Bay, LLC

**iQIYI Securities Litigation**
**Transactions of Tranquil Bay, LLC in Securities of iQIYI, Inc. (NASDAQ: "IQ")**
**Class Period Begins:**        3/29/2018
**Class Period Ends:**          4/7/2020

**Account #1 (ADSs)**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 6/21/2018 | Purchase | 17,886 | $ 39.26 |
| 6/21/2018 | Purchase | 2,114 | $ 39.26 |
| 6/21/2018 | Purchase | 5,000 | $ 39.04 |
| 6/21/2018 | Purchase | 3,750 | $ 38.96 |
| 6/21/2018 | Purchase | 250 | $ 38.94 |
| 6/22/2018 | Purchase | 7,800 | $ 36.45 |
| 6/22/2018 | Purchase | 600 | $ 36.45 |
| 6/22/2018 | Purchase | 600 | $ 36.45 |
| 6/27/2018 | Purchase | 400 | $ 31.42 |
| 6/27/2018 | Purchase | 100 | $ 31.39 |
| 6/27/2018 | Purchase | 100 | $ 31.39 |
| 7/5/2018 | Purchase | 300 | $ 31.17 |
| 7/5/2018 | Purchase | 200 | $ 31.17 |
| 7/5/2018 | Purchase | 1,000 | $ 31.17 |
| 12/28/2018 | Sale | 4,985 | $ 15.30 |
| 12/28/2018 | Sale | 2,015 | $ 15.30 |
| 12/31/2018 | Sale | 200 | $ 24.62 |
| 12/31/2018 | Sale | 400 | $ 24.46 |
| 12/19/2019 | Sale | 4,000 | $ 20.69 |
| 12/31/2019 | Sale | 1,600 | $ 21.14 |
| 12/31/2019 | Sale | 100 | $ 21.14 |
| 12/31/2019 | Sale | 1,300 | $ 21.14 |
| 4/7/2020 | Sale | 300 | $ 16.89 |
| 4/7/2020 | Sale | 2,986 | $ 16.88 |
| 4/7/2020 | Sale | 2,114 | $ 16.88 |
| 4/7/2020 | Sale | 2,600 | $ 16.88 |
| 4/9/2020 | Sale | 600 | $ 17.29 |
| 4/9/2020 | Sale | 1,800 | $ 17.29 |
| 4/9/2020 | Sale | 2,600 | $ 17.29 |
| 5/5/2020 | Sale | 300 | $ 16.58 |
| 5/22/2020 | Sale | 850 | $ 15.73 |
| 5/22/2020 | Sale | 250 | $ 15.73 |
| 5/22/2020 | Sale | 7,800 | $ 15.73 |
| 5/22/2020 | Sale | 600 | $ 15.73 |
| 5/22/2020 | Sale | 600 | $ 15.73 |
| 5/22/2020 | Sale | 400 | $ 15.73 |
| 5/22/2020 | Sale | 100 | $ 15.73 |
| 5/22/2020 | Sale | 100 | $ 15.73 |
| 5/22/2020 | Sale | 300 | $ 15.73 |
| 6/12/2020 | Sale | 200 | $ 17.74 |

**Account #2 (ADSs)**

| Date: | Transaction: | Quantity: | Price: |
|---|---|---|---|
| 6/22/2018 | Purchase | 1000 | $36.45 |
| 1/2/2019 | Sale | 1000 | $14.79 |