**iQIYI Securities Litigation**
**Class Period Losses of Tranquil Bay, LLC in Securities of iQIYI, Inc. (NASDAQ: "IQ")**
**Class Period Begins:**            3/29/2018
**Class Period Ends:**              4/7/2020
**90-Day Lookback Ends:**           7/5/2020
**Mean Trading Price**
**Through 6/15/2020:**          $ 17.4604

**Account #1 (ADSs)**

| Purchases | | | | Sales | | | | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price* | Proceeds | |
| 6/21/2018 | 1,000 | $ 39.26 | $ 39,260.39 | HELD* | 1,000 | $ 17.46 | $ 17,460.42 | $ (21,799.97) |
| 6/21/2018 | 16,886 | $ 39.26 | $ 662,950.92 | | | | | |
| 6/21/2018 | 2,114 | $ 39.26 | $ 82,985.07 | | | | | |
| 6/21/2018 | 5,000 | $ 39.04 | $ 195,185.45 | | | | | |
| 6/21/2018 | 500 | $ 38.96 | $ 19,480.93 | | | | | |
| | | | | 4/7/2020 | 300 | $ 17.30 | $ 5,190.00 | |
| | | | | 4/7/2020 | 2,986 | $ 17.30 | $ 51,657.80 | |
| | | | | 4/7/2020 | 2,114 | $ 17.30 | $ 36,572.20 | |
| | | | | 4/7/2020 | 2,600 | $ 17.30 | $ 44,980.00 | |
| | | | | 4/9/2020 | 600 | $ 17.29 | $ 10,374.00 | |
| | | | | 4/9/2020 | 1,800 | $ 17.29 | $ 31,122.00 | |
| | | | | 4/9/2020 | 2,600 | $ 17.29 | $ 44,954.00 | |
| | | | | 5/5/2020 | 300 | $ 17.66 | $ 5,298.00 | |
| | | | | 5/22/2020 | 850 | $ 17.51 | $ 14,880.92 | |
| | | | | 5/22/2020 | 250 | $ 17.51 | $ 4,376.74 | |
| | | | | 5/22/2020 | 7,800 | $ 17.51 | $ 136,554.36 | |
| | | | | 5/22/2020 | 600 | $ 17.51 | $ 10,504.18 | |
| | | | | 5/22/2020 | 600 | $ 17.51 | $ 10,504.18 | |
| | | | | 5/22/2020 | 400 | $ 17.51 | $ 7,002.79 | |
| | | | | 5/22/2020 | 100 | $ 17.51 | $ 1,750.70 | |
| | | | | 5/22/2020 | 100 | $ 17.51 | $ 1,750.70 | |
| | | | | 5/22/2020 | 300 | $ 17.51 | $ 5,252.09 | |
| | | | | 6/12/2020 | 200 | $ 17.74 | $ 3,547.20 | |

|  |  |  |  |  |  |  |  |  | $ | (534,330.51) |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2018 | 3,250 | $ | 38.96 | $ 126,626.02 |  |  |  |  |  |  |
| 6/21/2018 | 250 | $ | 38.94 | $ 9,735.75 |  |  |  |  |  |  |
| 6/22/2018 | 7,800 | $ | 36.45 | $ 284,316.16 |  |  |  |  |  |  |
| 6/22/2018 | 600 | $ | 36.45 | $ 21,869.40 |  |  |  |  |  |  |
| 6/22/2018 | 600 | $ | 36.45 | $ 21,867.00 |  |  |  |  |  |  |
| 6/27/2018 | 400 | $ | 31.42 | $ 12,566.95 |  |  |  |  |  |  |
| 6/27/2018 | 100 | $ | 31.39 | $ 3,139.00 |  |  |  |  |  |  |
| 6/27/2018 | 100 | $ | 31.39 | $ 3,138.99 |  |  |  |  |  |  |
| 7/5/2018 | 300 | $ | 31.17 | $ 9,352.39 |  |  |  |  |  |  |
| 7/5/2018 | 200 | $ | 31.17 | $ 6,234.93 |  |  |  |  |  |  |
| 7/5/2018 | 1,000 | $ | 31.17 | $ 31,170.00 |  |  |  |  |  |  |
|  |  |  |  |  | 12/28/2018 | 4,985 | $ | 15.30 | $ | 76,271.44 |
|  |  |  |  |  | 12/28/2018 | 2,015 | $ | 15.30 | $ | 30,828.86 |
|  |  |  |  |  | 12/31/2018 | 200 | $ | 24.62 | $ | 4,923.13 |
|  |  |  |  |  | 12/31/2018 | 400 | $ | 24.46 | $ | 9,784.28 |
|  |  |  |  |  | 12/19/2019 | 4,000 | $ | 20.69 | $ | 82,745.81 |
|  |  |  |  |  | 12/31/2019 | 1,600 | $ | 21.14 | $ | 33,827.76 |
|  |  |  |  |  | 12/31/2019 | 100 | $ | 21.14 | $ | 2,113.94 |
|  |  |  |  |  | 12/31/2019 | 1,300 | $ | 21.14 | $ | 27,475.68 |
|  |  |  |  |  |  |  |  |  | $ | (262,045.69) |

|  |  |
|---|---|
| LIFO Losses: $ | (818,176.18) |
| LIFO/*Dura* Losses: $ | (556,130.48) |

**Account #2 (ADSs)**

**Purchases**

**Sales**

| Date | Quantity | Price | Cost | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|
| 6/22/2018 | 1,000 | $36.45 | $36,450.00 | 1/2/2019 | 1,000 | $14.79 | $14,790.00 | $ (21,660.00) |

|  |  |
|---|---|
| LIFO Losses: $ | (21,660.00) |
| LIFO/*Dura* Losses: $ | - |

|  |  |
|---|---|
| Total LIFO/*Dura* Losses: $ | (556,130.48) |

HELD*: For those securities purchased or otherwise acquired during the Class Period and held through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market.  *See* 15 U.S.C. § 78u–4(e)(1).

Price*: For those securities purchased or otherwise acquired during the Class Period and sold during the 90-day period immediately thereafter, losses have been determined using the greater of the actual sales price and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sold the security.  *See* 15 U.S.C. § 78u–4(e)(2).