# EXHIBIT C

I, Jason Tzung Lee, as Manager for Tranquil Bay, LLC ("Tranquil Bay"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I respectfully submit this Declaration in support of Tranquil Bay's Motion for appointment as Lead Plaintiff and approval of Lead Counsel in the instant Class action on behalf of investors in iQIYI, Inc. ("IQ" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.    I am a resident of Irvine, California. I am the sole owner and manager of Tranquil Bay, which purchased the securities of IQ. I obtained a Bachelor of Science degree in biology from UCLA. I hold both a chiropractic and acupuncture degree from the Southern California University of Health Sciences.

3.    I have four years of experience investing in the capital markets.

4.    I believe the securities class action against IQ is meritorious and should be led by an investor committed to maximizing the recovery on behalf of the Class. Tranquil Bay suffered a substantial loss on its investments in IQ securities. It is for this reason that I decided to seek appointment of Tranquil Bay as Lead Plaintiff in the action. I understand the responsibilities and duties of a Lead Plaintiff, including my fiduciary duties to the Class, as the representative of Tranquil Bay, should it be appointed Lead Plaintiff in this action.

5.    I understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in

1

securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF Managing Partner Lewis S. Kahn.

6.      I have directed KSF to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

7.      I understand that a lead plaintiff's share of any recovery is the same as every other potential Class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June, 2020 at Irvine, CA.

_____
Signature: Jason Tzung Lee, as Manager and
Owner of Tranquil Bay, LLC

2