**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>IQIYI, INC., YU GONG, and XIADONG WANG,<br><br>       Defendants. | No. 1:20-cv-1830-LDH |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE CHIHA AND SHAH FAMILY GROUP FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF SELECTION OF COUNSEL**

Having considered the motion of the Chiha and Shah Family Group ("Movants") for (1) Appointment as Lead Plaintiff and (2) Approval of Movants' selection of Lead Counsel (the "Motion"), and good cause appearing, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. When a case that arises out of the subject matter of this Action is hereinafter filed in this Court or transferred into this Court from another court, the Clerk of this Court shall:

 a. File a copy of this Order in the separate file for such action;

 b. Mail a copy of the Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

 c. Make the appropriate entry in the docket for this action.

3. Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order, or any provision of this Order shall, within ten

(10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

4. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or may lead to the discovery of information relevant to the subject matter of the pending litigation.

5. Further, the Court having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Movants as Lead Plaintiff; and

6. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein Adler Freeman & Herz LLP is approved as Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2020          _____
                                        HON. LASHANN DEARCY HALL
                                        UNITED STATES DISTRICT JUDGE