**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIADONG WANG,<br><br>Defendants. | No. 1:20-cv-1830-LDH |

**DECLARATION OF MATTHEW M. GUINEY**
**IN SUPPORT OF THE MOTION OF THE CHIHA AND SHAH FAMILY GROUP FOR**
**(1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF SELECTION OF**
**COUNSEL**

I, Matthew M. Guiney, hereby declare:

1.      I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein").  I submit this declaration in support of the motion of the Chiha and Shah Family Group ("Movants") for Movants' appointment as Lead Plaintiff and approval of Movants' selection of Wolf Haldenstein as Lead Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency published on *Business Wire* on April 16, 2020.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movants' sworn certifications, demonstrating standing as class members, as well as requisite financial interest in the outcome of the litigation.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Movants' transactions in iQIYI Inc. and demonstrating Movants' losses therefrom.

2

5.     Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

Signed under penalty of perjury this 15th day of June 2020.

s/ Matthew M. Guiney
Matthew M. Guiney
