## MOVANT'S CERTIFICATION

Dr. Antoine Chiha ("Movant"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.    Movant has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Movant's behalf.

2.    Movant did not purchase the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3.    Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Movant's transactions in  iQIYI, Inc.  during the Class Period specified in the Complaint are as follows:

- June 12, 2018 – Purchased 3,930 shares at $34.45/share

5.    During the three years prior to the date of this Certificate, Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.    Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___8th___ day of June 2020.

Dr. Antoine Chiha

## MOVANT'S CERTIFICATION

**Vinod Shah, on behalf of the Vinod and Paresha Shah Irrevocable Trust** ("Movant"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Movant has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Movant's behalf.

2. Movant did not purchase the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3. Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant's transactions in iQIYI, Inc. during the Class Period specified in the Complaint are as follows:

   - **June 21, 2018 – purchased 4,000 shares at $39.50 per share**

5. During the three years prior to the date of this Certificate, Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6. Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___MAY___ day of ___3 1___ 2020.

_____

**Vinod Shah**

## MOVANT'S CERTIFICATION

**Dharti Shah** ("Movant"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.    Movant has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Movant's behalf.

2.    Movant did not purchase the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3.    Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Movant's transactions in   iQIYI, Inc.  during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.    During the three years prior to the date of this Certificate, Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.    Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct, Executed this ___3rd_____ day of June 2020.

**Dharti Shah**

## SCHEDULE A TO CERTIFICATION

| Date of Purchase/(Sale) | No. of Shares | Price per Share |
| --- | --- | --- |
| 06/21/18 | 1,000 | $38.00 |
| 10/17/18 | 135 | $24.85 |
| 11/15/18 | (1,135) | $20.50 |
| 12/10/18 | 1,321 | $17.60 |

## MOVANT'S CERTIFICATION

**Hetal Shah** ("Movant"), declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.      Movant has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Movant's behalf.

2.      Movant did not purchase the security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3.      Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Movant's transactions in  iQIYI, Inc.  during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5.      During the three years prior to the date of this Certificate, Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6.      Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this   4        day  of  June 2020.


_Hetal V. Shah_

**Hetal Shah**

## SCHEDULE A TO CERTIFICATION

| Date of Purchase/(Sale) | No. of Shares | Price per Share |
| --- | --- | --- |
| 06/22/18 | 335 | $36.00 |
| 08/14/18 | 647 | $28.00 |
| 11/15/18 | (982) | $20.50 |
| 12/10/18 | 1,143 | $17.60 |