Movant Group Loss Chart
iQIYI, Inc.
Cusip: 46267X108
Class Period: March 29, 2018 - April 7, 2020
Look back price:                          $17.46

**Transactions**

| Movant name | Date of Purchase/(Sale) | No. of Shares | Price per Share | Cost Basis |
|---|---|---|---|---|
| Antoine Chiha | 06/12/18 | 3,930 | $34.45 | $135,388.50 |
| Retained Shares | | (3,930) | $17.46 | ($68,617.80) |
| **Antoine Chiha Loss** | | | | **$66,770.70** |
| | | | | |
| Vinod and Pareesha Shah Irrevocable Trust | 06/21/18 | 4,000 | $39.50 | $158,000.00 |
| Retained Shares | | (4,000) | $17.46 | ($69,840.00) |
| **Vinod and Pareesha Shah Irrevocable Trust Loss** | | | | **$88,160.00** |
| | | | | |
| Hetal Shah | 06/22/18 | 335 | $36.00 | $12,060.00 |
| | 08/14/18 | 647 | $28.00 | $18,116.00 |
| | 11/15/18 | (982) | $20.50 | ($20,131.00) |
| | 12/10/18 | 1,143 | $17.60 | $20,116.80 |
| Retained Shares | | (1,143) | $17.46 | ($19,956.78) |
| **Hetal Shah Loss** | | | | **($19,956.78)** |
| | | | | |
| Dharti Shah | 06/21/18 | 1,000 | $38.00 | $38,000.00 |
| | 10/17/18 | 135 | $24.85 | $3,354.75 |
| | 11/15/18 | (1,135) | $20.50 | ($23,267.50) |
| | 12/10/18 | 1,321 | $17.60 | $23,249.60 |
| **Retained Shares** | | (1,321) | $17.46 | ($23,064.66) |
| **Dharti Shah Loss** | | | | **$18,272.19** |
| **MOVANT GROUP LOSS** | | | | **$153,246.11** |