UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>                     Defendants. | Case No. 1:20-cv-01830-LDH-JO<br><br>**NOTICE OF MOTION AND MOTION OF DAE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date of Service: June 15, 2020<br><br><u>CLASS ACTION</u> |

- ii -

TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member Dae Kim ("Mr. Kim" or "Movant") will and hereby does move the Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Mr. Kim as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired iQIYI, Inc. ("iQIYI" or "IQ") securities between March 29, 2018 and April 7, 2020, both dates inclusive (the "Class Period"); (2) approving Mr. Kim's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Lucas E. Gilmore filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Mr. Kim as Lead Plaintiff on behalf of all similarly situated iQIYI investors; (2) approve Mr. Kim's selection of Hagens Berman as Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: June 15, 2020                    Respectfully submitted,

                                        HAGENS BERMAN SOBOL SHAPIRO LLP

                                        By  /s/ Jason A. Zweig
                                            JASON A. ZWEIG, JZ-8107
                                        555 Fifth Avenue, Suite 1700
                                        New York, NY 10017

- 1 -

Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Dae Kim*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG

- 3 -