UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>                  Defendants. | Case No. 1:20-cv-01830-LDH-JO<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DAE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date of Service: June 15, 2020<br><br>CLASS ACTION |

WHEREAS, the Court has considered the motion of Dae Kim ("Mr. Kim" or "Movant") for entry of an Order: (1) appointing Mr. Kim as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (1) iQIYI, Inc. securities between March 29, 2018 and April 7, 2020, both dates inclusive (the "Class Period"); (2) approving Mr. Kim's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      Class member Mr. Kim is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2.      Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the Class in the action.

3.      Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Lead Plaintiff and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Lead Plaintiff except through Lead Counsel.

5.      Lead Counsel shall also be available and responsible for communications to and from this Court.

6.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Lead Plaintiff, and such agreements shall be binding on Lead Plaintiff.

IT IS SO ORDERED.


Dated: _____                       _____
                                                   HON. LASHANN DEARCY HALL
                                                   UNITED STATES DISTRICT JUDGE



DATED: June 15, 2020                              Respectfully submitted,

                                                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                                   By  /s/ Jason A. Zweig
                                                        JASON A. ZWEIG, JZ-8107
                                                   555 Fifth Avenue, Suite 1700
                                                   New York, NY 10017
                                                   Telephone: (212) 752-5455
                                                   Facsimile:  (917) 210-3980
                                                   jasonz@hbsslaw.com

                                                   Reed R. Kathrein
                                                   Lucas E. Gilmore
                                                   Danielle Smith
                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                   715 Hearst Avenue, Suite 202
                                                   Berkeley, CA  94710
                                                   Telephone: (510) 725-3000
                                                   Facsimile:  (510) 725-3001
                                                   reed@hbsslaw.com
                                                   lucasg@hbsslaw.com
                                                   danielles@hbsslaw.com

                                                   Steve W. Berman

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Dae Kim*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG

- 4 -