# Exhibit B

**Loss Analysis for Dae Kim - iQIYI, Inc. (IQ)**
**Class Period 03/29/18 - 04/07/20**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/12/18 | 100 | $34.7100 | $3,471.00 | | 11/02/18 | 1,142 | $21.8211 | $24,919.70 |
| Purchases | 07/12/18 | 100 | $34.7300 | $3,473.00 | | 02/15/19 | 321 | $21.8129 | $7,001.94 |
| | 07/12/18 | 100 | $34.7600 | $3,476.00 | | 02/21/19 | 220 | $22.7439 | $5,003.66 |
| | 07/12/18 | 1,900 | $34.7400 | $66,006.00 | | 03/15/19 | 371 | $26.9966 | $10,015.74 |
| | 07/12/18 | 7,044 | $34.7700 | $244,919.88 | | 06/14/19 | 555 | $17.9833 | $9,980.74 |
| | 07/12/18 | 1,400 | $34.7500 | $48,650.00 | | 07/19/19 | 300 | $18.7200 | $5,616.00 |
| | | | | | | 08/20/19 | 275 | $18.1634 | $4,994.94 |
| | | | | | | 09/20/19 | 270 | $18.5551 | $5,009.88 |
| | | | | | | 10/21/19 | 363 | $16.5150 | $5,994.95 |
| | | | | | | 11/07/19 | 550 | $19.9700 | $10,983.50 |
| | | | | | | 01/07/20 | 212 | $23.4337 | $4,967.94 |
| | | | | | | 02/12/20 | 300 | $26.9812 | $8,094.36 |
| Post Class | | | | | Post Class | 04/15/20 | 280 | $18.2630 | $5,113.64 |
| Purchases | | | | | Sales | 04/17/20 | 260 | $19.2403 | $5,002.48 |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 10,644 | Total Amt. Paid in CP | $369,995.88 | Total Shares Sold in CP 4,879 Total Amt. Sold in CP $102,583.33 |
| | | | | Post CP Shares Sold 540 Post CP Amount Sold $10,116.12 |
| | | | | Total Shares Sold to Current 5,419 Total Amt. Sold to Current $112,699.45 ALTERNATIVE |

Actual Net Shares Acquired in CP 5,765 (CP Retained Shares)

Net Amount Paid in CP $267,412.55

Net Amount Paid in CP Minus Sold to Current Date $257,296.43 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) 5,765 Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date 5,225 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $17.46

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $100,678.98

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $91,248.51 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price $176,164.04 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) $166,733.57

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) $166,047.92 ALTERNATIVE