**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br><br>     v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br>          Defendants. | Case No.: 1:20-cv-01830 -LDH <br><br> Hon. LaShann DeArcy Hall |

**NOTICE OF MOTION OF THE IQ INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Glenn Wenger, Young K. Han, and Michael Safari, on behalf of Safari Enterprises, Inc. (collectively, the "iQIYI Investor Group") respectfully move this Court for an order: (1) appointing the iQ Investor Group as lead plaintiff pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act") and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving the IQ Investor Group's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

The IQ Investor Group seeks appointment as lead plaintiff and approval of its choice of counsel pursuant to the Securities and Exchange Acts, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: June 15, 2020                              Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: /s/ *Shannon L. Hopkins*
                                                 Shannon L. Hopkins (SH-1887)
                                                 1111 Summer Street, Suite 403
                                                 Stamford, CT 06905
                                                 Tel.: (203) 992-4523
                                                 Email: shopkins@zlk.com


                                                 *Lead Counsel for the IQ Investor Group and*
                                                 *[Proposed] Lead Counsel for the Class*

2