**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JEAN LEE, Individually and On Behalf of
All Others Similarly Situated,

          Plaintiff,

    v.

IQIYI, INC., YU GONG, and XIAODONG
WANG,

         Defendants.

Case No.: 1:20-cv-01830 -LDH

Hon. LaShann DeArcy Hall

### DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF THE IQ INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Glenn Wenger, Young K. Han, and Safari Enterprises, Inc. (collectively, the "IQ Investor Group") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     PSLRA Certifications signed by each member of the IQ Investor Group attesting to their purchases of iQIYI, Inc. ("iQIYI" or the "Company") securities;

Exhibit B:     Loss Charts reflecting the losses incurred by each member of the IQ Investor Group as a result of their transactions in iQIYI securities;

Exhibit C:    Press Release published April 16, 2020, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Lee v.*

*iQIYI, Inc., et al.,* Case No. 1:20-cv-01830-LDH.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

Exhibit E:    Joint Declaration of the IQ Investor Group.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 15, 2020                                   Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
Email: shopkins@zlk.com

*Lead Counsel for IQ Investor Group and*
*[Proposed] Lead Counsel for the Class*