# EXHIBIT A

Case 1:20-cv-01830-DG-TAM    Document 21-1    Filed 06/15/20    Page 1 of 7 PageID #: 286

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Glenn Wenger, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Chester Springs, Pa. USA and have a DMD in Dentistry. I am currently employed as Dentist and have been investing in securities for 35 year(s).

2. I have reviewed a complaint filed in the action(s) and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in iQIYI, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this May 22, 2020 .

Name: Glenn Wenger

Signed:

| Case Name | IQIYI, Inc. |
| Ticker | IQ |
| Class Period | 03-29-2018 to 04-07-2020 |

| Client Name |
| --- |
| Glenn Wenger |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 06-21-2018 | P | 2900 | $ 38.0848 |
| 06-21-2018 | P | 2100 | $ 38.0745 |
| 06-21-2018 | P | 5000 | $ 38.2186 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Young K. Han , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in San Benito, California. I am currently self-employed and have been investing in securities for 15 year(s).

2. I have reviewed a complaint filed in the action(s) and adopt its allegations. I have authorized the filing of a motion for appointment as lead plaintiff.

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in iQIYI, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 12,2020 .

Name: Young K. Han

Signed:

| Case Name | IQIYI, Inc. |
| --- | --- |
| Ticker | IQ |
| Class Period | 03-29-2018 to 04-07-2020 |

**Client Name**

Young K. Han

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 05-18-2018 | P | 3000 | $ 20.0272 |
| 05-24-2018 | S | -3000 | $ 23.4525 |
| 06-12-2018 | P | 6500 | $ 35.1900 |
| 06-12-2018 | P | 17 | $ 35.1800 |
| 06-12-2018 | P | 385 | $ 35.1800 |
| 06-12-2018 | P | 480 | $ 35.1800 |
| 06-12-2018 | P | 700 | $ 35.1800 |
| 06-12-2018 | P | 15 | $ 35.1700 |
| 06-12-2018 | P | 20 | $ 35.1700 |
| 06-12-2018 | P | 183 | $ 35.1700 |
| 06-12-2018 | P | 200 | $ 35.1700 |
| 06-12-2018 | P | 317 | $ 35.1700 |
| 06-12-2018 | P | 400 | $ 35.1700 |
| 06-12-2018 | P | 500 | $ 35.1700 |
| 06-12-2018 | P | 83 | $ 35.1500 |
| 06-12-2018 | P | 100 | $ 35.1500 |
| 06-12-2018 | P | 100 | $ 35.1500 |
| 12-17-2018 | P | 2000 | $ 17.5000 |
| 12-17-2018 | S | -2000 | $ 17.0101 |
| 04-26-2019 | P | 1000 | $ 21.8800 |
| 05-17-2019 | S | -1 | $ 19.1800 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Michael Safari, on behalf of Safari Enterprises, Inc., ("Movant/Plaintiff") for which I am the president and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Johns Creek, GA, USA and have a graduate degree in Economics. I am currently employed as Safari enterprises, Inc and have been investing in securities for 35 year(s).

2. Movant/Plaintiff has reviewed a complaint filed in the action(s).

3. Movant/Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. Movant/Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Movant/Plaintiff's transaction(s) in IQIYI, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, Movant/Plaintiff has not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. Movant/Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 29,2020 .

Name: Michael Safari

Signed:

| Case Name | IQIYI, Inc. |
|---|---|
| Ticker | IQ |
| Class Period | 03-29-2018 to 04-07-2020 |

**Entity Name**

Safari Enterprises Inc

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 06-08-2018 | P | 4000 | $ 32.33 |
| 06-15-2018 | P | 1000 | $ 38.87 |
| 07-05-2018 | P | 5000 | $ 31.50 |
| 10-02-2019 | P | 5000 | $ 15.72 |