# EXHIBIT B

| Client Name | Glenn Wenger |
|---|---|
| Company Name | IQIYI, Inc. |
| Ticker Symbol | IQ |
| Security Type | |
| Class Period Start | 03-29-2018 |
| Class Period End | 04-07-2020 |
| 90-DAY Lookback Period Start | 04-08-2020 |
| 90-DAY Lookback Period End | 06-15-2020 |
| 90-DAY Lookback Average | $ 17.46 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $206,859.20 |
| *DURA LIFO* Total | $206,859.20 |
| Gross Shares Purchased | 10,000.00 |
| Net Shares Retained | 10,000.00 |
| Net Funds Expended | $ 381,495.37 |

### Glenn Wenger

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-21-2018 | 2900 | $38.0848 | $ 110,445.92 | | | | | | - | 2900 | 2900 | $ 17.46 | $ 50,644.49 | $ 59,801.43 | $ 59,801.43 |
| 06-21-2018 | 2100 | $38.0745 | $ 79,956.45 | | | | | | - | 2100 | 2100 | $ 17.46 | $ 36,673.60 | $ 43,282.85 | $ 43,282.85 |
| 06-21-2018 | 5000 | $38.2186 | $ 191,093.00 | | | | | | - | 5000 | 5000 | $ 17.46 | $ 87,318.09 | $ 103,774.91 | $ 103,774.91 |
| **Total:** | **10,000.00** | | **$ 381,495.37** | | | | | | | **10,000.00** | **10,000.00** | | **$ 174,636.17** | **$ 206,859.20** | **$ 206,859.20** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

| | |
|---|---|
| **Client Name** | Young K. Han |
| **Company Name** | IQIYI, Inc. |
| **Ticker Symbol** | IQ |
| **Security Type** | |
| **Class Period Start** | 03-29-2018 |
| **Class Period End** | 04-07-2020 |
| **90-DAY Lookback Period Start** | 04-08-2020 |
| **90-DAY Lookback Period End** | 06-15-2020 |
| **90-DAY Lookback Average** | $ 17.46 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $172,322.56 |
| *DURA LIFO* Total* | $171,340.06 |
| Gross Shares Purchased | 16,000.00 |
| Net Shares Retained | 10,999.00 |
| Net Funds Expended | $ 364,404.88 |

