CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Michael Dell'Angelo
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
        aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Movant Wing Yiu Chan and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individual and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    vs.<br><br>IQIYI, INC., YU GONG, XIAODONG WANG, ROBIN YANHONG LI, QI LU, HERMAN YU, XUYANG REN, VICTOR ZHIXIANG LIANG, and CHUAN WANG,<br><br>               Defendants. | Case No. 1:20-cv-01830-LDH-JO<br><br>Hon. LaShann DeArcy Hall |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

concurrently filed Declaration of Regina Calcaterra, Esq., the pleadings and other filings herein,

and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movant Wing Yiu Chan ("Movant") hereby moves this Court, before the Honorable LaShann DeArcy Hall, 255 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague PC as Lead Counsel for the Class and Calcaterra Pollack LLP as Local Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: June 15, 2020

Respectfully submitted,

/s/ Regina Calcaterra
Regina Calcaterra
CALCATERRA POLLACK LLP
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

***Attorneys for Lead Plaintiff Movant Wing Yiu Chan and Proposed Local Counsel for the Class***

Michael Dell'Angelo
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
      aabramowitz@bm.net
  -and-
Benjamin Galdston
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 389-0300
Email: bgaldston@bm.net

*Attorneys for Lead Plaintiff Movant Phillip Bergman and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Regina Calcaterra
Regina Calcaterra