CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas
9th Floor
New York, NY 10036
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Michael Dell'Angelo
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
        aabramowitz@bm.net

BERGER MONTAGUE PC
Benjamin Galdston
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 389-0300
Email: bgaldston@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Movant Wing Yiu Chan and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individual and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IQIYI, INC., YU GONG, XIAODONG WANG, ROBIN YANHONG LI, QI LU, HERMAN YU, XUYANG REN, VICTOR ZHIXIANG LIANG, and CHUAN WANG,<br><br>Defendants. | Case No. 1:20-cv-01830-LDH-JO<br><br>Hon. LaShann DeArcy Hall |

**DECLARATION OF REGINA CALCATERRA, ESQ. IN SUPPORT OF MOVANT WING YIU CHAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Regina Calcaterra declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Calcaterra Pollack LLP.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Wing Yiu Chan ("Movant") for the entry of an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague PC ("Berger Montague") as Lead Counsel for the Class and Calcaterra Pollack LLP ("Calcaterra Pollack") as Local Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Wing Yiu Chan pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Notice of pendency of class action lawsuit against IQIYI, Inc., published on April 16, 2020;

EXHIBIT C:   Chart reflecting calculations of financial losses sustained by Movant on his Class Period transactions in iQIYI, Inc. securities;

EXHIBIT D:   Firm resume of Berger Montague PC; and

EXHIBIT E:   Firm resume of Calcaterra Pollack LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of June, 2020.          __/s/ Regina Calcaterra___
                                                                            Regina Calcaterra