# EXHIBIT C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Wing Yiu Chan Losses From Trading In iQIYI, Inc. ("IQ") American Depository Shares ("ADS") During The Class Period: 03/29/2018 - 04/7/2020** | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price / Share** | **Total Buy Transaction** | **No. Shares Sold** | **Price / Share Sold** | **Total Sale Proceeds** |
| **Pre-Class Period Holdings:** | | 0 | | | | | |
| 6/8/2018 | Buy | 300 | $33.2850 | $9,985.50 | | | |
| 6/8/2018 | Buy | 200 | $33.3100 | $6,662.00 | | | |
| 6/8/2018 | Buy | 100 | $33.2880 | $3,328.80 | | | |
| 6/8/2018 | Buy | 300 | $33.2900 | $9,987.00 | | | |
| 6/8/2018 | Buy | 500 | $33.3000 | $16,650.00 | | | |
| 6/8/2018 | Buy | 100 | $33.2981 | $3,329.81 | | | |
| 6/8/2018 | Buy | 460 | $33.2983 | $15,317.22 | | | |
| 6/8/2018 | Buy | 600 | $33.3190 | $19,991.40 | | | |
| 6/18/2018 | Buy | 44 | $42.7800 | $1,882.32 | | | |
| 6/18/2018 | Buy | 981 | $42.7772 | $41,964.43 | | | |
| 6/18/2018 | Buy | 885 | $42.7880 | $37,867.38 | | | |
| 6/18/2018 | Buy | 1790 | $42.7799 | $76,576.02 | | | |
| 3/13/2019 | Sell | | | | 208 | $26.5650 | $5,525.52 |
| 3/14/2019 | Buy | 218 | $25.7164 | $5,606.18 | | | |
| **Class Period Totals:** | | **6,478** | | **$249,148.06** | **208** | | **$5,525.52** |
| Less sale of shares matched to pre-class holdings: | | | | | **0** | | **$0.00** |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **208** | | **$5,525.52** |
| | | | | | | | |
| **Shares Held 4/7/20:** | | **6,270** | | | | | |
| | | | | _Avg. Price from 4/8/2020 to 6/8/2020_ | | | |
| **PSLRA Value of Shares Bought in the CP & Retained:** | | | | | 6,270 | $17.3731 | **$108,929.34** |
| **CLASS PERIOD TOTALS:** | | **6,478** | | **$249,148.06** | **6,478** | | **$114,454.86** |
| | | | | | | | |
| | | | | **Wing Yiu Chan FIFO & LIFO Losses:** | | | **($134,693)** |