# EXHIBIT E

# CALCATERRA POLLACK LLP

## Experience, Integrity, & Leadership



# CALCATERRA POLLACK LLP

Calcaterra Pollack LLP's ("Calcaterra Pollack" or the "Firm") attorneys have over 50 years of combined litigation experience. The Firm's partners have litigated dozens of class actions, including federal and state complex litigation, securing several hundred million dollars in recoveries for our clients.

Calcaterra Pollack is a 100% women-owned law firm specializing in consumer protection class actions, securities, antitrust, social justice, municipal representation, and commercial litigation. The Firm's partners have over five decades of experience representing pension funds, institutional investors, government agencies, businesses, and individuals in complex federal and state litigation. They have been recognized for their litigation experience, leadership and advocacy as reflected in numerous lead counsel appointments in national class action litigations, the election of named partner Janine Pollack as Co-President of the National Association of Shareholder and Consumer Attorneys (an organization representing class action plaintiffs' attorneys protecting consumer and shareholder rights), and the recognition of co-founder Regina Calcaterra as a 2018 Champion of Civil Rights & Social Justice awarded by City & State New York.

At Calcaterra Pollack, we are proud of our culture of social responsibility, diversity, and inclusion. In addition to the Firm's attorneys' track records, Calcaterra Pollack attorneys have also promoted diversity and social justice internally and externally. Most attorneys and professional staff at the Firm are either women and/or professionals of color, and/or LGBTQ. Calcaterra Pollack attorneys have an unwavering commitment to civic service, including actively encouraging our attorneys and professional staff to advocate for communities they are passionate about. Such civic service includes raising awareness about the plight of foster children nationally, protecting the rights of members of the LGBTQ community, seeking justice for survivors of childhood sexual assault, and providing counsel and guidance to DREAMers - young people impacted by DACA and the DREAM Act. Firm attorneys also actively advocate for more women and minorities in the law and leadership positions in complex litigation matters.

# Practice Areas

## Securities Litigation & Shareholder Counsel

Calcaterra Pollack's partners have been part of litigation teams that recovered several hundred million dollars on behalf of institutional investors. The Firm's attorneys' experience also includes advising institutional investors on issues related to corporate governance, shareholder rights, portfolio monitoring and claims filing, and private and class action securities litigation. The Firm litigates cases that seek to hold companies accountable for misconduct and misrepresentations to their shareholders and investors.

# CALCATERRA POLLACK LLP

Notable Pending Securities Class Action Litigation:

- ***In re Molson Coors Brewing Company Securities Litigation,*** Case No. 1:19-cv-00455-DME-MEH (D. Colo.). Calcaterra Pollack serves as Co-Counsel on the lead counsel team representing the Manhattan and Bronx Surface Transit Operating Authority pension plan and the Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust ("MTA Funds"), in *In re Molson Coors Brewing Company Securities Litigation*. This matter is a securities class action brought against Molson Coors Brewing, Co., and certain of its executives and officers, seeking recovery for the lead plaintiffs and the entire class of investors. The defendants allegedly misled investors by misstating the company's tax liability by almost $248 million in financial filings.

## Antitrust

Antitrust laws protect the public by preserving and nurturing the economic advantages inherent in free-market competition. Calcaterra Pollack's antitrust practice works to ensure that these protections are being enforced at both the state and federal level, increasing recoveries for consumers and businesses that have been harmed by anti-competitive practices while encouraging the adoption of remedies intended to discourage future violations, such as monopolization, price-fixing and manipulation, and other anti-competitive practices.

Notable Current Antitrust Litigation:

- ***In re Mexican Government Bonds Antitrust Litigation,*** Case No. 1:18-cv-02830 (S.D.N.Y.). The Firm represents institutional investor plaintiffs the Manhattan and Bronx Surface Transportation Authority pension plan ("MaBSTOA Plan") and the Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust ("MTADBPPMT") (collectively the "MTA Funds") and serves on the Executive Committee of this matter. The Complaint alleges that nine global banks and their affiliates were involved in a scheme to manipulate prices in the Mexican government bond market. The defendant financial institutions were part of an exclusive group of Mexican government-approved market makers for the bonds and allegedly abused this dominant position to unlawfully increase the profitability of their trading and sales businesses by overcharging and underpaying their customers for over eleven years. This matter is currently pending in the U.S. District Court for the Southern District of New York. The Defendants include the parent companies, affiliates, and subsidiaries of Banco Santander SA (and its U.S. subsidiaries), Banco Bilbao Vizcaya Argentaria, SA (and its U.S. subsidiaries), JPMorgan, Citigroup, Bank of America, HSBC Bank PLC, Barclays Capital PLC, Credit Suisse AG, and Deutsche Bank Securities, Inc. In October 2019, Mexico's antitrust regulator, the Comisión Federal de Competencia Económica (COFECE), announced formal charges against seven of the Defendants.

