**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, | x<br>:<br>:<br>: Case No. 1:20-cv-01830-LDH-JO<br>: |
| Plaintiff, | : Judge LaShann DeArcy Hall<br>:<br>: Magistrate Judge James Orenstein<br>: |
| v. | : <u>CLASS ACTION</u><br>: |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | :<br>:<br>: |
| Defendants. | :<br>:<br>x |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF RONALD L. HERSHBERGER AND ROBERT J. GEREIGE, MD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Co-Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Ronald L. Hershberger and Robert J. Gereige, MD (together, "Hershberger & Gereige") for the entry of an Order: (i) appointing Hershberger & Gereige as Lead Plaintiff; (ii) approving Hershberger & Gereige's selection of Labaton Sucharow and The Rosen Law Firm, P.A. ("Rosen Law") as Co-Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of Hershberger & Gereige, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss analysis for Hershberger & Gereige;

EXHIBIT C:   Notice of pendency of *Lee v. iQIYI, Inc.*, No. 20-cv-01830 (E.D.N.Y.), published on April 16, 2020;

EXHIBIT D:   Joint Declaration of Hershberger & Gereige;

EXHIBIT E:   Firm Resume of Labaton Sucharow; and

EXHIBIT F:   Firm Resume of Rosen Law.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  June 15, 2020

Respectfully submitted,

/s/ *Francis P. McConville*
**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005

2

Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Francis P. McConville*