**Exhibit A**

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against iQIYI, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The iQIYI, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| **First name:** | Ronald |
| **Middle initial:** | L |
| **Last name:** | Hershberger |
| **Address:** | ██████████████ |
| **City:** | ██████ |
| **State:** | ██ |
| **Zip:** | ████ |
| **Country:** | █████████ |
| **Facsimile:** | ████████ |
| **Phone:** | █████████ |
| **Email:** | ████████████████ |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| See Schedule A | | | |

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| See Schedule A | | | |

**Certification for Ronald Hershberger (cont.)**

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:          YES

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.          YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 04/18/2020

| SCHEDULE A | | | | | |
|---|---|---|---|---|---|
| Date | Description | Quantity of Shares | Symbol | Price | Amount |
| 6/4/2018 | Bought 15396 IQIYI INC American Depositary Shares | 15396 | IQ | ($29.50) | ($454,182.00) |
| 6/4/2018 | Bought 1083 IQIYI INC American Depositary Shares | 1083 | IQ | ($29.50) | ($31,948.50) |
| 6/4/2018 | Bought 2345 IQIYI INC American Depositary Shares | 2345 | IQ | ($29.50) | ($69,177.50) |
| 6/4/2018 | Bought 2596 IQIYI INC American Depositary Shares | 2596 | IQ | ($29.50) | ($76,582.00) |
| 6/4/2018 | Bought 33903 IQIYI INC American Depositary Shares | 33903 | IQ | ($29.50) | ($1,000,138.50) |
| 6/4/2018 | Bought 9849 IQIYI INC American Depositary Shares | 9849 | IQ | ($29.50) | ($290,545.50) |
| 6/8/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 15300 | | $0.60 | $9,180.00 |
| 6/8/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 2300 | | $0.60 | $1,380.00 |
| 6/8/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 2500 | | $0.60 | $1,500.00 |
| 6/8/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 33900 | | $0.60 | $20,340.00 |
| 6/8/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 9800 | | $0.60 | $5,880.00 |
| 6/15/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 15300 | IQ | $35.00 | $535,500.00 |
| 6/15/2018 | CALL 6/15/2018 35 IQIYI INC Open Contract | 1000 | | $0.60 | $600.00 |
| 6/15/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 1000 | IQ | $35.00 | $35,000.00 |
| 6/15/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 2300 | IQ | $35.00 | $80,500.00 |
| 6/18/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 2500 | IQ | $35.00 | $87,500.00 |
| 6/18/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 33900 | IQ | $35.00 | $1,186,500.00 |
| 6/19/2018 | Bought 400 IQIYI INC American Depositary Shares | 400 | IQ | ($42.48) | ($16,992.00) |
| 6/19/2018 | Bought 1049 IQIYI INC American Depositary Shares | 1049 | IQ | ($42.49) | ($44,572.01) |
| 6/19/2018 | Bought 11272 IQIYI INC American Depositary Shares | 11272 | IQ | ($42.50) | ($479,060.00) |
| 6/19/2018 | Bought 837 IQIYI INC American Depositary Shares | 837 | IQ | ($42.50) | ($35,572.50) |
| 6/19/2018 | Bought 1926 IQIYI INC American Depositary Shares | 1926 | IQ | ($42.50) | ($81,855.00) |
| 6/19/2018 | Bought 2092 IQIYI INC American Depositary Shares | 2092 | IQ | ($42.50) | ($88,910.00) |
| 6/19/2018 | Bought 28388 IQIYI INC American Depositary Shares | 28388 | IQ | ($42.50) | ($1,206,490.00) |
| 6/19/2018 | IQIYI INC American Depositary Shares Option Assignment Call IQ 6/15/2018 35 | 9800 | IQ | $35.00 | $343,000.00 |
| 6/21/2018 | Bought 8347 IQIYI INC American Depositary Shares | 8347 | IQ | ($42.50) | ($354,747.50) |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 5400 | | $0.75 | $4,050.00 |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 7700 | | $0.75 | $5,775.00 |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 500 | | $0.75 | $375.00 |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 1400 | | $0.75 | $1,050.00 |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 2600 | | $0.75 | $1,950.00 |
| 9/9/2019 | CALL 9/13/2019 18 IQIYI INC Open Contract | 17200 | | $0.75 | $12,900.00 |
| 9/13/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 7700 | IQ | $18.00 | $138,600.00 |
| 9/13/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 500 | IQ | $18.00 | $9,000.00 |
| 9/13/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 1400 | IQ | $18.00 | $25,200.00 |
| 9/16/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 2600 | IQ | $18.00 | $46,800.00 |
| 9/16/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 17200 | IQ | $18.00 | $309,600.00 |
| 9/16/2019 | IQIYI INC American Depositary Shares Option Assignment Call IQ 9/13/2019 18 | 5400 | IQ | $18.00 | $97,200.00 |

## **CERTIFICATION**

I, Robert J. Gereige, hereby certify as follows:

1.      I have reviewed a complaint prepared against IQIYI Inc ("IQ") alleging violations of the federal securities laws, generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this pleading;

2.      I did not transact in the securities of IQ at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      My transactions in IQ securities are reflected in Exhibit A attached hereto;

5.      I have not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 16th day of April, 2020.

DocuSigned by:

4DD2C2FF2ED84D0...

Robert J. Gereige

## EXHIBIT A

## TRANSACTIONS IN IQIYI, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/29/2018 | 5,000 | $17.50 | ($87,500.00) |
| Purchase | 6/12/2018 | 3,000 | $34.56 | ($103,670.00) |
| Purchase | 6/14/2018 | 40,000 | $39.49 | ($1,579,400.00) |
| Purchase | 6/14/2018 | 2,000 | $36.56 | ($73,119.00) |