**Exhibit D**

**JOINT DECLARATION**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Ronald L. Hershberger and Robert J. Gereige (Jreije), MD (collectively, the "IQ Investor Group"), respectfully submit this Joint Declaration in support of the IQ Investor Group's motion for appointment as Lead Plaintiff and approval of our selection of counsel in the instant class action on behalf of investors in the securities of IQIYI, Inc. ("IQ" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      I, Ronald L. Hershberger, live in North Carolina. I am graduate of Kent State University, where I earned a Bachelor of Business Administration in Marketing. I am retired. Prior to my retirement, I worked as a computer consultant. I have been investing my entire adult life. As reflected in my Certification, I purchased IQ securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I, Robert J. Gereige (Jreije), MD live in Switzerland. I am a dual citizen of the United States and Switzerland. I obtained my medical degree in 1969. I am Board certified in internal medicine and infectious diseases. I am retired. I have been investing for nearly 40 years, since approximately 1982. As reflected in my Certification, I purchased IQ securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.      We believe that the securities class action against IQ is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class. As Lead Plaintiff we understand that the Lead Plaintiff role includes: evaluating the strengths and

1

weaknesses of the case and prospects for resolution of this matter; directing counsel with respect to this litigation, after receiving the benefit of counsel's advice.

5.    We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our class period purchase of IQ securities.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

6.    To facilitate communication, we have a toll-free conference call line at our disposal and a group email list.  We have already conducted a joint conference call on June 13, 2020, with counsel to discuss our lead plaintiff motion, next steps and case strategy.  We intend to convene conference calls with counsel and without as necessary as the case moves forward.

7.    We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Co-Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected  The Rosen Law Firm PA ("Rosen") and Labaton Sucharow LLP ("Labaton") to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial

recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

8.      Rosen and Labaton have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

6/14/2020

Executed this ___ day of June, 2020

DocuSigned by:

C50AAD28340249A...

Ronald L. Hershberger

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 14th day of June, 2020.

DocuSigned by:

4DD2C2FF2ED84D0...

Robert J. Gereige (Jreije), MD