**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| | : | |
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, | : | Case No. 1:20-cv-01830-LDH-JO |
| | : | |
| | : | Judge LaShann DeArcy Hall |
| Plaintiff, | : | |
| | : | Magistrate Judge James Orenstein |
| v. | : | |
| | : | CLASS ACTION |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

**[PROPOSED] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

Having considered the motion of Ronald L. Hershberger and Robert J. Gereige, MD

(together, "Hershberger & Gereige") for appointment as Lead Plaintiff, and approval of selection

of Co-Lead Counsel (the "Motion"),

IT IS HEREBY ORDERED THAT:

I.      The Motion is granted.

II.     This order (the "Order") shall apply to the above-captioned action (the "Action")

and to each case that relates to the same subject matter that is subsequently filed in this Court or

is transferred to this Court, and is consolidated with the Action.

III.    A Master File is established for this proceeding.  The Master File shall be Civil

Action No. 1:20-cv-01830-LDH.  The Clerk shall file all pleadings in the Master File and note

such filings on the Master Docket.  Every pleading in the Action shall have the following

caption:



|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| IN RE IQIYI, INC. SECURITIES LITIGATION | ) | Case No. 1:20-cv-01830-LDH |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

IV.     Each new case that arises out of the subject matter of the Action shall be

consolidated with the Action.  This Order shall apply thereto, unless a party objects to

consolidation (as provided for herein), or to any provision of this Order, within ten (10) days

after the date upon which a copy of this Order is served on counsel for such party by filing an

application for relief, and this Court deems it appropriate to grant such application.  Nothing in

the foregoing shall be construed as a waiver of Defendants' right to object to the consolidation of

any subsequently-filed or transferred related action.

V.      Hershberger & Gereige are appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

VI.      Hershberger & Gereige's selection of Labaton Sucharow LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Co-Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Co-Lead Counsel shall have the following responsibilities:

A.      to brief and argue motions;

B.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

C.      to direct and coordinate the examination of witnesses in depositions;

D.      to act as spokesperson at pretrial conferences;

E.      to initiate and conduct any settlement negotiations with Defendants' counsel;

F.      to consult with and employ experts;

G.      to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

2

H.      to perform such other duties as may be expressly authorized by further

order of this Court.


DATED: _____          _____

                                                HON. LASHANN DEARCY HALL
                                                UNITED STATES DISTRICT JUDGE
                                                EASTERN DISTRICT OF NEW YORK

3