UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ———————————————— x | | |
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:20-cv-01830-LDH-JO |
| | : | CLASS ACTION |
| Plaintiff, | : : | |
| | : | NOTICE OF MOTION FOR |
| vs. | : | APPOINTMENT AS LEAD PLAINTIFF |
| | : | AND APPROVAL OF LEAD PLAINTIFF'S |
| IQIYI, INC., YU GONG and XIAODONG WANG, | : : | SELECTION OF LEAD COUNSEL |
| | : | |
| Defendants. | : : | |
| ———————————————— x | | |

4812-9414-2143.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, Laura Maria Dominguez Moreno, individually and on behalf of Coliving Costa Blanca, Sociedad Limitada ("Ms. Dominguez Moreno") will respectfully move this Court, pursuant to the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), before the Honorable LaShann DeArcy Hall, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11202, for entry of an order (1) appointing Ms. Dominguez Moreno as Lead Plaintiff; and (2) approving her selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]  In support of this Motion, Ms. Dominguez Moreno submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  June 15, 2020                  ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                       SAMUEL H. RUDMAN
                                       DAVID A. ROSENFELD


                                             s/ David A. Rosenfeld
                                       DAVID A. ROSENFELD

                                       58 South Service Road, Suite 200
                                       Melville, NY  11747
                                       Telephone:  631/367-7100
                                       631/367-1173 (fax)
                                       srudman@rgrdlaw.com
                                       drosenfeld@rgrdlaw.com

---

[1]    Counsel for Ms. Dominguez Moreno is aware of this Court's preference for motion-related papers not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on April 16, 2020, and all motions are due by June 15, 2020.

- 1 -

4812-9414-2143.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4812-9414-2143.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 15, 2020, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4812-9414-2143.v1

Case 1:20-cv-01830-DG-TAM Document 26 Filed 06/15/20 Page 5 of 5 PageID #: 619

# Mailing Information for a Case 1:20-cv-01830-LDH-JO Lee v. iQIYI, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Michael Charles Griffin**
  michael.griffin@skadden.com

- **Matthew M Guiney**
  guiney@whafh.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **Jason A. Zweig**
  jasonz@hbsslaw.com,megano@hbsslaw.com,chi_filings@hbsslaw.com,sf_filings@hbsslaw.com,josephs@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)