# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Laura Maria Dominguez Moreno, individually and on behalf of** | | | | | | | | | |
| **Coliving Costa Blanca, Sociedad Limitada (ADR)** | 05/10/2018 | 50,000 | $21.99 | $1,099,500.00 | 06/21/2018 | 60,000 | $38.99 | $2,339,400.00 | |
| | 05/10/2018 | 1,300 | $21.64 | $28,132.00 | held | 123,010 | $17.42 | $2,142,697.52 | |
| | 05/10/2018 | 200 | $21.69 | $4,338.00 | | | | | |
| | 05/10/2018 | 3,803 | $21.70 | $82,525.10 | | | | | |
| | 05/10/2018 | 100 | $21.74 | $2,174.00 | | | | | |
| | 05/10/2018 | 3,085 | $21.75 | $67,098.75 | | | | | |
| | 05/10/2018 | 41,512 | $21.76 | $903,301.12 | | | | | |
| | 05/31/2018 | 11,310 | $25.76 | $291,345.60 | | | | | |
| | 06/25/2018 | 30,000 | $33.95 | $1,018,500.00 | | | | | |
| | 06/25/2018 | 30,000 | $34.30 | $1,029,000.00 | | | | | |
| | 08/02/2018 | 11,700 | $30.40 | $355,680.00 | | | | | |
| **Movant's Total** | | **183,010** | | **$4,881,594.57** | | **183,010** | | **$4,482,097.52** | **($399,497.05)** |

Calculated pursuant to 15 U.S.C. §78u-4(e)(1)

Prices listed are rounded up to two decimal places.