**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>　　　　Defendants. | Case No. 1:20-CV-01830-LDH-JO<br><br>CLASS ACTION |

**NOTICE OF HUNG TRUONG'S MOTION FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Hung Truong ("Truong") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for entry of an Order (1) appointing Truong as Lead Plaintiff in the above-captioned action and (2) approving Truong's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Truong respectfully requests that the Court (1) appoint Truong as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  June 15, 2020                         Respectfully submitted,

                                        **FARUQI & FARUQI, LLP**

                                        By:    */s/ Richard W. Gonnello*
                                               Richard W. Gonnello

                                        Richard W. Gonnello
                                        Sherief Morsy
                                        685 Third Avenue, 26th Floor
                                        New York, NY 10017
                                        Ph: (212) 983-9330
                                        Fx: (212) 983-9331
                                        E-mail: rgonnello@faruqilaw.com
                                                         smorsy@faruqilaw.com

                                        *Attorneys for [Proposed] Lead Plaintiff Hung Truong and [Proposed] Lead Counsel for the putative Class*

1