**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>      Defendants. | Case No. 1:20-CV-01830-LDH-JO<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING HUNG TRUONG'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

WHEREAS, the above-captioned putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") has been filed in the Eastern District of New York; and

WHEREAS, Hung Truong ("Truong") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Truong has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Truong seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS _____ day of _____, the Court having considered Truong's Motion For (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby **ORDERED** as follows:

## LEAD PLAINTIFF

1. The motion of Truong to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Truong is appointed as Lead Plaintiff for the putative Class.

## LEAD COUNSEL

2. The motion of Truong for approval of his counsel to serve as Lead Counsel is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

1

IT IS SO ORDERED.

DATED: _____

                                                 _____

                                                 HON. LASHANN DEARCY HALL
                                                 UNITED STATES DISTRICT JUDGE