**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br> Defendants. | Case No. 1:20-CV-01830-LDH-JO <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF HUNG TRUONG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Richard W. Gonnello, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Hung Truong ("Truong") for (1) appointment as Lead Plaintiff; and (2) approval of Truong's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A: Notice of Pendency of Action

Exhibit B: Truong's PSLRA Certification

Exhibit C: Chart of Truong's Losses

Exhibit D: Firm Resume of Faruqi & Faruqi, LLP

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of June 2020 at Hastings-on-Hudson, NY.

/s/ Richard W. Gonnello
Richard W. Gonnello