# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Hung Truong, ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed a complaint filed against iQIYI, Inc. and adopts its allegations. Plaintiff has authorized the filing of a motion to be appointed lead plaintiff.

2.    Plaintiff selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.    Plaintiff understands that, consistent with Plaintiff's fiduciary duties, Plaintiff will, among other things, monitor and supervise counsel, and obtain legal advice from counsel in order to make decisions in the best interest of the class.

4.    Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

5.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

6.    Plaintiff's transactions in iQIYI, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

7.    In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

8.    Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, unless ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4). Plaintiff further understands that this is not a claim form and that Plaintiff's ability to share in any recovery as a member of the class is unaffected by Plaintiff's decision to serve as a representative party.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this _12_ day of June, 2020.

_____
Hung Truong

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 07/13/2018 | 3,188 | $33.9499 |
| Purchase | 07/20/2018 | 4,508 | $32.0000 |