# EXHIBIT C



**FARUQI & FARUQI** LLP

| | | | |
|---|---|---|---|
| **Losses in:** | iQIYI, Inc. | | |
| **90-Day Price:** | $17.4638 as of 6/15/2020 | | |
| **Class Period:** | 3/29/2018 - 4/7/2020 | | |
| **Investor:** | Hung Truong | | |

### OPEN TRANSACTIONS / CLOSE TRANSACTIONS

| Transaction | Security | Date | Quantity | Price | Total | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 07/13/2018 | 3,188 | $33.9499 | $108,232.2812 | | | | | | | |
| Purchase | Common Stock | 07/20/2018 | 4,508 | $32.0000 | $144,256.0000 | | | | | | | |
| | | | | | | Sale | Common Stock | 04/09/2020 | (3,188) | $17.5700 | ($56,013.1600) | |
| | | | | | | Sale | Common Stock | 04/09/2020 | (4,508) | $17.5884 | ($79,288.5072) | $117,186.6140 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Class Period Purchases | 7,696 | Total Costs | $252,488.2812 | | | Class Period Sales | 0 | Total Proceeds | $0.00 | Matched Loss* | $117,186.6140 |
| | | | | | | | Remaining Shares | 0 | | | Unmatched Loss** | $0.00 |
| | | | | | | | | | | | **Total Loss** | **$117,186.6140** |
| | | | | | | | | | | | **Dura Loss** | **$117,186.6140** |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 7,696 |
| Net Shares Purchased | 7,696 |
| Net Funds Expended | $252,488.2812 |
| Approximate LIFO Loss | $117,186.6140 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.