**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-01830-LDH-JO |
| Plaintiff, | Hon. LaShann DeArcy Hall |
| v. | |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | |
| Defendants. | |
| LE RIVAGE LLC, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02653 |
| Plaintiff, | Date of Service: June 15, 2020 |
| v. | |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | |
| Defendants. | |

**NOTICE OF MOTION OF LE RIVAGE LLC FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Le Rivage LLC ("Movant") respectfully moves this Court

for an order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead

Plaintiff pursuant to Section  27 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §

77z-1(a)(3)(B) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange

Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of

1995 (the "PSLRA"); (3) approving Movant's selection of Glancy Prongay & Murray LLP as Lead

Counsel for the class; and (4) granting such other relief as the Court may deem to be just and

proper (the "Motion").

Movant seeks consolidation of related actions, appointment as lead plaintiff, and approval

of its choice of lead counsel pursuant to the Securities Act, Exchange Act, the Federal Rules of

Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum

of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this

action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: June 15, 2020                     **GLANCY PRONGAY & MURRAY LLP**

By:   _/s/ Gregory B. Linkh_
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

-and-

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant and Proposed Lead Counsel*
*for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 15, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2020, at New York, New York.


*/s/ Gregory B. Linkh*
Gregory B. Linkh