**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>iQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>         Defendants. | Case No. 1:20-cv-01830-LDH-JO<br><br>Hon. LaShann DeArcy Hall |
| LE RIVAGE LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>         Defendants. | Case No. 1:20-cv-02653<br><br>Date of Service: June 15, 2020 |

**[PROPOSED] ORDER**

Having considered the motion of Le Rivage LLC for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re iQIYI, Inc. Securities Litigation*, Master File No. 1:20-cv-01830;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), appoints Le Rivage LLC as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) and 15 U.S.C. § 77z-1(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020         _____
                                        HON. LASHANN DEARCY HALL
                                        UNITED STATES DISTRICT JUDGE

1