# EXHIBIT A

DocuSign Envelope ID: 13B88BEA-AAB9-498C-9AD4-BC7298FF65E7

**iQIYI, INC. (NASDAQ: IQ)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Wing Yiu Chan, make this declaration as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint filed against iQIYI, Inc. and certain of its officers and/or directors, and I hereby authorize my selected counsel, Berger Montague PC, to file a complaint and/or a Lead Plaintiff motion on my behalf.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the American Depositary Shares (ADS) of iQIYI, Inc. during the proposed Class Period of March 29, 2018 through and including April 7, 2020, are attached hereto as Exhibit A.

5.      I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

5/6/2020

Date: May _____, 2020
Executed at Kingwood, TX

DocuSigned by:

*Wing Chan*

A4BA5AEC0A0A418...

Wing Yiu Chan

DocuSign Envelope ID: 13B88BEA-AAB0-498C-9AD4-BC7208FF65E7

# EXHIBIT A

| Wing Yiu Chan Transactions in the American Depository Shares ("ADS") of iQIYI, Inc. ("IQ") During the Class Period of March 29, 2018 Through and Including April 7, 2020 | | | |
|---|---|---|---|
| **Transaction** | **Date** | **Shares** | **Price** |
| Buy | 6/8/2018 | 300 | $33.2850 |
| Buy | 6/8/2018 | 200 | $33.3100 |
| Buy | 6/8/2018 | 100 | $33.2880 |
| Buy | 6/8/2018 | 300 | $33.2900 |
| Buy | 6/8/2018 | 500 | $33.3000 |
| Buy | 6/8/2018 | 100 | $33.2981 |
| Buy | 6/8/2018 | 460 | $33.2983 |
| Buy | 6/8/2018 | 600 | $33.3190 |
| Buy | 6/18/2018 | 44 | $42.7800 |
| Buy | 6/18/2018 | 981 | $42.7772 |
| Buy | 6/18/2018 | 885 | $42.7880 |
| Buy | 6/18/2018 | 1790 | $42.7799 |
| Buy | 3/14/2019 | 218 | $25.7164 |
| Sell | 3/13/2019 | 208 | $26.5650 |