## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-01830-LDH-JO |
| Plaintiff, | Hon. LaShann DeArcy Hall |
| v. | |
| iQIYI, INC., YU GONG, and XIAODONG WANG, | |
| Defendants. | |
| LE RIVAGE LLC, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:20-cv-02653 |
| Plaintiff, | Date of Service: June 15, 2020 |
| v. | |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | |
| Defendants. | |

## DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF LE RIVAGE LLC FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Le Rivage LLC ("Movant") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published April 16, 2020 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in iQIYI, Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of June 2020.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 15, 2020, I served true and correct copies of the foregoing document, by posting

the document electronically to the ECF website of the United States District Court for the Eastern

District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on June 15, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh