# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

## iQIYI, INC. SECURITIES LITIGATION

I, Marc Loven, as Manager of the Le Rivage LLC, certify that:

1.   I have reviewed the complaint and authorize its filing and/or the filing of a lead plaintiff motion on behalf of Le Rivage LLC.

2.   I am authorized to institute legal action on behalf of Le Rivage LLC.

3.   Le Rivage LLC did not purchase the iQIYI, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.   I and Le Rivage LLC are willing to serve as representative parties on behalf of a class and will testify at deposition and trial, if necessary.

5.   Le Rivage LLC's transactions in iQIYI, Inc. securities during the class period are as follows:

     (See attached transactions)

6.   Neither I nor Le Rivage LLC have sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.   I nor Le Rivage LLC will accept any payment for serving as a representative party, except to receive the pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

DocuSigned by:

*Marc Loven*

5EBE7081708947F...

6/15/2020

Date

Marc Loven, Manager
Le Rivage LLC

**Le Rivage LLC's Transactions in iQIYI, Inc. (IQ)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/6/2018 | Bought | 50,000 | $29.0000 |
| 6/8/2018 | Sold | -50,000 | $32.0000 |
| 6/12/2018 | Bought | 50,000 | $34.0000 |
| 6/12/2018 | Bought | 50,000 | $34.0000 |
| 6/21/2018 | Bought | 25,000 | $42.5468 |
| 6/21/2018 | Bought | 25,000 | $42.4176 |
| 6/21/2018 | Bought | 25,000 | $40.4677 |
| 6/21/2018 | Bought | 25,000 | $40.5000 |
| 6/21/2018 | Bought | 100 | $37.8500 |
| 6/21/2018 | Bought | 7,952 | $37.9505 |
| 6/22/2018 | Bought | 25,000 | $35.7475 |
| 9/24/2018 | Bought | 17,000 | $25.2087 |
| 10/17/2018 | Bought | 18,786 | $24.9197 |
| 10/19/2018 | Bought | 6,162 | $23.6081 |
| 11/30/2018 | Sold | -7,500 | $20.0000 |
| 12/10/2018 | Sold | -400 | $17.7132 |
| 12/10/2018 | Sold | -2,000 | $17.7046 |
| 12/10/2018 | Sold | -2,000 | $17.7046 |
| 12/10/2018 | Sold | -2,000 | $17.7046 |
| 12/10/2018 | Sold | -2,000 | $17.7046 |
| 12/10/2018 | Sold | -2,000 | $17.7023 |
| 12/10/2018 | Sold | -2,000 | $17.7022 |
| 12/10/2018 | Sold | -2,000 | $17.6930 |
| 12/10/2018 | Sold | -12,751 | $17.6807 |
| 12/14/2018 | Sold | -6,073 | $17.5737 |
| 12/17/2018 | Sold | -1,000 | $16.9327 |
| 12/17/2018 | Sold | -1,000 | $16.9331 |
| 12/17/2018 | Sold | -1,000 | $16.9334 |
| 12/17/2018 | Sold | -1,000 | $16.9331 |
| 12/17/2018 | Sold | -1,000 | $16.9300 |
| 12/17/2018 | Sold | -1,200 | $16.9320 |
| 12/17/2018 | Sold | -600 | $16.9338 |
| 12/17/2018 | Sold | -600 | $16.9302 |
| 12/17/2018 | Sold | -600 | $16.9225 |
| 12/17/2018 | Sold | -1,400 | $16.9229 |
| 12/17/2018 | Sold | -1,400 | $16.9246 |
| 12/17/2018 | Sold | -600 | $16.9332 |
| 12/17/2018 | Sold | -4,200 | $16.9218 |
| 12/17/2018 | Sold | -200 | $16.9238 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 12/17/2018 | Sold | -200 | $16.9238 |
| 12/17/2018 | Sold | -200 | $16.9238 |
| 12/17/2018 | Sold | -200 | $16.9238 |
| 12/17/2018 | Sold | -200 | $16.9238 |
| 12/17/2018 | Sold | -400 | $16.9429 |
| 12/17/2018 | Sold | -400 | $16.9429 |
| 12/17/2018 | Sold | -400 | $16.9416 |
| 12/17/2018 | Sold | -1,600 | $16.9394 |
| 12/17/2018 | Sold | -400 | $16.9332 |
| 12/17/2018 | Sold | -400 | $16.9332 |
| 12/17/2018 | Sold | -400 | $16.9331 |
| 12/17/2018 | Sold | -400 | $16.9331 |
| 12/17/2018 | Sold | -200 | $16.9332 |
| 12/17/2018 | Sold | -200 | $16.9316 |
| 12/17/2018 | Sold | -400 | $16.9332 |
| 12/17/2018 | Sold | -800 | $16.9246 |
| 12/17/2018 | Sold | -800 | $16.9246 |
| 12/17/2018 | Sold | -800 | $16.9231 |
| 12/17/2018 | Sold | -800 | $16.9246 |
| 12/17/2018 | Sold | -800 | $16.9246 |
| 12/17/2018 | Sold | -673 | $16.9246 |
| 12/17/2018 | Sold | -3,400 | $16.3583 |
| 12/17/2018 | Sold | -5,200 | $16.3369 |
| 12/17/2018 | Sold | -15,423 | $16.3170 |
| 12/17/2018 | Sold | -4,258 | $16.7000 |
| 12/18/2018 | Sold | -25,000 | $16.6007 |
| 12/18/2018 | Sold | -25,000 | $16.5619 |
| 12/18/2018 | Sold | -25,000 | $16.5851 |
| 12/18/2018 | Sold | -25,000 | $16.5691 |
| 12/18/2018 | Sold | -25,000 | $16.5379 |
| 12/18/2018 | Sold | -25,000 | $16.4373 |
| 12/18/2018 | Sold | -29,522 | $16.3451 |