UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>    Defendants. | Case No.  1:20-cv-01830-LDH-JO |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE IQIYI INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Sugumar Ariathurai and Thomas Jenkins (together, the "iQIYI Investor Group"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.      I make this Declaration in support of the iQIYI Investor Group's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of the iQIYI Investor Group;

Exhibit B:    Press release published over *Business Wire* on April 16, 2020, announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certifications executed by the members of the iQIYI Investor Group; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 15, 2020, at Flushing, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1