# Exhibit A

**iQIYI, Inc. (IQ)**
**Class Period: March 29, 2018 to April 7, 2020;**
           **Pursuant/Traceable to IPO on March 29, 2018**
**IPO Price: $18.00/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ariathurai, Sugumar | 5/31/2018 | 100 | $25.0000 | ($2,500) | 5/5/2020 | (2,100) | $16.2500 | $34,125 | | |
| Ariathurai, Sugumar | 6/8/2018 | 150 | $28.7700 | ($4,316) | 5/1/2020 | (150) | $16.1800 | $2,427 | | |
| Ariathurai, Sugumar | 6/11/2018 | 200 | $34.2000 | ($6,840) | 5/1/2020 | (1,100) | $16.2500 | $17,875 | | |
| Ariathurai, Sugumar | 6/11/2018 | 500 | $29.7500 | ($14,875) | 5/1/2020 | (400) | $16.2500 | $6,500 | | |
| Ariathurai, Sugumar | 6/12/2018 | 150 | $35.8500 | ($5,378) | | | | | | |
| Ariathurai, Sugumar | 6/15/2018 | 150 | $39.5000 | ($5,925) | | | | | | |
| Ariathurai, Sugumar | 6/15/2018 | 250 | $39.0000 | ($9,750) | | | | | | |
| Ariathurai, Sugumar | 6/19/2018 | 500 | $44.4900 | ($22,245) | | | | | | |
| Ariathurai, Sugumar | 7/30/2018 | 250 | $30.3000 | ($7,575) | | | | | | |
| Ariathurai, Sugumar | 8/3/2018 | 100 | $29.0360 | ($2,904) | | | | | | |
| Ariathurai, Sugumar | 8/3/2018 | 150 | $29.5000 | ($4,425) | | | | | | |
| Ariathurai, Sugumar | 8/17/2018 | 250 | $25.6500 | ($6,413) | | | | | | |
| Ariathurai, Sugumar | 11/26/2019 | 500 | $19.2500 | ($9,625) | | | | | | |
| Ariathurai, Sugumar | 3/31/2020 | 500 | $17.7500 | ($8,875) | | | | | | |
| **Ariathurai, Sugumar** | | **3,750** | | **($111,644)** | | **(3,750)** | | **$60,927** | **3,750** | **($50,717)** |
| | | | | | | | | | | |
| Jenkins, Thomas | 6/19/2018 | 1,300 | $43.8000 | ($56,940) | 12/12/2018 | (150) | $18.5000 | $2,775 | | |
| Jenkins, Thomas | | | | | 12/20/2018 | (210) | $15.5000 | $3,255 | | |
| **Jenkins, Thomas** | | **1,300** | | **($56,940)** | | **(360)** | | **$6,030** | **940** | **($34,528)** |

Summary

| Plaintiff | | Shares | | Amount | | Shares | | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Ariathurai, Sugumar | | 3,750 | | ($111,644) | | (3,750) | | $60,927 | 3,750 | ($50,717) |
| Jenkins, Thomas | | 1,300 | | ($56,940) | | (360) | | $6,030 | 940 | ($34,528) |
| **Total** | | **5,050** | | **($168,584)** | | **(4,110)** | | **$66,957** | **4,690** | **($85,246)** |

*Avg Closing Prices from April 8 to June 12