# Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, _SuGuMAR ARiATHuRAi_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against iQIYI, Inc. ("iQIYI" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire iQIYI securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired iQIYI securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in iQIYI securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.


Executed ___MAy 6th, 2020___
             (Date)


_____
(Signature)

SUGUMAR ARIATHURAI
(Type or Print Name)
AKA SUGU ARIA

**iQIYI, Inc. (IQ)**                                                    **Ariathurai, Sugumar**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 5/31/2018 | Purchase | 100 | $25.0000 |
| 6/8/2018 | Purchase | 150 | $28.7700 |
| 6/11/2018 | Purchase | 200 | $34.2000 |
| 6/11/2018 | Purchase | 500 | $29.7500 |
| 6/12/2018 | Purchase | 150 | $35.8500 |
| 6/15/2018 | Purchase | 150 | $39.5000 |
| 6/15/2018 | Purchase | 250 | $39.0000 |
| 6/19/2018 | Purchase | 500 | $44.4900 |
| 7/30/2018 | Purchase | 250 | $30.3000 |
| 8/3/2018 | Purchase | 100 | $29.0360 |
| 8/3/2018 | Purchase | 150 | $29.5000 |
| 8/17/2018 | Purchase | 250 | $25.6500 |
| 11/26/2019 | Purchase | 500 | $19.2500 |
| 3/31/2020 | Purchase | 500 | $17.7500 |

DocuSign Envelope ID: CF51EAD5-2A23-4A8D-9D95-7A7DE6B010EB

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the initial complaint filed in this action.

Plaintiff did not purchase and/or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

Plaintiff's transactions in the security that is the subject of this action during the Class Period are as follows - **List additional transactions on Schedule A, if necessary**:

Purchases:

| Ticker of Company | Date(s) Purchased | # Shares Purchased | Cost/Share |
|---|---|---|---|
| IQ | 06/19/2018 | 1300 | 43.80 |

Sales:

| Ticker of Company | Date(s) Sold | # Shares Sold | Proceeds/Share |
|---|---|---|---|
| IQ | 12/20/18 | 210 | 15.50 |
| | 12/12/18 | 150 | 18.50 |

During the three (3) years prior to the date of this certification, Plaintiff has not sought to serve or served as a class representative in an action filed under the federal securities laws except for the following (if any):

N/A

DocuSign Envelope ID: CF51EAD5-2A23-4A8D-9D95-7A7DE6B010EB

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___07___ day of ___April___, 2020 in _(redacted)_____.

City                   State

(Signature) X_____

(Print Name)_____

Thomas Jenkins

First                   Last

**iQIYI, Inc. (IQ)**                                                                                            **Jenkins, Thomas**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 6/19/2018 | Purchase | 1,300 | $43.8000 |
| 12/12/2018 | Sale | (150) | $18.5000 |
| 12/20/2018 | Sale | (210) | $15.5000 |