# CALCATERRA POLLACK LLP

June 18, 2020

Via ECF

Honorable LaShann DeArcy Hall
United States District Judge, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Lee v. iQIYI, Inc. et al*, **1:20-cv-01830-LDH-JO**

Dear Judge DeArcy Hall:

We represent proposed Lead Plaintiff Movant Wing You Chan ("Movant") in *Lee v. iQIYI, Inc. et al*, 1:20-cv-01830-LDH-JO, as local counsel. Lead Counsel for Movant is Berger Montague P.C.

On June 15, 2020 we filed a Motion seeking to appoint Movant as Lead Plaintiff, and approving Movant's selection of Berger Montague P.C. as Lead Counsel for the putative Class and Calcaterra Pollack LP as Local Counsel for the Class.

Through a clerical error, the docket entries for our filings in this case (ECF Nos. 22, 23, and 24) erroneously state that we filed the above Motion, Memorandum, Affidavit, and accompanying exhibits, on behalf of Jean Lee. We do not represent Jean Lee. Accordingly, Docket entries for ECF Nos. 22, 23 and 24 should be <u>ignored</u> by the parties.

The above set of papers were filed at 10:28 PM on June 15, 2020. In order to timely preserve Movant's opportunity to submit his submission before the expiration of the Lead Plaintiff Application deadline, we submitted the same Motion, Memorandum, Affidavit, and accompanying exhibits, as a second set of filings under ECF Nos. 32, 34, and 36, respectively. These docket entries correctly state that the filings are on behalf of Movant.

We regret the confusion this has caused to the Court and the parties, and respectfully ask that the docket entries for ECF Nos. 22, 23, 24 be stricken from the docket, and that the docket entries for ECF Nos. 32, 34, and 36 remain.

Respectfully,

Regina M. Calcaterra

cc: Counsel of Record

1140 AVENUE OF THE AMERICAS      PO BOX 257                    TEL: 212.899.1760
9TH FLOOR                        NEW SUFFOLK NY 11956          FAX: 332.206.2073
NEW YORK, NY 10036-5803

CALCATERRAPOLLACK.COM