**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Tranquil Bay, LLC*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>Defendants. | Case No. 20-CV-01830-LAH-JO |

(related case caption continued below)

**SUPPLEMENTAL DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF MOTION OF TRANQUIL BAY, LLC TO BE APPOINTED LEAD PLAINTIFF TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS**

LE RIVAGE LLC, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

IQIYI, INC., YU GONG, and XIAODONG WANG,

Defendants.

Case No. 20-CV-02653-ENV-VMS

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for proposed Lead Plaintiff, Tranquil Bay, LLC ("Tranquil Bay" or "Movant"). I submit this supplemental declaration in further support of Tranquil Bay's Motion to be appointed as Lead Plaintiff and to approve proposed Lead Plaintiff's selection of Lead Counsel for the Class and in opposition to the competing motions.

2.      Attached as exhibits are true and correct copies of the following:

Exhibit A:     Amended Certification of Tranquil Bay reflecting transactions in iQIYI, Inc. securities between March 29, 2018 and April 7, 2020.

Exhibit B:     Updated Loss Chart reflecting Tranquil Bay's transactions in iQIYI, Inc. securities between March 29, 2018 and April 7, 2020.

Exhibit C:     Conformed Loss Charts of Le Rivage LLC and Ronald Hershberger.

Exhibit D:     Robert J. Gereige, MD Letter of Surrender dated March 1, 2019.

I declare under penalty of perjury under the laws of the State of New York that the foregoing facts are true and correct.

Executed this 29th day of June, 2020 at New York, New York.

*/s/ Kim E. Miller*
Kim E. Miller