# EXHIBIT C

**iQIYI Securities Litigation**
**Conformed Class Period Losses of Le Rivage LLC in Securities of iQIYI, Inc. (NASDAQ: "IQ")**

| | |
|---|---|
| **Class Period Begins:** | 3/29/2018 |
| **Class Period Ends:** | 4/7/2020 |
| **90-Day Loockback Ends:** | 7/6/2020 |
| **Mean Trading Price** | |
| **Through 6/12/2020:** | $ 17.4604 |

**ADSs**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 6/6/2018 | 50,000 | $ 29.00 | $ 1,450,000.00 | | | | | |
| | | | | 6/8/2018 | 50,000 | $ 34.00 | $ 1,700,000.00 | |
| | | | | | | | | $ 250,000.00 |
| 6/12/2018 | 50,000 | $ 34.00 | $ 1,700,000.00 | | | | | |
| 6/12/2018 | 50,000 | $ 34.00 | $ 1,700,000.00 | | | | | |
| 6/21/2018 | 25,000 | $ 42.55 | $ 1,063,670.00 | | | | | |
| 6/21/2018 | 25,000 | $ 42.42 | $ 1,060,440.00 | | | | | |
| 6/21/2018 | 25,000 | $ 40.47 | $ 1,011,692.50 | | | | | |
| 6/21/2018 | 25,000 | $ 40.50 | $ 1,012,500.00 | | | | | |
| 6/21/2018 | 100 | $ 37.85 | $ 3,785.00 | | | | | |
| 6/21/2018 | 7,952 | $ 37.95 | $ 301,782.38 | | | | | |
| 6/22/2018 | 25,000 | $ 35.75 | $ 893,687.50 | | | | | |
| 9/24/2018 | 17,000 | $ 25.21 | $ 428,547.90 | | | | | |
| 10/17/2018 | 18,786 | $ 24.92 | $ 468,141.48 | | | | | |
| 10/19/2018 | 6,162 | $ 23.61 | $ 145,473.11 | | | | | |
| | | | | 11/30/2018 | 7,500 | $ 20.00 | $ 150,000.00 | |
| | | | | 12/10/2018 | 400 | $ 17.71 | $ 7,085.28 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,409.20 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,409.20 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,409.20 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,409.20 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,404.60 | |
| | | | | 12/10/2018 | 2,000 | $ 17.70 | $ 35,404.40 | |
| | | | | 12/10/2018 | 2,000 | $ 17.69 | $ 35,386.00 | |
| | | | | 12/10/2018 | 12,751 | $ 17.68 | $ 225,446.61 | |
| | | | | 12/14/2018 | 6,073 | $ 17.57 | $ 106,725.08 | |
| | | | | 12/17/2018 | 1,000 | $ 16.93 | $ 16,932.70 | |

| Date | Quantity | | Price | | Amount |
|---|---|---|---|---|---|
| 12/17/2018 | 1,000 | $ | 16.93 | $ | 16,933.10 |
| 12/17/2018 | 1,000 | $ | 16.93 | $ | 16,933.40 |
| 12/17/2018 | 1,000 | $ | 16.93 | $ | 16,933.10 |
| 12/17/2018 | 1,000 | $ | 16.93 | $ | 16,930.00 |
| 12/17/2018 | 1,200 | $ | 16.93 | $ | 20,318.40 |
| 12/17/2018 | 600 | $ | 16.93 | $ | 10,160.28 |
| 12/17/2018 | 600 | $ | 16.93 | $ | 10,158.12 |
| 12/17/2018 | 600 | $ | 16.92 | $ | 10,153.50 |
| 12/17/2018 | 1,400 | $ | 16.92 | $ | 23,692.06 |
| 12/17/2018 | 1,400 | $ | 16.92 | $ | 23,694.44 |
| 12/17/2018 | 600 | $ | 16.93 | $ | 10,159.92 |
| 12/17/2018 | 4,200 | $ | 16.92 | $ | 71,071.56 |
| 12/17/2018 | 200 | $ | 16.92 | $ | 3,384.76 |
| 12/17/2018 | 200 | $ | 16.92 | $ | 3,384.76 |
| 12/17/2018 | 200 | $ | 16.92 | $ | 3,384.76 |
| 12/17/2018 | 200 | $ | 16.92 | $ | 3,384.76 |
| 12/17/2018 | 200 | $ | 16.92 | $ | 3,384.76 |
| 12/17/2018 | 400 | $ | 16.94 | $ | 6,777.16 |
| 12/17/2018 | 400 | $ | 16.94 | $ | 6,777.16 |
| 12/17/2018 | 400 | $ | 16.94 | $ | 6,776.64 |
| 12/17/2018 | 1,600 | $ | 16.94 | $ | 27,103.04 |
| 12/17/2018 | 400 | $ | 16.93 | $ | 6,773.28 |
| 12/17/2018 | 400 | $ | 16.93 | $ | 6,773.28 |
| 12/17/2018 | 400 | $ | 16.93 | $ | 6,773.24 |
| 12/17/2018 | 400 | $ | 16.93 | $ | 6,773.24 |
| 12/17/2018 | 200 | $ | 16.93 | $ | 3,386.64 |
| 12/17/2018 | 200 | $ | 16.93 | $ | 3,386.32 |
| 12/17/2018 | 400 | $ | 16.93 | $ | 6,773.28 |
| 12/17/2018 | 800 | $ | 16.92 | $ | 13,539.68 |
| 12/17/2018 | 800 | $ | 16.92 | $ | 13,539.68 |
| 12/17/2018 | 800 | $ | 16.92 | $ | 13,538.48 |
| 12/17/2018 | 800 | $ | 16.92 | $ | 13,539.68 |
| 12/17/2018 | 800 | $ | 16.92 | $ | 13,539.68 |
| 12/17/2018 | 673 | $ | 16.92 | $ | 11,390.26 |
| 12/17/2018 | 3,400 | $ | 16.36 | $ | 55,618.22 |
| 12/17/2018 | 5,200 | $ | 16.34 | $ | 84,951.88 |
| 12/17/2018 | 15,423 | $ | 16.32 | $ | 251,657.09 |
| 12/17/2018 | 4,258 | $ | 16.70 | $ | 71,108.60 |

