UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>Defendants. | Case No.  1:20-cv-01830-LDH-JO |

NOTICE OF NON-OPPOSITION OF THE IQIYI INVESTOR GROUP
TO COMPETING MOTIONS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On June 15, 2020, Sugumar Ariathurai and Thomas Jenkins (collectively, the "iQIYI Investor Group"), by and through their counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing the iQIYI Investor Group as Lead Plaintiff on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired iQIYI, Inc. securities between March 29, 2018 and April 7, 2020, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 37.

Having reviewed the competing motions before the Court, the iQIYI Investor Group does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no bearing on the membership of the iQIYI Investor Group's members in the proposed Class or their ability to share in any recovery obtained on behalf of the Class.

Dated:  June 29, 2020

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*and Proposed Lead Counsel for the Class*

1