UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————— x

JEAN LEE, Individually and on Behalf of All
Others Similarly Situated,

                      Plaintiff,

     vs.

IQIYI, INC., YU GONG and XIAODONG
WANG,

                Defendants.

——————————————————— x

:  Civil Action No. 1:20-cv-01830-LDH-JO
:
:  CLASS ACTION
:
:
:  DECLARATION OF DAVID A.
:  ROSENFELD IN SUPPORT OF
:  OPPOSITION TO COMPETING MOTIONS
:  FOR APPOINTMENT AS LEAD
:  PLAINTIFF
:
:
:
:
:
:

4840-8733-2033.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Laura Maria Dominguez Moreno, individually and on behalf of Coliving Costa Blanca, Sociedad Limitada ("Ms. Dominguez Moreno") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Ms. Dominguez Moreno's Opposition to Competing Motions for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Press release published by Glancy Prongay & Murray LLP announcing iQIYI, Inc. investigation published in *Business Wire* on April 21, 2020;

Exhibit B:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Business Wire* on April 22, 2020;

Exhibit C:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Globe News Wire* on May 7, 2020;

Exhibit D:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Globe News Wire* on May 18, 2020;

Exhibit E:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Globe News Wire* on May 26, 2020;

Exhibit F:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Globe News Wire* on June 5, 2020; and

Exhibit G:      Press release published by Glancy Prongay & Murray LLP announcing pendency of class action against iQIYI, Inc. published in *Globe News Wire* on June 11, 2020.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of June, 2020, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4840-8733-2033.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4840-8733-2033.v1

## Mailing Information for a Case 1:20-cv-01830-LDH-JO Lee v. iQIYI, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Regina Marie Calcaterra**
  rcalcaterra@calcaterra.law

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Michael Charles Griffin**
  michael.griffin@skadden.com

- **Matthew M Guiney**
  guiney@whafh.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Gregory B. Linkh**
  glinkh@glancylaw.com,greglinkh@gmail.com

- **Francis P. McConville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Jason A. Zweig**
  jasonz@hbsslaw.com,megano@hbsslaw.com,chi_filings@hbsslaw.com,sf_filings@hbsslaw.com,josephs@hbsslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)