# EXHIBIT A






# Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of iQIYI, Inc. (IQ) on Behalf of Investors

April 21, 2020 06:30 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf iQIYI, Inc. ("iQIYI" or the Company") (NASDAQ: IQ) investors concerning the Company and its officers' possible violations of the federal securities laws.

If you suffered a loss on your iQIYI investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information here or contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, via email shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On March 29, 2018, iQIYI conducted its initial public offering ("IPO"), issuing 125,000,000 American Depositary Shares ("ADSs") priced at $18.00 per share.

Then, on April 7, 2020, Wolfpack Research ("Wolfpack"), a global financial research and due diligence firm, published a report alleging that the Company "was committing fraud well before its IPO in 2018 and has continued to do so ever since." Wolfpack estimates that the Company inflated its 2019 revenue by approximately RMB 8 billion to RMB 13 billion, or 27% to 44%, by overstating its user numbers by approximately 42% to 60%.

On this news, the Company's share price fell $0.79, or over 4%, to close at $16.51 per share on April 8, 2020, thereby injuring investors.

Follow us for updates on LinkedIn, Twitter, or Facebook.

**Whistleblower Notice:** Persons with non-public information regarding iQIYI should consider their options to aid the investigation or take advantage of the SEC Whistleblower Program. Under the program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Charles H. Linehan at 310-201-9150 or 888-773-9224 or email shareholders@glancylaw.com.

**About GPM**

Glancy Prongay & Murray LLP is a premier law firm representing investors and consumers in securities litigation and other complex class action litigation. ISS Securities Class Action Services has consistently ranked GPM in its annual SCAS Top 50 Report. In 2018, GPM was ranked a top five law firm in number of securities class action settlements, and a top six law firm for total dollar size of settlements. With four offices across the country, GPM's nearly 40 attorneys have won groundbreaking rulings and recovered billions of dollars for investors and consumers in securities, antitrust, consumer, and employment class actions. GPM's lawyers have handled cases covering a wide spectrum of corporate misconduct

including cases involving financial restatements, internal control weaknesses, earnings management, fraudulent earnings guidance and forward-looking statements, auditor misconduct, insider trading, violations of FDA regulations, actions resulting in FDA and DOJ investigations, and many other forms of corporate misconduct. GPM's attorneys have worked on securities cases relating to nearly all industries and sectors in the financial markets, including, energy, consumer discretionary, consumer staples, real estate and REITs, financial, insurance, information technology, health care, biotech, cryptocurrency, medical devices, and many more. GPM's past successes have been widely covered by leading news and industry publications such as *The Wall Street Journal*, *The Financial Times*, *Bloomberg Businessweek*, *Reuters*, the *Associated Press*, *Barron's*, *Investor's Business Daily*, *Forbes*, and *Money*.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#fraud    #investors

## $Cashtags

$IQ