# EXHIBIT B





# Glancy Prongay & Murray LLP Announces the Filing of a Securities Class Action on Behalf of iQIYI, Inc. (IQ) Investors

April 22, 2020 12:00 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), a national investors rights law firm, announces that a class action lawsuit has been filed on behalf of investors who purchased iQIYI, Inc. ("iQIYI" or the Company") (NASDAQ: IQ) securities between **March 29, 2018 and April 7, 2020,** inclusive (the "Class Period"). iQIYI investors have until **June 15, 2020** to file a lead plaintiff motion.

If you suffered a loss on your iQIYI investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information here or contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, via email shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On March 29, 2018, iQIYI conducted its initial public offering ("IPO"), issuing 125,000,000 American Depositary Shares ("ADSs") priced at $18.00 per share.

Then, on April 7, 2020, Wolfpack Research ("Wolfpack"), a global financial research and due diligence firm, published a report alleging that the Company "was committing fraud well before its IPO in 2018 and has continued to do so ever since." Wolfpack estimates that the Company inflated its 2019 revenue by approximately RMB 8 billion to RMB 13 billion, or 27% to 44%, by overstating its user numbers by approximately 42% to 60%.

On this news, the Company's share price fell $0.79, or over 4%, to close at $16.51 per share on April 8, 2020, thereby injuring investors.

The complaint alleges that throughout the Class Period, defendants made false and/or misleading statements and/or failed to disclose: (1) iQIYI inflated its revenue figures; (2) iQIYI inflated its user numbers; (3) iQIYI inflated its expenses to cover up other fraud; and (4) as a result, Defendants' public statements were materially false and misleading at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased iQIYI securities during the Class Period, you may move the Court no later than **June 15, 2020** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California

9006, at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

Glancy Prongay and Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

#Hashtags

| #investors | #fraud | #legalnotice | #classaction |

$Cashtags

| $IQ |

/