# EXHIBIT G

Case 1:20-cv-01830-DG-TAM   Document 53-7   Filed 06/29/20   Page 2 of 3 PageID #: 1142



*Source:* *Glancy Prongay & Murray LLP*

*June 11, 2020 12:00 ET*

# Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against iQIYI, Inc. (IQ)

LOS ANGELES, June 11, 2020 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **June 15, 2020** deadline to file a lead plaintiff motion in the class action filed on behalf of purchased iQIYI, Inc. ("iQIYI" or the Company") (NASDAQ: IQ) investors who purchased securities between **March 29, 2018 and April 7, 2020,** inclusive (the "Class Period").

If you suffered a loss on your iQIYI investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information https://www.glancylaw.com/cases-application/case-information/iqiyi-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On March 29, 2018, iQIYI conducted its initial public offering ("IPO"), issuing 125,000,000 American Depositary Shares ("ADSs") priced at $18.00 per share.

Then, on April 7, 2020, Wolfpack Research ("Wolfpack"), a global financial research and due diligence firm, published a report alleging that the Company "was committing fraud well before its IPO in 2018 and has continued to do so ever since." Wolfpack estimates that the Company inflated its 2019 revenue by approximately RMB 8 billion to RMB 13 billion, or 27% to 44%, by overstating its user numbers by approximately 42% to 60%.

On this news, the Company's share price fell $0.79, or over 4%, to close at $16.51 per share on April 8, 2020, thereby injuring investors.

Case 1:20-cv-01830-DG-TAM   Document 53-7   Filed 06/29/20   Page 3 of 3 PageID #: 1143

The complaint alleges that throughout the Class Period, defendants made false and/or misleading statements and/or failed to disclose: (1) iQIYI inflated its revenue figures; (2) iQIYI inflated its user numbers; (3) iQIYI inflated its expenses to cover up other fraud; and (4) as a result, Defendants' public statements were materially false and misleading at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired iQIYI securities during the Class Period, you may move the Court no later than **June 15, 2020** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com.  If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**
Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com