**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>iQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>               Defendants. | Case No. 1:20-cv-01830-LDH-JO |
| LE RIVAGE LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>               Defendants. | Case No. 1:20-cv-02653-LDH-JO |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOVANT LE RIVAGE LLC'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Le Rivage LLC ("Movant") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Movant's Reply Memorandum of Law in Further Support of Its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Yahoo! Finance report of iQIYI share price between April 7, 2020 and April 9, 2020;

Exhibit B:    iQIYI Registration Statement and Prospectus Filed on Form 424b4 with the SEC on March 29, 2018;

Exhibit C:    Transcript of iQIYI conference call held on October 30, 2018; and

Exhibit D:    PAMCAH-UA Local 675 Pension Fund's Memorandum of Law in Further Support of Its Motion for Appointment as Lead Plaintiff in *Christian v. BT Grp. PLC*, No. 2:17-CV-00497-KM-JBC (D.N.J.), Dkt. 20.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of July 2020.

/s/ Gregory B. Linkh
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 6, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh