# EXHIBIT A

Currency in USD

⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Apr 09, 2020 | 16.45 | 17.79 | 16.39 | 17.37 | 17.37 | 17,791,900 |
| Apr 08, 2020 | 16.10 | 16.74 | 15.71 | 16.51 | 16.51 | 35,105,300 |
| Apr 07, 2020 | 17.50 | 17.55 | 14.51 | 17.30 | 17.30 | 60,064,600 |

*Close price adjusted for splits.   **Adjusted close price adjusted for both dividends and splits.