# EXHIBIT C

Case 1:20-cv-01830-DG-TAM    Document 55-4    Filed 07/06/20    Page 1 of 16 PageID #: 1464

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

# Q3 2018 Earnings Call

## Company Participants

- Dahlia Wei, Investor Relations Director
- Xiaodong Wang, Chief Financial Officer
- Yu Gong, Founder, Chief Executive Officer & Director

## Other Participants

- Alicia Yap, Analyst
- Eddie Leung, Analyst
- Ella Ji, Analyst
- Karen Chan, Analyst
- Piyush Mubayi, Analyst
- Thomas Chong, Analyst
- Wendy Huang, Analyst
- Xueru Zhang, Analyst
- Yan Yan Xiao, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Ladies and gentlemen, thank you for standing by and welcome to the iQIYI's Third Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. There'll be a presentation followed by a question-and-answer session. I must advise you that this conference is being recorded today, Wednesday, the 31st of October, 2018.

I will now hand the conference over to your first speaker today, Ms. Dahlia Wei, Investor Relations Director for iQIYI. Thank you. Please go ahead.

### Dahlia Wei    {BIO 20719315 <GO>}

Thank you, operator. Hello, everyone, and thank you all for joining iQIYI's third quarter 2018 earnings conference call. The company's results were released earlier today and are available on the company's Investor Relations website at ir.iqiyi.com. On the call today are Dr. Yu Gong, our Founder, Director and Chief Executive Officer; and Ms. Xiaodong Wang, our Chief Financial Officer. Dr. Gong will give a brief overview of the company's business operations and highlights, followed by Xiaodong who will go through the financials and guidance. After their prepared remarks, we will hold a Q&A session.

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

Before we proceed, please note that the discussion today will contain forward-looking statements made under the Safe Harbor provision of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from our current expectations. Potential risks and uncertainties include, but are not limited to, those outlined in our public filings with the SEC. iQIYI does not undertake any obligation to update any forward-looking statements except as required under applicable law.

With that, I will now turn the call over to Dr. Gong. Please go ahead.

## Yu Gong   {BIO 17400695 <GO>}

Hello, everyone, and thank you for joining us for the third quarter earning calls. We continued to deliver solid results during the third quarter. Total revenue were RMB 6.9 billion, up 48% year-over-year. The performance was primarily driven by robust growth in the number of subscribers which reached 80.7 million at the end of September, representing record high of quarterly net addition of 13.5 million.

This quarter, we also observed further enhanced user reach in engagement level and the time spent as summertime is peak season for us during the year. We ranked number one across a number of operating metrics among our peers according to independent data tracking by major research firms. This again reaffirms our industry-leading position under competitive stress.

We will start this quarter's business review with membership services, which has become our biggest revenue contributor. Membership revenue was RMB 2.9 billion, representing a 78% year-over-year growth. Premium content continues to be the most important driver for membership growth. We released the most popular drama of this year in China, Story of Yanxi Palace, during the quarter. The mega hit costume drama that we originally produced has had several records in the entertainment industry in China. It harvested over 20 billion total video view and has become the single most successful title in terms of subscriber conversions in our history. Along with a variety of other premium content, it's greatly boosted our subscriber numbers. Our joint membership program with JD.com continued to progress naturally in the third quarter, attracting a steady inflow of annual subscribers who wish to enjoy benefits from both companies.

In addition to JD.com, we continue to pursue opportunities to develop other cross-industry partnerships including telecom carriers and commercial banks. During the third quarter, we established new cooperation with a number of respected online service providers to further broaden our subscriber base. This partnership not only help us reach different geographic and demographic user groups, but also help us to enhance the benefits and privileges for our members, all of which collectively contributes to membership growth.

Next, advertising business. On the last conference call, we mentioned that we are cautious about advertising for the second half of this year. Advertising revenue in the third quarter came in at RMB 2.4 billion, largely in line with our expectations. Our advertising

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

FINAL

Bloomberg Transcript

business went through some difficulties this year mainly due to the following factors. First, the impact of the FIFA World Cup, which diverted advertising budgets to transitional TV; second, recent regulatory tightness as a result of which we cleaned up some in-feed advertisements from certain high-risk profile sectors. In addition, certain regulation has particularly impacted some of our online end clients who used to spend heavily in advertising.

