**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| | : | |
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, | : | Case No. 1:20-cv-01830-LDH-JO |
| | : | |
| | : | Judge LaShann DeArcy Hall |
| Plaintiff, | : | |
| | : | Magistrate Judge James Orenstein |
| v. | : | |
| | : | CLASS ACTION |
| IQIYI, INC., YU GONG, and XIAODONG WANG, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

**SUPPLEMENTAL DECLARATION OF FRANCIS P. MCCONVILLE
IN SUPPORT OF THE MOTION OF RONALD L. HERSHBERGER
AND ROBERT J. GEREIGE, MD FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Co-Lead Counsel for the Class. I submit this supplemental declaration in support of the motion filed by proposed Lead Plaintiff Ronald L. Hershberger and Robert J. Gereige, MD (together, "H&G") for the entry of an Order: (i) appointing H&G as Lead Plaintiff; (ii) approving H&G's selection of Labaton Sucharow and The Rosen Law Firm, P.A. ("Rosen Law") as Co-Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibit A is a true and correct copy of the following document:

EXHIBIT A:   Declaration of Robert J. Gereige, MD.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED: July 6, 2020

Respectfully submitted,

/s/ *Francis P. McConville*
**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Francis P. McConville*