**Exhibit A**

## DECLARATION OF ROBERT J. GEREIGE, MD

I, Robert J. Gereige, MD, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in response to the allegation that I misrepresented to the Maryland State Board of Physicians that I had completed my Criminal History Records Check ("CHRC") when submitting my 2018 license renewal application.

2. I have no criminal history.

3. For over 20 years, I have been living in Switzerland and have not been practicing medicine. When I was practicing medicine, I was a doctor of internal medicine and infectious diseases.

4. In connection with my 2018 renewal application, I was informed that I would need to travel back to the U.S. to provide a set of fingerprints for my CHRC, as required by all physicians submitting license renewal applications in Maryland beginning on October 1, 2016. *See* Md. Code Ann., Health Occ. §§ 14.308-1(c); 14.316(g)(1).

5. Under Maryland law, physicians are required to renew their licenses every three years. *See id.* § 14.316(a)(1). Therefore, this was the first time I was required to provide fingerprints to renew my physician's license. As such, I was unaware of this requirement when submitting my 2018 renewal application and therefore did not provide set of fingerprints for my CHRC.

6. I was 78 at the time I received this request, and because I had been living in Switzerland and not practicing medicine for over 20 years, I elected to surrender my medical license in lieu of traveling to the United States to comply with this recent fingerprinting requirement.

1

7.      Accordingly, the surrender of my license was entirely voluntary, not due to any action from the Maryland State Board of Physicians, or an effort to avoid disclosure of past misconduct, of which there are none.

8.      I remain willing to fulfill my duties and responsibilities as a lead plaintiff in this matter.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 6th day of July, 2020

DocuSigned by:

4DD2C2FF2ED84D0...

Robert J. Gereige, MD