**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IQIYI, INC., YU GONG, and XIAODONG WANG, <br><br> Defendants. | Case No. 1:20-cv-01830-LDH-JO |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF LE RIVAGE LLC'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 72(a) TO MAGISTRATE JUDGE ORENSTEIN'S ORDER DATED OCTOBER 20, 2020 APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Le Rivage LLC ("Le Rivage").  I make this declaration in support of Le Rivage LLC's Objections Pursuant To Fed. R. Civ. P. 72(a) To Magistrate Judge Orenstein's Order Dated October 20, 2020 Appointing Lead Plaintiff And Approving Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following previously-filed exhibits:

Exhibit 1:      Complaint, *Le Rivage LLC v. iQIYI, Inc., et al.*, Case No. 1:20-cv-02653-LDH-JO, Dkt. No. 1;

Exhibit 2:      iQIYI Registration Statement and Prospectus Filed on Form 424b4 with the SEC on March 29, 2018 (previously filed as Exhibit B in connection with Le Rivage's Reply Memorandum of Law in Further Support of Its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, *see* Dkt. No. 55-3);

Exhibit 3:      Loss Analysis for Robert Gereige and Ronald Hershberger ("G&H") (previously filed as Exhibit B in Support of G&H's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, *see* Dkt. No. 25-4);

Exhibit 4:      Table of Le Rivage's calculated losses, as a result of transactions in iQIYI, Inc. securities (previously filed as Exhibit C in Support of Le Rivage's

1

Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel, *see* Dkt. No. 39-3); and

Exhibit 5:     Transcript of Telephonic Conference Held on August 3, 2020 at 2:00 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of November 2020.

*/s/ Gregory B. Linkh*
Gregory B. Linkh