# EXHIBIT 3

Case 1:20-cv-01830-DG-TAM   Document 25-4   Filed 06/15/20   Page 1 of 4 PageID #: 322

# Exhibit B

**LOSS ANALYSIS - Section 10(b)**
**Class Period: 3/29/2018 to 4/7/2020**

**Robert Gereige**

**iQiyi, Inc. ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| IQIYI | 46267X108 | BYWT1W1 | US46267X1081 | $17.4638 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 03/29/18 | 0 | | |
| | | | | |
| Purchase | 03/29/18 | 5,000 | $17.5000 | ($87,500.00) |
| Purchase | 06/12/18 | 3,000 | $34.5567 | ($103,670.00) |
| Purchase | 06/14/18 | 40,000 | $39.4850 | ($1,579,400.00) |
| Purchase | 06/14/18 | 2,000 | $36.5595 | ($73,119.00) |
| *Class Period purchases:* | | *50,000* | | *($1,843,689.00)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 50,000 | $17.4638 | $873,191.49 |
| | | | | |
| | | | **LIFO Gain/(Loss):** | **($970,497.51)** |

**Ronald Hershberger**

**iQiyi, Inc. ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| IQIYI | 46267X108 | BYWT1W1 | US46267X1081 | $17.4638 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 03/29/18 | 0 | | |
| | | | | |
| Purchase | 06/04/18 | 1,083 | $29.5000 | ($31,948.50) |
| Purchase | 06/04/18 | 9,089 | $29.5000 | ($268,125.50) |
| Purchase | 06/04/18 | 6,307 | $29.5000 | ($186,056.50) |
| Purchase | 06/04/18 | 2,345 | $29.5000 | ($69,177.50) |
| Purchase | 06/04/18 | 2,596 | $29.5000 | ($76,582.00) |
| Purchase | 06/04/18 | 33,903 | $29.5000 | ($1,000,138.50) |
| Purchase | 06/04/18 | 9,849 | $29.5000 | ($290,545.50) |
| Purchase | 06/19/18 | 1,049 | $42.4900 | ($44,572.01) |
| Purchase | 06/19/18 | 8,662 | $42.5000 | ($368,135.00) |

[1]  *Value of shares held is the mean trading price from 4/8/2020 to 6/15/2020.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/19/18 | 2,610 | $42.5000 | ($110,925.00) |
| Purchase | 06/19/18 | 1,926 | $42.5000 | ($81,855.00) |
| Purchase | 06/19/18 | 2,092 | $42.5000 | ($88,910.00) |
| Purchase | 06/19/18 | 28,388 | $42.5000 | ($1,206,490.00) |
| Purchase | 06/19/18 | 400 | $42.4800 | ($16,992.00) |
| Purchase | 06/19/18 | 837 | $42.5000 | ($35,572.50) |
| Purchase | 06/21/18 | 8,347 | $42.5000 | ($354,747.50) |
| *Class Period purchases:* | | *119,483* | | *($4,230,773.01)* |
| | | | | |
| Sale | 06/15/18 | -15,300 | $35.0000 | $535,500.00 |
| Sale | 06/15/18 | -1,000 | $35.0000 | $35,000.00 |
| Sale | 06/15/18 | -2,300 | $35.0000 | $80,500.00 |
| Sale | 06/18/18 | -2,500 | $35.0000 | $87,500.00 |
| Sale | 06/18/18 | -33,900 | $35.0000 | $1,186,500.00 |
| Sale | 06/19/18 | -9,800 | $35.0000 | $343,000.00 |
| Sale | 09/13/19 | -7,700 | $18.0000 | $138,600.00 |
| Sale | 09/13/19 | -500 | $18.0000 | $9,000.00 |
| Sale | 09/13/19 | -1,400 | $18.0000 | $25,200.00 |
| Sale | 09/16/19 | -2,600 | $18.0000 | $46,800.00 |
| Sale | 09/16/19 | -17,200 | $18.0000 | $309,600.00 |
| Sale | 09/16/19 | -5,400 | $18.0000 | $97,200.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-99,600* | | *$2,894,400.00* |
| | | | | |
| | Shares Held: | 19,883 | $17.4638 | $347,233.33 |
| | | | **LIFO Gain/(Loss):** | **($989,139.68)** |

**IQ CALL 6/15/2018 $35**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |

**LIFO**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Open | 03/29/18 | 0 | | |
| | | | | |
| Sale | 06/08/18 | -153 | $0.6000 | $9,180.00 |
| Sale | 06/08/18 | -23 | $0.6000 | $1,380.00 |
| Sale | 06/08/18 | -25 | $0.6000 | $1,500.00 |
| Sale | 06/08/18 | -339 | $0.6000 | $20,340.00 |
| Sale | 06/08/18 | -98 | $0.6000 | $5,880.00 |
| Sale | 06/15/18 | -10 | $0.6000 | $600.00 |
| *Class Period sales to open:* | | *-648* | | *$38,880.00* |
| | | | | |
| Assignment | 06/15/18 | 153 | $0.0000 | $0.00 |
| Assignment | 06/15/18 | 23 | $0.0000 | $0.00 |
| Assignment | 06/15/18 | 10 | $0.0000 | $0.00 |

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Assignment | 06/18/18 | 25 | $0.0000 | $0.00 |
| Assignment | 06/18/18 | 339 | $0.0000 | $0.00 |
| Assignment | 06/19/18 | 98 | $0.0000 | $0.00 |
| *Class Period purchases/assignments (matched to Class Period sales):* | | *648* | | *$0.00* |

| | | | LIFO Gain/(Loss): | $38,880.00 |
|---|---|---|---|---|

### IQ CALL 9/13/2019 $18

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |

**LIFO**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Open | 03/29/18 | 0 | | |
| Sale | 09/09/19 | -54 | $0.7500 | $4,050.00 |
| Sale | 09/09/19 | -77 | $0.7500 | $5,775.00 |
| Sale | 09/09/19 | -5 | $0.7500 | $375.00 |
| Sale | 09/09/19 | -14 | $0.7500 | $1,050.00 |
| Sale | 09/09/19 | -26 | $0.7500 | $1,950.00 |
| Sale | 09/09/19 | -172 | $0.7500 | $12,900.00 |
| *Class Period sales to open:* | | *-348* | | *$26,100.00* |
| Assignment | 09/13/19 | 77 | $0.0000 | $0.00 |
| Assignment | 09/13/19 | 5 | $0.0000 | $0.00 |
| Assignment | 09/13/19 | 14 | $0.0000 | $0.00 |
| Assignment | 09/16/19 | 54 | $0.0000 | $0.00 |
| Assignment | 09/16/19 | 26 | $0.0000 | $0.00 |
| Assignment | 09/16/19 | 172 | $0.0000 | $0.00 |
| *Class Period purchases/assignments (matched to Class Period sales):* | | *348* | | *$0.00* |

| | | | LIFO Gain/(Loss): | $26,100.00 |
|---|---|---|---|---|

| | | | TOTAL LIFO Gain/(Loss): | ($1,894,657.19) |
|---|---|---|---|---|

| | | | Total ADR Shares Bought: | 169,483 |
|---|---|---|---|---|
| | | | Total ADR Net Shares: | 69,883 |
| | | | Total ADR Net Expenditures: | ($3,180,062.01) |