# EXHIBIT 4

# EXHIBIT C

## Loss Chart

| | |
|---|---|
| **Company Name:** | iQIYI, Inc. |
| **Ticker:** | IQ |
| **Class Period:** | March 29, 2018 to April 7, 2020 |
| **Name:** | Le Rivage LLC |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/6/2018 | 50,000 | $29.0000 | -$1,450,000.0000 | | $0.0000 | -$1,450,000.00 |
| 6/8/2018 | -50,000 | | $0.0000 | $32.0000 | $1,600,000.0000 | $1,600,000.00 |
| 6/12/2018 | 50,000 | $34.0000 | -$1,700,000.0000 | | $0.0000 | -$1,700,000.00 |
| 6/12/2018 | 50,000 | $34.0000 | -$1,700,000.0000 | | $0.0000 | -$1,700,000.00 |
| 6/21/2018 | 25,000 | $42.5468 | -$1,063,670.1475 | | $0.0000 | -$1,063,670.15 |
| 6/21/2018 | 25,000 | $42.4176 | -$1,060,439.3500 | | $0.0000 | -$1,060,439.35 |
| 6/21/2018 | 25,000 | $40.4677 | -$1,011,691.5400 | | $0.0000 | -$1,011,691.54 |
| 6/21/2018 | 25,000 | $40.5000 | -$1,012,500.0000 | | $0.0000 | -$1,012,500.00 |
| 6/21/2018 | 100 | $37.8500 | -$3,785.0000 | | $0.0000 | -$3,785.00 |
| 6/21/2018 | 7,952 | $37.9505 | -$301,782.1899 | | $0.0000 | -$301,782.19 |
| 6/22/2018 | 25,000 | $35.7475 | -$893,687.8000 | | $0.0000 | -$893,687.80 |
| 9/24/2018 | 17,000 | $25.2087 | -$428,547.5005 | | $0.0000 | -$428,547.50 |
| 10/17/2018 | 18,786 | $24.9197 | -$468,141.6007 | | $0.0000 | -$468,141.60 |
| 10/19/2018 | 6,162 | $23.6081 | -$145,472.8201 | | $0.0000 | -$145,472.82 |
| 11/30/2018 | -7,500 | | $0.0000 | $20.0000 | $150,000.0000 | $150,000.00 |
| 12/10/2018 | -400 | | $0.0000 | $17.7132 | $7,085.2600 | $7,085.26 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7046 | $35,409.2000 | $35,409.20 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7046 | $35,409.2000 | $35,409.20 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7046 | $35,409.2000 | $35,409.20 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7046 | $35,409.2000 | $35,409.20 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7023 | $35,404.5400 | $35,404.54 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.7022 | $35,404.3600 | $35,404.36 |
| 12/10/2018 | -2,000 | | $0.0000 | $17.6930 | $35,386.0000 | $35,386.00 |
| 12/10/2018 | -12,751 | | $0.0000 | $17.6807 | $225,447.0571 | $225,447.06 |
| 12/14/2018 | -6,073 | | $0.0000 | $17.5737 | $106,725.0473 | $106,725.05 |
| 12/17/2018 | -1,000 | | $0.0000 | $16.9327 | $16,932.6800 | $16,932.68 |
| 12/17/2018 | -1,000 | | $0.0000 | $16.9331 | $16,933.1000 | $16,933.10 |
| 12/17/2018 | -1,000 | | $0.0000 | $16.9334 | $16,933.4200 | $16,933.42 |
| 12/17/2018 | -1,000 | | $0.0000 | $16.9331 | $16,933.1000 | $16,933.10 |
| 12/17/2018 | -1,000 | | $0.0000 | $16.9300 | $16,930.0000 | $16,930.00 |
| 12/17/2018 | -1,200 | | $0.0000 | $16.9320 | $20,318.3700 | $20,318.37 |
| 12/17/2018 | -600 | | $0.0000 | $16.9338 | $10,160.2800 | $10,160.28 |
| 12/17/2018 | -600 | | $0.0000 | $16.9302 | $10,158.1100 | $10,158.11 |
| 12/17/2018 | -600 | | $0.0000 | $16.9225 | $10,153.4900 | $10,153.49 |
| 12/17/2018 | -1,400 | | $0.0000 | $16.9229 | $23,691.9999 | $23,692.00 |
| 12/17/2018 | -1,400 | | $0.0000 | $16.9246 | $23,694.4400 | $23,694.44 |
| 12/17/2018 | -600 | | $0.0000 | $16.9332 | $10,159.9000 | $10,159.90 |
| 12/17/2018 | -4,200 | | $0.0000 | $16.9218 | $71,071.6700 | $71,071.67 |
| 12/17/2018 | -200 | | $0.0000 | $16.9238 | $3,384.7600 | $3,384.76 |
| 12/17/2018 | -200 | | $0.0000 | $16.9238 | $3,384.7600 | $3,384.76 |
| 12/17/2018 | -200 | | $0.0000 | $16.9238 | $3,384.7600 | $3,384.76 |
| 12/17/2018 | -200 | | $0.0000 | $16.9238 | $3,384.7600 | $3,384.76 |
| 12/17/2018 | -200 | | $0.0000 | $16.9238 | $3,384.7600 | $3,384.76 |
| 12/17/2018 | -400 | | $0.0000 | $16.9429 | $6,777.1400 | $6,777.14 |
| 12/17/2018 | -400 | | $0.0000 | $16.9429 | $6,777.1400 | $6,777.14 |
| 12/17/2018 | -400 | | $0.0000 | $16.9416 | $6,776.6400 | $6,776.64 |
| 12/17/2018 | -1,600 | | $0.0000 | $16.9394 | $27,102.9852 | $27,102.99 |
| 12/17/2018 | -400 | | $0.0000 | $16.9332 | $6,773.2600 | $6,773.26 |
| 12/17/2018 | -400 | | $0.0000 | $16.9332 | $6,773.2600 | $6,773.26 |
| 12/17/2018 | -400 | | $0.0000 | $16.9331 | $6,773.2500 | $6,773.25 |
| 12/17/2018 | -400 | | $0.0000 | $16.9331 | $6,773.2500 | $6,773.25 |
| 12/17/2018 | -200 | | $0.0000 | $16.9332 | $3,386.6300 | $3,386.63 |
| 12/17/2018 | -200 | | $0.0000 | $16.9316 | $3,386.3200 | $3,386.32 |
| 12/17/2018 | -400 | | $0.0000 | $16.9332 | $6,773.2600 | $6,773.26 |
| 12/17/2018 | -800 | | $0.0000 | $16.9246 | $13,539.6800 | $13,539.68 |
| 12/17/2018 | -800 | | $0.0000 | $16.9246 | $13,539.6800 | $13,539.68 |
| 12/17/2018 | -800 | | $0.0000 | $16.9231 | $13,538.4800 | $13,538.48 |
| 12/17/2018 | -800 | | $0.0000 | $16.9246 | $13,539.6800 | $13,539.68 |
| 12/17/2018 | -800 | | $0.0000 | $16.9246 | $13,539.6800 | $13,539.68 |
| 12/17/2018 | -673 | | $0.0000 | $16.9246 | $11,390.2558 | $11,390.26 |
| 12/17/2018 | -3,400 | | $0.0000 | $16.3583 | $55,618.1299 | $55,618.13 |
| 12/17/2018 | -5,200 | | $0.0000 | $16.3369 | $84,951.9502 | $84,951.95 |
| 12/17/2018 | -15,423 | | $0.0000 | $16.3170 | $251,657.7449 | $251,657.74 |

