

**The Rosen Law Firm**

INVESTOR COUNSEL

Phillip Kim, Esq.
pkim@rosenlegal.com

December 17, 2020

**VIA ECF FILING**

The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    *Jean Lee v. iQIYI, Inc., et al.,* Case No. 1:20-cv-01830-LDH-SJB

Your Honor:

My firm, along with Labaton Sucharow LLP, are Court-appointed Co-Lead Counsel for Lead Plaintiffs Ronald L. Hershberger and Robert J. Gereige, MD ("Lead Plaintiffs") in the above-referenced action. We write, with Defendant iQiyi, Inc.'s("iQiyi") consent, to respectfully request that the Court: (1) extend by three weeks the proposed dates for the filing of an amended complaint and the response thereto as requested in the Stipulation and [Proposed] Order Setting Pleading and Briefing Schedule (the "Scheduling Stipulation") (Dkt. No. 79); and (2) enter the modified, proposed schedule.

**Background**

This is putative class action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. On May 11, 2020, Magistrate Judge James Orenstein granted the Stipulation Regarding Schedule (Dkt. No. 8-1) which provided, in part, that Defendants' time to respond to the complaint was stayed pending the appointment of a lead plaintiff. On October 20, 2020, after briefing on competing motions for appointment of lead plaintiff and selection of counsel, Judge Orenstein appointed Lead Plaintiffs and approved their selection of lead counsel. (Dkt. No. 67). Upon Judge Orenstein's retirement from the bench, this action was reassigned to Your Honor on November 9, 2020.

On November 17, 2020, Lead Plaintiffs filed the Scheduling Stipulation which was styled for Judge LaShann DeArcy Hall's signature. The Scheduling Stipulation has not yet been so-ordered. The Scheduling Stipulation, as currently filed, provides (i) for Lead Plaintiffs to file an amended complaint on or before December 28, 2020, (ii) for iQiyi to file its response or motion to dismiss by February 26, 2021, (iii) if iQiyi files a motion to dismiss, for Lead Plaintiffs to file an opposition to the motion on or before April 12, 2021, and (iv) for iQiyi to file its reply on or before May 12, 2021.

**Relief Requested**

Lead Plaintiffs request that the Court extend by three weeks the schedule proposed in the Scheduling Stipulation and enter a schedule as follows: (i) the amended complaint shall be due on January 19, 2021; (ii) the motion to dismiss or response to the amended complaint due by March 22, 2021; (iii) the opposition to the motion to dismiss due by May 4, 2021; and (iv) the reply in further support of the motion to dismiss due by June 3, 2021.

The Modified Stipulation And [Proposed] Order Setting Pleading and Briefing Schedule is attached hereto as Exhibit 1 for the Court's approval.

The reasons for such request for extension are that obtaining information in China and translating Chinese materials into English for use in the amended complaint is difficult and taking longer than anticipated.

Lead Plaintiffs and defendant iQiyi have agreed to this modified, proposed schedule.

We thank the Court for its consideration of this matter.

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

*/s/ Phillip Kim*
Phillip Kim, Esq.

cc: All counsel of record by ECF

2