# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IQIYI, INC., YU GONG, and XIAODONG WANG,<br><br>Defendants. | **CASE No.: 1:20-cv-01830-LDH-SJB**<br><br>**<u>CLASS ACTION</u>** |

## MODIFIED STIPULATION AND [PROPOSED] ORDER SETTING PLEADING AND BRIEFING SCHEDULE

WHEREAS, on April 16, 2020, the above-captioned putative class action was commenced against Defendants iQIYI Inc. ("iQIYI"), Yu Gong, and Xiaodong Wang asserting claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Dkt. No. 1);

WHEREAS, on October 20, 2020, after briefing on competing motions for appointment of lead plaintiff and selection of counsel, the Court appointed Ronald L. Hershberger and Robert J. Gereige, MD as Lead Plaintiffs and their counsel, Labaton Sucharow LLP and the Rosen Law Firm, P.A., as Co-Lead Counsel (Dkt. No. 67); and

WHEREAS, Lead Plaintiffs and Defendant iQIYI[1] have agreed, subject to the Court's approval, to a schedule governing the filing of (i) an amended complaint, (ii) iQIYI's response to that amended complaint, and (iii) if iQIYI's response is by motion, a briefing schedule for such motion practice,

IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiffs and iQIYI, subject to the Court's approval, as follows:

1. Lead Plaintiffs shall file an amended complaint on or before January 19, 2021.

2. iQIYI shall move, answer, or otherwise respond to the amended complaint on or before March 22, 2021.

3. If iQIYI files a motion to dismiss, Lead Plaintiffs shall file an opposition to the motion on or before May 4, 2021.

4. iQIYI shall file its reply in further support of any motion to dismiss on or before June 3, 2021.

---

[1]   Defendants Yu Gong and Xiaodong Wang have not been served.

1

Dated:  December 17, 2020

Respectfully submitted,

*/s/ Phillip Kim*

Phillip Kim
Laurence M. Rosen
Jing Chen
Daniel Tyre-Karp
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10116
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jchen@rosenlegal.com
dtyrekarp@rosenlegal.com

James W. Johnson
Michael H. Rogers
David J. Schwartz
James T. Christie
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

*/s/ Robert Fumerton*

Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Attorneys for Defendant iQIYI Inc.*

**IT IS SO ORDERED.**

Dated: _____, 2020

_____

2