UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE iQIYI, INC. SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: 20-cv-01830 (DG) (TAM)

:

: **ECF CASE**

: **Electronically Filed**

:

: **Oral Argument Requested**

:

:

:

## <u>NOTICE OF iQIYI DEFENDANTS' MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated July 16, 2021; the accompanying Declaration of Robert A. Fumerton, dated July 16, 2021, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Qi Lu, Herman Yu, Victor Zhixiang Liang, and Giselle Manon, through their undersigned counsel, will move this Court, before the Honorable Diane Gujarati, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designated by the Court, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Section 101(b) of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the Amended Consolidated Class Action Complaint (ECF No. 104) in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
July 16, 2021

/s/ Robert A. Fumerton
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Attorneys for Defendants iQIYI, Inc.,
Baidu, Inc., Yu Gong, Xiaodong Wang,
Robin Yanhong Li, Qi Lu, Herman Yu,
Victor Zhixiang Liang, and Giselle
Manon*

2