UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :  20-cv-01830 (DG) (TAM)

IN RE iQIYI, INC. SECURITIES LITIGATION :

                             :  **ECF CASE**
                             :  **Electronically Filed**
                             :
                             :  **Oral Argument Requested**
                             :
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF THE iQIYI DEFENDANTS' MOTION TO DISMISS
## THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Qi Lu, Herman Yu, Victor Zhixiang Liang, and Giselle Manon in this action.

2.      I respectfully submit this declaration in support of the iQIYI Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A......................iQIYI's Registration Statement, filed on Form F-1 (Feb. 27, 2018)

Exhibit B......................iQIYI's Historical Stock Price (Mar. 29, 2018 to June 1, 2021)

Exhibit C......................iQIYI's 2018 Annual Report, filed on Form 20-F (Mar. 15, 2019) (excluding exhibits)

Exhibit D......................iQIYI's Press Release, "iQIYI Partners with Super Sports Media to Launch iQIYI Sports App, Creating a Powerful New Player in the Online Sports Industry in China" (Aug. 6, 2018)

Exhibit E......................Transcript of iQIYI's Third Quarter 2018 Earnings Call (Oct. 31, 2018) (12:01 AM GMT)

Exhibit F....................Exhibit 99.2 to iQIYI's Form 6-K (Nov. 28, 2018)

Exhibit G....................iQIYI's 2019 Annual Report, filed on Form 20-F (Mar. 12, 2020)

Exhibit H...................."iQIYI: The Netflix of China? *Good Luckin*," Wolfpack Research (Apr. 7, 2020)

Exhibit I .....................iQIYI's Press Release, "iQIYI Responds to Short Seller Report" (Apr. 7, 2020)

Exhibit J .....................iQIYI's Press Release, "iQIYI Announces Second Quarter 2020 Financial Results" (Aug. 13, 2020)

Exhibit K....................Transcript of iQIYI's Second Quarter 2020 Earnings Call (Aug. 14, 2020) (12:00 AM GMT)

Exhibit L .....................iQIYI's 2020 Annual Report, filed on Form 20-F (Mar. 9, 2021)

Exhibit M ...................Aurora Mobile Limited Report (Q1 2018)

Exhibit N....................Aurora Mobile Limited Report (Q3 2018)

Exhibit O....................Aurora Mobile Limited Report (Q1 2019)

Exhibit P.....................QuestMobile Research Institute Report (Feb. 11, 2020)

Exhibit Q....................Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (June 1, 2021)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2021, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

2