# Exhibit B

| iQIYI, Inc.: Stock Price (NASDAQ: IQ) March 28, 2018 - June 1, 2021 Source: Yahoo Finance | | |
|---|---|---|
| Date | Close | Volume |
| IPO Price | $ 18.00 | |
| March 29, 2018 | $ 15.55 | 79,752,900 |
| April 2, 2018 | $ 15.70 | 15,287,800 |
| April 3, 2018 | $ 16.00 | 7,994,100 |
| April 4, 2018 | $ 15.67 | 9,866,600 |
| April 5, 2018 | $ 16.04 | 4,216,500 |
| April 6, 2018 | $ 16.02 | 3,493,800 |
| April 9, 2018 | $ 16.41 | 4,265,700 |
| April 10, 2018 | $ 17.41 | 7,024,400 |
| April 11, 2018 | $ 18.07 | 9,231,100 |
| April 12, 2018 | $ 19.04 | 12,292,700 |
| April 13, 2018 | $ 19.34 | 10,007,700 |
| April 16, 2018 | $ 19.74 | 6,404,800 |
| April 17, 2018 | $ 19.63 | 9,237,200 |
| April 18, 2018 | $ 18.95 | 5,473,800 |
| April 19, 2018 | $ 18.34 | 5,656,700 |
| April 20, 2018 | $ 17.81 | 3,565,600 |
| April 23, 2018 | $ 18.24 | 4,250,600 |
| April 24, 2018 | $ 18.53 | 5,376,700 |
| April 25, 2018 | $ 18.01 | 3,328,900 |
| April 26, 2018 | $ 18.75 | 6,566,200 |
| April 27, 2018 | $ 17.99 | 6,838,100 |
| April 30, 2018 | $ 18.03 | 2,659,800 |
| May 1, 2018 | $ 17.60 | 2,653,200 |
| May 2, 2018 | $ 17.30 | 2,471,800 |
| May 3, 2018 | $ 16.39 | 10,376,600 |
| May 4, 2018 | $ 16.17 | 5,002,400 |
| May 7, 2018 | $ 16.34 | 3,929,100 |
| May 8, 2018 | $ 16.72 | 3,474,100 |
| May 9, 2018 | $ 18.62 | 6,231,000 |
| May 10, 2018 | $ 20.72 | 20,345,600 |
| May 11, 2018 | $ 20.52 | 12,479,700 |
| May 14, 2018 | $ 21.83 | 11,584,000 |
| May 15, 2018 | $ 21.43 | 9,922,700 |
| May 16, 2018 | $ 20.43 | 10,603,000 |
| May 17, 2018 | $ 20.33 | 7,870,300 |
| May 18, 2018 | $ 20.08 | 6,679,400 |
| May 21, 2018 | $ 20.26 | 6,694,100 |
| May 22, 2018 | $ 22.52 | 13,962,600 |
| May 23, 2018 | $ 23.00 | 13,464,500 |
| May 24, 2018 | $ 22.94 | 9,450,500 |
| May 25, 2018 | $ 22.79 | 5,005,700 |
| May 29, 2018 | $ 23.08 | 6,840,500 |

| Date | Close | | Volume |
|---|---|---|---|
| May 30, 2018 | $ | 25.71 | 16,874,000 |
| May 31, 2018 | $ | 25.30 | 13,954,800 |
| June 1, 2018 | $ | 28.46 | 21,683,500 |
| June 4, 2018 | $ | 29.19 | 41,717,000 |
| June 5, 2018 | $ | 29.26 | 20,472,100 |
| June 6, 2018 | $ | 29.00 | 15,916,300 |
| June 7, 2018 | $ | 30.85 | 17,517,200 |
| June 8, 2018 | $ | 32.82 | 33,587,900 |
| June 11, 2018 | $ | 34.51 | 32,281,000 |
| June 12, 2018 | $ | 34.52 | 23,119,200 |
| June 13, 2018 | $ | 34.75 | 15,276,200 |
| June 14, 2018 | $ | 40.51 | 45,242,200 |
| June 15, 2018 | $ | 40.16 | 61,965,400 |
| June 18, 2018 | $ | 43.93 | 42,030,300 |
| June 19, 2018 | $ | 42.58 | 58,605,800 |
| June 20, 2018 | $ | 44.20 | 43,572,400 |
| June 21, 2018 | $ | 38.83 | 57,277,900 |
| June 22, 2018 | $ | 36.29 | 52,776,400 |
| June 25, 2018 | $ | 32.88 | 42,472,700 |
| June 26, 2018 | $ | 36.03 | 34,969,900 |
| June 27, 2018 | $ | 31.22 | 52,691,000 |
| June 28, 2018 | $ | 31.95 | 40,945,500 |
| June 29, 2018 | $ | 32.30 | 23,663,400 |
| July 2, 2018 | $ | 32.80 | 19,951,000 |
| July 3, 2018 | $ | 32.98 | 17,959,100 |
| July 5, 2018 | $ | 31.19 | 30,124,600 |
| July 6, 2018 | $ | 29.92 | 37,612,200 |
| July 9, 2018 | $ | 31.82 | 35,544,000 |
| July 10, 2018 | $ | 31.17 | 28,030,700 |
| July 11, 2018 | $ | 31.64 | 28,357,700 |
| July 12, 2018 | $ | 35.04 | 49,430,200 |
| July 13, 2018 | $ | 33.95 | 26,115,200 |
| July 16, 2018 | $ | 36.93 | 39,050,000 |
| July 17, 2018 | $ | 37.00 | 34,024,900 |
| July 18, 2018 | $ | 35.96 | 29,555,300 |
| July 19, 2018 | $ | 32.65 | 32,400,000 |
| July 20, 2018 | $ | 33.27 | 26,979,600 |
| July 23, 2018 | $ | 32.44 | 14,634,900 |
| July 24, 2018 | $ | 31.60 | 26,763,300 |
| July 25, 2018 | $ | 33.53 | 21,659,800 |
| July 26, 2018 | $ | 33.03 | 12,663,100 |
| July 27, 2018 | $ | 32.15 | 12,424,700 |
| July 30, 2018 | $ | 30.74 | 17,414,500 |
| July 31, 2018 | $ | 32.02 | 19,888,200 |
| August 1, 2018 | $ | 32.09 | 27,960,000 |
| August 2, 2018 | $ | 30.42 | 20,784,400 |

