# Exhibit O

# LIONBRIDGE

STATE OF NEW YORK          )
                          )
                          )          ss
COUNTY OF NEW YORK        )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached excerpted disclaimer.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _15th_ day of __July__, 20 _21_.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

[page 49]

[…] Due to limitations inherent in the methods, data and information estimated and derived by Aurora on the basis of the above methods are for reference only. Aurora does not guarantee the accuracy, completeness, applicability, and non-infringement of the above data and information. […]

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 5 of 55 PageID #: 4764

支持199IT发展可加入知识交流群（10K+用户），最有价值数据分享！　　　点击即可加入！　　　关闭　　✕

搜索

# 极光大数据：2019年Q1移动互联网行业数据研究报告

2019年05月8日　　199IT推荐文章　研究报告　移动互联网



极光大数据（NASDAQ:JG）发布《2019年Q1移动互联网行业数据研究报告》，从整体app市场概览、飙升榜、网民注意力转移方向、细分榜、渗透率总榜、流量价值总榜等角度全面呈现2019年第一季度移动互联网的方方面面。

**极光观点：**

- 四巨头纷纷出大招，用户时长争夺白热化：腾讯社交地位稳固，百度发力视频直播，阿里转向移动购物，头条短视频占比回落
- 提升留存率成社交新势力发展关键：多闪、音遇、Soul等垂直社交应用层出不穷，微信和QQ仍延续社交霸主地位
- 渠道下沉对新闻资讯的影响不容小觑：趣头条凭借"现金补贴+社交裂变"模式快速崛起，拉近与今日头条、腾讯新闻的差距

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 6 of 55 PageID #: 4765

- 生鲜电商领域尚有共同成长空间：头部应用渗透率不高，第一梯队多点、盒马、京东到家渗透率依次为1.5%、1.1%和0.9%
- 百度发力短视频，实现弯道超车：凭借好看视频和全民短视频两款应用，百度成为继头条、腾讯后短视频领域的第三极势力
- 手游行业仍由腾讯主导头部玩家阵营：《王者荣耀》、《绝地求生：刺激战场》以16.5%和14%的渗透率稳占前两位
- 智能硬件成各厂商抢占物联网赛道的第一站：各厂商着力智能硬件，截至19年3月，智能摄像头、儿童手表、运动手环和智能音箱的行业渗透率依次为4.4%、4%、3%和2.3%
- 极光推出流量价值评估模型，助力提升流量管理水平：微信、手机淘宝、QQ流量价值最高，BAT与头条占据前十之中七席

## 一、整体app市场概览

### 移动网民数量增长红利见顶

- 过去一年，国内移动网民整体规模在11.3亿上下浮动，移动网民增长红利见顶

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 7 of 55 PageID #: 4766



**逃离北上广深和新一线，移动网民净流入三线城市？**

- 一线及新一线城市的移动网民占比连续两季度下滑
- 三线城市的移动网民占比较上季度增长显著

Case 1:20-cv-01830-DG-TAM　　Document 132-15　　Filed 09/29/21　　Page 8 of 55 PageID #: 4767



## 移动网民各城市等级分布

- 一线城市
- 新一线城市
- 二线城市
- 三线城市
- 四线城市
- 五线及以下城市

数据来源：极光大数据（纳斯达克股票代码：JG）；数据周期：2018.03-2019.03

*城市等级划分根据第一财经发布的《2018年中国城市商业魅力排行榜》，详情见文末注释

### 人均安装app总量趋稳，净增红利放缓

- 19年Q1，移动网民人均安装app的总量为52款。自18年Q3以来，移动网民人均安装app总量趋于稳定
- 19年Q1，平均每月移动网民人均新装app 3.5款，同期卸载app 3.3款，移动网民人均app数量净增红利见顶

