**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>iQIYI, INC., YU GONG, XIAODONG WANG, BAIDU, INC., ROBIN YANHONG LI, QI LU, HERMAN YU, XUYANG REN, VICTOR ZHIXIANG LIANG, CHUAN WANG, GISELLE MANON, GOLDMAN SACHS (ASIA) LLC, CREDIT SUISSE SECURITIES (USA) LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CITIGROUP GLOBAL MARKETS INC., and UBS SECURITIES LLC,<br><br>          Defendants. | 20-cv-1830 (DG) (TAM)<br><br><br><br>**ECF Case**<br>**Electronically Filed** |

**NOTICE OF MOTION OF THE UNDERWRITER DEFENDANTS TO DISMISS AND JOINDER IN THE iQIYI DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that on (i) the Amended Consolidated Class Action Complaint; (ii) this Notice of Motion; (iii) the accompanying Underwriter Defendants' Memorandum in Support of Their Joinder in the iQIYI Defendants' Motion to Dismiss; and (iv) all other proceedings had herein, the undersigned will move this Court before the Honorable Diane Gujarati, United States District Court Judge, Eastern District of New York, for an order dismissing the Amended Consolidated Class Action Complaint for failure to state a claim under

Federal Rules of Civil Procedure 8(a) and 12(b)(6) and failure to plead fraud with particularity under Rule 9(b) and granting such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that under the Court-ordered briefing schedule, Lead Plaintiffs' opposition papers, if any, shall be served on or before August 30, 2021, and Defendants' reply papers, if any, shall be served on or before September 29, 2021.

Dated:  July 16, 2021

Respectfully submitted,

___/s/ Jonathan Rosenberg_____
Jonathan Rosenberg
William J. Sushon
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

*Attorneys for Defendants Goldman Sachs (Asia) LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, China Renaissance Securities (Hong Kong) Limited, Citigroup Global Markets Inc., and UBS Securities LLC (the "Underwriter Defendants")*