UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE iQIYI, INC. SECURITIES LITIGATION

     :  20-cv-01830 (DG) (TAM)
     :
     :  **ECF CASE**
     :  **Electronically Filed**
     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEFENDANT XUYANG REN'S JOINDER IN THE iQIYI DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Xuyang Ren hereby joins in the iQIYI

Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint for

Violation of the Federal Securities Laws, dated July 16, 2021, in all respects.

Dated: August 10, 2021
      New York, New York

                            Respectfully submitted,

                            /s/ Robert A. Fumerton
                            Scott D. Musoff
                            Robert A. Fumerton
                            Michael C. Griffin
                            SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP
                            One Manhattan West
                            New York, New York 10001
                            Telephone: (212) 735-3000

                            *Attorneys for Defendants iQIYI, Inc.,*
                            *Baidu, Inc., Yu Gong, Xiaodong Wang,*
                            *Robin Yanhong Li, Qi Lu, Herman Yu,*
                            *Victor Zhixiang Liang, Xuyang Ren*
                            *and Giselle Manon*