UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                      :  20-cv-01830 (DG) (TAM)

IN RE iQIYI, INC. SECURITIES LITIGATION :

                                      :  **ECF CASE**
                                      :  **Electronically Filed**
                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF DEFENDANT CHUAN WANG'S JOINDER IN THE iQIYI DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Chuan Wang hereby joins in the iQIYI

Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint for

Violation of the Federal Securities Laws, dated July 16, 2021, in all respects.

Dated: August 24, 2021
       New York, New York

                                      Respectfully submitted,

                                      /s/ Robert A. Fumerton
                                      Scott D. Musoff
                                      Robert A. Fumerton
                                      Michael C. Griffin
                                      SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                      One Manhattan West
                                      New York, New York 10001
                                      Telephone: (212) 735-3000

                                      *Attorneys for Defendants iQIYI, Inc.,*
                                      *Baidu, Inc., Yu Gong, Xiaodong Wang,*
                                      *Robin Yanhong Li, Qi Lu, Herman Yu,*
                                      *Victor Zhixiang Liang, Xuyang Ren,*
                                      *Chuan Wang and Giselle Manon*