## APPENDIX A

### Relationship Between Deferred Revenue and Increasing Membership Services[1]

| Deferred Revenues | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
| Member 1 | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 | 10 | 0 |
| Member 2 | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 | 10 |
| Member 3 | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 |
| Member 4 | | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 |
| Member 5 | | | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 |
| Member 6 | | | | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 |
| Member 7 | | | | | | | 110 | 100 | 90 | 80 | 70 | 60 |
| Member 8 | | | | | | | | 110 | 100 | 90 | 80 | 70 |
| Member 9 | | | | | | | | | 110 | 100 | 90 | 80 |
| Member 10 | | | | | | | | | | 110 | 100 | 90 |
| Member 11 | | | | | | | | | | | 110 | 100 |
| Member 12 | | | | | | | | | | | | 110 |
| Quarter End Total | | | 300 | | | 510 | | | 630 | | | 660 |

[1] This example assumes a $120 annual membership fee that is amortized ratably $10 each month.