UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE iQIYI, INC. SECURITIES LITIGATION | Master File No. 1:20-cv-01830-DG-TAM<br><br>August 30, 2021 |

**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF
LEAD PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, James W. Johnson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Labaton Sucharow LLP, co-lead counsel for Lead Plaintiffs Robert J. Gereige, M.D. and Ronald L. Hershberger (collectively, "Plaintiffs").  I have personal knowledge of the matters discussed herein and have reviewed the documents referenced herein.

2.      I respectfully submit this declaration in support of Plaintiffs' omnibus opposition to Defendants' motions to dismiss the amended consolidated class action complaint.

3.      Attached hereto are true and correct copies of the following:

Exhibit 1: Echo Wang, Scott Murdoch & Kane Wu, *U.S. SEC says Chinese IPO hopefuls must provide additional risk disclosures*, Reuters (July 30, 2021)

Exhibit 2: Chair Gary Gensler, S*tatement on investor protection related to recent developments in China*, SEC.gov (July 30, 2021)

Exhibit 3: Aurora Mobile Limited's SEC Form 20-F for fiscal year ended December 31, 2020 (excerpts)

Exhibit 4: Transcript of iQIYI, Inc.'s Q4 2018 Earnings Call dated February 22, 2019 (excerpts)

Exhibit 5: Transcript of iQIYI, Inc.'s Q2 2019 Earnings Call dated August 20, 2019 (excerpts)

Exhibit 6: Transcript of iQIYI, Inc.'s Q3 2019 Earnings Call dated November 7, 2019 (excerpts)

Exhibit 7: Financial Accounting Standards Board's Accounting Standards Update dated February 2017 (excerpts)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 30, 2021                                   Respectfully submitted,

                                                        /s/ James W. Johnson
                                                        James W. Johnson
                                                        **LABATON SUCHAROW LLP**
                                                        140 Broadway
                                                        New York, New York 10005
                                                        Telephone: (212) 907-0700
                                                        Fax: (212) 818-0477
                                                        jjohnson@labaton.com