# EXHIBIT 5

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

IQ.OQ - Q2 2019 IQIYI Inc Earnings Call

EVENT DATE/TIME: AUGUST 20, 2019 / 12:00AM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

AUGUST 20, 2019 / 12:00AM, IQ.OQ - Q2 2019 IQIYI Inc Earnings Call

**Zhi Yi Chen** - *Goldman Sachs Group Inc., Research Division - Research Analyst*

(foreign language) I have 2 questions. First, regarding our next quarter guidance, which is -- has go into a relatively low growth rate compared to the -- to previous quarters. So just wondering where do we see the major pressure coming from, whether that's from the subscription business or the advertising business. Second question is, amid this content delay cycle that we are seeing, whether we see the user time spend growth have changed trend recently.

**Tim Gong Yu** - *iQIYI, Inc. - Founder, CEO & Director*

(foreign language)

**Dahlia Wei** - *iQIYI, Inc. - Director of IR*

[Interpreted] Let me answer your second question first. In terms of user time spent on our platform, actually we -- saw more than 10% year-over-year growth in first half of '19 versus 2018. This is actually higher than last year's user time growth versus the year before last year, so you can see the trend. It's pretty well, really good. And to your first question: The challenging for -- to our Q3 guidance mainly come from, one, our brand advertising. As you all know, the macro environment in China is not so strong and also because the -- a lot of advertisers constrained their advertising budgets. So that have put some pressure on advertising business. And secondly, because of the content delays, especially for our head content. Some of the schedules have been pushed out to later time. And our advertising will majorly come into the dramas and the variety shows, those absorbing most of the advertise placements. But because they are delayed, so that will again have some pressure on our brand advertising business. For in-feed: On the other hand, in-feed advertising is just a small portion of the total advertising revenue, and we expect that will come into a stable growth period. And we will achieve some Q-on-Q growth in Q3. For our subscription business, again this comes -- the driver mainly comes from the exclusive-type content. Again because of the delay of the airing of those exclusive content, the net addition of the subscribers will be lower than we expected in the beginning of the year.

**Tim Gong Yu** - *iQIYI, Inc. - Founder, CEO & Director*

(foreign language)

**Dahlia Wei** - *iQIYI, Inc. - Director of IR*

[Interpreted] I will also add some comment on the recent regulation environment in terms of the contents delay. I think the -- in terms of the short-term or, say, the temporary new regulations, that will have an impact on us, for sure, but that will probably last until mid of October, after the national holidays. And in the long term, I think, although some of the -- I think most of the temporary constraints will fade away, but some of the regulations will persist in the mid to long term. But we think the long-term constraints -- or limitation, are very limited because, as you know, the -- our production cycle is very long, 12 to 18 months. So after we absorb and understand the regulation changes, we can be better prepared. Hence the mismatch of new regulations and our production cycle, but after a few quarters preparation, in the future, we will still have a lot of room, plenty of room to create very innovative new content which is in compliance with the developing regulations.

**Operator**

Your next question comes from Alicia Yap from Citigroup.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

Case 1:20-cv-01830-DG-TAM     Document 138-5     Filed 09/29/21     Page 4 of 4 PageID #: 5070

**Alicia Yap** - *Citigroup Inc, Research Division - MD and Head of Pan-Asia Internet Research*

(foreign language) My questions is related to the ARPU for the third quarter. So given we see some of the pressure. And also I think there was some bundling joint venture program, so will that be affecting the ARPU for the third quarter on the membership subscription side? And then for content, do we have any interest into sports content licensing? And lastly, any change on the competitive landscape?

**Xiaodong Wang** - *iQIYI, Inc. - CFO*

Alicia, this is Xiaodong. I will answer your first question and then let Dr. Gong Yu comment on your second one. I think -- for the ARPU in the third quarter, I don't think there will be any major reason you will see, like, significant deterioration on ARPU that I just explained. All the promotion campaign, they will have only minor impact on the total ARPU or earning of every quarter. And I actually will expect the ARPU in the third quarter will be at least about the same or even better than that of last year. So basically I don't see those joint membership or also the promotion campaign will have like significant negative impacts on ARPU. And I will pass to Dr. Gong to comment on your second question, about the sports content.

**Tim Gong Yu** - *iQIYI, Inc. - Founder, CEO & Director*

(foreign language)

**Dahlia Wei** - *iQIYI, Inc. - Director of IR*

Okay.

[Interpreted] Thank you for your second question. I think sports content is obviously a very important racetrack for us as well, but it's a very expensive one. And also, this sports content, it's almost impossible for us to self-produce. We can never produce original tournaments or buy our own tournaments to produce sports content. So that's why. Those reasons are why we formed the joint venture last year to operate our sports content, and we even being a minority shareholder of that JV. And whether or not to license or-- what to license is totally in discretion of their own JVs management team. As far as we understand, some of the, sports content, the pricing is coming down compared to 2 years ago. Some of them come up. So I think we will respect to the JV's own management team to make the right decision in terms of which sports content to license.

**Tim Gong Yu** - *iQIYI, Inc. - Founder, CEO & Director*

(foreign language)

**Dahlia Wei** - *iQIYI, Inc. - Director of IR*

[Interpreted] For your questions on competitive landscape. I do not think there's much change now compared to 6 months ago. I will suggest some third-party data for you, among others, of course. The first two is iResearch and QuestMobile, which provides the platform matrix, for example, DAU, MAU and total time spent. That give you a sense of the market share situation. And if you want more granularity about content content genres or, individual, vertical channels, I think you can go to Enlightent, in Chinese, (foreign language), to investigate more about the content ranking.

**Operator**

Your next question comes from Tian Hou from T.H. Capital.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS