# EXHIBIT 7

# FINANCIAL ACCOUNTING SERIES



**FASB** ACCOUNTING STANDARDS UPDATE

No. 2017-05
February 2017

## Other Income—Gains and Losses from the Derecognition of Nonfinancial Assets (Subtopic 610-20)

Clarifying the Scope of Asset Derecognition Guidance and Accounting for Partial Sales of Nonfinancial Assets

An Amendment of the *FASB Accounting Standards Codification*®

**Financial Accounting Standards Board**

The *FASB Accounting Standards Codification*® is the source of authoritative generally accepted accounting principles (GAAP) recognized by the FASB to be applied by nongovernmental entities. An Accounting Standards Update is not authoritative; rather, it is a document that communicates how the Accounting Standards Codification is being amended. It also provides other information to help a user of GAAP understand how and why GAAP is changing and when the changes will be effective.

For additional copies of this Accounting Standards Update and information on applicable prices and discount rates contact:

Order Department
Financial Accounting Standards Board
401 Merritt 7
PO Box 5116
Norwalk, CT 06856-5116

*Please ask for our Product Code No. ASU2017-05.*

FINANCIAL ACCOUNTING SERIES (ISSN 0885-9051) is published monthly with the exception of April, August, and October by the Financial Accounting Foundation, 401 Merritt 7, PO Box 5116, Norwalk, CT 06856-5116. Periodicals postage paid at Norwalk, CT and at additional mailing offices. The full subscription rate is $255 per year. POSTMASTER: Send address changes to Financial Accounting Standards Board, 401 Merritt 7, PO Box 5116, Norwalk, CT 06856-5116. | **No. 449**

Copyright © 2017 by Financial Accounting Foundation. All rights reserved. Content copyrighted by Financial Accounting Foundation may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Foundation. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

 Accounting Standards Update

No. 2017-05
February 2017

# Other Income—Gains and Losses from the Derecognition of Nonfinancial Assets (Subtopic 610-20)

Clarifying the Scope of Asset Derecognition Guidance
and Accounting for Partial Sales of Nonfinancial Assets

An Amendment of the *FASB Accounting Standards Codification*®

**Financial Accounting Standards Board**

Accounting Standards Update 2017-05

Other Income—Gains and Losses from the Derecognition of Nonfinancial Assets (Subtopic 610-20)

Clarifying the Scope of Asset Derecognition Guidance and Accounting for Partial Sales of Nonfinancial Assets

February 2017

## CONTENTS

|  | Page Numbers |
|---|---|
| Summary | 1–6 |
| Amendments to the *FASB Accounting Standards Codification*® | 7–57 |
| Background Information and Basis for Conclusions | 58–79 |
| Amendments to the XBRL Taxonomy | 80 |

1.  ~~Estimating variable consideration~~
2.  ~~Constraining estimates of variable consideration~~
3.  ~~The existence of a significant financing component~~
4.  ~~Noncash consideration~~
5.  ~~Consideration payable to a customer.~~
b.  ~~Paragraphs 606-10-32-42 through 32-45 on accounting for changes in the transaction price.~~ **[Content amended and moved to paragraph 610-20-32-3]**

**610-20-32-2** When an entity meets the criteria to derecognize a distinct nonfinancial asset or a distinct **in substance nonfinancial asset**, it shall recognize a gain or loss for the difference between the amount of consideration measured and allocated to that distinct asset in accordance with paragraphs 610-20-32-3 through 32-6 and the carrying amount of the distinct asset. The amount of consideration promised in a **contract** that is included in the calculation of a gain or loss includes both the **transaction price** and the carrying amount of liabilities assumed or relieved by a counterparty.

**610-20-32-3** To determine the transaction price~~amount of consideration to be included in the calculation of a gain or loss recognized upon the derecognition of a nonfinancial asset~~, an entity shall apply the following paragraphs in Topic 606 on **revenue** from **{remove glossary link}contracts{remove glossary link}** with **customers**:

a.  Paragraphs 606-10-32-2 through 32-27 on determining the **{remove glossary link}transaction price{remove glossary link}**, including all of the following:
    1. Estimating variable consideration
    2. Constraining estimates of variable consideration
    3. The existence of a significant financing component
    4. Noncash consideration
    5. Consideration payable to a customer.
b.  Paragraphs 606-10-32-42 through 32-45 on accounting for changes in the transaction price. **[Content amended as shown and moved from paragraph 610-20-32-1]**

**610-20-32-4** If an entity transfers control of a distinct nonfinancial asset or distinct in substance nonfinancial asset in exchange for a **noncontrolling interest**, the entity shall consider the noncontrolling interest received from the counterparty as noncash consideration and shall measure it in accordance with the guidance in paragraphs 606-10-32-21 through 32-24. Similarly, if a **parent** transfers control of a distinct nonfinancial asset or in substance nonfinancial asset by transferring ownership interests in a consolidated **subsidiary** but retains a noncontrolling interest in its former subsidiary, the entity shall consider the noncontrolling interest retained as noncash consideration and shall measure it in accordance with the guidance in paragraphs 606-10-32-21 through 32-24. (See Case A of Example 2 in paragraphs 610-20-55-11 through 55-14.)

**610-20-32-5** If a counterparty promises to assume or relieve a liability of an entity in exchange for a transfer of nonfinancial assets or in substance nonfinancial assets within the scope of this Subtopic, the transferring entity shall include the carrying amount of the liability in the consideration used to calculate the gain or loss. Although a liability assumed or relieved by a counterparty shall be included in the consideration used to calculate a gain or loss, an entity shall not derecognize the liability until it has been extinguished in accordance with the guidance in paragraph 405-20-40-1 (see paragraph 610-20-45-3 on how to present the liability if it is extinguished before or after the entity transfers control of the nonfinancial assets or in substance nonfinancial assets). If an entity transfers control of the nonfinancial assets or in substance nonfinancial assets before a liability is extinguished, it shall apply the guidance on constraining estimates of variable consideration in paragraph 606-10-32-11 to determine the carrying amount of the liability to be included in the gain or loss calculation.

**610-20-32-6** An entity shall allocate the consideration calculated in accordance with the guidance in paragraphs 610-20-32-2 through 32-5 to each distinct nonfinancial asset or in substance nonfinancial asset by applying the guidance in paragraphs 606-10-32-28 through 32-41.

8.    Supersede paragraphs 610-20-40-1 through 40-2, with a link to transition paragraph 606-10-65-1, as follows:

## Derecognition

**610-20-40-1** Paragraph superseded by Accounting Standards Update No. 2017-05.~~To determine when a nonfinancial asset shall be derecognized, an entity shall apply the following paragraphs in Topic 606 on **revenue** from **contracts** with **customers**~~:

> a.   ~~Paragraphs 606-10-25-1 through 25-8 on the existence of a contract~~
> b.   ~~Paragraph 606-10-25-30 on when an entity satisfies a **performance obligation** by transferring control of an asset.~~

**610-20-40-2** Paragraph superseded by Accounting Standards Update No. 2017-05.~~When the guidance in paragraph 610-20-40-1 is met, an entity shall derecognize the nonfinancial asset and recognize as a gain or loss the difference between the amount of consideration measured in accordance with paragraph 610-20-32-1 and the carrying amount of the nonfinancial asset. When the guidance in paragraph 610-20-40-1 is not met, an entity shall apply the guidance in paragraphs 350-10-40-3 to intangible assets and 360-10-40-3C to property, plant, and equipment.~~

9.    Add paragraphs 610-20-45-2 through 45-3, with a link to transition paragraph 606-10-65-1, as follows:

19