**APPENDIX I**

**Relationship Between Deferred Revenue, Membership Services Revenue and Subscription Type[1]**

| New Members | Subscription Plan Type | Deferred Revenues | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| | | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
| Member 1 | Monthly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 2 | Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 3* | Annual | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 |
| Member 4* | Annual | | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 |
| Member 5 | Monthly | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 6 | Monthly | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 7* | Annual | | | | | | | 99 | 90 | 81 | 72 | 63 | 54 |
| Member 8 | Monthly | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Member 9 | Monthly | | | | | | | | | 0 | 0 | 0 | 0 |
| Member 10* | Annual | | | | | | | | | | 99 | 90 | 81 |
| Member 11 | Monthly | | | | | | | | | | | 0 | 0 |
| Member 12 | Monthly | | | | | | | | | | | | 0 |
| **Total Deferred Revenues** | | | | **110** | | 80 + 90 = **170** | | | 50 + 60 + 81 = **191** | | | 20 + 30 + 54 + 81 = **185** | |

*\* Members marked with an asterisk (\*) correspond with Members 1, 2, 3, and 4 listed in the original table included in the Opening Brief (Br. at 15).*

Explanatory Notes:
Member 1 signs up for a monthly subscription plan in January.  Member 2 signs up for a monthly plan in February.  Membership 3 signs up for an annual plan in March.  Etc., etc.

This chart demonstrates that deferred revenues may decrease (e.g., from Q3 ($191) to Q4 ($185)) while membership services revenues continue to increase, even assuming that new "members join every month."  (Opp. at 15.)

---

[1]    This example adopts the same assumptions as the Opening Brief, i.e., in Q1 and Q2, annual memberships are offered for $120/year, with $10 recognized each month, and in Q3 and Q4, annual memberships are offered at a 10% discount of $108/year, with $9 recognized each month.  (Br. at 14–15.)  It further assumes that in all quarters, monthly memberships are offered at $10/month and monthly fees are recognized immediately (resulting in zero deferred revenue) and quarterly memberships are offered at $30/month with $10 recognized each month.