**APPENDIX II**

**Relationship Between Deferred Revenue, Membership Services Revenue,
Subscription Type and Average Subscription Length[1]**

| New Members | Subscription Type | Deferred Revenues | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | | | Q2 | | | Q3 | | | Q4 | | |
| | | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
| Member 1A | Monthly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 1B | Monthly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 2A | Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 2B | Monthly | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 3A* | Annual | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 |
| Member 3B | Monthly | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 4A* | Annual | | | | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 |
| Member 4B | Monthly | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 5A | Monthly | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 5B | Monthly | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 6A | Monthly | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 6B | Monthly | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Member 7A* | Annual | | | | | | | 99 | 90 | 81 | 72 | 63 | 54 |
| Member 7B | Quarterly | | | | | | | 20 | 10 | 0 | 20 | 10 | 0 |
| Member 8A | Monthly | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Member 8B | Monthly | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| Member 9A | Monthly | | | | | | | | | 0 | 0 | 0 | 0 |
| Member 9B | Monthly | | | | | | | | | 0 | 0 | 0 | 0 |
| Member 10A* | Annual | | | | | | | | | | 99 | 90 | 81 |
| Member 10B | Quarterly | | | | | | | | | | 20 | 10 | 0 |
| Member 11A | Monthly | | | | | | | | | | | 0 | 0 |
| Member 11B | Monthly | | | | | | | | | | | 0 | 0 |
| Member 12A | Monthly | | | | | | | | | | | | 0 |
| Member 12B | Monthly | | | | | | | | | | | | 0 |
| **Total Deferred Revenue** | | | | **110** | | | 80 + 90 = **170** | | | 50 + 60 + 81 = **191** | | | 20 + 30 + 54 + 81 = **185** |
| **Ave. Subscription Length (**by month) | | | | (1 + 1 + 1 + 1 + 12 + 1) / 6 = **2.83** | | | (1 + 1 + 1 + 1 + 12 + 1 + 12 + 1 + 1 + 1 + 1 + 1) / 12 = **2.83** | | | (1 + 1 + 1 + 1 + 12 + 1 + 12 + 1 + 1 + 1 + 1 + 1 + 12 + 3 + 1 + 1 + 1 + 1) / 18 = **2.94** | | | (1 + 1 + 1 + 1 + 12 + 1 + 12 + 1 + 1 + 1 + 1 + 1 + 12 + 3 + 1 + 1 + 1 + 1 + 12 + 3 + 1 + 1 + 1 + 1) / 24 = **3** |

*\* Members marked with an asterisk (\*) correspond with Members 1, 2, 3, and 4 listed in the original table included in the Opening Brief (Br. at 15).*

Explanatory Notes:
Members 1A and 1B sign up for monthly plans in January. Members 2A and 2B sign up for monthly plans in February. In March, Member 3A signs up for an *annual* plan while Member 3B signs up for a *monthly* subscription plan. This chart demonstrates that deferred revenues may decrease (from Q3 ($191) to Q4 ($185)) while membership services revenues continue to increase, even when "average subscription lengths increased" (Opp. at 15) during the relevant period (from Q1 (2.83 months) to Q4 (3 months)).

---

[1] This example adopts the same assumptions as Appendix B above (*supra* n.1). It further assumes that two new members are added each month. In Q1 and Q2, one new member purchases an annual subscription, and five purchase monthly subscriptions. In Q3 and Q4, one new member purchases an annual subscription, one purchases a quarterly, and four purchase monthly subscriptions, thereby increasing the average subscription period.