UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE iQIYI, INC. SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   20-cv-01830 (DG) (TAM)
:
:   **ECF CASE**
:   **Electronically Filed**
:
:   **Oral Argument Requested**
:
:

## REPLY DECLARATION OF ROBERT A. FUMERTON IN FURTHER SUPPORT OF THE iQIYI DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Qi Lu, Herman Yu, Victor Zhixiang Liang, Xuyang Ren, Chuan Wang and Giselle Manon in this action.

2.      I previously submitted a declaration, dated July 16, 2021, in support of the iQIYI Defendants' Motion to Dismiss, which attached Exhibits A-Q.

3.      I respectfully submit this declaration in further support of the iQIYI Defendants' Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit R ....................Wuhan DDMC Shanghai Stock Exchange Filing, "Announcement on Progress of the Major Asset Purchase of Wuhan DDMC Culture & Sports Co., Ltd." (Aug. 7, 2018)

Exhibit S.....................Wuhan DDMC Shanghai Stock Exchange Filing, "Announcement on Progress of the Major Asset Purchase and Connected Transaction of Wuhan DDMC Culture & Sports Co., Ltd." (Aug. 8, 2018)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2021, in New York, New York.


/s/ Robert A. Fumerton
Robert A. Fumerton