# Exhibit R

# LIONBRIDGE

STATE OF NEW YORK    )
                                  )
                                  )     ss
COUNTY OF NEW YORK    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached document titled

"Announcement on Progress of the Major Asset Purchase of Wuhan DDMC Culture & Sports

Co., Ltd."

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _17_ day of _September_, 20_21_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

Stock (short form): Wuhan DDMC          Stock ticker: 600136     Announcement no.: Lin No. 2018-111

# Announcement on Progress of the Major Asset Purchase of Wuhan DDMC Culture & Sports Co., Ltd.

**The Board of Directors and all directors of the Company guarantee that there are no false representations, misleading statements or major omissions contained in this Announcement, and bear individual and joint responsibility for the authenticity, accuracy and completeness of the contents herein.**

On January 19, 2018, Wuhan DDMC Culture & Sports Co., Ltd. (hereinafter the "Company") convened the first extraordinary general meeting in 2018, wherein the *Proposal and Summary of the Major Asset Purchase of the Company (Draft)* and other relevant proposals related to this major asset purchase were reviewed and approved, and on January 20, 2018, the relevant announcement was published on the Company's designated information disclosure media as well as the website of the Shanghai Stock Exchange (www.sse.com.cn) (announcement no.: Lin No. 2018-010). In July 2018, the stock purchase consideration of US$431.5 million for the major assets was paid in full, and the two parties to the transaction are actively moving forward with the delivery of assets and related handover work (announcement no.: Lin No. 2018-096).

The Company recently received a notice from Super Sports Media Inc. (hereinafter "Super Sports Media Cayman"), the target of this major asset purchase, which informed that its holding subsidiary Beijing Super Sports Media Co., Ltd. (hereinafter "Super Sports Media") entered into a *Joint Venture Agreement* with Beijing iQiyi Technology Co., Ltd. "(hereinafter "iQiyi"), Yu Lingxiao and Beijing Xinying Huizhi Media Technology Enterprise (LP) to establish Beijing Xin'ai Sports Media Technology Co., Ltd. (hereinafter "Xin'ai Sports).

According to the *Joint Venture Agreement*, Xin'ai Sports will primarily engage in the operation of a sports broadcasting platform. The JV's shareholding ratio and capital contribution amounts are as follows:

| Shareholder name | Contribution method | Contribution amount (RMB'0,000) | Shareholding ratio (%) |
|---|---|---|---|
| Beijing Super Sports Media Co., Ltd. | Cash | 4,250 | 42.50% |
| Beijing iQiyi Technology Co., Ltd. | Cash | 3,825 | 38.25% |
| Yu Lingxiao | Cash | 425 | 4.25% |
| Beijing Xinying Huizhi Media Technology Enterprise (LP) | Cash | 1,500 | 15.00% |
| Total | | 10,000 | 100% |

As of the present, the two parties to the major asset purchase agreement are actively moving

forward with the delivery of assets and related handover work, and upon completion, the Company will perform corresponding information disclosure procedures in accordance with relevant laws and regulations. However, in view of the fact that the purchase and delivery of the major assets is not yet complete, major uncertainties still exist in regard to the impact of the establishment of Xin'ai Sports on the listed company. Investors are reminded to act rationally and be aware of the risks involved.

All publicly disclosed information of the Company is subject to publication in the designated media, namely the *China Securities Journal*, *Shanghai Securities Journal*, *Securities Times*, *Securities Daily* and the website of the Shanghai Stock Exchange (www.sse.com.cn).

This Announcement is hereby issued.

Board of Directors of Wuhan DDMC Culture & Sports Co., Ltd.
August 7, 2018

证券简称：当代明诚　　　证券代码：600136　　　公告编号：临 2018-111 号

# 武汉当代明诚文化股份有限公司
# 重大资产购买的进展公告

**本公司董事会及全体董事保证本公告内容不存在任何虚假记载、误导性陈述或者重大遗漏，并对其内容的真实性、准确性和完整性承担个别及连带责任。**

2018 年 1 月 19 日，武汉当代明诚文化股份有限公司（以下简称"公司"）召开了 2018 年第一次临时股东大会，审议通过了《关于公司重大资产购买（草 案）及其摘要的议案》等与本次重大资产购买事项相关的议案，并于 2018 年 1 月 20 日在指定信息披露媒体及上海证券交易所网站（www.sse.com.cn）披露了相关公告（公告编号：临 2018-010 号）。2018 年 7 月，本次重大资产的股份购买对价 4.315 亿美元已经全部支付，双方正在积极推进资产的交割以及与之相关的交接工作（公告编号：临 2018-096 号）。

近日，本公司接本次重大资产购买标的 Super Sports Media Inc.（以下简称"新英开曼"）通知，其控股子公司北京新英体育传媒有限公司（以下简称"新英传媒"）与北京爱奇艺科技有限公司（以下简称"爱奇艺"）、喻凌霄、北京新英汇智传媒科技企业（有限合伙）签署了《合资协议》，拟合资设立北京新爱体育传媒科技有限公司（以下简称"新爱体育"）。

根据《合资协议》，新爱体育主要业务为从事体育视频播出平台运营业务。其股权比例及出资金额如下：

| 股东名称 | 出资方式 | 出资额（万元） | 持股比例(%) |
|---|---|---|---|
| 新英体育传媒有限公司 | 现金 | 4,250 | 42.50% |
| 北京爱奇艺科技有限公司 | 现金 | 3,825 | 38.25% |
| 喻凌霄 | 现金 | 425 | 4.25% |
| 北京新英汇智传媒科技企业（有限合伙） | 现金 | 1,500 | 15.00% |
| 合计 | | 10,000 | 100% |

截至目前，公司本次重大资产购买的协议双方正在积极推进资产的交割以及

与之相关的交接工作，待相关工作全部完成后，公司将按照相关法律法规的规定履行有关信息披露程序。但鉴于重大资产购买交割尚未完成，因此新爱体育的成立对上市公司的影响尚存在重大不确定性。提请广大投资者理性判断，注意风险。

公司所有公开披露的信息均以在指定媒体《中国证券报》、《上海证券报》、《证券时报》、《证券日报》和上海证券交易所网站（www.sse.com.cn）刊登为准。敬请广大投资者注意风险。

特此公告。

武汉当代明诚文化股份有限公司董事会

2018 年 8 月 7 日