**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN LEE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>iQIYI, INC., YU GONG, XIAODONG WANG, BAIDU, INC., ROBIN YANHONG LI, QI LU, HERMAN YU, XUYANG REN, VICTOR ZHIXIANG LIANG, CHUAN WANG, GISELLE MANON, GOLDMAN SACHS (ASIA) LLC, CREDIT SUISSE SECURITIES (USA) LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CITIGROUP GLOBAL MARKETS INC., and UBS SECURITIES LLC,<br><br>        Defendants. | 20-cv-1830 (DG) (TAM)<br><br>**ECF Case**<br>**Electronically Filed**<br><br><br>**DECLARATION OF WILLIAM J. SUSHON, ESQ. IN FURTHER SUPPORT OF THE UNDERWRITER DEFENDANTS' JOINDER IN THE iQIYI DEFENDANTS' MOTION TO DISMISS** |

I, William J. Sushon, hereby declare:

1. I am a member of the bar of the State of New York and of O'Melveny & Myers LLP, counsel for Defendants Goldman Sachs (Asia) LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, China Renaissance Securities (Hong Kong) Limited, Citigroup Global Markets Inc., and UBS Securities LLC (the "Underwriter Defendants"). I respectfully submit this declaration in further support of the Underwriter Defendants' Joinder in the iQIYI Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct representation of Orthofix Medical Inc.'s historical stock price (July 29, 2013 to August 1, 2013), obtained on September 29, 2021, from Yahoo Finance at,

- 1 -

https://finance.yahoo.com/quote/OFIX/history?period1=1374883200&period2=1375401600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

     I declare under penalty of perjury and 28 U.S.C. §1746 that the foregoing is true and correct.

Dated:  September 29, 2021                     Respectfully submitted,

                                                  _____

                                                    William J. Sushon