# Exhibit 1

| Orthofix Medical Inc.: Stock Price (NASDAQ: OFIX) July 29, 2013 - August 1, 2013 Source: Yahoo Finance[1] | | |
|---|---|---|
| **Date** | **Close** | **Volume** |
| July 29, 2013 | $27.40 | 163,300 |
| July 30, 2013 | $22.94 | 1,313,300 |
| July 31, 2013 | $22.71 | 187,600 |
| August 1, 2013 | $22.75 | 231,500 |

---

[1] Yahoo Finance, Orthofix Medical, Inc. (OFIX), available at, https://finance.yahoo.com/quote/OFIX/history?period1=1374883200&period2=1375401600&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last visited, September 29, 2021).