SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

September 30, 2022

**VIA ECF**

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *In re iQIYI, Inc. Securities Litigation*, 20-cv-1830 (DG) (TAM);
      *In re Baidu Inc. Securities Litigation*, 20-cv-3794 (DG) (TAM)

Dear Judge Gujarati:

On behalf of all parties in the above-referenced actions, we respectfully write pursuant to the Court's September 6, 2022 Order directing the parties to jointly submit a coordinated briefing proposal for Defendants' anticipated motions to dismiss these actions.  (Text Order dated Sept. 6, 2022.)  As outlined below and in the enclosed proposed order, the parties propose three tracks of motion to dismiss briefing: (i) a motion by all Defendants to dismiss both actions for failure to allege any actionable misrepresentation or omission; (ii) a motion by all Defendants in the *iQIYI* Action to dismiss the *iQIYI* Action on any additional grounds; and (iii) a motion by all Defendants in the *Baidu* Action to dismiss the *Baidu* Action on any additional grounds.

**Proposed Common Briefing.**  Both actions challenge the same iQIYI financial and operational metrics that were reported in both iQIYI's and Baidu's public filings.  Accordingly, the parties believe the common threshold issue of whether Plaintiffs have adequately alleged any actionable misrepresentation or omission can be briefed together.[1]  All Defendants would file a joint motion to dismiss both actions for failure to allege any actionable misrepresentation

---

[1]   To the extent there are some differences between the alleged misrepresentations and arguments for dismissal in each action, the parties believe such differences can be addressed in common briefing.

Hon. Diane Gujarati
September 30, 2022
Page 2

or omission, all Plaintiffs would file a joint opposition, and all Defendants would file a joint reply.

**Proposed Case-Specific Briefing.**  At the same time, the respective Defendants in each action also would file separate motions to dismiss raising any additional case-specific grounds for dismissal.  For example, Defendants in the *iQIYI* Action anticipate seeking dismissal based on failure to adequately plead scienter, loss causation, Section 11 standing, or control person liability.  Defendants in the *Baidu* Action anticipate seeking dismissal based on failure to adequately plead scienter, loss causation, or control person liability.[2]  While the legal standards are the same in each case, the allegations relevant to these issues vary between the two actions. The *iQIYI* Plaintiffs and *Baidu* Plaintiffs would then file separate oppositions regarding the additional challenges raised against their respective actions, followed by separate replies from the *iQIYI* Defendants and *Baidu* Defendants.

**Proposed Schedule and Page Limits.**  The parties propose briefing the common and case-specific issues on the same schedule:

| | |
|---|---|
| All Motions to Dismiss (collectively not to exceed 65 pages) | November 30, 2022 (61 days) |
| All Oppositions (collectively not to exceed 65 pages) | January 30, 2023 (61 days) |
| All Replies (collectively not to exceed 30 pages) | March 1, 2023 (30 days) |

The parties are available to answer any questions about this proposal.

Respectfully submitted,

*/s/ Robert A. Fumerton*

Robert A. Fumerton

cc:      All counsel of record (via ECF)

---

[2]    Defendants reserve the right to raise additional arguments for dismissal not mentioned here.