UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :

IN RE iQIYI, INC. SECURITIES LITIGATION   : 20-cv-01830 (DG) (TAM)
                                                    :
                                                    : **ECF CASE**
                                                    :
                                                    : **Oral Argument Requested**
                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :

IN RE BAIDU, INC. SECURITIES LITIGATION   : 20-cv-3794 (DG) (TAM)
                                                    :
                                                    : **ECF CASE**
                                                    :
                                                    : **Oral Argument Requested**
                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEFENDANTS' COMMON MOTION TO DISMISS THE *iQIYI* AND *BAIDU* ACTIONS FOR FAILURE TO PLEAD ANY MATERIAL MISSTATEMENT OR OMISSION

PLEASE TAKE NOTICE that, upon the accompanying Joint Memorandum of Law, dated November 30, 2022; the accompanying Declaration of Robert A. Fumerton, dated November 30, 2022, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Herman Yu, Qi Lu, Victor Zhixiang Liang, Giselle Manon, Goldman Sachs (Asia) LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, China Renaissance Securities (Hong Kong) Limited, Citigroup Global Markets Inc., and UBS Securities LLC, through their undersigned counsel, will move this Court, before the Honorable Diane Gujarati, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designated by the Court, pursuant to this Court's October 6, 2022 Order Granting the Parties' Coordinated Briefing Proposal, Rules 8(a), 9(b), and

12(b)(6) of the Federal Rules of Civil Procedure, and Section 101(b) of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the Amended Consolidated Class Action Complaint (ECF No. 104) filed in the *iQIYI* Action, No. 20-cv-1830, and the Consolidated Class Action Complaint (ECF No. 48) filed in the *Baidu* Action, No. 20-cv-3794, in their entirety with prejudice, for failure to allege any material misstatement or omission, and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
　　　　November 30, 2022

| | |
|---|---|
| /s/ William J. Sushon | /s/ Robert A. Fumerton |
| Jonathan Rosenberg | Scott D. Musoff |
| William J. Sushon | Robert A. Fumerton |
| O'MELVENY & MYERS LLP | Michael C. Griffin |
| 7 Times Square | SKADDEN, ARPS, SLATE, |
| New York, New York 10036 | 　MEAGHER & FLOM LLP |
| (212) 326-2000 | One Manhattan West |
| jrosenberg@omm.com | New York, New York 10001 |
| wsushon@omm.com | Telephone: (212) 735-3000 |
| | scott.musoff@skadden.com |
| | robert.fumerton@skadden.com |
| *Attorneys for Defendants Goldman Sachs* | michael.griffin@skadden.com |
| *(Asia) LLC; Credit Suisse Securities (USA)* | |
| *LLC; Merrill Lynch, Pierce, Fenner & Smith* | |
| *Incorporated; China Renaissance Securities* | *Attorneys for Defendants iQIYI, Inc.,* |
| *(Hong Kong) Limited; Citigroup Global* | *Baidu, Inc., Yu Gong, Xiaodong Wang, Robin* |
| *Markets Inc.; and UBS Securities LLC* | *Yanhong Li, Qi Lu, Herman Yu, Victor* |
| | *Zhixiang Liang, and Giselle Manon* |