UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE iQIYI, INC. SECURITIES LITIGATION

20-cv-01830 (DG) (TAM)

**ECF CASE**

**Oral Argument Requested**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE *iQIYI* ACTION FOR FAILURE TO <u>PLEAD SCIENTER, LOSS CAUSATION, AND STANDING</u>

PLEASE TAKE NOTICE that, upon the accompanying Joint Memorandum of Law, dated November 30, 2022; the accompanying Declaration of Robert A. Fumerton, dated November 30, 2022, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Herman Yu, Qi Lu, Victor Zhixiang Liang, Giselle Manon, Goldman Sachs (Asia) LLC, Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, China Renaissance Securities (Hong Kong) Limited, Citigroup Global Markets Inc., and UBS Securities LLC, through their undersigned counsel, will move this Court, before the Honorable Diane Gujarati, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designated by the Court, pursuant to this Court's October 6, 2022 Order Granting the Parties' Coordinated Briefing Proposal, Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and Section 101(b) of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), for an Order dismissing the Amended Consolidated Class Action Complaint (ECF No. 104) in its entirety with prejudice for failure to

allege scienter, loss causation and standing, and granting such other and further relief as this

Court may deem just and proper.

Dated: New York, New York
        November 30, 2022


/s/ William J. Sushon
Jonathan Rosenberg
William J. Sushon
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000
jrosenberg@omm.com
wsushon@omm.com

*Attorneys for Defendants Goldman Sachs
(Asia) LLC; Credit Suisse Securities (USA)
LLC; Merrill Lynch, Pierce, Fenner & Smith
Incorporated; China Renaissance Securities
(Hong Kong) Limited; Citigroup Global
Markets Inc.; and UBS Securities LLC*

/s/ Robert A. Fumerton
Scott D. Musoff
Robert A. Fumerton
Michael C. Griffin
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
scott.musoff@skadden.com
robert.fumerton@skadden.com
michael.griffin@skadden.com

*Attorneys for Defendants iQIYI, Inc.,
Baidu, Inc., Yu Gong, Xiaodong Wang, Robin
Yanhong Li, Qi Lu, Herman Yu, Victor
Zhixiang Liang, and Giselle Manon*

2