UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :
IN RE iQIYI, INC. SECURITIES LITIGATION   : 20-cv-01830 (DG) (TAM)
    :
    : **ECF CASE**
    :
    : **Oral Argument Requested**
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :
IN RE BAIDU, INC. SECURITIES LITIGATION  : 20-cv-3794 (DG) (TAM)
    :
    : **ECF CASE**
    :
    : **Oral Argument Requested**
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Qi Lu, Herman Yu, Victor Zhixiang Liang, and Giselle Manon in the *iQIYI* Action and Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, and Herman Yu in the *Baidu* Action.

2. I respectfully submit this declaration in support of Defendants' (i) Common Motion to Dismiss the *iQIYI* and *Baidu* Actions for Failure to Plead Any Material Misstatement or Omission; (ii) Motion to Dismiss the *iQIYI* Action for Failure to Plead Scienter, Loss Causation, and Standing; and (iii) Motion to Dismiss the *Baidu* Action for Failure to Plead

Scienter and Loss Causation, all of which are being served concurrently herewith on November 30, 2022.

3.      Enclosed are true and correct copies of the following documents:

Exhibit A.....................iQIYI's Registration Statement, filed on Form F-1 (Feb. 27, 2018)

Exhibit B .....................iQIYI's Historical Stock Price (Mar. 29, 2018 to June 1, 2021)

Exhibit C .....................iQIYI's 2018 Annual Report, filed on Form 20-F (Mar. 15, 2019) (excluding exhibits)

Exhibit D.....................iQIYI's Press Release, "iQIYI Partners with Super Sports Media to Launch iQIYI Sports App, Creating a Powerful New Player in the Online Sports Industry in China" (Aug. 6, 2018)

Exhibit E .....................Transcript of iQIYI's Third Quarter 2018 Earnings Call (Oct. 31, 2018) (12:01 AM GMT)

Exhibit F.....................Exhibit 99.2 to iQIYI's Form 6-K (Nov. 28, 2018)

Exhibit G.....................iQIYI's 2019 Annual Report, filed on Form 20-F (Mar. 12, 2020)

Exhibit H....................."iQIYI: The Netflix of China? *Good Luckin*," Wolfpack Research (Apr. 7, 2020)

Exhibit I .....................iQIYI's Press Release, "iQIYI Responds to Short Seller Report" (Apr. 7, 2020)

Exhibit J .....................iQIYI's Press Release, "iQIYI Announces Second Quarter 2020 Financial Results" (Aug. 13, 2020)

Exhibit K.....................Transcript of iQIYI's Second Quarter 2020 Earnings Call (Aug. 14, 2020) (12:00 AM GMT)

Exhibit L .....................iQIYI's 2020 Annual Report, filed on Form 20-F (Mar. 9, 2021)

Exhibit M .....................Aurora Mobile Limited Report (Q1 2018)

Exhibit N.....................Aurora Mobile Limited Report (Q3 2018)

Exhibit O.....................Aurora Mobile Limited Report (Q1 2019)

Exhibit P.....................QuestMobile Research Institute Report (Feb. 11, 2020)

Exhibit Q....................Baidu's Historical Stock Price (April 1, 2016 to August 31, 2020)

Exhibit R ....................Baidu's 2015 Annual Report, filed on Form 20-F (Apr. 8, 2016)

Exhibit S.....................Baidu's 2016 Annual Report, filed on Form 20-F (Mar. 31, 2017)

Exhibit T ....................Baidu's 2017 Annual Report, filed on Form 20-F (Mar. 15, 2018)

Exhibit U....................Baidu's 2018 Annual Report, filed on Form 20-F (Mar. 15, 2019)

Exhibit V ....................Baidu's 2019 Annual Report, filed on Form 20-F (Mar. 13, 2020)

Exhibit W ..................Baidu's Prospectus, filed on Form 424(B)(2) (Apr. 2, 2020)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2022, in New York, New York.


/s/ Robert A. Fumerton
Robert A. Fumerton

3