### Young K. Han

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-18-2018 | 3000 | $20.0272 | $ 60,081.60 | 05-24-2018 | 3000 | | $ 23.45 | $ 70,357.50 | - | - | - | $ 17.46 | | -$ 10,275.90 | -$ 10,275.90 |
| 06-12-2018 | 6500 | $35.1900 | $ 228,735.00 | | | | | | - | 6500 | 6500 | $ 17.46 | $ 113,513.51 | $ 115,221.49 | $ 115,221.49 |
| 06-12-2018 | 17 | $35.1800 | $ 598.06 | | | | | | - | 17 | 17 | $ 17.46 | $ 296.88 | $ 301.18 | $ 301.18 |
| 06-12-2018 | 385 | $35.1800 | $ 13,544.30 | | | | | | - | 385 | 385 | $ 17.46 | $ 6,723.49 | $ 6,820.81 | $ 6,820.81 |
| 06-12-2018 | 480 | $35.1800 | $ 16,886.40 | | | | | | - | 480 | 480 | $ 17.46 | $ 8,382.54 | $ 8,503.86 | $ 8,503.86 |
| 06-12-2018 | 700 | $35.1800 | $ 24,626.00 | | | | | | - | 700 | 700 | $ 17.46 | $ 12,224.53 | $ 12,401.47 | $ 12,401.47 |
| 06-12-2018 | 15 | $35.1700 | $ 527.55 | | | | | | - | 15 | 15 | $ 17.46 | $ 261.95 | $ 265.60 | $ 265.60 |
| 06-12-2018 | 20 | $35.1700 | $ 703.40 | | | | | | - | 20 | 20 | $ 17.46 | $ 349.27 | $ 354.13 | $ 354.13 |
| 06-12-2018 | 183 | $35.1700 | $ 6,436.11 | | | | | | - | 183 | 183 | $ 17.46 | $ 3,195.84 | $ 3,240.27 | $ 3,240.27 |
| 06-12-2018 | 200 | $35.1700 | $ 7,034.00 | | | | | | - | 200 | 200 | $ 17.46 | $ 3,492.72 | $ 3,541.28 | $ 3,541.28 |
| 06-12-2018 | 317 | $35.1700 | $ 11,148.89 | | | | | | - | 317 | 317 | $ 17.46 | $ 5,535.97 | $ 5,612.92 | $ 5,612.92 |
| 06-12-2018 | 400 | $35.1700 | $ 14,068.00 | | | | | | - | 400 | 400 | $ 17.46 | $ 6,985.45 | $ 7,082.55 | $ 7,082.55 |
| 06-12-2018 | 500 | $35.1700 | $ 17,585.00 | | | | | | - | 500 | 500 | $ 17.46 | $ 8,731.81 | $ 8,853.19 | $ 8,853.19 |
| 06-12-2018 | 83 | $35.1500 | $ 2,917.45 | | | | | | - | 83 | 83 | $ 17.46 | $ 1,449.48 | $ 1,467.97 | $ 1,467.97 |
| 06-12-2018 | 100 | $35.1500 | $ 3,515.00 | | | | | | - | 100 | 100 | $ 17.46 | $ 1,746.36 | $ 1,768.64 | $ 1,768.64 |
| 06-12-2018 | 100 | $35.1500 | $ 3,515.00 | | | | | | - | 100 | 100 | $ 17.46 | $ 1,746.36 | $ 1,768.64 | $ 1,768.64 |
| 12-17-2018 | 2000 | $17.5000 | $ 35,000.00 | 12-17-2018 | 2000 | | $ 17.01 | $ 34,020.20 | - | - | - | $ 17.46 | | $ 979.80 | |
| 04-26-2019 | 1 | $21.8800 | $ 21.88 | 05-17-2019 | 1 | | $ 19.18 | $ 19.18 | - | - | - | $ 17.46 | | $ 02.70 | |
| 04-26-2019 | 999 | $21.8800 | $ 21,858.12 | | | | | | - | 999 | 999 | $ 17.46 | $ 17,446.15 | $ 4,411.97 | $ 4,411.97 |
| **Total:** | **16,000.00** | | **$ 468,801.76** | | **5,001.00** | | | **$ 104,396.88** | | **10,999.00** | **10,999.00** | | **$ 192,082.32** | **$ 172,322.56** | **$ 171,340.06** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

| Client Name | Michael Safari, on behalf of Safari Enterprises, Inc. |
|---|---|
| Company Name | IQIYI, Inc. |
| Ticker Symbol | IQ |
| Security Type | |
| Class Period Start | 03-29-2018 |
| Class Period End | 04-07-2020 |
| 90-DAY Lookback Period Start | 04-08-2020 |
| 90-DAY Lookback Period End | 06-15-2020 |
| 90-DAY Lookback Average | $ 17.46 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $141,053.83 |
| *DURA LIFO* Total* | $141,053.83 |
| Gross Shares Purchased | 15,000.00 |
| Net Shares Retained | 15,000.00 |
| Net Funds Expended | $ 404,290.00 |

**Safari Enterprises Inc**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-08-2018 | 4000 | $32.33 | $ 129,320.00 | | | | | | - | 4000 | 4000 | $ 17.46 | $ 69,854.47 | $ 59,465.53 | $ 59,465.53 |
| 06-15-2018 | 1000 | $38.87 | $ 38,870.00 | | | | | | - | 1000 | 1000 | $ 17.46 | $ 17,463.62 | $ 21,406.38 | $ 21,406.38 |
| 07-05-2018 | 5000 | $31.50 | $ 157,500.00 | | | | | | - | 5000 | 5000 | $ 17.46 | $ 87,318.09 | $ 70,181.91 | $ 70,181.91 |
| 10-02-2019 | 5000 | $15.72 | $ 78,600.00 | 06-09-2020 | | 5000 | $ 17.72 | | $ 88,600.00 | 5000 | - | $ 17.46 | | -$ 10,000.00 | -$ 10,000.00 |
| **Total:** | **15,000.00** | | **$ 404,290.00** | | | **5000** | | | **$ 88600** | **15,000.00** | **10,000.00** | | **$ 174,636.17** | **$ 141,053.83** | **$ 141,053.83** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective discloure(s) matched to intra-class period purchases.