# CALCATERRA POLLACK LLP

Plaintiffs have reached a $20.7 million settlement with two of the defendants, JPMorgan and Barclays Capital PLC, and their affiliates, pending approval by the Court. The case is proceeding against the remaining defendants.

- Related Media: *JPMorgan Barclays settle Mexican Bond rigging litigation*, Jonathan Stempl, Reuters, June 2, 2020.

- ***Metropolitan Transportation Authority, et al. v. Visa U.S.A., Inc., et al.*** Calcaterra Pollack represents MTA and several of its affiliates and subsidiaries alleging restraint of trade in violation of the Sherman Antitrust Act against Visa and MasterCard in the antitrust action *Metropolitan Transportation Authority, et al. v. Visa U.S.A., Inc., et al.*. The lawsuit is an "opt-out" action from a class action in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720 (MKB) (JO), and principally concerns defendants' allegedly unlawful actions to impose and enforce rules that limited merchants from steering their customers to other payment methods, thereby causing merchants to pay excessive interchange fees. Merchants throughout the U.S., including the MTA, were forced to pay non-competitive fees to the credit card companies for over fourteen years. This opt-out litigation is seeking an increased recovery beyond what could have been recovered otherwise.

- ***In re Apple iPhone Antitrust Litigation***, 4:2011-cv-06714 (N.D. Cal.). The Firm represents Mr. Robert Pepper, one of the named plaintiffs in the cutting-edge antitrust class action. The case involves allegations that Apple unlawfully monopolized and attempted to monopolize the aftermarket for iPhone apps by preventing any apps not purchased directly from Apple from being used on iPhones, thereby driving up costs for iPhone App purchasers. Apple sought to dismiss the complaint on the threshold issue of the plaintiffs' standing to bring their claims and dismissal was granted. The Ninth Circuit Court of Appeals reversed the district court's ruling, and the U.S. Supreme Court heard Apple's appeal of that decision in *Apple Inc. v. Pepper*, et al. No. 17-204. In a dramatic 5-4 decision, 139 S. Ct. 1514 (2019).[2] Justice Kavanaugh sided with Justices Ginsberg, Breyer, Sotomayor, and Breyer in ruling that the plaintiffs did in fact have standing. Justice Kavanaugh explained that the plaintiffs are "direct purchasers" from Apple with standing to sue the company for "the *full amount* of the unlawful overcharge that they paid to Apple." Once the U.S. Supreme Court ruled that the plaintiffs had standing, the parties were able to commence the discovery process, which is continuing.

- Related Media: *Supreme Court Allows Antitrust Case Against Apple to Proceed*, Adam Liptak & Jack Nicas, New York Times, May 13, 2019.

## Consumer Protection

Calcaterra Pollack's attorneys have secured significant recoveries for plaintiffs in matters

## CALCATERRA POLLACK LLP

related to consumer protection violations. The Firm pursues class action and individual claims on behalf of consumers who have purchased goods or services that are defective, falsely advertised, or sold through deception. Many times, such products cause death or injury, thereby requiring litigation to curtail such practices and secure compensation for our clients. There are many arenas in which false advertising and unfair and deceptive conduct can harm customers, including undisclosed fees, deceptive warranties, privacy violations, misrepresentations as to products or services, and deceptive auto-renewals of subscriptions. Our Firm's attorneys have experience undertaking thorough investigations of consumer complaints and litigating these types of cases, including through class action litigation.

Notable Current Consumer Protection Litigation:

- *In re National Opiate Litigation MDL*, 1:17-md-2804 (N.D. Ohio). Calcaterra Pollack is representing several of New York's largest labor health and welfare benefit funds, including Teamsters Local 237 Welfare Fund, Teamsters Local 237 Retirees' Benefit Fund, the New York City District Council of Carpenters Welfare Fund, the Plumbers Local Union 1 Welfare Fund and the Hollow Metal Trust Fund, in *In re National Opiate Litigation.* This multidistrict litigation involves claims against culpable opiate manufacturers and distributors. The allegations against the defendants include misrepresenting the risks of addiction from prescription opioids; advising that signs of opioid addiction should be treated with more opioids; making false representations as to how opioid addiction could be avoided and managed; denying risks of higher opioid dosages; and falsely touting the benefits of long-term opioid use.