| 12/18/2018 | 25,000 | $ | 16.60 | $ | 415,017.50 |
| 12/18/2018 | 25,000 | $ | 16.56 | $ | 414,047.50 |
| 12/18/2018 | 25,000 | $ | 16.59 | $ | 414,627.50 |
| 12/18/2018 | 25,000 | $ | 16.57 | $ | 414,227.50 |
| 12/18/2018 | 25,000 | $ | 16.54 | $ | 413,447.50 |
| 12/18/2018 | 25,000 | $ | 16.44 | $ | 410,932.50 |
| 12/18/2018 | 29,522 | $ | 16.35 | $ | 482,540.04 |

$ (5,176,300.16) *Non-*Dura* Loss

| | |
|---|---|
| LIFO Losses Net Gains: | $ (4,926,300.16) |
| *Le Rivage* LIFO/*Dura* Losses Net Gains: | $ (4,926,300.16) |
| LIFO/*Dura* Losses Net Gains: | $ 250,000.00 |

**iQIYI Securities Litigation**
**Conformed Class Period Losses of Ronald Hershberger in Securities of iQIYI, Inc. (NASDAQ: "IQ")**

| | |
|---|---|
| **Class Period Begins:** | 3/29/2018 |
| **Class Period Ends:** | 4/7/2020 |
| **90-Day Loockback Ends:** | 7/6/2020 |
| **Mean Trading Price** | |
| **Through 6/12/2020:** | $ 17.4604 |

**ADSs**

| Purchases | | | | Sales | | | | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | Cost | Date | Quantity | Price* | Proceeds | |
| 6/4/2018 | 1,083 $ | 29.50 $ | 31,948.50 | HELD | 1,083 $ | 17.4604 $ | 18,909.61 $ | (13,038.89) |
| 6/4/2018 | 9,089 $ | 29.50 $ | 268,125.50 | HELD | 9,089 $ | 17.4604 $ | 158,697.58 $ | (109,427.92) |
| 6/4/2018 | 6,307 $ | 29.50 $ | 186,056.50 | | | | | |
| 6/4/2018 | 2,345 $ | 29.50 $ | 69,177.50 | | | | | |
| 6/4/2018 | 2,596 $ | 29.50 $ | 76,582.00 | | | | | |
| 6/4/2018 | 33,903 $ | 29.50 $ | 1,000,138.50 | | | | | |
| 6/4/2018 | 9,849 $ | 29.50 $ | 290,545.50 | | | | | |
| | | | | 6/15/2018 | 15,300 $ | 35.00 $ | 535,500.00 | |
| | | | | 6/15/2018 | 1,000 $ | 35.00 $ | 35,000.00 | |
| | | | | 6/15/2018 | 2,300 $ | 35.00 $ | 80,500.00 | |
| | | | | 6/18/2019 | 2,500 $ | 35.00 $ | 87,500.00 | |
| | | | | 6/18/2019 | 33,900 $ | 35.00 $ | 1,186,500.00 | |
| | | | | | | | $ | 302,500.00 |
| 6/19/2018 | 1,049 $ | 42.49 $ | 44,572.01 | HELD | 1,049 $ | 17.4604 $ | 18,315.96 $ | (26,256.05) |
| 6/19/2018 | 8,662 $ | 42.50 $ | 368,135.00 | HELD | 8,662 $ | 17.4604 $ | 151,241.98 $ | (216,893.02) |
| 6/19/2018 | 2,610 $ | 42.50 $ | 110,925.00 | | | | | |
| 6/19/2018 | 1,926 $ | 42.50 $ | 81,855.00 | | | | | |
| 6/19/2018 | 2,092 $ | 42.50 $ | 88,910.00 | | | | | |
| 6/19/2018 | 19,825 $ | 42.50 $ | 842,562.50 | | | | | |
| | | | | 9/13/2019 | 1,253 $ | 18.00 $ | 22,554.00 | |
| | | | | 9/16/2019 | 2,600 $ | 18.00 $ | 46,800.00 | |
| | | | | 9/16/2019 | 17,200 $ | 18.00 $ | 309,600.00 | |
| | | | | 9/16/2019 | 5,400 $ | 18.00 $ | 97,200.00 | |
| | | | | | | | $ | (648,098.50) *Non-*Dura* Loss |
| 6/19/2018 | 8,563 $ | 42.50 $ | 363,927.50 | | | | | |