Despite this near-term headwind, we remain committed to advertising business which is an important component of our business model. We are trying to expand, diversify, and optimize our client pool in an effort to be resilient to potential challenges and deliver sustainable growth.

Aside from our membership and advertising business, we are pleased to see our other business continue to scale as our Netflix plus model gradually bears more fruit. Content distribution, literature, gaming, IP licensing, as well as talent agency in business all recorded considerable year-over-year growth. The strong performance of this business was again driven by our premium content.

Now, let me go over some developments on the content side. As we mentioned before, iQIYI's focus is on producing and selecting the highest quality content. Our third quarter results reflect this strategy as we continue to devote resources towards self-producing content based on quality and originality and innovation.

Nothing exemplify this better in the groundbreaking success we have seen with Story of Yanxi Palace this quarter, which is one of the most iconic drama series in China and then broke all historical viewing records for dramas. Story of Yanxi Palace has now been distributed to over 70 countries globally and has created the wide-spread mania. The remarkable success of the show validates our focus on producing and selecting the highest quality content.

Turning to variety show, Season 2 of The Rap of China, our flagship original music reality show debuted in mid-July with huge success. The show reignited the craze or "R!CH" culture across China, especially among younger generation, and together with our self-produced Idol Hits and Season 5 of Qipa Talk, as well as exclusively licensed The Voice of China.

Our unmatched library of variety shows during the quarter achieved excellent results in terms of audience, ratings, and monetization. For the rest of the year, we have a strong pipeline of high quality and premium content, including self-produced dramas.

For animation and comics, in early September, iQIYI's first original 3D animation title, Beyond the Ocean, received the Best Art Award at the first AniSpark domestic original animation festival held in Shanghai. We began developing original animation titles in 2014 and have since launched six successful animated series.

For sports, we have formed our joint venture with Super Sports Media, a leading service provider in China for sports marketing, sports culture communications, and copyrighted

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

FINAL

Bloomberg Transcript

distribution. The new joint venture will operate our sports-related content business, including the upgraded iQIYI Sports App, which brings together an extensive offering of sports content with smooth user experience. Under this JV structure, we aim to attract more resources and investments for iQIYI Sports, which remains within and benefiting for our ecosystem.

For online literature, I want to highlight that our iQIYI Literature App recorded significant growth in user engagement and traffic during this quarter, driven primarily by readers converted from video audience of the Story of Yanxi Palace. Our project Yunteng continues to make remarkable progress in establishing cooperation with numerous production companies who adapted literature IP into video content.

Finally, let me quickly review some progress on technology front. We also – we are always dedicated to applying the cutting-edge technology in our video business, especially in areas that help us better understand our user, better produce our content and better serve our partners. For example, AI-based intelligence editing was applied to our variety show including The Rap of China. Production of the show involved dozens of cameras shot in from different angles at the same time. We utilized AI to rapidly sort through and select the best shots taken, which is as precise as per frame during each second. This allowed us to significantly reduce our time and workload for post-production.

An update on our DRM, Digital Right Management system, after our self-development, DRM technology was certified by ChinaDRM Lab in April. Recently, iQIYI also adopted Google's Widevine DRM technology to Chrome browser, which allows us to stream copyright and protect Hollywood content on our browser-based platform. Our R&D team also optimized video loading and playback functions for this content to ensure clear and smoother video playing.

We joined forces with Beijing Gehua CATV cable network and Baidu to launch an AI-integrated set-top box, Gehua Little Fruit. The partnership leverages Gehua's MVPD content service as massive user base and the (00:14:22) system, as well as iQIYI's vast library of streaming video content and online video technology.

Also, the set-box device is embedded with Baidu's DuerOS operating system, and AI-based voice recognition technology to improve usability and convenience. This historic partnership makes the first attempt that a traditional cable TV network in China has partnered with an Internet video streaming company. And we have further expanded iQIYI's coverage on TV front.

Lastly, I'd like to provide a quick update on our VR product. Sales volume of our Qiyu VR II headset product ranked the number one in the RMB 2000 plus mid- to high-end VR all-in-one headset category on both JD.com and the TMall platforms. The Qiyu VR II has also recognized with the 2018 METIS Award for the VR and AR innovation. The METIS Award is organized by the Ministry of Industry and Information Technology, the China Academy of Information and Communications Technology and the Mobile Intelligent Terminal technology innovation and the industry allies widely known as the "A.M. Turing Award", this represents one of the highest honors in the field.