Case 1:20-cv-01830-DG-TAM  Document 76-5  Filed 11/03/2  Page 4 of 4 PageID #:
1994
Case 1:20-cv-01830-DG-TAM  Document 39-9  Filed 06/15/20  Page 3 of 3 PageID #: 909

## Loss Chart

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2018 | -4,258 | $0.0000 | $16.7000 | $71,108.6000 | $71,108.60 |
| 12/18/2018 | -25,000 | $0.0000 | $16.6007 | $415,018.1000 | $415,018.10 |
| 12/18/2018 | -25,000 | $0.0000 | $16.5619 | $414,046.3700 | $414,046.37 |
| 12/18/2018 | -25,000 | $0.0000 | $16.5851 | $414,627.5100 | $414,627.51 |
| 12/18/2018 | -25,000 | $0.0000 | $16.5691 | $414,227.1200 | $414,227.12 |
| 12/18/2018 | -25,000 | $0.0000 | $16.5379 | $413,446.4400 | $413,446.44 |
| 12/18/2018 | -25,000 | $0.0000 | $16.4373 | $410,931.2800 | $410,931.28 |
| 12/18/2018 | -29,522 | $0.0000 | $16.3451 | $482,540.8304 | $482,540.83 |

| | | | | |
|---|---|---|---|---|
| **Shares Retained:** | **0** | | **Subtotal:** | **-$5,026,299.86** |
| | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | $17.4604 | 0 | **Total:** | **-$5,026,299.86** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between April 7, 2020  and June 15, 2020.