| Date | Close | | Volume |
|---|---|---|---|
| August 3, 2018 | $ | 28.50 | 23,358,100 |
| August 6, 2018 | $ | 29.11 | 11,879,300 |
| August 7, 2018 | $ | 30.14 | 15,054,500 |
| August 8, 2018 | $ | 29.10 | 9,321,500 |
| August 9, 2018 | $ | 29.17 | 8,196,900 |
| August 10, 2018 | $ | 29.40 | 7,521,000 |
| August 13, 2018 | $ | 28.47 | 8,905,300 |
| August 14, 2018 | $ | 26.89 | 16,618,600 |
| August 15, 2018 | $ | 26.13 | 18,834,100 |
| August 16, 2018 | $ | 26.02 | 9,721,500 |
| August 17, 2018 | $ | 26.38 | 11,258,100 |
| August 20, 2018 | $ | 28.09 | 16,399,100 |
| August 21, 2018 | $ | 29.00 | 14,936,600 |
| August 22, 2018 | $ | 28.81 | 8,473,100 |
| August 23, 2018 | $ | 28.61 | 12,383,800 |
| August 24, 2018 | $ | 28.65 | 7,932,400 |
| August 27, 2018 | $ | 31.12 | 23,904,500 |
| August 28, 2018 | $ | 30.50 | 15,197,600 |
| August 29, 2018 | $ | 30.39 | 7,640,900 |
| August 30, 2018 | $ | 29.44 | 9,090,200 |
| August 31, 2018 | $ | 28.90 | 6,848,300 |
| September 4, 2018 | $ | 28.52 | 8,770,800 |
| September 5, 2018 | $ | 27.16 | 10,439,100 |
| September 6, 2018 | $ | 27.00 | 7,446,700 |
| September 7, 2018 | $ | 27.16 | 6,608,800 |
| September 10, 2018 | $ | 26.94 | 6,549,200 |
| September 11, 2018 | $ | 26.69 | 7,174,900 |
| September 12, 2018 | $ | 28.59 | 14,508,400 |
| September 13, 2018 | $ | 30.29 | 19,391,600 |
| September 14, 2018 | $ | 28.56 | 10,710,400 |
| September 17, 2018 | $ | 26.84 | 11,794,900 |
| September 18, 2018 | $ | 26.33 | 11,963,400 |
| September 19, 2018 | $ | 27.72 | 8,990,300 |
| September 20, 2018 | $ | 27.43 | 7,737,200 |
| September 21, 2018 | $ | 26.25 | 12,590,100 |
| September 24, 2018 | $ | 25.89 | 13,843,300 |
| September 25, 2018 | $ | 26.50 | 7,560,200 |
| September 26, 2018 | $ | 27.00 | 11,048,900 |
| September 27, 2018 | $ | 27.75 | 8,310,100 |
| September 28, 2018 | $ | 27.07 | 9,645,800 |
| October 1, 2018 | $ | 26.91 | 6,778,700 |
| October 2, 2018 | $ | 26.47 | 10,778,800 |
| October 3, 2018 | $ | 26.89 | 8,179,700 |
| October 4, 2018 | $ | 25.31 | 16,067,700 |
| October 5, 2018 | $ | 25.49 | 9,219,200 |
| October 8, 2018 | $ | 26.44 | 8,775,700 |

| Date | Close | | Volume |
|---|---|---|---|
| October 9, 2018 | $ | 25.96 | 5,364,500 |
| October 10, 2018 | $ | 24.60 | 10,138,900 |
| October 11, 2018 | $ | 24.87 | 11,036,500 |
| October 12, 2018 | $ | 26.00 | 11,288,700 |
| October 15, 2018 | $ | 26.10 | 9,971,200 |
| October 16, 2018 | $ | 25.93 | 10,403,300 |
| October 17, 2018 | $ | 24.81 | 12,383,200 |
| October 18, 2018 | $ | 24.46 | 10,072,600 |
| October 19, 2018 | $ | 23.57 | 9,469,800 |
| October 22, 2018 | $ | 23.87 | 8,322,100 |
| October 23, 2018 | $ | 23.17 | 13,125,000 |
| October 24, 2018 | $ | 22.40 | 8,114,100 |
| October 25, 2018 | $ | 22.55 | 8,122,900 |
| October 26, 2018 | $ | 22.06 | 10,003,800 |
| October 29, 2018 | $ | 21.37 | 9,816,200 |
| October 30, 2018 | $ | 22.20 | 11,011,200 |
| October 31, 2018 | $ | 19.64 | 34,203,600 |
| November 1, 2018 | $ | 22.27 | 17,740,800 |
| November 2, 2018 | $ | 21.13 | 17,008,700 |
| November 5, 2018 | $ | 21.16 | 4,782,000 |
| November 6, 2018 | $ | 21.48 | 7,105,000 |
| November 7, 2018 | $ | 21.95 | 4,714,300 |
| November 8, 2018 | $ | 20.87 | 5,611,900 |
| November 9, 2018 | $ | 20.00 | 6,532,200 |
| November 12, 2018 | $ | 19.57 | 5,416,800 |
| November 13, 2018 | $ | 20.32 | 7,228,800 |
| November 14, 2018 | $ | 20.40 | 6,984,300 |
| November 15, 2018 | $ | 21.08 | 5,927,400 |
| November 16, 2018 | $ | 20.80 | 5,548,600 |
| November 19, 2018 | $ | 19.53 | 7,156,000 |
| November 20, 2018 | $ | 19.09 | 5,551,600 |
| November 21, 2018 | $ | 20.36 | 6,337,700 |
| November 23, 2018 | $ | 19.70 | 3,802,500 |
| November 26, 2018 | $ | 20.13 | 4,262,200 |
| November 27, 2018 | $ | 19.87 | 4,802,900 |
| November 28, 2018 | $ | 19.92 | 9,129,500 |
| November 29, 2018 | $ | 19.21 | 9,770,300 |
| November 30, 2018 | $ | 20.31 | 14,861,100 |
| December 3, 2018 | $ | 20.73 | 15,331,500 |
| December 4, 2018 | $ | 19.58 | 8,241,000 |
| December 6, 2018 | $ | 19.84 | 5,644,100 |
| December 7, 2018 | $ | 18.52 | 9,349,600 |
| December 10, 2018 | $ | 18.01 | 7,380,500 |
| December 11, 2018 | $ | 18.02 | 6,577,900 |
| December 12, 2018 | $ | 18.41 | 9,113,700 |
| December 13, 2018 | $ | 18.30 | 4,166,800 |