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 9 of 55 PageID #: 4768





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：2018.01-2019.03

**人均使用时长趋饱和，视频直播和游戏占比回落**

· 移动网民人均每日消耗在手机app上的时长已趋饱和，截至19年Q1，人均每日使用app的时长为4.2小时

· 社交网络类app的时长占比经过连续三个季度下滑后，终于在19年Q1回升

· 玩游戏、看视频不如买买买，2019Q1移动网民在购物上投入更大比例时长，在手游和视频直播上更为节制

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 10 of 55 PageID #: 4769





## 二、飙升榜

**渗透率环比增长率top 10**

在专项附加扣除申报的推动下，国家税务总局推出的个人所得税app渗透率环比增长率达447.3%。截至2019年3月，渗透率为8.9%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 11 of 55 PageID #: 4770

· 环比增长率top 10 app中有两款主打鉴别货品的app：毒和识货。在海淘业务和潮牌蓬勃发展的当下，移动网民对货品真伪的鉴别有着越来越高的需求



**DAU环比增长率top 10**

· 上榜app中短视频应用占两席，全民小视频和微视的DAU环比增长率分别为133.1%和132%

· 受求职高峰期影响，前程无忧51Job在DAU上增长明显。截至2019年3月，其DAU均值为310万，环比增长率161.4%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 12 of 55 PageID #: 4771



## 三、网民注意力转移方向

**头条系应用继续抢占用户注意力，成"时长黑洞"**

· 19年Q1，腾讯系app的用户时长占比企稳阵脚，占比43.2%

· 头条系app继续抢占用户注意力，用户时长占比增长至13.3%

· 阿里系 app 用户时长占比下降至7%

· 百度系 app 用户时长占比下降至3.3%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 13 of 55 PageID #: 4772



**腾讯社交地位稳固，百度发力视频直播**

- 腾讯"社交王国"的定位始终清晰。截至19年3月，社交网络app在腾讯内部的时长占比攀升至69.6%，手机游戏的用户时长占比下降明显
- 在好看视频和全民小视频的带动下，视频直播app在百度内部的时长数比提升显著。截至19年3月，视频直播app的内部时长占比为12.7%

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 14 of 55 PageID #: 4773





**阿里用户将更多注意力投向购物，头条短视频占比回落**

- 阿里系app用户使用时长占比波动较明显。截至19年3月，阿里系用户将更多注意力放在移动购物上，对视频直播app的时长投入有所下降
- 头条系应用中视频直播类app的用户使用时长占比出现回落，但占比仍超过一半

Case 1:20-cv-01830-DG-TAM　　Document 132-15　　Filed 09/29/21　　Page 15 of 55 PageID #: 4774





数据来源：极光大数据（纳斯达克股票代码：JG）；数据周期：2018.03-2019.03

*头条系app仅包含以相应公司为开发主体的app，由今日头条投资却未担任开发主体的app不纳入统计；阿里系app包含以阿里旗下公司为开发主体的app及其全资收购公司所开发的app；

由于数据优化原因，本期时长历史数据与往期相比有所变动

### 移动网民很会玩，休闲娱乐类app时长占比超三成

· 一年之计在于春？移动网民的在娱乐app上的时长投入占比从36.1%下降至34.1%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 16 of 55 PageID #: 4775



移动网民休闲娱乐app使用时长占比变化趋势

▲ 每用户日均使用时长占比

35.5%　33.5%　34.6%　36.1%　34.1%

2018Q1　2018Q2　2018Q3　2018Q4　2019Q1

数据来源：极光大数据（纳斯达克股票代码：JG）；数据周期：2018.01-2019.03
*休闲娱乐app包含短视频、在线视频、网络直播、游戏直播、手机游戏、数字音乐、动画动漫等娱乐类app

**什么内容最适合消遣？短视频大概是一个好选择**

· 从休闲娱乐app用户使用时长的内部占比来看，短视频和在线视频类app是最大的时间杀手，二者内部占比分别为36.4%和32.2%，其中短视频的占比增幅最大，同比增长65.5%

· 受短视频内容崛起冲击，手机游戏和数字音乐的时长占比呈现持续下降趋势

## 休闲娱乐 app 用户使用时长内部分布



数据来源：极光大数据（纳斯达克股票代码：JG）；数据周期：2018.01-2019.03
*休闲娱乐app包含短视频、在线视频、网络直播、游戏直播、手机游戏、数字音乐、动画动漫等娱乐类app