- *Butler, et al. v. Fisher-Price, et al.*; *Sanders, et al. v. Fisher Price, et al.*; *Szempruch v. Fisher-Price, et al.*, and *Talford v. Fisher-Price, et al.* Calcaterra Pollack, together with Blank Rome LLP, represents eight families whose infants tragically passed away in Fisher-Price's Rock 'n Play Sleeper ("Plaintiff Families"). The Plaintiff Families now seek to hold Fisher-Price, Inc., and its corporate parent Mattel, Inc. (collectively the "Rock 'n Play Defendants"), accountable for their children's untimely and avoidable deaths. The complaints filed on their behalf allege that the Rock 'n Play Defendants had actual knowledge that the Rock 'n Play Sleeper could cause infant deaths if used as a sleeper, yet nevertheless callously persisted in marketing and selling the Rock 'n Play Sleeper to unsuspecting families for years, until it was eventually recalled in April 2019. Four cases filed on behalf of all eight Plaintiff Families are pending in the California Superior Court, Los Angeles County.  After over 30 reported infant deaths, Fisher-Price's Rock 'n Play Sleeper was finally recalled in April 2019 – too late to save the lives of the Plaintiff Families' infants. Around a year after the recall, it was reported that over 80 infants had died while sleeping in the Rock 'n Play sleeper between 2009 and 2019.

- Related Media:  *New Evidence Shows More Infant Deaths Tied to Inclined Sleepers Than Previously Reported,* Consumer Reports, Rachel Rabkin Peachman, March 11, 2020.

# CALCATERRA POLLACK LLP

- ***Smith-Brown v. Ulta Beauty, Inc.,*** Case No. 1:2018-cv-00610 (N.D. Ill.). Calcaterra Pollack serves as co-lead counsel for the federal class action against Ulta Beauty, Inc. ("Ulta") stemming from the company's undisclosed policy resulting in the sale of used beauty products. The suit alleges that, for years, Ulta secretly restocked and resold used cosmetics, including mascaras, foundations, and other products such as lotions and shampoos. Customers had no way of knowing whether the makeup or cosmetic supplies they bought were new or had been previously used by other customers. The plaintiffs seek monetary damages and injunctive relief on behalf of themselves and all shoppers at Ulta who purchased a used beauty product.

- ***Tepper v. Santander Bank, N.A.,*** Case No. 72020-cv-00501 (S.D.N.Y.). Calcaterra Pollack is leading litigation representing the named plaintiffs in the consumer class action alleging that Santander Bank breached its mortgage agreement with the plaintiffs and other members of the class by refusing to pay interest on mortgage escrow funds held by Santander, in violation of various state laws. The plaintiffs seek monetary damages and injunctive relief for all mortgage holders who are being denied interest due under the law.

- ***Soleto v. Rawlings Sporting Goods Company, Inc.,*** Case No. 2:18-cv-09166-GW-MAA (C.D. Cal.). Calcaterra Pollack is one of the lead firms representing the named plaintiff in the consumer class action. The plaintiff alleges that Rawlings violated consumer fraud statutes, among other things, by misrepresenting the weight and weight drop labeled on baseball bats. The plaintiff seeks monetary damages and injunctive relief for all purchasers of the misrepresented products.

- ***In re Hudson's Bay Company Data Security Incident Consumer Litigation***, Case No. 18-cv-8472 (PKC) (S.D.N.Y.). Calcaterra Pollack serves as co-interim counsel representing plaintiffs alleging that Hudson's Bay, the parent company of the Saks and Lord & Taylor stores, failed to exercise reasonable care to safeguard the personal information of its customers, which allowed a breach of its information systems. Plaintiffs seek damages and injunctive relief from the Defendants.

## Municipal Representation & Investigations

Calcaterra Pollack attorneys have decades of experience representing state and local governments, authorities, affiliated entities, and public pension funds in complex federal and state litigation, both as in-house counsel including fiduciary counsel and outside counsel. Providing such counsel requires a keen understanding of the budgetary constraints of the public sector balanced with the mandate to provide efficient and accessible services to the public while adhering to related state and local ordinances. Our attorneys also have experience in directing statewide commissions that uncovered wrongdoing and led to massive overhauls of related statutory and regulatory regimes.

In addition to public pension fund and public authority representation experience described herein, a notable matter representing a municipality is provided below:

- ***Hall, et al. v. Nassau County, et al.,*** Case No. 2:19-cv-000893 (E.D.N.Y.), Calcaterra

## CALCATERRA POLLACK LLP

Pollack partner  served as lead litigator in *Hall, et al. v. Nassau County, et al.*, Case No. 2:19-cv-000893 (E.D.N.Y.), defending Nassau County in a federal civil rights action  seeking a $1.7 billion recovery alleging discriminatory practices in the county's tax assessment processes.