| Date | Quantity | | Price | | Proceeds | Date | Quantity | | Price | | Proceeds | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2018 | 400 | $ | 42.48 | $ | 16,992.00 | | | | | | | | | |
| 6/19/2018 | 837 | $ | 42.50 | $ | 35,572.50 | | | | | | | | | |
| | | | | | | 6/19/2018 | 9,800 | $ | 35.00 | $ | 343,000.00 | | | |
| | | | | | | | | | | | | $ | (73,492.00) | *Non-*Dura* Loss |
| 6/21/2018 | 8,347 | $ | 42.50 | $ | 354,747.50 | | | | | | | | | |
| | | | | | | 9/13/2019 | 7,700 | $ | 18.00 | $ | 138,600.00 | | | |
| | | | | | | 9/13/2019 | 500 | $ | 18.00 | $ | 9,000.00 | | | |
| | | | | | | 9/13/2019 | 147 | $ | 18.00 | $ | 2,646.00 | | | |
| | | | | | | | | | | | | $ | (204,501.50) | *Non-*Dura* Loss |

| | | |
|---|---|---|
| LIFO Losses Net Gains: | $ | (989,207.88) |
| *Le Rivage* LIFO/*Dura* Losses Net Gains: | $ | (915,715.88) |
| LIFO/*Dura* Losses Net Gains: | $ | (63,115.88) |

**6/15/2018 $35 Call Options**
**Sales**

| Date | Quantity | | Price | | Proceeds |
|---|---|---|---|---|---|
| 6/8/2018 | 153 | $ | 0.60 | $ | 9,180.00 |
| 6/8/2018 | 23 | $ | 0.60 | $ | 1,380.00 |
| 6/8/2018 | 25 | $ | 0.60 | $ | 1,500.00 |
| 6/8/2018 | 339 | $ | 0.60 | $ | 20,340.00 |
| 6/8/2018 | 98 | $ | 0.60 | $ | 5,880.00 |
| 6/15/2018 | 10 | $ | 0.60 | $ | 600.00 |

| | | |
|---|---|---|
| **Premium Proceeds:** | **$** | **38,880.00** |

**9/13/2019 $18 Call Options**
**Sales**

| Date | Quantity | | Price | | Proceeds |
|---|---|---|---|---|---|
| 9/9/2019 | 54 | $ | 0.75 | $ | 4,050.00 |
| 9/9/2019 | 77 | $ | 0.75 | $ | 5,775.00 |
| 9/9/2019 | 5 | $ | 0.75 | $ | 375.00 |
| 9/9/2019 | 14 | $ | 0.75 | $ | 1,050.00 |
| 9/9/2019 | 26 | $ | 0.75 | $ | 1,950.00 |
| 9/9/2019 | 172 | $ | 0.75 | $ | 12,900.00 |

| | | |
|---|---|---|
| **Premium Proceeds:** | **$** | **26,100.00** |

| | | |
|---|---|---|
| **Total LIFO Losses Net Call Premium Proceeds:** | **$** | **(924,227.88)** |
| ***Le Rivage*** **Total LIFO/*Dura* Losses Net Call Premium Proceeds:** | **$** | **(850,735.88)** |
| **Total LIFO/*Dura* Losses Net Call Premium Proceeds:** | **$** | **1,864.12** |

HELD*: For those shares purchased or otherwise acquired during the Class Period and held through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). The figure of $17.4604/share, the mean trading price as of the deadline for filing motions for appointment, 6/15/20, has been used for conformity.