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

In conclusion, I'm pleased with our performance during the quarter. Our major operating metrics and the subscriber numbers all reached historic new high. And our content ecosystem has never been stronger with such a wide range of engaging and a popular entertainment content.

As we continue to generate more revenues from diversified business, our business model is starting to pay off. We are also developing new cross-industry partnerships and expanding to new distribution terminals so that we can further leverage our platform (17:03) advantage and our IP value. I have strong confidence in our strategy and business model could generate long-term growth and the value for our shareholders.

Now, I will pass the call to Xiaodong.

### Xiaodong Wang   {BIO 20569071 <GO>}

Good morning, everyone. Let me first walk through the highlights. Starting on January 1, 2018, iQIYI adopted ASC 606, a new revenue accounting standard that nets value from the revenue and the cost of revenue line items to increase the comparability with Q3 2018 number, 2017 revenue numbers for today's discussion has been adjusted net of VAT.

For the third quarter of 2018, iQIYI total revenue was RMB 6.9 billion, up 48% year-over-year. The increase were primarily driven by a strong growth of our membership service. Membership service revenue was RMB 2.9 billion, up 78% year-over-year. The strong growth was driven by robust growth of number of subscribers which reached 80.7 million with a record net addition of 13.5 million during the quarter.

Online advertising service revenue was RMB 2.4 billion, down 4% year-over-year. As Dr. Gong just mentioned, the decrease in advertising was primarily due to the FIFA World Cup impact as well and recent regulatory headwinds. Content distribution revenue was RMB 834.6 million, up 220% year-over-year, primarily due to a number of premium content titles that were distributed during the quarter.

Other revenue were RMB 831.1 million, up 157% year-over-year. Other revenue was generated from live broadcasting and online game, online literature, IP licensing, and talent agency. The growth in other revenue reflects a strong performance across our various vertical business lines as we continue to pursue a diversified business model that fully leverages the content value and the massive user traffic on our platform. In particular, we started consolidating Skymoons into our financials since the deal was closed in mid-July.

Moving on to the cost of revenue, our cost of revenue were RMB 7.7 billion, up 66% year-over-year, after deducting the value added tax in the same period of – in year 2017. The increase were primarily driven by the growth of content cost as we continue to invest in more self-produced content and licensed copyright for strengthening our content ecosystem. Content cost as a component of cost of revenue were RMB 6 billion, up 66% year-over-year.

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

Turning to operating expenses, SG&A expenses in the third quarter were RMB 1.3 billion, up 66% year-over-year, primarily due to the increase of marketing expense related to iQIYI's mobile apps content-related promotion and the branding expenses, as well the higher share-based compensation expenses arising from the acquisition of Skymoons.

Our R&D expenses were RMB 558.4 million, up 63% year-over-year, primarily due to the growth of personnel-related compensation expenses. Operating loss in the third quarter was RMB 2.6 billion compared with operating loss of RMB 1.1 billion in the same period of year 2017.

Our operating loss margin was 37% compared to the operating loss margin of 23% in the same period last year. Total other expense were RMB 539.4 million compared with total other income of RMB 15.6 million during the same quarter of year 2017. In the third quarter of year 2018, we recognized RMB 593.1 million of foreign exchange loss due to the depreciation of RMB against the U.S. dollar.

Loss before income tax were RMB 3.1 billion compared with RMB 1.1 billion during the same period of year 2017. Income tax benefit was RMB 6.1 million compared with income tax expenses of RMB 0.8 million during the same period of year 2017. Net loss attributable to iQIYI was RMB 3.1 billion compared with RMB 1.1 billion during the same period of year 2017.

Diluted net loss attributable to iQIYI per ADS were RMB 4.34 for the third quarter of year 2018. As of September 30, 2018, the company had cash, cash equivalent, and short-term investment of RMB 9.7 billion.

Turning to the fourth quarter guidance, we expect our total revenue to be between RMB 6.48 billion to RMB 6.75 billion, representing an increase of 43% to 49% year-over-year. The forecast reflects iQIYI's current and preliminary view subject to change.

That concludes our prepared remarks. I will now turn the call to the operator who will open to Q&A.

# Q&A

## Operator

Thank you. Your first question today comes from the line of Ella Ji from China Renaissance. Please ask your question.