| Date | Close | | Volume |
|---|---|---|---|
| December 14, 2018 | $ | 17.70 | 7,100,400 |
| December 17, 2018 | $ | 16.57 | 7,929,800 |
| December 18, 2018 | $ | 16.34 | 7,440,000 |
| December 19, 2018 | $ | 15.61 | 8,285,600 |
| December 20, 2018 | $ | 15.58 | 8,100,700 |
| December 21, 2018 | $ | 14.94 | 9,989,100 |
| December 24, 2018 | $ | 15.10 | 5,120,400 |
| December 26, 2018 | $ | 15.63 | 5,604,300 |
| December 27, 2018 | $ | 15.45 | 10,032,200 |
| December 28, 2018 | $ | 15.37 | 4,959,800 |
| December 31, 2018 | $ | 14.87 | 5,308,000 |
| January 2, 2019 | $ | 15.22 | 5,469,100 |
| January 3, 2019 | $ | 14.80 | 3,408,700 |
| January 4, 2019 | $ | 16.24 | 11,734,400 |
| January 7, 2019 | $ | 17.22 | 10,339,500 |
| January 8, 2019 | $ | 16.98 | 9,051,400 |
| January 9, 2019 | $ | 17.29 | 9,711,900 |
| January 10, 2019 | $ | 18.16 | 16,019,400 |
| January 11, 2019 | $ | 17.82 | 11,311,800 |
| January 14, 2019 | $ | 16.71 | 12,300,300 |
| January 15, 2019 | $ | 16.75 | 8,232,900 |
| January 16, 2019 | $ | 17.03 | 5,647,700 |
| January 17, 2019 | $ | 17.56 | 8,162,600 |
| January 18, 2019 | $ | 18.50 | 12,839,800 |
| January 22, 2019 | $ | 17.73 | 14,081,100 |
| January 23, 2019 | $ | 18.29 | 9,764,200 |
| January 24, 2019 | $ | 18.97 | 7,938,500 |
| January 25, 2019 | $ | 19.95 | 9,879,800 |
| January 28, 2019 | $ | 19.46 | 7,125,600 |
| January 29, 2019 | $ | 19.14 | 6,343,100 |
| January 30, 2019 | $ | 19.38 | 5,715,800 |
| January 31, 2019 | $ | 20.12 | 7,818,400 |
| February 1, 2019 | $ | 20.12 | 8,447,800 |
| February 4, 2019 | $ | 20.49 | 5,650,700 |
| February 5, 2019 | $ | 21.23 | 7,601,600 |
| February 6, 2019 | $ | 21.29 | 5,272,900 |
| February 7, 2019 | $ | 20.00 | 10,909,300 |
| February 8, 2019 | $ | 20.63 | 8,653,200 |
| February 11, 2019 | $ | 20.83 | 8,587,800 |
| February 12, 2019 | $ | 21.25 | 7,444,300 |
| February 13, 2019 | $ | 21.60 | 8,001,200 |
| February 14, 2019 | $ | 22.00 | 7,141,200 |
| February 15, 2019 | $ | 21.80 | 6,748,900 |
| February 19, 2019 | $ | 22.34 | 9,658,300 |
| February 20, 2019 | $ | 22.60 | 9,498,300 |
| February 21, 2019 | $ | 22.76 | 12,329,000 |

| Date | Close | Volume |
|---|---|---|
| February 22, 2019 | $ 27.70 | 42,749,200 |
| February 25, 2019 | $ 27.01 | 35,313,700 |
| February 26, 2019 | $ 26.83 | 15,868,000 |
| February 27, 2019 | $ 26.77 | 10,368,900 |
| February 28, 2019 | $ 27.16 | 24,473,800 |
| March 1, 2019 | $ 27.15 | 8,521,200 |
| March 4, 2019 | $ 26.66 | 10,772,600 |
| March 5, 2019 | $ 27.46 | 10,328,800 |
| March 6, 2019 | $ 26.97 | 9,537,200 |
| March 7, 2019 | $ 26.38 | 10,052,700 |
| March 8, 2019 | $ 25.36 | 12,690,300 |
| March 11, 2019 | $ 26.23 | 6,667,800 |
| March 12, 2019 | $ 26.38 | 5,501,400 |
| March 13, 2019 | $ 26.41 | 6,003,400 |
| March 14, 2019 | $ 25.67 | 5,802,900 |
| March 15, 2019 | $ 27.02 | 9,515,200 |
| March 18, 2019 | $ 27.42 | 9,735,800 |
| March 19, 2019 | $ 27.33 | 7,295,900 |
| March 20, 2019 | $ 26.41 | 13,875,400 |
| March 21, 2019 | $ 26.02 | 7,957,400 |
| March 22, 2019 | $ 25.02 | 7,941,200 |
| March 25, 2019 | $ 24.02 | 13,083,300 |
| March 26, 2019 | $ 22.87 | 23,925,600 |
| March 27, 2019 | $ 22.71 | 25,571,800 |
| March 28, 2019 | $ 22.72 | 10,161,500 |
| March 29, 2019 | $ 23.92 | 14,237,200 |
| April 1, 2019 | $ 24.79 | 12,547,500 |
| April 2, 2019 | $ 24.40 | 7,838,800 |
| April 3, 2019 | $ 23.98 | 8,906,300 |
| April 4, 2019 | $ 23.48 | 8,497,700 |
| April 5, 2019 | $ 23.48 | 5,664,300 |
| April 8, 2019 | $ 23.38 | 4,000,300 |
| April 9, 2019 | $ 23.88 | 6,804,000 |
| April 10, 2019 | $ 24.13 | 5,833,900 |
| April 11, 2019 | $ 23.32 | 5,428,900 |
| April 12, 2019 | $ 23.70 | 6,760,300 |
| April 15, 2019 | $ 22.44 | 9,181,000 |
| April 16, 2019 | $ 22.95 | 7,404,400 |
| April 17, 2019 | $ 22.90 | 6,949,800 |
| April 18, 2019 | $ 23.20 | 5,117,700 |
| April 22, 2019 | $ 23.98 | 8,402,900 |
| April 23, 2019 | $ 23.80 | 6,264,600 |
| April 24, 2019 | $ 22.82 | 10,159,500 |
| April 25, 2019 | $ 22.97 | 8,216,800 |
| April 26, 2019 | $ 21.90 | 21,419,500 |
| April 29, 2019 | $ 21.98 | 5,903,900 |

| Date | Close | Volume |
|---|---|---|
| April 30, 2019 | $ 22.11 | 9,076,300 |
| May 1, 2019 | $ 22.20 | 8,830,400 |
| May 2, 2019 | $ 22.40 | 6,450,100 |
| May 3, 2019 | $ 23.01 | 5,978,500 |
| May 6, 2019 | $ 22.42 | 9,854,600 |
| May 7, 2019 | $ 21.97 | 6,467,300 |
| May 8, 2019 | $ 21.56 | 7,328,100 |
| May 9, 2019 | $ 21.51 | 10,062,200 |
| May 10, 2019 | $ 20.96 | 8,135,200 |
| May 13, 2019 | $ 20.01 | 10,395,300 |
| May 14, 2019 | $ 20.32 | 8,250,500 |
| May 15, 2019 | $ 20.27 | 8,936,700 |
| May 16, 2019 | $ 20.38 | 10,913,900 |
| May 17, 2019 | $ 19.04 | 23,043,700 |
| May 20, 2019 | $ 18.34 | 14,669,000 |
| May 21, 2019 | $ 19.30 | 13,851,800 |
| May 22, 2019 | $ 18.70 | 5,931,100 |
| May 23, 2019 | $ 18.81 | 8,560,400 |
| May 24, 2019 | $ 18.70 | 5,967,000 |
| May 28, 2019 | $ 19.07 | 6,763,900 |
| May 29, 2019 | $ 18.90 | 7,924,600 |
| May 30, 2019 | $ 19.12 | 5,792,700 |
| May 31, 2019 | $ 18.23 | 11,350,500 |
| June 3, 2019 | $ 18.00 | 9,403,600 |
| June 4, 2019 | $ 18.21 | 14,851,500 |
| June 5, 2019 | $ 17.66 | 11,557,000 |
| June 6, 2019 | $ 17.91 | 7,805,000 |
| June 7, 2019 | $ 17.88 | 12,074,200 |
| June 10, 2019 | $ 18.19 | 9,895,000 |
| June 11, 2019 | $ 18.31 | 9,613,100 |
| June 12, 2019 | $ 18.22 | 4,134,800 |
| June 13, 2019 | $ 18.33 | 4,580,000 |
| June 14, 2019 | $ 17.89 | 5,843,400 |
| June 17, 2019 | $ 18.04 | 3,934,800 |
| June 18, 2019 | $ 18.48 | 9,637,800 |
| June 19, 2019 | $ 18.16 | 7,545,000 |
| June 20, 2019 | $ 18.26 | 6,470,300 |
| June 21, 2019 | $ 18.15 | 7,721,700 |
| June 24, 2019 | $ 18.40 | 7,696,900 |
| June 25, 2019 | $ 18.01 | 8,176,400 |
| June 26, 2019 | $ 18.18 | 5,951,300 |
| June 27, 2019 | $ 20.03 | 23,209,900 |
| June 28, 2019 | $ 20.65 | 16,847,100 |
| July 1, 2019 | $ 20.73 | 13,850,800 |
| July 2, 2019 | $ 21.19 | 8,424,900 |
| July 3, 2019 | $ 20.75 | 6,318,500 |