### 四、细分榜

### 社交网络已趋饱和，行业渗透率甚至有轻微下降趋势

· 社交网络app行业渗透率已趋于饱和。截至19年3月，社交网络应用的行业渗透率达到87.2%，月均DAU为7.45亿

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 18 of 55 PageID #: 4777



社交网络app行业渗透率

89.4%　89.0%　88.3%　88.7%　87.1%　87.2%　87.2%

201803　201805　201807　201809　201811　201901　201903



社交网络app行业月均DAU

单位：百万

742.7　718.4　731.5　730.3　752.9　744.9

201810　201811　201812　201901　201902　201903

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

## 微信和QQ延续社交霸主地位，百度贴吧增长瞩目

- 19年3月，社交网络霸主微信的渗透率为86%，DAU均值6.52亿；QQ 渗透率为68.8%，DAU均值2.7亿
- 百度贴吧渗透率环比增长达12.8%，以趣味社区为定位的最右渗透率环比增长为9.9%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 19 of 55 PageID #: 4778





**波澜再起：社交新势力层出不穷**

- 在微信、QQ、微博等社交应用持续霸榜的情况下，各种垂直社交应用层出不穷。这或许能反映出用户在社交上的多样性需求并未得到完全满足，"新玩法+社交"仍存在机遇

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 20 of 55 PageID #: 4779



数据来源：极光大数据（纳斯达克股票代码：JG）根据公开资料整理

## 提升用户留存率成社交新势力的发展关键

· 垂直社交应思考如何提升用户留存率，或推出更多新玩法，通过差异化让用户保持新鲜感，或考虑从"点"到"面"延伸覆盖范围

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 21 of 55 PageID #: 4780





**"补贴+裂变"大行其道，新闻资讯行业渗透同比增长**

· 过去一年，新闻资讯app行业发展平稳。截至19年3月，新闻资讯app的行业渗透为54.3%，月均DAU达2.67亿

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 22 of 55 PageID #: 4781



新闻资讯app行业渗透率



新闻资讯app行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

**今日头条极速版和趣头条增长明显**

- 在新闻资讯领域，腾讯新闻以23%的渗透率位列第一，DAU均值达9160万；今日头条以20%的渗透率居于次位，DAU均值1.06亿

- 今日头条极速版和趣头条的渗透率环比增长分别为13.3%和5%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 23 of 55 PageID #: 4782





**趣头条凭借"现金补贴+社交裂变"模式快速崛起**

- 在外界普遍认为新闻资讯红利见顶时，趣头条凭借"现金补贴+社交裂变"的模式快速崛起，成立26个月即登陆纳斯达克。在下沉流量的吸引下，阿里以1.71亿美元投资趣头条，成为除腾讯以外的第二大外部股东

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 24 of 55 PageID #: 4783





**大象仍在奔跑：电商巨头推动行业整体增长**

· 综合商城app行业渗透率在过去一年里呈现波动上升态势。19年3月行业渗透率达69.4%，行业DAU均值2.49亿

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 25 of 55 PageID #: 4784



综合商城app行业渗透率



综合商城app行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

### 淘宝霸主地位稳固，淘集集增长最显著

- 综合商城app前三甲手机淘宝、拼多多和京东的渗透率依次为55.3%、31.2%和25.4%
- 淘集集和蘑菇街渗透率环比增长最高，依次为16.1%和10%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 26 of 55 PageID #: 4785