## Social Justice

Calcaterra Pollack's attorneys have a deep commitment to social justice issues, and our attorneys have experience litigating a wide range of matters with social justice dimensions. Our experience includes representing survivors of childhood sexual abuse under New York's Child Victims Act, representing minority-owned businesses against discriminatory treatment, and directing government investigations that improved the provision of public and private sector services.

Notable Current Social Justice Litigation:

- Calcaterra Pollack represents plaintiffs who were subjected to physical and sexual abuse as child residents at the Timothy Hill Children's Ranch ("the Ranch"), a Long Island group home for youth. The lawsuits allege that the Ranch failed to protect the children in their custody through its systemically inadequate supervision and safety practices, and detailed specific instances where staff members ignored the plaintiffs' pleadings for help and failed to protect them.

## Commercial Litigation

Calcaterra Pollack represents corporations, partnerships, and sole proprietors in complex state and federal litigation, in addition to matters related to business relationships, contracts, business formation and dissolution, affairs related to corporate officers, directors and shareholders, and financial transactions.

CALCATERRA POLLACK LLP

# REGINA CALCATERRA

## About Regina



Regina Calcaterra is a co-founding partner of Calcaterra Pollack LLP. Regina specializes in complex federal and state litigation representing public entities, labor health and welfare funds, businesses, and individuals. Prior to founding the Firm, Regina was a partner at securities and consumer class action litigation firms for twelve years. She is also a *New York Times* best-selling author.

Regina also brings a wealth of experience to the Firm from a series of senior executive positions she held in public service, including:

- Executive Director to two of New York State Governor Andrew Cuomo's statewide investigatory commissions
- Chief Deputy to Suffolk County Executive Steven Bellone
- Deputy General Counsel to the New York State Insurance Fund
- Deputy General Counsel to the New York City Employees' Retirement System

Regina is admitted to practice in the State of New York, the Commonwealth of Pennsylvania, and the United States District Courts of the Southern, Eastern, and Northern Districts of New York.

## Representative Matters

- Represents municipal entities and businesses in a variety of complex federal and state litigation claims and defenses.
- Co-Counsel representing public sector pension funds in a federal securities class action brought against a company and certain of its executives and officers, seeking recovery for the lead plaintiffs and the entire class of investors. The defendants allegedly misled investors by misstating the company's tax liability by almost $248 million in financial filings.
- Represents a large metropolitan area public authority and its affiliates in a national antitrust opt-out suit brought against global credit card companies that allegedly colluded and rigged the interchange fee for all merchants.
- Represents several of the largest New York City labor health and welfare benefit funds in the federal class action multi-district litigation against opioid manufacturers and distributors seeking recoveries arising from the opiate crises.
- Executive Committee Member representing institutional investors in a federal antitrust class action seeking recovery from over nine banks who allegedly participated in bid-rigging and market manipulation of the Mexican Government Bond market.
- Co-Lead Counsel representing seven families who lost their infants in the Rock 'n Play Sleeper against Mattel, Inc. and Fisher-Price, Inc.

## CALCATERRA POLLACK LLP

- Represents a privately held company on complex state litigation related to contracts, affairs related to corporate officers, directors and shareholders and financial transactions.
- Represents survivors of childhood sexual assault pursuing justice via New York's Child Victims Act.
- Served on the federal securities class action co-lead counsel teams representing: the New York State Common Retirement Fund, recovering over $6.2 billion in *In re WorldCom Securities Litigation* and over $2.1 billion in *In re McKesson Securities Litigation;* and the Ohio Teachers Pension Fund, recovering over $250 million against Merrill Lynch regarding its role related to mortgage-backed securities contributing to the 2008 recession.

## Previous Executive Public Sector Experience

- Appointed by New York State's Governor Andrew Cuomo as Executive Director to two statewide commissions, one of which investigated public corruption and another which investigated publicly and privately owned utilities to determine their storm preparedness. Findings resulted in statewide adoption of new legislation strengthening New York State's penal law and campaign finance rules and enhancement of regulatory oversight of the New York State Board of Elections, in addition to the creation of a new statutory and regulatory regime designed to ensure a reinforced and storm-prepared power grid and greater accountability.
- Served as Chief Deputy County Executive to the Suffolk County Executive Steven Bellone. Assisted in reducing a financially challenged county's deficit by several hundred million dollars through vendor outlay reductions, streamlining and restructuring of government services, and obtaining state authority to implement revenue-generating initiatives. Managed the emergency response to and immediate recovery from ramifications of Superstorm Sandy in a county of over 1.5 million residents.
- Provided general counsel benefit administration to the New York City Employees' Retirement System, a $38 billion fund.