## Q - Ella Ji  {BIO 16168552 <GO>}

Good morning, management. Thank you for taking my question. My question is about your online ad revenue line. So, first of all, can you give us some outlook expectation for the fourth quarter? Do you expect this World Cup and the regulatory impact will continue in 4Q? And sequentially, how does 4Q ad revenue looking comparing to 3Q?

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

And then I also wonder if you can also provide more colors into the line. So, for example, between KA and SME advertisers, could you share more colors which are getting more hit and what categories, and what's your exposure to these categories as a percentage of the revenue? Thank you.

### A - Xiaodong Wang   {BIO 20569071 <GO>}

Ella, this is Xiaodong. I don't think you've got (24:00). Let me just try to make it simple. Okay, I understand your question. So basically, what I can tell you, we don't disclose the detail of like the revenue guidance, but what I can tell you is happening is, the year-over-year decrease is abnormal. So, you will expect a positive increase next quarter. But as we addressed before, a lot of different facts that we should have and different impact on our revenue in advertising business.

So, I think we will expect a normal increase in your fourth quarter. And that's – when you mix a lot of facts together, what I'm trying to tell you is just now is from year-over-year perspective, we expect some positive increase. But as we discussed before, the third quarter is a peak season of – has been a strong for the whole year. So, there will be something there that impacts revenue in the fourth quarter.

And the second part of your question is between like KA and SME, definitely the FIFA World Cup will have like more impact on the key account as well as branding (25:08) advertisers, but we do have some – let's say, we try to make our revenue of SME more healthy. So – but we did something during the third quarter, so there we'll have some impact on the revenue of SME based ads. But we expect those will come back in the next few quarters. So, definitely, I think we still have confidence that the ads revenue will be back to normal in the next few quarters.

### Q - Ella Ji   {BIO 16168552 <GO>}

Thank you.

### A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (25:47-26:17)

Dr. Yu Gong added that for the – our SME side, some categories that were hit by the regulatory is that one is the game industry because, as you all know, there are fewer games launched this year. So, accordingly, there will be fewer advertising budget spent from the gaming sector. And also, in the third quarter, we also cleaned up some not-so-healthy advertisements on the in-feed side so that also have some impact on SME clients.

### Operator

Your next question today comes from the line of Thomas Chong from Credit Suisse. Please ask your question.

### Q - Thomas Chong   {BIO 21155199 <GO>}

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

FINAL

Bloomberg Transcript

Hi. Good morning. Thanks, management, for taking my questions. On the membership revenue, how should we think about the subscribers trend as we go into Q4? Should we expect there will be a normal seasonality there? And how should we think about the outlook in 2019?

And my second question is about content cost. As we head probably towards the end of the year, how should we think about the growth momentum for content cost as we go into 2019? Thank you.

## A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (27:37-28:02)

For the subscriber, because Q3 is the highest seasonality during the year, so we recorded a net addition of 13.5 million. In Q4, we expect that will continue to grow, but may not be as strong or as big as 13.5 million that we saw in the Q3. That will definitely continue to grow. For the whole year 2019, we also have very positive view and we expect the net addition for full year 2019 will be no less than the full year addition in year 2018.

[Foreign Language] (28:38-29:23)

Since this summer, we already uploaded the procurement price for TV series that we purchased from the TV drama series, and that price already started to decrease. But as you know, there will be a time lag of the purchase to broadcast on our platform usually six months of time lag. So the impact of content cost will only hit in next year, 2019, and the impact will be limited. But in the long run, we believe procurement price for licensed content will be a downward trend.

## Operator

Your next question today comes from the line of Eddie Leung from Merrill Lynch. Please ask your question.

## Q - Eddie Leung   {BIO 15234642 <GO>}

Good morning. Thank you for taking my questions. Just one quick follow up on content cost, probably more about your cash outflow. There seemed quite a bit of cash outflows in the past two quarters. I suppose those would be related to content cost. Just wondering is there any seasonality and how should we think about the cash outflow in the upcoming couple of quarters? Thanks.

## A - Xiaodong Wang   {BIO 20569071 <GO>}

This is Xiaodong Wang. Actually, I think yours' were pretty good questions. We don't see any seasonality for the cash flow because actually it's more related to the content cost investment we made in the, let's say, quarter before – two quarter before. I think that is actually depending the extra cash status (31:07) of the company. So, basically – and what I can tell you is as the membership service continue to grow, the mix impact between

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

membership and ads revenue will help us on the cash inflow. But with more investment on the self-produced content, you would expect like to see a worst situation on the cash outflow. So, net-net, I will say you will expect almost a similar cash burn rate in the next few quarters.