| Date | Close | | Volume |
|---|---|---|---|
| July 5, 2019 | $ | 20.21 | 5,606,700 |
| July 8, 2019 | $ | 19.61 | 7,058,400 |
| July 9, 2019 | $ | 19.99 | 5,432,400 |
| July 10, 2019 | $ | 19.91 | 4,860,300 |
| July 11, 2019 | $ | 19.57 | 3,725,200 |
| July 12, 2019 | $ | 19.65 | 4,759,200 |
| July 15, 2019 | $ | 19.49 | 9,256,000 |
| July 16, 2019 | $ | 18.81 | 7,951,400 |
| July 17, 2019 | $ | 18.67 | 4,371,600 |
| July 18, 2019 | $ | 18.29 | 7,200,400 |
| July 19, 2019 | $ | 18.70 | 5,247,100 |
| July 22, 2019 | $ | 18.53 | 5,389,400 |
| July 23, 2019 | $ | 18.97 | 8,362,500 |
| July 24, 2019 | $ | 19.11 | 3,111,200 |
| July 25, 2019 | $ | 19.04 | 4,426,700 |
| July 26, 2019 | $ | 19.01 | 2,623,000 |
| July 29, 2019 | $ | 19.03 | 3,289,700 |
| July 30, 2019 | $ | 18.93 | 3,539,400 |
| July 31, 2019 | $ | 18.59 | 4,713,900 |
| August 1, 2019 | $ | 17.86 | 9,653,600 |
| August 2, 2019 | $ | 17.47 | 5,460,800 |
| August 5, 2019 | $ | 16.73 | 9,979,800 |
| August 6, 2019 | $ | 17.17 | 4,588,600 |
| August 7, 2019 | $ | 16.86 | 5,322,000 |
| August 8, 2019 | $ | 17.49 | 4,517,600 |
| August 9, 2019 | $ | 17.21 | 4,201,100 |
| August 12, 2019 | $ | 17.07 | 6,523,700 |
| August 13, 2019 | $ | 17.45 | 6,002,200 |
| August 14, 2019 | $ | 16.93 | 4,620,400 |
| August 15, 2019 | $ | 16.97 | 5,039,000 |
| August 16, 2019 | $ | 17.08 | 6,873,700 |
| August 19, 2019 | $ | 18.08 | 17,087,400 |
| August 20, 2019 | $ | 17.88 | 16,686,700 |
| August 21, 2019 | $ | 18.69 | 11,090,300 |
| August 22, 2019 | $ | 18.18 | 5,172,500 |
| August 23, 2019 | $ | 17.65 | 5,808,400 |
| August 26, 2019 | $ | 18.17 | 4,563,300 |
| August 27, 2019 | $ | 17.26 | 5,714,600 |
| August 28, 2019 | $ | 17.29 | 4,583,900 |
| August 29, 2019 | $ | 17.91 | 5,655,000 |
| August 30, 2019 | $ | 18.29 | 4,130,700 |
| September 3, 2019 | $ | 17.24 | 6,272,000 |
| September 4, 2019 | $ | 17.14 | 3,261,400 |
| September 5, 2019 | $ | 17.82 | 4,743,900 |
| September 6, 2019 | $ | 18.06 | 4,615,500 |
| September 9, 2019 | $ | 18.33 | 4,763,200 |

| Date | Close | | Volume |
|---|---|---|---|
| September 10, 2019 | $ | 18.05 | 5,554,900 |
| September 11, 2019 | $ | 19.32 | 18,919,500 |
| September 12, 2019 | $ | 19.71 | 9,054,300 |
| September 13, 2019 | $ | 19.75 | 4,498,200 |
| September 16, 2019 | $ | 18.84 | 6,245,000 |
| September 17, 2019 | $ | 19.08 | 4,888,500 |
| September 18, 2019 | $ | 18.94 | 3,018,900 |
| September 19, 2019 | $ | 18.99 | 3,637,500 |
| September 20, 2019 | $ | 18.53 | 5,382,700 |
| September 23, 2019 | $ | 18.08 | 3,892,700 |
| September 24, 2019 | $ | 17.15 | 6,093,600 |
| September 25, 2019 | $ | 17.73 | 3,695,200 |
| September 26, 2019 | $ | 17.32 | 3,789,000 |
| September 27, 2019 | $ | 16.61 | 12,006,800 |
| September 30, 2019 | $ | 16.13 | 8,597,700 |
| October 1, 2019 | $ | 15.92 | 11,646,700 |
| October 2, 2019 | $ | 15.72 | 8,068,800 |
| October 3, 2019 | $ | 16.06 | 9,410,800 |
| October 4, 2019 | $ | 16.39 | 7,029,700 |
| October 7, 2019 | $ | 16.18 | 4,633,900 |
| October 8, 2019 | $ | 15.69 | 5,061,400 |
| October 9, 2019 | $ | 15.74 | 3,973,600 |
| October 10, 2019 | $ | 15.71 | 4,869,200 |
| October 11, 2019 | $ | 16.46 | 8,237,300 |
| October 14, 2019 | $ | 16.19 | 3,749,800 |
| October 15, 2019 | $ | 16.58 | 7,416,700 |
| October 16, 2019 | $ | 16.16 | 4,323,700 |
| October 17, 2019 | $ | 16.30 | 2,463,600 |
| October 18, 2019 | $ | 16.09 | 2,999,100 |
| October 21, 2019 | $ | 16.53 | 4,216,200 |
| October 22, 2019 | $ | 16.50 | 2,902,900 |
| October 23, 2019 | $ | 16.67 | 3,155,700 |
| October 24, 2019 | $ | 17.14 | 4,577,100 |
| October 25, 2019 | $ | 17.36 | 3,663,400 |
| October 28, 2019 | $ | 17.89 | 4,316,200 |
| October 29, 2019 | $ | 17.37 | 4,427,300 |
| October 30, 2019 | $ | 17.62 | 2,342,000 |
| October 31, 2019 | $ | 17.43 | 2,409,700 |
| November 1, 2019 | $ | 17.73 | 2,832,400 |
| November 4, 2019 | $ | 17.99 | 5,193,600 |
| November 5, 2019 | $ | 17.79 | 7,592,500 |
| November 6, 2019 | $ | 17.46 | 6,049,200 |
| November 7, 2019 | $ | 20.00 | 23,967,900 |
| November 8, 2019 | $ | 19.52 | 9,960,700 |
| November 11, 2019 | $ | 19.15 | 6,393,900 |
| November 12, 2019 | $ | 19.11 | 4,659,400 |