**拼多多对手机淘宝用户渗透明显**

- 手机淘宝在三线及以上城市用户的渗透率高于全国整体水平，拼多多对四线及以下城市用户渗透率更高
- 每10个手机淘宝用户有4个装有拼多多，比例显著高于非淘宝用户

## 手机淘宝&拼多多在不同城市等级的渗透率变化趋势



## 拼多多在不同人群中渗透率对比



数据来源：极光大数据（纳斯达克股票代码：JG）
数据周期：2018.01-2019.03

### 拼多多在二线及以上城市的获客比例有所提升

· 随着平台规模扩大，拼多多在二线及以上城市的获客比例较18年Q1有所提升，与手机淘宝相一致





数据来源：极光大数据
数据周期：2018.01-2019.03

**渗透率增长放缓，生鲜电商行业进入"下半场"**

· 生鲜电商行业渗透率呈现见顶趋势，精细运营和用户下沉将成后续制胜关键
· 截至19年3月，生鲜电商的行业渗透率为5.3%，月均DAU 323.6万

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 29 of 55 PageID #: 4788





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

### 生鲜电商app用户逐渐向新一线和二线城市倾斜

- 生鲜电商app的现有用户和新增用户均呈现出逐步向新一线和二线城市倾斜的趋势。截至19年3月，生鲜电商app用户分别有29.3%和18.1%分布在新一线和二线城市

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 30 of 55 PageID #: 4789





**多点、盒马与京东到家为生鲜电商app第一梯队**

· 头部应用渗透率不高，生鲜电商平台的竞争尚未白热化，仍存在共同成长空间

· 截至19年3月，多点、盒马和京东到家在生鲜电商app中排名前三，渗透率依次为1.5%、1.1%和0.9%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 31 of 55 PageID #: 4790





## 头部稳固、黑马崛起，短视频行业仍处于上升通道

- 短视频app行业渗透率仍处于增长通道。截至19年3月，短视频app的行业渗透率为65.4%，行业DAU均值3.31亿

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 32 of 55 PageID #: 4791



短视频app行业渗透率



短视频app行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

**黑马再现：在现金补贴的带动下，刷宝成功跻身前十**

- 在人口红利消退的大背景下，短视频凭借内容形式的革新掀起"全民短视频"风潮。以抖音、快手为代表的头部平台已俘获大量用户，全民小视频和微视则以高增长率见长

- 短视频行业再现黑马，刷宝凭借"看视频赚现金"策略快速崛起

Case 1:20-cv-01830-DG-TAM　　Document 132-15　　Filed 09/29/21　　Page 33 of 55 PageID #: 4792





## 百度发力短视频赛道

· 在好看视频和全民短视频两款应用的带动下，百度在短视频赛道完成"弯道超车"，成为继头条、腾讯后的第三极势力

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 34 of 55 PageID #: 4793





**头部"两超一强"格局稳固，在线视频渗透率已趋饱和**

- 在线视频app行业发展趋于饱和。截至19年3月，在线视频app行业渗透率为71.7%，DAU均值为1.96亿

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 35 of 55 PageID #: 4794



在线视频app行业渗透率



在线视频app行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

**腾讯视频和爱奇艺占据前两席，B站和芒果TV实现高增长**

- 腾讯视频和爱奇艺依次居第一、二位，渗透率分别为47.7%和44.5%，优酷以29.7%位居第三
- 哔哩哔哩和芒果TV渗透率环比增长依次为13.1%和12.7%

Case 1:20-cv-01830-DG-TAM   Document 132-15   Filed 09/29/21   Page 36 of 55 PageID #: 4795





**受版号停发余波影响，手游行业渗透率下降明显**

· 或受2018年3月版号停发的影响，从3月开始，手机游戏行业整体呈现波动下降态势。截至19年3月，手机游戏行业渗透率为61%，行业DAU均值为1.06亿

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 37 of 55 PageID #: 4796



手机游戏行业渗透率



手机游戏行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

## 腾讯系手游在头部阵营占主导地位

· 19年Q1手机游戏市场的头部玩家阵营依然由腾讯主导。《王者荣耀》以16.5%的渗透率排名第一；
《绝地求生：刺激战场》的渗透率攀升至14%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 38 of 55 PageID #: 4797