## Education

Seton Hall University School of Law (J.D., 1996)
State University of New York at New Paltz (B.A., 1988)

## Professional Affiliations

Regina is a member of various institutional investor associations such as the National Association of Public Pension Attorneys and the American Bar Association's Committee on Institutional Investors.

## Publications

Regina is a *New York Times* bestselling author. Her memoir, *Etched in Sand, A True Story of Five Siblings Who Survived an Unspeakable Childhood on Long Island* (HarperCollins, 2013)

has been incorporated into college and high school curricula throughout the United States. Regina is also co-author of a sequel, *Girl Unbroken, A Sister's Harrowing Journey from the Streets of Long Island to the Farms of Idaho* (HarperCollins, 2016).

## Community Affiliations

Regina serves as the first vice chair to the SUNY New Paltz Foundation Board and a member of the Audit Committee; on the Board of Believers to You Gotta Believe, an organization that works to get older foster youth adopted; on the Advisory Board of The Felix Organization, which provides impactful opportunities and experiences to youth growing up in foster care; and on the Advisory Committee of the New York Society for the Prevention of Cruelty to Children.

## Speaking Engagements

Regina has lectured on matters related to the state of U.S. public pension funds, complex federal litigation, SEC regulations, and corporate governance. Regina also speaks nationally on issues related to foster care, specifically the plight of older foster youth and childhood poverty, abuse and homelessness.

## Honors

Regina has received numerous awards for her advocacy work, including the Champion of Civil Rights & Social Justice Award, City & State New York; Woman of Substance Award, Seton Hall Law School; Lifetime Achievement Award, Primi-Dieci Society and the Italy-America Chamber of Commerce Award; Speak Out for a Child Award, CASA-NYC; and the Geraldine Ferraro Award of Courage & Grace.

## CALCATERRA POLLACK LLP

# JANINE POLLACK

## About Janine

 Janine Pollack, co-founder of Calcaterra Pollack LLP, has been a class action litigator for almost 30 years and has prosecuted cases that have secured hundreds of millions of dollars for defrauded investors and consumers over the course of those nearly three decades. Her focus is on representing clients who seek redress from companies that employ deception in selling their products or services, including through false advertising. Janine is routinely appointed by courts as lead counsel and to other leadership positions, including in data breach litigation. As lead trial counsel, she has prosecuted jury and bench trials, and won a jury verdict against R.J. Reynolds for wrongful death in a tobacco case.

Janine is currently admitted to practice in the States of New York and New Jersey and in the Southern and Eastern Districts of New York and the District of New Jersey, in addition to the U.S. Courts of Appeal for the First and Ninth Circuits. She is fluent in French.

## Representative Matters

- One of the lead litigators in a consumer class action against a large chain of beauty product stores for failure to disclose policy resulting in the re-shelving of used goods.
- Lead litigator in a consumer class action against a major bank for failure to pay interest on mortgage escrow monies.
- One of the lead litigators in a consumer class action against a lender for misrepresentations in financing documents to pay for energy-saving home improvements.
- Interim Co-Lead Counsel in a data breach class action against a large clothing retailer for failing to exercise reasonable care in safeguarding the personal information of its customers.
- One of the lead litigators in a consumer class action against a maker of baseball bats for false advertising and misrepresentations.
- Represented consumers across the country in class action litigation against Skechers, Reebok, and others for false claims regarding the efficacy of "toning shoes" which were advertised as being more effective than regular sneakers in providing body-toning benefits to wearers. Working with the Federal Trade Commission, Janine and her co-counsel were able to secure consumer settlements of approximately $45 million against Skechers and $25 million against Reebok.

CALCATERRA POLLACK LLP

## Education

University of Pennsylvania School of Law (J.D., 1989, elected to Journal of International Business Law)
Rutgers University (B.A., High Honors, English and French, 1986)
New York University in France Semester Abroad, Paris (1985)

## Professional Affiliations

Janine currently serves as Co-President of the National Association of Shareholder & Consumer Attorneys (NASCAT), an organization of firms and attorneys which represents consumer and investor rights and supports the opportunity for consumers and investors to bring class action suits. As Co-President, she develops and advocates for national and state policies impacting the class action bar, securities litigation plaintiffs' bar and consumer protection plaintiffs' bar.  Janine is also the Chair of the Women's Initiative at NASCAT, which assists in advancing women as lead litigators. She has served as a team leader to develop Standards and Best Practices for Increasing Diversity in Mass Tort and Class Action Leadership for the Duke Law Center for Judicial Studies. Janine is also a member of the Women in the Legal Profession Committee of the Bar Association of the City of New York, where she recently was a co-editor of the publication, Street Smarts for Women Lawyers. She is also working on wellness projects as part of Committee activities.