## Operator

Your next question today comes from the line of Piyush Mubayi from Goldman Sachs. Please ask your question.

## Q - Piyush Mubayi    {BIO 1530844 <GO>}

Thank you, Dr. Yu. Thank you, Xiaodong. I've got two related questions. And when I look at your subscriber revenues, they've done exceptionally well and your customers have been – you've been able to retain the customers that you're adding, which leads me to believe – how do you think is the ratio of your paying customers to either DAU or MAU? And if you could remind us how DAU/MAU have been progressing while the customer numbers have been growing rapidly.

And related to that is, if you could just revisit your pricing, how you're thinking about pricing for the next two to three years because it appears the subscription business is doing a lot better than initially thought? And also, your success with Yanxi Palace is so powerful, they would give you the ability to price up assuming you've got more shows like that coming through.

And second, if you could just take us through the economics of the one successful show? We'd love to hear the details. Thank you.

## A - Xiaodong Wang    {BIO 20569071 <GO>}

Hello, Piyush, good morning. (33:00). I think I can do the first questions, and actually as I already discussed before several months ago, I think we expect that we will consider the price change once we see the steady growth of the membership service. And now, I think in fact, this probably seems to be much bigger than we expected with still the very fast growth. And, again, we still think that the strategy, it appears to be still correct. And, let's say, we were – we will still be very cautious in the price change in the next few quarters at least, and until we see the slowdown trend of the membership growth. And we don't think it's time yet. But probably we will seek something else to increase our ARPU of our memberships business.

For example, we continue to extend the paying period of our subscribers throughout the year. I think I'll tell you something about, let's say, around six months. And now I think we still like to see (34:00) very good trend to increase the paying period to, like, additional two or three months. So, I think that's basically the strategy we are going to carry in the next few quarters at least.

I think I will let Dr. Gong to comment on the second one.

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

## A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (34:18-35:07)

For a show, we internally look at two matrixes to measure the success of a drama or show. One is the time – the viewing time of the show consumed by our users versus the total content in that specific timeframe.

And secondly, we also look at the first actual of payment that we collected from the users who become a – converted to a subscriber on these dramas. Although those two matrixes might not be exactly precise to measure the subscription revenue, we think altogether this will help us to gauge a rough amount of how the subscription revenue performed for this drama.

## Operator

Your next question today comes from the line of Alicia Yap from Citi. Please ask your question.

## Q - Alicia Yap   {BIO 15274658 <GO>}

Hi. Good morning, Gong, Xiaodong and Dahlia. Thanks for taking my questions. I have a follow-up question on the advertising revenue. I wonder, if management can clarify what are the not-so-healthy categories that you have cleaned up during the quarter, and are these revenues gone and not recover in the future?

And then, other than specific sector impact, have you seen any impact from the macro softness that affecting the advertising budget sentiments, especially into your 4Q guidance as well as into the 2019? Just quickly on housekeeping, if you could share revenues and the total expense as related to the Skymoons consolidation would be helpful. Thank you.

## A - Xiaodong Wang   {BIO 20569071 <GO>}

Okay. There's a lot of questions (00:37:01). I think those – so, we're calling not-so-healthy segment is actually we have some customers which do not have the actually related license needed to put ads on the Internet. So, we don't know whether there are like a good customer and a bad customer. But from our perspective, because we don't have like say related documents to prove they are qualified advertisers, so we just let them go. I think that's the major reason why we see some, like, a decline on our customers' numbers in the third quarter, our SME business.

And everybody is talking about like the macro impact on the ad business. Definitely. I think we will see some impact. We don't know how long and how big it will be. But what I can tell you, as we said before, it's kind of like a spread we put on a normal business, we still have the confidence, we can do better than the other competitors or players in the market. So, you just still expect that – I just said – I told Ella just now, you will still see some positive increase in the next few quarters, our entire ad business.

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

FINAL

Bloomberg Transcript

And the third question for the detail of Skymoons because it's not material. So, we don't disclose the details, but you can just imagine because it's not material, so there's not a big impact on the total revenue.