| Date | Close | Volume |
|---|---|---|
| November 13, 2019 | $ 18.28 | 6,529,600 |
| November 14, 2019 | $ 17.19 | 14,065,800 |
| November 15, 2019 | $ 17.49 | 6,223,200 |
| November 18, 2019 | $ 18.00 | 6,238,800 |
| November 19, 2019 | $ 17.95 | 3,696,900 |
| November 20, 2019 | $ 17.98 | 2,697,700 |
| November 21, 2019 | $ 18.01 | 2,766,100 |
| November 22, 2019 | $ 18.41 | 3,859,500 |
| November 25, 2019 | $ 19.08 | 7,001,700 |
| November 26, 2019 | $ 19.21 | 4,474,200 |
| November 27, 2019 | $ 19.60 | 6,067,300 |
| November 29, 2019 | $ 19.15 | 4,421,200 |
| December 2, 2019 | $ 19.52 | 6,167,700 |
| December 3, 2019 | $ 19.40 | 3,483,400 |
| December 4, 2019 | $ 19.43 | 6,030,300 |
| December 5, 2019 | $ 19.50 | 4,275,400 |
| December 6, 2019 | $ 20.29 | 9,956,000 |
| December 9, 2019 | $ 20.20 | 7,854,000 |
| December 10, 2019 | $ 19.87 | 4,130,600 |
| December 11, 2019 | $ 19.99 | 3,244,200 |
| December 12, 2019 | $ 19.99 | 7,017,400 |
| December 13, 2019 | $ 20.40 | 9,066,200 |
| December 16, 2019 | $ 19.74 | 5,901,800 |
| December 17, 2019 | $ 19.95 | 6,282,300 |
| December 18, 2019 | $ 19.88 | 5,596,500 |
| December 19, 2019 | $ 20.70 | 6,463,700 |
| December 20, 2019 | $ 21.08 | 10,557,800 |
| December 23, 2019 | $ 21.31 | 6,938,400 |
| December 24, 2019 | $ 21.18 | 1,504,100 |
| December 26, 2019 | $ 21.61 | 2,711,700 |
| December 27, 2019 | $ 21.54 | 3,862,900 |
| December 30, 2019 | $ 21.27 | 4,954,100 |
| December 31, 2019 | $ 21.11 | 3,957,300 |
| January 2, 2020 | $ 22.97 | 11,227,200 |
| January 3, 2020 | $ 23.04 | 12,904,000 |
| January 6, 2020 | $ 23.12 | 7,535,300 |
| January 7, 2020 | $ 23.36 | 8,139,700 |
| January 8, 2020 | $ 24.02 | 8,865,500 |
| January 9, 2020 | $ 24.52 | 9,342,600 |
| January 10, 2020 | $ 23.90 | 8,669,000 |
| January 13, 2020 | $ 23.98 | 5,491,100 |
| January 14, 2020 | $ 23.87 | 9,675,700 |
| January 15, 2020 | $ 23.68 | 8,568,800 |
| January 16, 2020 | $ 23.78 | 4,830,600 |
| January 17, 2020 | $ 23.91 | 7,780,400 |
| January 21, 2020 | $ 23.91 | 7,511,500 |

| Date | Close | Volume |
|---|---|---|
| January 22, 2020 | $ 24.16 | 10,480,700 |
| January 23, 2020 | $ 23.93 | 4,832,400 |
| January 24, 2020 | $ 21.89 | 15,722,300 |
| January 27, 2020 | $ 21.99 | 7,852,700 |
| January 28, 2020 | $ 22.51 | 6,785,800 |
| January 29, 2020 | $ 22.53 | 6,127,200 |
| January 30, 2020 | $ 22.43 | 4,821,800 |
| January 31, 2020 | $ 22.24 | 5,927,200 |
| February 3, 2020 | $ 23.85 | 13,489,800 |
| February 4, 2020 | $ 24.14 | 8,126,300 |
| February 5, 2020 | $ 23.78 | 5,821,200 |
| February 6, 2020 | $ 24.80 | 10,679,700 |
| February 7, 2020 | $ 24.62 | 4,132,800 |
| February 10, 2020 | $ 25.35 | 9,095,000 |
| February 11, 2020 | $ 26.27 | 11,181,900 |
| February 12, 2020 | $ 27.07 | 12,113,800 |
| February 13, 2020 | $ 27.18 | 9,059,600 |
| February 14, 2020 | $ 26.93 | 4,033,900 |
| February 18, 2020 | $ 25.30 | 12,435,500 |
| February 19, 2020 | $ 25.05 | 9,804,500 |
| February 20, 2020 | $ 24.72 | 8,496,800 |
| February 21, 2020 | $ 24.10 | 5,623,300 |
| February 24, 2020 | $ 24.18 | 6,856,300 |
| February 25, 2020 | $ 23.98 | 11,893,800 |
| February 26, 2020 | $ 24.26 | 6,448,200 |
| February 27, 2020 | $ 24.42 | 10,228,300 |
| February 28, 2020 | $ 22.43 | 14,966,300 |
| March 2, 2020 | $ 23.79 | 7,378,200 |
| March 3, 2020 | $ 23.36 | 7,186,400 |
| March 4, 2020 | $ 23.93 | 5,175,100 |
| March 5, 2020 | $ 23.43 | 6,389,400 |
| March 6, 2020 | $ 21.50 | 10,098,700 |
| March 9, 2020 | $ 20.01 | 8,376,600 |
| March 10, 2020 | $ 20.85 | 4,965,100 |
| March 11, 2020 | $ 19.76 | 5,628,800 |
| March 12, 2020 | $ 18.54 | 8,912,100 |
| March 13, 2020 | $ 18.69 | 6,237,800 |
| March 16, 2020 | $ 17.57 | 6,163,800 |
| March 17, 2020 | $ 18.19 | 6,426,500 |
| March 18, 2020 | $ 17.02 | 6,987,200 |
| March 19, 2020 | $ 17.15 | 6,306,700 |
| March 20, 2020 | $ 17.54 | 5,114,200 |
| March 23, 2020 | $ 17.47 | 5,387,700 |
| March 24, 2020 | $ 18.71 | 6,051,300 |
| March 25, 2020 | $ 18.55 | 9,415,600 |
| March 26, 2020 | $ 19.51 | 5,854,900 |