**《绝地求生：刺激战场》与其它同期手游拉开差距**

· 截至19年3月，PUBG手游《绝地求生：刺激战场》渗透率达14%，月均DAU 1473万，成功与其它同期手游拉开差距

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 39 of 55 PageID #: 4798





**抢占物联网赛道，智能硬件成互联网生态布局第一站**

- 智能硬件已成为各厂商抢占物联网赛道的第一站。截至19年3月，智能摄像头、儿童手表、运动手环和智能音箱的行业渗透率依次为4.4%、4%、3%和2.3%

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 40 of 55 PageID #: 4799





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

### 小米运动、小天才电话手表和萤石云视频最受欢迎

· 小米运动、小天才电话手表和萤石云视频渗透率最高，依次为2%、1.8%和1.5%

· 天猫精灵和小爱音箱渗透率环比增长显著，分别为28.6%和24.5%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 41 of 55 PageID #: 4800





### "造车新势力"相关app整体渗透率仍处于较低水平

- 互联网汽车app行业渗透率目前处于较低水平。截至19年3月，互联网汽车app行业渗透率为0.06%，DAU均值为10.9万

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 42 of 55 PageID #: 4801





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

## 蔚来、LynkCo和小鹏汽车渗透率排名前三

· 在互联网汽车app中，渗透率最高的是蔚来、LynkCo和小鹏汽车，渗透率分别为0.043%、0.018%和0.004%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 43 of 55 PageID #: 4802





**汽车资讯app行业渗透率走势平稳，月均DAU逐月下降**

- 汽车资讯app行业渗透率处于平稳增长状态，截至19年3月，行业渗透率为8%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 44 of 55 PageID #: 4803



汽车资讯app行业渗透率



汽车资讯app行业月均DAU

单位：百万

数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

**易车DAU增长超100%，增幅行业第一**

· 在汽车资讯app中，渗透率最高的是汽车之家，19年3月渗透率达4.5%；渗透率环比最高的是易车，环比增长50.7%

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 45 of 55 PageID #: 4804





**分期借贷行业渗透率趋于平稳，头部阵营显现增长黑马**

- 过去一年，分期贷款app行业渗透率已趋于稳定。截至19年3月，分期贷款行业渗透率为7.9%

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 46 of 55 PageID #: 4805





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：行业渗透率（2018.03-2019.03）行业月均DAU（2018.10-2019.03）

*由于分类清单调整等原因，行业渗透率和行业DAU历史数据与往期相比有所变动

### 360借条、捷信金融和平安惠普位居分期借贷前三位

- 360借条、捷信金融和平安惠普位居分期借贷前三位，渗透率依次为1.4%、1.4%、1%
- 有钱花、360借条、分期乐的渗透率环比增长依次为35.5%、15%和12.1%