## Honors

Janine has been designated as a Super Lawyer every year since 2012 and was recently named in Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for 2019. She has also been appointed numerous times to Law360 editorial boards. In 2012, Janine was one of the attorneys featured on the front page of *The National Law Journal*'s Plaintiffs' Hot List for her work on the toning shoe cases, several of which resulted in record settlements jointly with the Federal Trade Commission against Reebok and Skechers.

# MICHAEL LISKOW

## About Michael

 Michael Liskow is a partner at Calcaterra Pollack LLP. Michael has extensive experience litigating complex class actions on behalf of plaintiffs in consumer fraud, data breach, antitrust, securities, housing, and wage and hour matters, among others. Prior to joining the Firm, Michael was a clerk for the Honorable Steven H. Levinson of the Supreme Court of Hawai`i, an associate at Quinn Emanuel Urquhart & Sullivan LLP, a Fulbright Teaching Assistant to the Slovak Republic, and a partner at two law firms practicing plaintiff-side class action litigation.

Michael is currently admitted to practice in the States of New York and California and in the U.S. District Courts for the Southern and Eastern Districts of New York and the Northern, Central, and Southern Districts of California.

## Representative Matters

- Represents plaintiffs in a class action against the California State Compensation Insurance Fund on behalf of businesses charged improper workers' compensation insurance rates.
- Represents a plaintiff in an antitrust class action against Apple stemming from its monopolization of the iPhone application market that was heard before the U.S. Supreme Court. The Court ruled 5-4 in favor of the named plaintiffs against Apple.
- Represented plaintiffs in a class action against Bethpage Federal Credit Union and others for violations of the Real Estate Settlement Procedures Act, resulting in a full recovery for each class member.
- Represented plaintiffs in a class action on behalf of overbilled Verizon consumers which resulted in a full recovery, plus interest and fees, for every class member.
- Acted as lead counsel for the data breach class actions *Mizrahi v. NBEO* (D. Md.) and *Bokelman v. FCH Enterprises* (D. Haw.).
- Represented consumers in numerous class actions challenging unfair and deceptive business practices, including against L.L. Bean, Nestlé Waters, Mondelēz, GNC, Banner Life Insurance, GNC, and Vibram.
- Represented a class of institutional and individual investors who suffered losses resulting from their investment in Goldman Sachs mortgage-backed securities, resulting in a recovery of over $272 million.
- Represented a class of overcharged tenants of Stuyvesant Town and Peter Cooper Village, resulting in a $173 million recovery, the largest recovery for tenants in United States history.

CALCATERRA POLLACK LLP

## Education

University of Pennsylvania Law School (J.D., 2005)
University of Kansas (B.A., Psychology, 2001)

## Speaking Engagements

*Cy Pres After Frank v. Gaos*, presentation at 2019 NASCAT Annual meeting

## Publications

"Is Equitable Estoppel in Arbitration a Sinking Ship?" *New York Law Journal* (Dec. 12, 2011)

## Honors

Michael has been selected as a New York Super Lawyers "Rising Star" each year between 2013-2018, and as a New York "Super Lawyer" in 2019.

**CALCATERRA POLLACK LLP**

# JUSTIN TERES

## About Justin



Justin Teres is a senior associate at Calcaterra Pollack LLP. Justin has over a decade of experience in legal practice, having worked on a series of antitrust and securities fraud matters, as well as government investigations. Prior to joining the Firm, Justin practiced in the litigation group of a leading national law firm.

In addition to his work in litigation, Justin brings a wealth of federal and state public sector experience to the Firm. Justin served as counsel to two statewide investigatory commissions established by New York State Governor Andrew Cuomo and as counsel and legislative director to the late New York State Senator Jose Peralta. Prior to law school, Justin also worked on a variety of federal legislative and regulatory issues at the Washington, D.C. office of the world's largest independent public relations firm.

Justin is currently admitted to practice in the State of New York.