## A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (00:38:39-00:39:10)

Gong just mentioned one more category that might be impacted from the cleanup was some advertisement related to the francise-related category. And for 2019, we expect advertising revenue will continue to grow, but the growth rate might be somewhat decelerated from the previous year's high growth rate.

## Operator

Your next question today comes from the line of Karen Chan from Jefferies. Please ask your question.

## Q - Karen Chan   {BIO 18231707 <GO>}

Thank you, management, for taking my question. Just a bit follow-up on the advertising revenue, I'm just wondering how much of that third quarter decline is attributable to one-off World Cup and also your proactive cleanup of SME ad customers? In other words, should we be seeing third quarter as a kind of a trough and a sequential recovery in the following quarters?

Also, a quick follow-up on the content cost, how should we think about content costs going into rest of the year and 2019, taking into consideration our content pipeline; and from a longer term perspective, the pay cut control on celebrities on both the drama and variety show front? Thank you very much.

## A - Xiaodong Wang   {BIO 20569071 <GO>}

Okay. First, I cannot give you an exact number of the impact of FIFA World Cup because it's more like, say, budgeting impact of our major advertisers. And we expect the revenue – ads revenue to be like, say, increase during the third quarter, but actually, we see a decreasing trend. So, as I just said, it's definitely abnormal. So, we do have, like, say, very high confidence, we'll see like the healthy growth in a quarter. But as I just said, you have to consider seasonality. Third quarter, actually, typically is a strong quarter throughout the year and the fourth quarter definitely is weak quarter of the year.

So, I don't think you will see, like, say, sequential growth, like, strong growth in the fourth quarter. But from year-over-year perspective, definitely we'll see some growth and a very healthy growth of that business.

And I think, let's say – first – okay, for the content cost and for the rest of the year, the content cost actually, we amortize the content cost throughout the year or even a little longer. So, what I can tell you is that you won't see any decrease in absolute dollar

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

amount of content cost and revenue of the year because maybe the titles will launch in the fourth quarter is about the same of the third quarter, but still there will be some remaining impact of the content amortization in the fourth quarter. So, I will expect you will see some slightly increase – maybe not that big in the fourth quarter.

## Operator

Your next question comes from the line of Xueru Zhang from 86Research. Please ask your question.

## Q - Xueru Zhang   {BIO 19031695 <GO>}

Good morning, management. Thanks for taking my question. I have a question regarding to the (00:42:35). As we know, the format of the dramas in this project is very similar to the TV series in the U.S., which will be divided into seasons. I wonder, will this become the mainstream in your original content portfolio, and what is the early feedback from users, and what is the implication on content costs going forward? Thanks.

## A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (00:43:13-00:43:47)

The traditional TV drama series have a long – in terms of episodes, it's many, many episodes, very long. It's mostly for the advertising monetization model. But for project Dolphin, we follow the North American drama pattern, which is more high quality and also shorter length in terms of episodes. For example, the City of Chaos is a drama we produce from the project Dolphin. This is very short in terms of episodes and also very high quality, it's more fitful for the fee-based monetization model, which means we can attract more subscribers for this show.

## Operator

Your next question comes from the line of Wendy Huang from Macquarie. Please ask your question.

## Q - Wendy Huang   {BIO 15034507 <GO>}

Thank you. Can you provide your top advertising industry categories? And also, what are the new categories you mentioned earlier that you are planning to add? And also on the – given the revenue and also the content costs trend you mentioned, so should we expect the Q4's loss margin at a gross level to widen or narrow?

Lastly, on the content distribution revenue, that has a very tremendous growth this quarter, what's the detailed reason behind that, and how should we expect going forward? Thank you.

## A - Xiaodong Wang   {BIO 20569071 <GO>}

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

Okay. I will let Gong Yu comment on the first part of the question. And we didn't provide guidance on margins, but I already gave you some colors on the revenue and the major part of the cost, the content cost. So, I think you can have some rough idea of margin picture in the fourth quarter. And I would let Gong Yu comment on the first part of the question.

### A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (00:45:57-00:46:29)

Advertising side, we saw some softness from the FMCG side, but we keep looking for new clients for the advertising. For example, we saw the Internet services actually a very interesting sector and growing very fast, although it already enjoyed several years of growth already. But we continue to see more innovative business models and the new emerging companies coming into this sector. So, that will be a new sector that adds to our client pool.

### Operator

Your next question comes from the line of Benny Wong from HSBC (47:15). Please ask your question.