| Date | Close | | Volume |
|---|---|---|---|
| March 27, 2020 | $ | 18.58 | 5,736,100 |
| March 30, 2020 | $ | 18.66 | 8,431,200 |
| March 31, 2020 | $ | 17.80 | 14,388,700 |
| April 1, 2020 | $ | 18.18 | 4,223,300 |
| April 2, 2020 | $ | 17.90 | 6,242,900 |
| April 3, 2020 | $ | 17.06 | 8,712,500 |
| April 6, 2020 | $ | 16.76 | 8,542,700 |
| April 7, 2020 | $ | 17.30 | 60,064,600 |
| April 8, 2020 | $ | 16.51 | 35,105,300 |
| April 9, 2020 | $ | 17.37 | 17,791,900 |
| April 13, 2020 | $ | 17.43 | 7,992,000 |
| April 14, 2020 | $ | 18.05 | 10,723,900 |
| April 15, 2020 | $ | 18.45 | 6,125,600 |
| April 16, 2020 | $ | 19.24 | 6,435,000 |
| April 17, 2020 | $ | 19.28 | 4,894,600 |
| April 20, 2020 | $ | 19.25 | 5,161,100 |
| April 21, 2020 | $ | 18.57 | 7,982,500 |
| April 22, 2020 | $ | 18.43 | 6,849,000 |
| April 23, 2020 | $ | 18.14 | 4,758,200 |
| April 24, 2020 | $ | 17.76 | 7,279,700 |
| April 27, 2020 | $ | 17.22 | 8,948,200 |
| April 28, 2020 | $ | 16.65 | 8,616,000 |
| April 29, 2020 | $ | 17.22 | 5,838,500 |
| April 30, 2020 | $ | 16.97 | 8,171,900 |
| May 1, 2020 | $ | 16.36 | 6,470,900 |
| May 4, 2020 | $ | 16.43 | 5,424,800 |
| May 5, 2020 | $ | 16.57 | 3,933,100 |
| May 6, 2020 | $ | 16.96 | 3,701,600 |
| May 7, 2020 | $ | 16.83 | 5,085,200 |
| May 8, 2020 | $ | 17.53 | 4,821,400 |
| May 11, 2020 | $ | 17.90 | 4,365,000 |
| May 12, 2020 | $ | 17.80 | 3,858,700 |
| May 13, 2020 | $ | 17.33 | 9,437,000 |
| May 14, 2020 | $ | 17.48 | 5,873,300 |
| May 15, 2020 | $ | 17.95 | 6,759,200 |
| May 18, 2020 | $ | 18.33 | 12,613,200 |
| May 19, 2020 | $ | 17.66 | 18,251,500 |
| May 20, 2020 | $ | 16.76 | 17,220,600 |
| May 21, 2020 | $ | 16.50 | 10,259,500 |
| May 22, 2020 | $ | 15.50 | 17,047,800 |
| May 26, 2020 | $ | 15.87 | 10,028,800 |
| May 27, 2020 | $ | 15.93 | 6,054,100 |
| May 28, 2020 | $ | 15.77 | 7,884,600 |
| May 29, 2020 | $ | 16.59 | 17,088,200 |
| June 1, 2020 | $ | 16.70 | 5,151,400 |
| June 2, 2020 | $ | 17.20 | 7,536,800 |

| Date | Close | Volume |
|---|---|---|
| June 3, 2020 | $ 17.86 | 7,906,300 |
| June 4, 2020 | $ 17.75 | 8,549,500 |
| June 5, 2020 | $ 18.06 | 7,283,400 |
| June 8, 2020 | $ 17.51 | 8,160,200 |
| June 9, 2020 | $ 18.09 | 5,965,100 |
| June 10, 2020 | $ 18.25 | 4,737,300 |
| June 11, 2020 | $ 17.84 | 7,110,700 |
| June 12, 2020 | $ 17.80 | 7,147,300 |
| June 15, 2020 | $ 19.15 | 12,352,100 |
| June 16, 2020 | $ 24.10 | 71,099,400 |
| June 17, 2020 | $ 24.73 | 23,431,000 |
| June 18, 2020 | $ 24.82 | 10,207,300 |
| June 19, 2020 | $ 24.46 | 18,513,300 |
| June 22, 2020 | $ 24.27 | 10,591,500 |
| June 23, 2020 | $ 23.75 | 10,004,000 |
| June 24, 2020 | $ 22.92 | 17,565,200 |
| June 25, 2020 | $ 22.57 | 7,290,100 |
| June 26, 2020 | $ 22.72 | 6,097,100 |
| June 29, 2020 | $ 23.26 | 6,217,100 |
| June 30, 2020 | $ 23.19 | 4,999,500 |
| July 1, 2020 | $ 23.14 | 3,577,700 |
| July 2, 2020 | $ 23.82 | 6,560,100 |
| July 6, 2020 | $ 23.94 | 14,919,700 |
| July 7, 2020 | $ 23.33 | 6,622,400 |
| July 8, 2020 | $ 22.89 | 7,885,500 |
| July 9, 2020 | $ 23.14 | 6,467,400 |
| July 10, 2020 | $ 22.99 | 3,353,900 |
| July 13, 2020 | $ 22.86 | 6,333,200 |
| July 14, 2020 | $ 23.25 | 5,986,300 |
| July 15, 2020 | $ 23.02 | 5,449,300 |
| July 16, 2020 | $ 22.59 | 3,108,200 |
| July 17, 2020 | $ 22.31 | 2,766,100 |
| July 20, 2020 | $ 22.68 | 3,204,500 |
| July 21, 2020 | $ 22.65 | 4,202,000 |
| July 22, 2020 | $ 22.53 | 4,802,100 |
| July 23, 2020 | $ 21.18 | 11,156,700 |
| July 24, 2020 | $ 20.40 | 8,095,500 |
| July 27, 2020 | $ 20.71 | 7,139,300 |
| July 28, 2020 | $ 20.66 | 5,414,800 |
| July 29, 2020 | $ 20.75 | 4,569,500 |
| July 30, 2020 | $ 20.66 | 4,596,300 |
| July 31, 2020 | $ 21.10 | 6,538,700 |
| August 3, 2020 | $ 21.70 | 3,212,300 |
| August 4, 2020 | $ 22.72 | 4,595,000 |
| August 5, 2020 | $ 22.77 | 3,312,500 |
| August 6, 2020 | $ 22.92 | 2,631,400 |

| Date | Close | Volume |
|---|---|---|
| August 7, 2020 | $ 22.61 | 4,783,100 |
| August 10, 2020 | $ 22.50 | 4,463,300 |
| August 11, 2020 | $ 22.11 | 5,501,400 |
| August 12, 2020 | $ 22.22 | 3,392,000 |
| August 13, 2020 | $ 21.68 | 6,955,400 |
| August 14, 2020 | $ 19.26 | 46,860,100 |
| August 17, 2020 | $ 19.27 | 12,105,600 |
| August 18, 2020 | $ 19.13 | 6,035,600 |
| August 19, 2020 | $ 18.83 | 4,785,400 |
| August 20, 2020 | $ 18.91 | 4,678,600 |
| August 21, 2020 | $ 19.02 | 2,959,900 |
| August 24, 2020 | $ 19.46 | 3,730,900 |
| August 25, 2020 | $ 19.63 | 6,026,400 |
| August 26, 2020 | $ 19.56 | 5,035,200 |
| August 27, 2020 | $ 19.61 | 7,144,000 |
| August 28, 2020 | $ 21.43 | 9,729,000 |
| August 31, 2020 | $ 21.65 | 8,737,100 |
| September 1, 2020 | $ 22.73 | 4,845,600 |
| September 2, 2020 | $ 22.21 | 7,766,700 |
| September 3, 2020 | $ 22.09 | 5,242,100 |
| September 4, 2020 | $ 22.01 | 7,423,900 |
| September 8, 2020 | $ 21.24 | 9,953,200 |
| September 9, 2020 | $ 21.08 | 3,593,200 |
| September 10, 2020 | $ 21.40 | 4,711,200 |
| September 11, 2020 | $ 21.32 | 4,613,000 |
| September 14, 2020 | $ 22.31 | 4,038,800 |
| September 15, 2020 | $ 22.26 | 3,320,900 |
| September 16, 2020 | $ 22.75 | 4,537,800 |
| September 17, 2020 | $ 22.88 | 3,402,600 |
| September 18, 2020 | $ 23.20 | 4,436,300 |
| September 21, 2020 | $ 23.51 | 5,183,300 |
| September 22, 2020 | $ 23.58 | 3,790,700 |
| September 23, 2020 | $ 23.66 | 5,997,500 |
| September 24, 2020 | $ 23.80 | 3,989,900 |
| September 25, 2020 | $ 23.29 | 5,122,300 |
| September 28, 2020 | $ 22.58 | 7,273,800 |
| September 29, 2020 | $ 22.80 | 5,333,500 |
| September 30, 2020 | $ 22.58 | 3,679,000 |
| October 1, 2020 | $ 23.18 | 2,224,400 |
| October 2, 2020 | $ 22.85 | 1,566,300 |
| October 5, 2020 | $ 23.40 | 3,054,100 |
| October 6, 2020 | $ 23.77 | 3,675,900 |
| October 7, 2020 | $ 24.40 | 2,533,100 |
| October 8, 2020 | $ 23.73 | 3,066,400 |
| October 9, 2020 | $ 23.93 | 1,601,200 |
| October 12, 2020 | $ 23.66 | 1,965,700 |

| Date | Close | | Volume |
|---|---|---|---|
| October 13, 2020 | $ | 23.45 | 3,039,800 |
| October 14, 2020 | $ | 23.00 | 4,136,800 |
| October 15, 2020 | $ | 22.97 | 2,342,400 |
| October 16, 2020 | $ | 22.39 | 6,154,500 |
| October 19, 2020 | $ | 22.52 | 3,149,200 |
| October 20, 2020 | $ | 22.51 | 3,251,700 |
| October 21, 2020 | $ | 22.94 | 3,669,500 |
| October 22, 2020 | $ | 23.02 | 2,888,300 |
| October 23, 2020 | $ | 23.19 | 2,467,500 |
| October 26, 2020 | $ | 23.10 | 6,276,300 |
| October 27, 2020 | $ | 23.98 | 9,394,700 |
| October 28, 2020 | $ | 24.60 | 9,181,400 |
| October 29, 2020 | $ | 25.04 | 13,177,300 |
| October 30, 2020 | $ | 24.70 | 10,696,200 |
| November 2, 2020 | $ | 25.19 | 10,540,200 |
| November 3, 2020 | $ | 24.92 | 9,318,100 |
| November 4, 2020 | $ | 26.26 | 6,023,600 |
| November 5, 2020 | $ | 25.80 | 7,533,500 |
| November 6, 2020 | $ | 25.80 | 6,261,900 |
| November 9, 2020 | $ | 26.97 | 6,512,500 |
| November 10, 2020 | $ | 26.36 | 7,826,900 |
| November 11, 2020 | $ | 26.13 | 3,634,700 |
| November 12, 2020 | $ | 26.17 | 3,191,400 |
| November 13, 2020 | $ | 26.70 | 5,093,100 |
| November 16, 2020 | $ | 27.77 | 10,339,700 |
| November 17, 2020 | $ | 23.71 | 26,530,700 |
| November 18, 2020 | $ | 22.58 | 11,270,900 |
| November 19, 2020 | $ | 22.60 | 8,193,400 |
| November 20, 2020 | $ | 22.63 | 12,023,300 |
| November 23, 2020 | $ | 22.14 | 12,699,600 |
| November 24, 2020 | $ | 22.25 | 7,845,200 |
| November 25, 2020 | $ | 22.39 | 3,231,600 |
| November 27, 2020 | $ | 22.01 | 13,406,800 |
| November 30, 2020 | $ | 22.36 | 15,327,700 |
| December 1, 2020 | $ | 22.60 | 7,298,400 |
| December 2, 2020 | $ | 22.85 | 5,366,100 |
| December 3, 2020 | $ | 22.81 | 6,737,400 |
| December 4, 2020 | $ | 23.03 | 4,122,900 |
| December 7, 2020 | $ | 21.95 | 8,610,500 |
| December 8, 2020 | $ | 21.70 | 5,751,100 |
| December 9, 2020 | $ | 21.56 | 3,094,300 |
| December 10, 2020 | $ | 21.78 | 5,562,300 |
| December 11, 2020 | $ | 22.55 | 12,772,000 |
| December 14, 2020 | $ | 22.60 | 4,581,400 |
| December 15, 2020 | $ | 22.31 | 4,504,400 |
| December 16, 2020 | $ | 18.11 | 51,917,600 |

| Date | Close | Volume |
|---|---|---|
| December 17, 2020 | $ 17.36 | 55,956,100 |
| December 18, 2020 | $ 17.23 | 19,769,100 |
| December 21, 2020 | $ 17.01 | 26,040,100 |
| December 22, 2020 | $ 16.97 | 10,622,700 |
| December 23, 2020 | $ 17.11 | 8,716,100 |
| December 24, 2020 | $ 17.44 | 9,152,400 |
| December 28, 2020 | $ 17.08 | 15,242,100 |
| December 29, 2020 | $ 17.55 | 8,665,900 |
| December 30, 2020 | $ 17.54 | 8,681,200 |
| December 31, 2020 | $ 17.48 | 7,817,300 |
| January 4, 2021 | $ 18.04 | 10,495,300 |
| January 5, 2021 | $ 18.64 | 11,896,200 |
| January 6, 2021 | $ 18.61 | 10,370,100 |
| January 7, 2021 | $ 18.82 | 8,240,600 |
| January 8, 2021 | $ 19.61 | 9,291,900 |
| January 11, 2021 | $ 20.01 | 15,417,500 |
| January 12, 2021 | $ 19.47 | 13,040,600 |
| January 13, 2021 | $ 19.31 | 10,888,300 |
| January 14, 2021 | $ 19.85 | 6,397,600 |
| January 15, 2021 | $ 19.76 | 5,603,100 |
| January 19, 2021 | $ 19.49 | 7,325,700 |
| January 20, 2021 | $ 21.14 | 19,500,800 |
| January 21, 2021 | $ 20.86 | 9,851,700 |
| January 22, 2021 | $ 20.62 | 8,660,600 |
| January 25, 2021 | $ 20.80 | 5,990,800 |
| January 26, 2021 | $ 20.89 | 5,895,400 |
| January 27, 2021 | $ 21.80 | 21,611,900 |
| January 28, 2021 | $ 21.93 | 19,866,500 |
| January 29, 2021 | $ 21.85 | 7,518,900 |
| February 1, 2021 | $ 21.89 | 4,385,600 |
| February 2, 2021 | $ 22.22 | 9,224,100 |
| February 3, 2021 | $ 22.82 | 14,033,800 |
| February 4, 2021 | $ 23.20 | 12,130,600 |
| February 5, 2021 | $ 23.21 | 7,112,400 |
| February 8, 2021 | $ 23.55 | 4,743,200 |
| February 9, 2021 | $ 25.00 | 9,729,100 |
| February 10, 2021 | $ 25.14 | 15,370,900 |
| February 11, 2021 | $ 26.32 | 10,673,300 |
| February 12, 2021 | $ 26.46 | 9,625,600 |
| February 16, 2021 | $ 25.11 | 27,598,900 |
| February 17, 2021 | $ 24.98 | 9,946,200 |
| February 18, 2021 | $ 25.61 | 16,915,200 |
| February 19, 2021 | $ 24.72 | 8,835,300 |
| February 22, 2021 | $ 23.88 | 9,154,000 |
| February 23, 2021 | $ 24.75 | 10,920,800 |
| February 24, 2021 | $ 24.87 | 9,062,700 |

| Date | Close | Volume |
|---|---|---|
| February 25, 2021 | $ 25.26 | 9,136,900 |
| February 26, 2021 | $ 25.33 | 18,228,900 |
| March 1, 2021 | $ 25.45 | 5,914,100 |
| March 2, 2021 | $ 25.93 | 8,216,200 |
| March 3, 2021 | $ 26.39 | 6,201,700 |
| March 4, 2021 | $ 25.62 | 23,070,600 |
| March 5, 2021 | $ 26.07 | 14,991,500 |
| March 8, 2021 | $ 25.76 | 13,127,900 |
| March 9, 2021 | $ 27.09 | 12,611,500 |
| March 10, 2021 | $ 27.83 | 14,387,000 |
| March 11, 2021 | $ 27.69 | 13,419,700 |
| March 12, 2021 | $ 26.44 | 8,683,400 |
| March 15, 2021 | $ 25.14 | 14,066,200 |
| March 16, 2021 | $ 25.50 | 4,404,500 |
| March 17, 2021 | $ 26.03 | 9,923,700 |
| March 18, 2021 | $ 26.63 | 7,262,800 |
| March 19, 2021 | $ 27.77 | 9,291,300 |
| March 22, 2021 | $ 28.04 | 4,581,300 |
| March 23, 2021 | $ 28.91 | 13,049,200 |
| March 24, 2021 | $ 23.17 | 36,969,700 |
| March 25, 2021 | $ 20.08 | 26,511,200 |
| March 26, 2021 | $ 17.43 | 140,136,400 |
| March 29, 2021 | $ 16.55 | 137,934,700 |
| March 30, 2021 | $ 17.21 | 55,386,400 |
| March 31, 2021 | $ 16.62 | 35,220,300 |
| April 1, 2021 | $ 16.64 | 24,228,700 |
| April 5, 2021 | $ 16.99 | 21,887,600 |
| April 6, 2021 | $ 18.68 | 31,818,400 |
| April 7, 2021 | $ 17.60 | 16,958,800 |
| April 8, 2021 | $ 17.24 | 16,504,900 |
| April 9, 2021 | $ 16.80 | 18,940,000 |
| April 12, 2021 | $ 16.16 | 16,330,800 |
| April 13, 2021 | $ 16.66 | 10,567,800 |
| April 14, 2021 | $ 15.35 | 63,980,300 |
| April 15, 2021 | $ 15.17 | 27,789,300 |
| April 16, 2021 | $ 15.22 | 29,929,900 |
| April 19, 2021 | $ 15.00 | 16,123,000 |
| April 20, 2021 | $ 14.15 | 27,380,200 |
| April 21, 2021 | $ 15.26 | 25,696,000 |
| April 22, 2021 | $ 15.43 | 15,899,500 |
| April 23, 2021 | $ 15.60 | 11,471,200 |
| April 26, 2021 | $ 15.73 | 17,816,800 |
| April 27, 2021 | $ 15.86 | 9,226,200 |
| April 28, 2021 | $ 15.47 | 13,730,500 |
| April 29, 2021 | $ 15.08 | 14,941,700 |
| April 30, 2021 | $ 14.71 | 11,242,900 |

| Date | Close | Volume |
|---|---|---|
| May 3, 2021 | $ 15.06 | 13,360,900 |
| May 4, 2021 | $ 14.61 | 21,684,200 |
| May 5, 2021 | $ 14.21 | 10,589,900 |
| May 6, 2021 | $ 14.11 | 12,641,000 |
| May 7, 2021 | $ 13.74 | 11,046,300 |
| May 10, 2021 | $ 13.16 | 27,141,000 |
| May 11, 2021 | $ 13.27 | 11,840,400 |
| May 12, 2021 | $ 13.16 | 12,927,400 |
| May 13, 2021 | $ 12.32 | 21,545,100 |
| May 14, 2021 | $ 12.84 | 14,446,200 |
| May 17, 2021 | $ 12.65 | 12,600,200 |
| May 18, 2021 | $ 13.95 | 24,618,600 |
| May 19, 2021 | $ 13.38 | 19,386,100 |
| May 20, 2021 | $ 13.95 | 17,248,200 |
| May 21, 2021 | $ 13.93 | 8,809,600 |
| May 24, 2021 | $ 13.63 | 8,149,700 |
| May 25, 2021 | $ 13.96 | 10,159,800 |
| May 26, 2021 | $ 13.92 | 7,816,300 |
| May 27, 2021 | $ 14.53 | 10,369,000 |
| May 28, 2021 | $ 14.26 | 9,345,400 |
| June 1, 2021 | $ 14.78 | 8,751,300 |