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 47 of 55 PageID #: 4806





数据来源：极光大数据（纳斯达克股票代码：JG）

数据周期：2018.12-2019.03

应用渗透率环比增长=（当期末应用渗透率-上期末应用渗透率）/上期末应用渗透率

## 五、APP渗透率总榜（Top 100）

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 48 of 55 PageID #: 4807



Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 49 of 55 PageID #: 4808

| 3月排名 | 应用名 | | 市场渗透率 |
|---|---|---|---|
| 51 | 铁路12306 | | 10.8% |
| 52 | 学习强国 | | 10.6% |
| 53 | 开心消消乐 | | 10.5% |
| 54 | 好看视频 | | 10.2% |
| 55 | 农行掌上银行 | | 10.0% |
| 56 | 交管12123 | | 9.8% |
| 57 | 天猫 | | 9.3% |
| 58 | 中国移动 | | 9.2% |
| 59 | Faceu激萌 | | 9.1% |
| 60 | 哔哩哔哩 | | 9.1% |
| 61 | QQ同步助手 | | 9.1% |
| 62 | 酷我音乐 | | 9.0% |
| 63 | 猎豹清理大师 | | 8.9% |
| 64 | B612咔叽 | | 8.9% |
| 65 | 个人所得税 | | 8.9% |
| 66 | 联通手机营业厅 | | 8.8% |
| 67 | 360手机助手 | | 8.7% |
| 68 | 腾讯文件管理器 | | 8.7% |
| 69 | 芒果TV | | 8.7% |
| 70 | 美颜相机 | | 8.4% |
| 71 | 趣头条 | | 8.2% |
| 72 | 饿了么 | | 8.2% |
| 73 | 闲鱼 | | 7.7% |
| 74 | 腾讯WiFi管家 | | 7.4% |
| 75 | 百度手机助手 | | 7.1% |
| 76 | 一点资讯 | | 6.9% |
| 77 | 小红书 | | 6.8% |
| 78 | 钉钉 | | 6.7% |
| 79 | 云闪付(银联钱包) | | 6.6% |
| 80 | 欢乐斗地主(腾讯) | | 6.4% |
| 81 | 中国银行手机银行 | | 6.4% |
| 82 | 知乎 | | 6.4% |
| 83 | 墨迹天气 | | 6.3% |
| 84 | 工银融E联 | | 6.2% |
| 85 | 360清理大师 | | 6.2% |
| 86 | 美团外卖 | | 6.0% |
| 87 | 邮储银行 | | 6.0% |
| 88 | 掌阅 | | 5.9% |
| 89 | 电信营业厅 | | 5.7% |
| 90 | 安全教育平台 | | 5.5% |
| 91 | 多看阅读 | | 5.5% |
| 92 | 网易有道词典 | | 5.5% |
| 93 | 迅雷 | | 5.4% |
| 94 | 招商银行 | | 5.4% |
| 95 | MOMO陌陌 | | 5.3% |
| 96 | 百度贴吧 | | 5.3% |
| 97 | 苏宁易购 | | 5.3% |
| 98 | 腾讯地图 | | 5.2% |
| 99 | 百度极速版 | | 5.1% |
| 100 | 平安金管家 | | 5.0% |

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 50 of 55 PageID #: 4809

## 六、APP流量价值总榜

流量是反映产品运营情况的重要指标，然而流量的规模并不能直接体现出产品的价值大小，流量质量和产品特性等方面的情况也同样对产品价值有着重要的影响。极光流量价值评估模型旨在综合反映app通过广告等直接变现手段能够达到的潜在价值水平、排名以及在行业中所处的位置。

因为流量规模无法科学衡量app的流量价值，因此，按照极光流量价值模型得出的流量价值榜与反映产品流量规模的渗透率榜有比较大的差异，比如以信息流为核心的新闻资讯、短视频等app由于其原生广告在导流方面的高效率，其流量价值较高，而输入法、天气查询等偏向工具型app，用户时长和界面数量方面存在天然的劣势，因此其流量价值相对较低。

极光流量价值模型能帮助移动互联网从业者以及广告主，直观洞察产品流量变现的潜能和趋势，指导流量经营工作。

| 3月排名 | 应用名 | 总流量价值（亿元） |
|---|---|---|
| 1 | 微信 | 711.9 |
| 2 | 手机淘宝 | 367.5 |
| 3 | QQ | 356.5 |
| 4 | 今日头条 | 352.9 |
| 5 | 抖音短视频 | 218.9 |
| 6 | 拼多多 | 217.3 |
| 7 | 手机百度 | 207.6 |
| 8 | 新浪微博 | 183.6 |
| 9 | 快手 | 176.5 |
| 10 | 腾讯新闻 | 143.6 |
| 11 | 美团 | 139.5 |
| 12 | 腾讯视频 | 125.8 |
| 13 | 爱奇艺 | 124.9 |
| 14 | 58同城 | 101.4 |
| 15 | 京东 | 95.6 |
| 16 | 学习强国 | 93.5 |
| 17 | 今日头条极速版 | 88.7 |
| 18 | 趣头条 | 88.4 |
| 19 | 西瓜视频 | 68.0 |
| 20 | 高德地图 | 60.0 |
| 21 | 火山小视频 | 57.9 |
| 22 | 优酷 | 57.6 |
| 23 | 一点资讯 | 56.3 |

Case 1:20-cv-01830-DG-TAM Document 132-15 Filed 09/29/21 Page 51 of 55 PageID #: 4810

| 23 | 一点资讯 | | 36.3 |
| 24 | 汽车之家 | | 54.6 |
| 25 | 去哪儿旅行 | | 49.3 |
| 26 | 携程旅行 | | 46.3 |
| 27 | 大众点评 | | 39.8 |
| 28 | 好看视频 | | 38.9 |
| 29 | 小红书 | | 37.5 |
| 30 | 唯品会 | | 36.3 |
| 31 | 百度地图 | | 29.3 |
| 32 | QQ浏览器 | | 27.9 |
| 33 | 网易新闻 | | 26.9 |
| 34 | 饿了么 | | 26.7 |
| 35 | 支付宝 | | 26.5 |
| 36 | 知乎 | | 25.8 |
| 37 | MOMO陌陌 | | 23.0 |
| 38 | 搜狐新闻 | | 22.4 |
| 39 | 美团外卖 | | 22.4 |
| 40 | 天猫 | | 22.3 |
| 41 | 天天快报 | | 22.0 |
| 42 | 凤凰新闻 | | 21.2 |
| 43 | 易车 | | 20.9 |
| 44 | 懂车帝 | | 20.4 |
| 45 | 王者荣耀 | | 20.3 |
| 46 | UC浏览器 | | 20.1 |
| 47 | 闲鱼 | | 18.7 |
| 48 | 哔哩哔哩 | | 17.5 |
| 49 | 惠头条 | | 17.4 |
| 50 | 全民K歌 | | 15.4 |

数据来源：极光App流量价值模型（纳斯达克股票代码：JG）

数据周期：2019.03

Case 1:20-cv-01830-DG-TAM　Document 132-15　Filed 09/29/21　Page 52 of 55 PageID #: 4811

| 3月 排名 | 应用名 | 总流量价值（亿元） |
|---|---|---|
| 51 | 美柚 | 15.3 |
| 52 | 百度贴吧 | 15.1 |
| 53 | 酷狗音乐 | 15.0 |
| 54 | 安居客 | 14.8 |
| 55 | 瓜子二手车 | 14.2 |
| 56 | 百度极速版 | 13.7 |
| 57 | 绝地求生:刺激战场 | 13.3 |
| 58 | 汽车报价大全 | 12.6 |
| 59 | QQ音乐 | 12.2 |
| 60 | 钉钉 | 12.2 |
| 61 | 微鲤看看 | 12.1 |
| 62 | 新浪新闻 | 11.2 |
| 63 | 飞猪 | 10.1 |
| 64 | 搜狗搜索 | 9.9 |
| 65 | 全民小视频 | 9.9 |
| 66 | 淘新闻 | 9.8 |
| 67 | 东方头条 | 9.6 |
| 68 | 波波视频 | 9.4 |
| 69 | 刷宝 | 9.2 |
| 70 | 探探 | 9.1 |
| 71 | 微视 | 9.0 |
| 72 | 芒果TV | 8.5 |
| 73 | 赶集网 | 8.1 |
| 74 | 腾讯体育 | 7.8 |
| 75 | 阿里巴巴 | 7.6 |
| 76 | 搜狐视频 | 7.4 |
| 77 | 苏宁易购 | 7.3 |
| 78 | 掌阅 | 7.2 |
| 79 | 人人视频 | 7.1 |
| 80 | 口碑 | 6.8 |
| 81 | 毒 | 6.8 |
| 82 | 贝店 | 6.6 |
| 83 | 网易云音乐 | 6.6 |
| 84 | 蘑菇街 | 6.6 |
| 85 | 淘集集 | 5.8 |
| 86 | 华为应用市场 | 5.7 |
| 87 | 斗鱼直播 | 5.6 |
| 88 | 小米视频 | 5.4 |
| 89 | 虎牙直播 | 5.3 |
| 90 | 腾讯地图 | 5.3 |
| 91 | 应用宝 | 5.3 |
| 92 | 开心消消乐 | 5.3 |
| 93 | 酷我音乐 | 5.2 |
| 94 | 马蜂窝旅游 | 5.1 |
| 95 | Soul | 4.9 |
| 96 | 企业微信 | 4.9 |
| 97 | 百度网盘 | 4.7 |
| 98 | 贝壳找房 | 4.7 |
| 99 | 宝宝树孕育 | 4.6 |
| 100 | 美图秀秀 | 4.6 |

数据来源：极光App流量价值模型（纳斯达克股票代码：JG）

数据周期：2019.03

Case 1:20-cv-01830-DG-TAM   Document 132-15   Filed 09/29/21   Page 53 of 55 PageID #: 4812

**报告说明**

**1. 数据来源**

极光大数据，源于极光云服务平台的行业数据采集及极光iAPP平台针对各类移动应用的长期监测，并结合大样本算法开展的数据挖掘和统计分析

**2. 数据周期**

报告整体时间段：2018年1月~2019年3月

具体数据指标请参考各页标注

城市等级划分按照城市等级划分根据第一财经发布的《2018年中国城市商业魅力排行榜》，具体如下：一线城市包括北上广深；新一线城市包括成都等15个城市；二线城市包括厦门等30个城市；三线城市包括潍坊等70个城市

**3. 法律声明**

极光大数据所提供的数据信息系依据大样本数据抽样采集、小样本调研、数据模型预测及其他研究方法估算、分析得出，由于方法本身存在局限性，极光大数据依据上述方法所估算、分析得出的数据信息仅供参考，极光大数据不对上述数据信息的精确性、完整性、适用性和非侵权性做任何保证。任何机构或个人援引或基于上述数据信息所采取的任何行动所造成的法律后果均与极光大数据无关，由此引发的相关争议或法律责任皆由行为人承担

**4. 报告其他说明**

本次报告聚焦于app整体市场各维度的排名

Case 1:20-cv-01830-DG-TAM    Document 132-15    Filed 09/29/21    Page 54 of 55 PageID #: 4813

极光大数据后续将利用自身的大数据能力，对各领域进行更详尽的分析解读和商业洞察，敬请期待

## 5. 报告注释

2018年极光针对活跃用户数采用了更加精准的计算方法，部分app的量级和分类进行了调整，请读者以当前最新数据报告中的数据为准

**PDF版本将分享到199IT交流群，支持我们发展可加入！**



**欢迎您加入199IT知识星球，感谢您支持我们的发展。**



Case 1:20-cv-01830-DG-TAM　　Document 132-15　　Filed 09/29/21　　Page 55 of 55 PageID #: 4814

1、用微信扫描左侧二维码；

2、知识星球主要以数据研究、报告分享、数据工具讨论为主；

3、加入后免费提问、免费阅读1.5万个相关数据内容，并同步海外优质数据文档；

4、每年只需199元，老用户可九折续费。

### 欢 迎 关 注 微 信 号 ：i199IT



扫描微信二维码,数据随身查

扫描左侧二维码或搜索添加微信公众号：**i199IT**

TMT最全的数据微信平台，随时随地获知有价值的数据信息

## 更多阅读：

- 极光大数据：2019年Q2移动互联网行业数据研究报告
- 极光大数据：2018年Q1移动互联网行业数据研究报告
- 极光大数据：2018年Q3移动互联网行业季度数据报告
- 极光大数据：2018年Q2移动互联网行业数据研究报告
- 极光大数据：2017年移动互联网行业盘点app榜单
- 极光大数据：2019年Q1中国移动互联网数据
- 极光大数据：2020年Q3移动互联网行业数据研究报告（附下载）
- 极光大数据：2018年Q3移动互联网行业季度数据研究报告
- 艾瑞咨询：2017年Q2中国第三方支付数据研究报告（附下载）
- 极光大数据：2017年O2O下半场分析报告（附下载）
- 极光大数据：2018年5月移动消费金融行业观察
- 艾瑞咨询：2017年Q2季度互动娱乐数据研究报告（附下载）
- 极光大数据：新闻资讯类app研究报告（附下载）
- 极光大数据：2017年9月阴阳师app研究报告
- 极光大数据：2019外卖行业下沉市场分析报告（附下载）