## Representative Matters

- Member of team that successfully prosecuted a multi-million dollar antitrust and false advertising (Lanham Act) litigation related to electronic surveillance technologies.
- Routinely represents clients in responses to investigatory subpoenas issued by federal agencies, including the Federal Trade Commission and Securities and Exchange Commission.
- Managed legislative portfolio of New York State Senator and Ranking Member of Committee on Labor, drafting and introducing dozens of bills for consideration and successfully ushering several through passage and chaptering into New York State Law.
- Managed government investigation into compliance of New York State candidate campaign committees with the Election Law and associated campaign finance regulations.
- Worked alongside colleagues to investigate the response of New York State electrical utilities to Superstorm Sandy, resulting in a series of proposed corrective actions to improve future service and policy recommendations adopted by the Public Services Commission and State Legislature.
- Led all aspects of pre-trial discovery work on several high-profile matters, including a class action against a chain of entertainment venues brought under the Telephone Consumer Protection Act (TCPA).

CALCATERRA POLLACK LLP

## Education

New York University School of Law (LL.M., 2010)
American University, Washington College of Law (J.D., *cum laude*, 2009)
The George Washington University (B.A., Political Science, *cum laude*, 2004)

## Professional Affiliations

Justin is Chair of the Committee on Solutions for Legislative Advocacy and Policy at the LGBT Bar Association of New York.

## Community Affiliations

While a student, Justin held internships with former U.S. Senate Democratic Leader Tom Daschle, the federal government relations office of Cisco Systems, Inc., *The American Prospect*, the General Counsel of the U.S. Merit Systems Protection Board, and the International Bureau of the Federal Communications Commission. Justin was also an active member of American University's mock trial team, winning the 2009 San Diego Defense Lawyers' National Mock Trial Tournament. Justin also served as Executive Director of American University's Lambda Law Society – the law school's LGBTQ affinity organization – where he coordinated institutional responses with similar groups in the region and organized external activities, such as congressional lobbying efforts by law students aimed at overturning 'Don't Ask, Don't Tell.'

**CALCATERRA POLLACK LLP**

# JAMES ALIAGA

## About Jimmy

 Jimmy Aliaga is an associate at Calcaterra Pollack LLP. Jimmy has experience litigating complex federal and state matters including securities fraud class actions, consumer protection litigation, and individual actions under New York's recently enacted Child Victims Act. Prior to joining the Firm, he was an associate at a plaintiff-side class action firm and served as an Assistant District Attorney in the Brooklyn District Attorney's Office. During his tenure, Jimmy conducted numerous bench and jury trials to verdict as lead counsel and coordinated grand jury investigations on a multitude of criminal actions.

He is currently admitted to practice in the State of New York and the U.S District Courts for the Southern and Eastern Districts of New York, and the District of Colorado.

## Representative Matters

- Represents institutional investors in a federal antitrust class action seeking recovery from over nine banks who allegedly participated in bid-rigging and market manipulation of the Mexican Government Bond market.
- Represents survivors of childhood sexual assault pursuing justice via New York's Child Victims Act.
- Represents families who lost their infants in the Rock 'n Play Sleeper against Mattel, Inc. and Fisher-Price, Inc.
- Represented institutional investors seeking class-wide relief through federal securities class actions.
- Represented a plaintiff class of workers alleging federal and state labor law violations against a publicly traded utility company.

## Education

New York University School of Law (J.D., 2015)
James Madison University (B.A., magna cum laude, 2012)

## Professional Affiliations

Hispanic National Bar Association, Region II, Young Lawyers Division Co-Chair
New York City Bar Diversity Fellowship, Alumni
ASAFE/New York City Bar Securities and Finance Law Seminar Series, Alumni

CALCATERRA POLLACK LLP

## Community Affiliations

While attending New York University School of Law, Jimmy served as an intern with Morgan Stanley, PricewaterhouseCoopers LLP, the U.S. Commodity Futures Trading Commission, and the Office of the U.S. Attorney for the Eastern District of New York. He also served as a Senior Articles Editor for the Journal of Law & Liberty and an executive board member for the Suspension Representation Project and the Know Your Rights Project and participated in the NYU Legal Ethics Bureau's examination of prosecutorial misconduct.

## Speaking Engagements

The Many Facets of Criminal Practice, NYU Law Alumni of Color Association, Panelist
Government & Prosecution Forum, An Introduction to Public Interest Lawyering, NYU Public Interest Law Center, Panelist
Preparing for Prosecution Interviews, NYU Law Public Interest Law Center, Panelist

CALCATERRA POLLACK LLP

# ANJORI MITRA

## About Anjori

 Anjori Mitra is a law clerk at Calcaterra Pollack LLP with broad civil and commercial litigation experience. Prior to joining the Firm, she worked at a plaintiff-side class action firm on securities, consumer, and Child Victims Act litigation, as well as FINRA arbitrations. Before that, Anjori practiced in New Zealand as a barrister at one of New Zealand's preeminent barristers' chambers, where her work included securities and derivative litigation, labor disputes and investigations, consumer litigation, cross border matters, discrimination claims, and childhood sexual abuse litigation. She has appeared as counsel in a number of New Zealand courts and tribunals, including at the appellate level.

Anjori was admitted to practice in New Zealand in 2015. Anjori passed the July 2019 New York bar exam and her admission is pending before New York's Appellate Division, First Department.

## Representative Matters

- Represents institutional investors in a federal antitrust class action seeking recovery from over nine banks who allegedly participated in bid-rigging and market manipulation of the Mexican Government Bond market.
- Represents families who lost their infants in the Rock 'n Play Sleeper in lawsuits against Mattel, Inc. and Fisher-Price, Inc.
- Represents survivors of childhood sexual assault pursuing justice under New York's Child Victims Act.
- Represented consumers in a class action against a large insurer and pharmacy benefit manager, alleging a mail-order program for prescriptions was a deceptive practice in violation of New York law.
- Represented investors who suffered losses in a federal securities class action against a large medical and wellness cannabis operator which allegedly misled investors as to its products.
- Represented claimants in a FINRA arbitration alleging mismanagement of their accounts by a financial advisor.

## Education

Columbia Law School (LL.M., Harlan Fiske Stone honors, 2019)
University of Auckland, New Zealand (LL.B. with honors, 2014)
University of Auckland, New Zealand (B.A., English, History, 2014)

CALCATERRA POLLACK LLP

## Community Affiliations

While at Columbia Law School, Anjori served on the board of Columbia Law Women's Association, volunteered for the Sexual Respect Initiative, and interned at the Knight First Amendment Institute, which focuses on protecting the freedoms of speech and the press. While at the University of Auckland Law School in New Zealand, Anjori was the editor-in-chief of the Public Interest Law Journal of New Zealand and volunteered for the Equal Justice Project, a pro bono organization which aims to increase access to justice in the community.

## Honors

Anjori received a Parker School Certificate in international and comparative law during her LL.M. at Columbia Law School. She was also awarded a Spencer Mason Travelling Scholarship in Law from the Spencer Mason Trust in New Zealand for her LL.M. studies. She was a recipient of the 2017 Auckland District Law Society Prize (New Zealand) for best contribution to the New Zealand Women's Law Journal and received an honorable mention for the 2018 Hon Rex Mason Prize for Legal Writing (New Zealand).

CALCATERRA POLLACK LLP

# ISIDORA ECHEVERRIA

## About Isidora

Isidora Echeverria is the litigation paralegal at Calcaterra Pollack LLP, where she provides litigation support to the Firm's attorneys. Prior to joining the Firm, Isidora served as a paralegal and diversity pipeline intern at a plaintiffs' side firm specializing in class actions, civil rights, antitrust, and childhood sexual abuse litigation. Prior to her private sector paralegal experience, Isidora served as the 2019 Jennifer J. Raab Presidential Public Service Fellow, a prestigious opportunity whereby only one graduating student per year is selected to serve in the College's External Affairs Division. In this capacity, Isidora worked on critical public policy issues addressing the metropolitan area. Isidora is also a vocal advocate of immigrant rights and works closely with Deferred Action for Childhood Arrival (DACA) recipients in New York City to advance their legal interests through non-profit volunteering.

## Education

Isidora received her B.A. in Political Science and Public Policy from the City University of New York Hunter College in 2018. She graduated as an Eva Kastan Grove Scholar & Fellow.

# DANIELA MAESTRO

## About Daniela

Daniela Maestro serves as the Director of Operations and Marketing at Calcaterra Pollack LLP. Prior to joining the Firm, Daniela was a client development and marketing coordinator and litigation secretary at a plaintiffs' class action firm. Before entering the legal field, Daniela managed the technical research library at an international environmental conservation NGO in Washington DC, where she supported ongoing research and publication programs and contributed to initiatives to broaden the impact and dissemination of conservation science. While in Washington DC, she was an active member of the Society for Scholarly Publishing, the Council of Biology Editors, the Council of Science Editors, and the Special Libraries Association, and was a regular participant in conferences and programs intended to improve and support open access to scientific research and data.

## Education

Daniela received her education at Smith College and the George Washington University Elliott School of International Affairs.