Hi, management. Thank you for taking my questions today. So I was wondering that like for Yanxi, certainly a big success, right? And then how should we think about like in terms of the subscriber number, in terms of the retention ratios being on the platform? And then can you just reiterate in terms of our strategy in terms of thinking about like selecting this good high-quality content generating, of course very high investment for us, but then also high return for us in terms of the strong advertising despite external factors affecting us. How should we think about in terms of the – into the fourth quarter? Any other like promotions or any other things that we should think about when we think about like the growth in subscriber number? That would be very helpful. Thank you.

### A - Xiaodong Wang   {BIO 20569071 <GO>}

I think, let's say and for the last part of the question, I don't think we will have, say, additional promotion on Yanxi, or like, very unusual promotion. You will see our offer actually quite steady. And also you'll (48:29) see similar trend when we look at like the single – the effect of single content like Yanxi Palace. We don't see any deterioration on the churn rate, but definitely you're right. Well, there would be subscriber that come for the content only, but we don't see any, like see deterioration on the churn rate (48:50) our platform it becomes actually quite healthy attracting the new subscribers.

### A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (49:03-50:20)

Dr. Gong just added three comments for you – for this question. First, the most important driver for the quick ramp-up of our subscriber numbers due the premium content. We added more than 13 million net additions of subscribers in this quarter, mostly driven by

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

the paid content we launched, and we do see some users – some subscribers stop subscribing after our hit show Yanxi Palace come to an end in August. So the number we announced as of end of September is not our peak number in August, but still as I said, it's really the important – very important driver comes from the premium content.

And secondly, we also have multiple cooperation with a lot of industry partners, for example, telecom operators, cable TV partners, as well as JD.com, and so on and so forth. Those are also very important to its kind of user coverage and reach. Thirdly, it's not so important, but still we do occasionally launch some holiday-related promotions to attract new users. That's not so important – the first two factors still that contributed to the growth.

[Foreign Language] (51:46-52:08)

Okay. With the Chinese Internet users become more sophisticated and the evolvement of Internet business coming into the stage, we observed the people are more willing to pay for intangible like knowledge or entertainment like video content. So, that's more than we previously thought. So this next year, 2019, will be – I think will be better than this year.

## Operator

Your next question today comes from the line of Yan Yan Xiao from CITIC. Please ask your question.

## Q - Yan Yan Xiao   {BIO 20153295 <GO>}

Thank you, management. My question is about your PGC content specifically for the mobile device, also the vertical video for (53:05) you will maybe publish in the November. So how do you think this kind of content will differentiate from the former PGC content? And do you think – can you give us more color about this kind of specific kind of content? Thank you.

## A - Yu Gong   {BIO 17400695 <GO>}

[Foreign Language] (53:31:54:30)

The PGC content has been a very important component on our platform. In terms of video view, the percentage of PGC increased from the 40% at the beginning of the year to almost 60% by now. So it's very important. And the vertical format of content is also a trend that we observed appeal to our users. So we launched some PGC in vertical content. PGC relatively is a lower quality and shorter in terms of length. But in Q4, we are trying to do some innovation and try to penetrate the vertical format into our PPC more professionally produced higher quality content. So in Q4, we will launch some vertical content to do some experiment to see how that apply to our subscription business and also our advertising business.

## Operator

*FINAL*

*Bloomberg Transcript*

Company Name: iQIYI Inc
Company Ticker: IQ US Equity
Date: 2018-10-30

Your next question today comes from the line of Nathalie Wu from CICC (55:34). Please ask your question.

Hi. Good morning. Thanks for taking my question. I've got a simple one. Just given your current cash position and less loan rate (55:50), just wondering any plan for financing or controlling content costs in the future? Thank you.

## A - Xiaodong Wang   {BIO 20569071 <GO>}

This is Xiaodong. I think we talked upon last quarters, so feel okay right now, but I said last time we will consider all kind of different alternative for the future financing, but probably not necessarily equity, with other solutions, probably I don't know, convertible bonds, straight debt, or (56:21) facility whatever. But definitely we'll consider other (56:23).

## A - Dahlia Wei   {BIO 20719315 <GO>}

Operator, I think it's time probably to cancel the call.

## Operator

Thank you. Ladies and gentlemen, that does conclude the conference for today. We thank you all for your participation. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript