# Exhibit M

# LIONBRIDGE

STATE OF NEW YORK            )
                            )
                            )        ss
COUNTY OF NEW YORK           )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached excerpted disclaimer.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this *15th* day of _July_, 20 _21_.

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

[page 34]

[…] Due to limitations inherent in the methods, data and information estimated and derived by Aurora on the basis of the above methods are for reference only. Aurora does not guarantee the accuracy, completeness, applicability, and non-infringement of the above data and information. […]

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 5 of 41 PageID #: 7592

支持199IT发展可加入知识交流群（10K+用户），最有价值数据分享！　　　点击即可加入！　　　关闭　　　✖

搜索

# 极光大数据：2018年Q1移动互联网行业数据研究报告

2018年04月17日　　研究报告　移动互联网

2018年Q1，互联网行业酝酿着更多的挑战与机遇。先期出海上市的互联网巨头们考虑着回归A股，虎牙、斗鱼等新贵又纷纷准备在海外IPO；ofo与摩拜结束了补贴大战，双双开始收取月卡费用；快手依然制霸短视频领域，但抖音的强势崛起也让它感到了巨大压力。极光大数据发布《2018年Q1移动互联网行业数据研究报告》，从移动网民互联网行为概述、app增长飙升榜、移动互联玩细分领域洞察等方面勾勒移动互联网的发展形势与新现象。

## 极光观点：

- 中国移动网民每日平均有3.9小时花费在手机app的使用上；其中，花费在社交网络类app的时长达127分钟；
- 短视频表现强劲，波波视频、抖音短视频、好看视频、火山小视频4款短视频app进入渗透率环比增长率top 10 ；
- ofo与摩拜单车的渗透率环比增长双双下滑；
- 腾讯成手游领域最大赢家，三款新发布的游戏也进入手游渗透率排行榜top 10；
- 今日头条以微弱优势胜出腾讯新闻，领跑新闻资讯app；

## 一、整体app市场概览

## 移动网民app安装特征

- 2018年Q1，中国移动网民手机中人均安装app的总量为42个，与2017年Q4相比，有所增长
- 2018年Q1，平均每月中国移动网民人均会新安装app数量为6.6款，同期卸载app数量为5款

Case 1:20-cv-01830-DG-TAM Document 160-13 Filed 03/03/23 Page 6 of 41 PageID #: 7593

## 2018年移动网民手机中人均安装app的总量



2017Q1 2017Q2 2017Q3 2017Q4 2018Q1

## 2018年Q1平均每月移动网民人均安装及卸载app的数量



安装 **6.6** 款          卸载 **5.0** 款

*数据来源：极光大数据*

**移动网民app使用行为**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 7 of 41 PageID #: 7594

- 中国移动网民每日平均有3.9小时花费在手机app的使用上；其中，花费在社交网络类app的时长达127分钟，占日均app使用时长的一半以上；花费在网络视频类app的时长达29.5分钟；花费在新闻资讯类app的时长达13.3分钟

## 不同性别移动网民app偏好

- 在女性移动网民app偏好指数top 10中，美图秀秀等5款拍照P图app榜上有名，对美图秀秀的偏好指数高达79.2；对在线视频类app芒果TV的偏好指数达76；对短视频类app抖音短视频偏好指数达74
- 在男性移动网民app偏好指数top 10中，出行服务类app滴滴出行的偏好指数达72.4，对综合购物类app京东偏好指数达71，对工具类app迅雷偏好指数达70.8

## 不同年龄层移动网民app偏好

- 不同年龄段层的中国移动网民对app的偏好存在明显差异；0~15岁和36~45岁的移动网民对作业帮均有较高的偏好；16~25岁移动网民对新浪微博偏好指数达83.4；26~35岁偏好指数top 1是买单吧；45

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 8 of 41 PageID #: 7595

岁以上移动网民对应用宝偏好指数达85.5

## 不同年龄层移动网民app偏好

| | 年龄层 | | App名称 | App偏好指数 |
|---|---|---|---|---|
| | 0-15岁 | | 作业帮 | 91.8 |
| | | | QQ音乐 | 87.9 |
| | | | 优酷 | 86.7 |
| | | | 全民K歌 | 86.0 |
| | | | UC浏览器 | 84.6 |
| | 16-25岁 | | 新浪微博 | 83.4 |
| | | | 王者荣耀 | 83.2 |
| | | | QQ音乐 | 82.6 |
| | | | 抖音短视频 | 82.5 |
| | | | 网易云音乐 | 82.3 |
| | 26-35岁 | | 买单吧 | 67.3 |
| | | | 滴滴出行 | 66.9 |
| | | | 招商银行掌上生活 | 66.6 |
| | | | 中国工商银行 | 64.2 |
| | | | 平安金管家 | 63.9 |
| | 36-45岁 | | 作业帮 | 86.4 |
| | | | 一起作业学生端 | 78.8 |
| | | | 家长通 | 75.5 |
| | | | 应用宝 | 74.9 |
| | | | 360手机助手 | 73.4 |
| | 45岁以上 | | 应用宝 | 85.5 |
| | | | QQ浏览器 | 85.0 |
| | | | 西瓜视频 | 84.5 |
| | | | 今日头条 | 84.3 |
| | | | 360手机助手 | 82.6 |

数据来源：极光大数据

*极光app偏好指数为极光基于app大数据挖掘建立的评价指标，用于评估该群体相对于平均水平而言，对于某款app的偏好程度

Case 1:20-cv-01830-DG-TAM　　Document 160-13　　Filed 03/03/23　　Page 9 of 41 PageID #: 7596

### 不同城市等级的移动网民app偏好

- 一线城市和新一线城市的中国移动网民对出行服务类app滴滴出行偏好度较高；二线城市移动网民中，百度网盘的偏好指数达72.9；三线城市移动网民对Faceu激萌、美图秀秀、B612咔叽等拍照P图类app的偏好度较高；四线及以下城市对WiFi万能钥匙、快手、B612咔叽的偏好度较高

## 二、App环比增长率飙升榜

### 渗透率环比增长率top 10

- 2017年年底发布的QQ飞车手游环比增长26倍，3月份渗透率达7.4%；同为2017年年底发布的模拟养成类游戏恋与制作人环比增长7.4倍；主打海外剧集和电影的人人视频，3月渗透率环比增长1.3倍；另外，短视频app在2018年Q1的表现非常强劲，在渗透率环比增长率top 10中有4个短视频app，分别是波波视频、抖音短视频、好看视频、火山小视频

Case 1:20-cv-01830-DG-TAM   Document 160-13   Filed 03/03/23   Page 10 of 41 PageID #: 7597

## App渗透率环比增长率top 10

| | App名称 | 环比增长率* | 3月渗透率 |
|---|---|---|---|
| 1 | QQ飞车手游 | 2601.1% | **7.4%** |
| 2 | 恋与制作人 | 739.4% | **1.1%** |
| 3 | 人人视频 | 137.2% | **1.3%** |
| 4 | 波波视频 | 136.8% | **2.8%** |
| 5 | 抖音短视频 | 121.3% | **16.5%** |
| 6 | 好看视频 | 117.9% | **1.5%** |
| 7 | 口碑 | 95.6% | **2.4%** |
| 8 | 跳舞的线 | 91.4% | **1.7%** |
| 9 | 无他相机 | 78.3% | **3.1%** |
| 10 | 火山小视频 | 77.2% | **14.1%** |

*数据来源：极光大数据；\*渗透率环比增长率指Q1最后一个月数据与2017年Q4最后一个月数据相比较，即环比=（3月渗透率-2017年12月渗透率）/2017年12月渗透率，如未特别注明，以下报告环比概念定义相同；app取数范围仅包含渗透率排名前300的app*

**DAU环比增长率top 10**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 11 of 41 PageID #: 7598

· 去年年底上线的QQ飞车手游环比增长5.3倍，3月DAU达864万；另一款面向女性用户的模拟养成类手游恋与制作人DAU环比增长3.9倍，3月DAU达101.7万；百度旗下的好看视频环比增长3.1倍，3月DAU达278.1万

## App DAU环比增长率top 10

| | App名称 | 环比增长率* | 3月DAU（万） |
|---|---|---|---|
| 1 | QQ飞车手游 | 534.0% | 864.0 |
| 2 | 恋与制作人 | 394.0% | 101.7 |
| 3 | 好看视频 | 314.7% | 278.1 |
| 4 | 无他相机 | 234.0% | 1152.8 |
| 5 | 神奇手机管家 | 177.3% | 177.8 |
| 6 | 爱看 | 175.9% | 320.8 |
| 7 | 抖音短视频 | 161.6% | 4564.1 |
| 8 | 波波视频 | 148.5% | 1003.2 |
| 9 | 懂车帝 | 147.7% | 136.9 |
| 10 | 快视频 | 132.1% | 621.9 |

*数据来源：极光大数据；*DAU环比增长指Q1最后一个月数据与2017年Q4最后一个月数据相比较，即环比=（3月月均DAU-2017年12月月均DAU）/2017年12月月均DAU，如未特别注明，以下报告环比概念定义相同；取数范围仅包含DAU排名前300的app*

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 12 of 41 PageID #: 7599

## 三、移动互联网细分领域洞察

### 社交网络

· 社交网络霸主微信3月渗透率达86.4%，相比12月增长2.0%，3月DAU均值达5.9亿，相比12月增长1千万；QQ 3月渗透率达71.4%，相比12月增长0.9%；新浪微博渗透率达35%，相比12月增长3.2%；值得注意的是，游戏社交类app同桌游戏环比增长30%，在3月社交网络app渗透率top 10中增长最快





数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 13 of 41 PageID #: 7600

**综合电商**

· 相比12月份，3月渗透率top 10的综合电商app的渗透率呈普涨趋势，过年过节买买买或是主要动力；手机淘宝3月渗透55.8%，相比12月份环比增长4.8%；电商黑马拼多多3月渗透率达22.4%，排名第二超越京东，环比增长15.6%；京东3月渗透率为22.3%，环比增长8%

## 3月综合电商app渗透率排行榜及环比变化



## 3月综合电商app DAU均值及去年12月相关数据

数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 14 of 41 PageID #: 7601

**海淘电商**

· 3月份，小红书在海淘电商中位列第一，渗透率为2.23%，相比12月份环比增长34.4%，DAU均值从12月的409.5万上升至3月份的732.4万；网易考拉海购3月渗透率达0.89%，环比增长16.8%

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 15 of 41 PageID #: 7602

## 3月海淘电商app渗透率排行榜及环比变化



## 3月海淘电商app DAU均值及去年12月相关数据



*数据来源：极光大数据*

**生鲜电商**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 16 of 41 PageID #: 7603

- 3月渗透率top10生鲜电商app环比均有所增长；多点3月渗透率达0.86%，环比增长22.2%；京东到家 3月渗透率为0.37%；每日优鲜3月渗透率为0.36%；
- 阿里系的生鲜电商中，盒马渗透率为0.3%，环比增长71.6%；大润发优鲜渗透率为0.12%，环比增长 282.9%

## 3月生鲜电商app渗透率排行榜及环比变化



## 3月生鲜电商app DAU均值及去年12月相关数据



*数据来源：极光大数据*

**二手电商**

Case 1:20-cv-01830-DG-TAM   Document 160-13   Filed 03/03/23   Page 17 of 41 PageID #: 7604

· 在二手电商app中，头部玩家主要为闲鱼和转转；闲鱼3月渗透率达4.77%，环比增长10.9%；转转3月渗透率达2.22%，环比增长13.5%；DAU方面，闲鱼3月份均值为768万，转转为142.4万

## 3月二手电商app渗透率排行榜及环比变化



## 3月二手电商app DAU均值及去年12月相关数据



*数据来源：极光大数据*

**在线旅游**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 18 of 41 PageID #: 7605

- 在线旅游app中，携程旅行和去哪儿旅行在渗透率上具有一定领先优势；携程旅行3月渗透率为15.2%，DAU均值为847.5万；去哪儿旅行3月渗透率为12.3%，DAU均值为1001.5万；阿里系旅行品牌飞猪增长迅猛，3月渗透率为3.3%，环比增长27.7%





数据来源：极光大数据

## 用车服务

- 滴滴出行是用车服务领域的头号玩家，3月渗透率达13.7%，环比增长14%；近期品牌升级并推出网约出租车服务的嘀嗒出行渗透率为0.7%，环比增长42.2%，出行市场中小玩家的局部竞争力不容小觑

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 19 of 41 PageID #: 7606

## 3月用车服务app渗透率排行榜及环比变化

| | | | | |
|---|---|---|---|---|
| **1** 滴滴出行 | **13.7%** 14.0% | 神州租车 | **0.4%** | 20.0% |
| | | 易到 | **0.3%** | -22.6% |
| **2** 神州专车 | **1.5%** 8.4% | 曹操专车 | **0.3%** | 39.7% |
| | | 一嗨租车 | **0.2%** | 19.5% |
| | | e代驾 | **0.2%** | 15.2% |
| **3** 嘀嗒出行 | **0.7%** 42.2% | 首汽约车 | **0.2%** | 12.3% |
| | | 美团打车 | **0.1%** | 683.8% |

## 3月用车服务app DAU均值及去年12月相关数据



数据来源：极光大数据

**共享单车**

- 共享单车领域，ofo共享单车3月渗透率达4.9%，摩拜单车3月渗透率为4.6%，环比增长均有所下滑，可能与取消月卡优惠等有关；哈罗单车3月渗透率为0.8%，环比增长16.7%，DAU从12月均值77.4万上升至107.2万，增长形势令人瞩目





*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 21 of 41 PageID #: 7608

**二手车交易**

· 二手车交易平台中，瓜子二手车以1.08%的渗透率位列第一，3月DAU均值达59.5万；与滴滴合作的人人车二手车渗透率为0.41%，环比增长21.1%，3月DAU均值达33.7万

## 3月二手车交易app渗透率排行榜及环比变化

 瓜子二手车 **1.08%** 6.1%

 淘车二手车 **0.27%** -10.3%

二手车之家 **0.20%** -9.8%

 人人车二手车 **0.41%** 21.1%

 优信二手车 **0.39%** 11.5%

## 3月二手车交易app DAU均值及去年12月相关数据



*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM  Document 160-13  Filed 03/03/23  Page 22 of 41 PageID #: 7609

**短视频**

- 短视频领域，快手3月渗透率达25.6%，即每四个中国移动网民就有1个安装快手；头条系短视频矩阵中，抖音短视频渗透率为16.5%，环比增长121.3%，火山小视频渗透率为14.1%，环比增长77.2%，西瓜视频渗透率为12.2%，环比增长60.4%，增长形势极为迅猛；另外，一下科技旗下的波波视频通过"下载送现金""收徒拿奖金"等直接给用户发钱方式快速获取用户，环比增长136.8%

### 3月短视频app渗透率排行榜及环比变化



### 3月短视频app DAU均值及去年12月相关数据



*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 23 of 41 PageID #: 7610

**在线视频**

· 在线视频领域，腾讯视频3月渗透率达45.9%，环比增长6.5%，3月DAU均值达1.14亿；爱奇艺3月渗透率达43.6%，环比增长5.0%，3月DAU均值达8760万



**3月在线视频app渗透率排行榜及环比变化**

| 排名 | app | 渗透率 | 环比变化 |
|---|---|---|---|
| 1 | 腾讯视频 | 45.9% | 6.5% |
| 2 | 爱奇艺 | 43.6% | 5.0% |
| 3 | 优酷 | 28.8% | 8.1% |
| | 芒果TV | 7.4% | 7.6% |
| | 哔哩哔哩 | 7.2% | 12.2% |
| | 搜狐视频 | 5.1% | -6.9% |
| | 乐视视频 | 4.5% | -12.7% |
| | 聚力视频 | 2.3% | 0.6% |
| | 咪咕视频 | 1.8% | 27.5% |

**3月在线视频app DAU均值及去年12月相关数据**

百万

■2017年12月  ■2018年3月

| app | 2017年12月 | 2018年3月 |
|---|---|---|
| 腾讯视频 | 109.5 | 114.2 |
| 爱奇艺 | 86.1 | 87.6 |
| 优酷 | 38.8 | 41.2 |
| 芒果TV | 9.8 | 10.5 |
| 哔哩哔哩 | 18.2 | 18.3 |
| 搜狐视频 | 9.5 | 8.2 |
| 乐视视频 | 8.0 | 7.0 |
| 聚力视频 | 2.4 | 2.4 |
| 咪咕视频 | 0.9 | 1.2 |

*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 24 of 41 PageID #: 7611

**音乐K歌**

· 音乐K歌领域，酷狗音乐3月渗透率32.8%，3月DAU均值达7480万；QQ音乐3月渗透率为25.9%，DAU均值为5580万；全民K歌3月渗透率为21.6%，DAU均值达2050万；网易云音乐渗透率为10.1%，位列第四

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 25 of 41 PageID #: 7612

## 3月音乐K歌app渗透率排行榜及环比变化



1 酷狗音乐 **32.8%** 2.3%

网易云音乐 **10.1%** 11.6%

酷我音乐 **7.2%** -1.7%

2 QQ音乐 **25.9%** 4.5%

虾米音乐 **2.3%** 12.1%

唱吧 **2.4%** 7.5%

3 全民K歌 **21.6%** 6.3%

## 3月音乐K歌 app DAU均值及去年12月相关数据



数据来源：极光大数据

### 手机游戏

- 2018年Q1手机游戏市场腾讯是最大赢家；王者荣耀3月渗透率达21.7%，位列第一；腾讯新发布的3款手游也进入渗透率top 10中，QQ飞车手游3月渗透率达7.4%，绝地求生：刺激战场渗透率为6.8%，绝地求生：全军出击渗透率为3.1%

Case 1:20-cv-01830-DG-TAM Document 160-13 Filed 03/03/23 Page 26 of 41 PageID #: 7613

## 3月游戏app渗透率排行榜及环比变化

| | | | |
|---|---|---|---|
| 1 王者荣耀 **21.7%** -0.5% | QQ飞车手游 | **7.4%** | 2601.1% |
| | 绝地求生：刺激战场 | **6.8%** | * |
| | 穿越火线-枪战王者 | **5.4%** | 1.5% |
| 2 开心消消乐 **13.1%** 1.3% | 荒野行动 | **5.2%** | -6.1% |
| | 欢乐麻将全集 | **3.8%** | 14.6% |
| 3 欢乐斗地主 **8.3%** -1.9% | JJ斗地主 | **3.3%** | 2.3% |
| | 绝地求生：全军出击 | **3.1%** | * |

## 3月手机游戏app DAU均值及去年12月相关数据



数据来源：极光大数据

## 新闻资讯

· 在新闻资讯领域，今日头条以24.2%的渗透率位列第一；腾讯新闻以24.1%的渗透率位列第二；一点资讯以7.5%的渗透率位列第三；获得腾讯投资的趣头条3月渗透率达3.2%

## 3月新闻资讯app渗透率排行榜及环比变化



## 3月新闻资讯app DAU均值及去年12月相关数据



数据来源：极光大数据

**团购外卖**

Case 1:20-cv-01830-DG-TAM   Document 160-13   Filed 03/03/23   Page 28 of 41 PageID #: 7615

· 在团购外卖领域，美团3月渗透率达34.8%，环比增长7.2%；大众点评渗透率达11.5%，环比增长2.6%；饿了么渗透率达7.9%，环比增长1.2%；阿里系口碑3月渗透率为2.4%，环比增长95.6%

## 3月团购外卖app渗透率排行榜及环比变化



## 3月团购外卖app DAU均值及去年12月相关数据



*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM　Document 160-13　Filed 03/03/23　Page 29 of 41 PageID #: 7616

**求职招聘**

- 金三银四的招聘季中，多数求职招聘app渗透率和DAU均值环比均有所增长；智联招聘、前程无忧、脉脉渗透率排名前三，3月渗透率分别为1.27%、1%、0.96%，DAU均值分别为102.6万、130.7万和128.6万

**求职招聘**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 30 of 41 PageID #: 7617

## 3月求职招聘app渗透率排行榜及环比变化



## 3月求职招聘app DAU均值及去年12月相关数据



数据来源：极光大数据

**知识付费**

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 31 of 41 PageID #: 7618

- 知识付费独立app领域，喜马拉雅3月渗透率达 9.46%，3月DAU均值达1010.5万；蜻蜓FM 3月渗透率达1.54%，DAU均值达184.6万；得到3月渗透率为0.78%，环比增长达51%，DAU均值为65.1万；头条系问答类app悟空问答渗透率为0.16%，环比增长达134.7%



### 3月知识付费app渗透率排行榜及环比变化



### 3月知识付费app DAU均值及去年12月相关数据

*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM　　Document 160-13　　Filed 03/03/23　　Page 32 of 41 PageID #: 7619

## 四、总榜

### 3月市场渗透率top 100 apps

- 极光大数据显示，3月市场渗透率top 100榜单新晋app有QQ飞车手游（66名，7.4%）、绝地求生：刺激战场（69名，6.8%）

## 市场渗透率top 100 apps （1/2）

| 3月排名 | 较12月变化(2017年) | 应用名 | 市场渗透率 | 环比增长率 |
|---|---|---|---|---|
| 1 | - | 微信 | 86.4% | 2.0% |
| 2 | - | QQ | 71.4% | 0.9% |
| 3 | 1 | 支付宝 | 59.7% | 10.4% |
| 4 | -1 | 手机淘宝 | 55.8% | 4.8% |
| 5 | - | WiFi万能钥匙 | 46.0% | 3.0% |
| 6 | - | 腾讯视频 | 45.9% | 6.5% |
| 7 | 1 | 爱奇艺 | 43.6% | 5.0% |
| 8 | 1 | 高德地图 | 41.5% | 6.5% |
| 9 | -2 | 搜狗输入法 | 40.7% | -1.6% |
| 10 | - | 手机百度 | 36.4% | 0.3% |
| 11 | - | 新浪微博 | 35.0% | 3.2% |
| 12 | - | 美团 | 34.8% | 7.2% |
| 13 | 1 | 应用宝 | 32.9% | 5.4% |
| 14 | -1 | 酷狗音乐 | 32.8% | 2.3% |
| 15 | - | QQ浏览器 | 30.8% | 0.9% |
| 16 | 1 | 百度输入法 | 30.3% | 7.0% |
| 17 | -1 | 百度地图 | 28.8% | 0.6% |
| 18 | 1 | 优酷 | 28.8% | 8.1% |
| 19 | -1 | QQ音乐 | 25.9% | 4.5% |
| 20 | - | 快手 | 25.6% | 11.7% |
| 21 | 2 | 今日头条 | 24.2% | 13.6% |
| 22 | -1 | 腾讯新闻 | 24.1% | 7.4% |
| 23 | 3 | 拼多多 | 22.4% | 15.6% |
| 24 | - | 京东 | 22.3% | 8.0% |
| 25 | -3 | 王者荣耀 | 21.7% | -0.5% |
| 26 | -1 | 全民K歌 | 21.6% | 6.3% |
| 27 | - | UC浏览器 | 18.6% | -2.3% |
| 28 | - | 腾讯手机管家 | 16.8% | -1.8% |
| 29 | 36 | 抖音短视频 | 16.5% | 121.3% |
| 30 | -1 | 唯品会 | 16.4% | 4.5% |
| 31 | -1 | 携程旅行 | 15.2% | 11.8% |
| 32 | - | 百度网盘 | 14.6% | 8.9% |
| 33 | -2 | 美图秀秀 | 14.3% | 5.6% |
| 34 | 23 | 火山小视频 | 14.1% | 77.2% |

Case 1:20-cv-01830-DG-TAM     Document 160-13     Filed 03/03/23     Page 33 of 41 PageID #: 7620

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | 2 | | 滴滴出行 | | 13.7% | 14.0% |
| 36 | -2 | | QQ邮箱 | | 13.6% | 8.6% |
| 37 | 1 | | 58同城 | | 13.4% | 15.4% |
| 38 | -3 | | 开心消消乐 | | 13.1% | 1.3% |
| 39 | -3 | | 去哪儿旅行 | | 12.3% | 2.6% |
| 40 | -7 | | 讯飞输入法 | | 12.2% | -5.6% |
| 41 | 20 | | 西瓜视频 | | 12.2% | 60.4% |
| 42 | -3 | | 大众点评 | | 11.5% | 2.6% |
| 43 | -2 | | 中国建设银行 | | 11.2% | 9.1% |
| 44 | - | | QQ同步助手 | | 10.5% | 6.4% |
| 45 | - | | Faceu激萌 | | 10.5% | 7.4% |
| 46 | -4 | | 作业帮 | | 10.5% | 5.7% |
| 47 | - | | 网易云音乐 | | 10.1% | 11.6% |
| 48 | -8 | | 360手机卫士 | | 10.1% | -6.0% |
| 49 | -6 | | 美颜相机 | | 9.8% | -0.3% |
| 50 | - | | 喜马拉雅 | | 9.5% | 12.1% |

Case 1:20-cv-01830-DG-TAM　　Document 160-13　　Filed 03/03/23　　Page 34 of 41 PageID #: 7621

## ▌市场渗透率top 100 apps （ 2/2 ）

| 3月排名 | 较12月变化 (2017年) | | 应用名 | 市场渗透率 | 环比增长率 |
|---|---|---|---|---|---|
| 51 | 4 | | 铁路12306 | 9.1% | 18.1% |
| 52 | -6 | | 360手机助手 | 9.1% | -4.9% |
| 53 | 1 | | B612咔叽 | 9.1% | 16.6% |
| 54 | -2 | | 天猫 | 8.4% | 4.8% |
| 55 | 9 | | 中国工商银行 | 8.4% | 15.1% |
| 56 | -7 | | 欢乐斗地主（腾讯） | 8.3% | -1.9% |
| 57 | 2 | | WiFi 管家 | 8.1% | 7.6% |
| 58 | 4 | | 中国移动手机营业厅 | 8.1% | 11.0% |
| 59 | -6 | | 饿了么 | 7.9% | 1.2% |
| 60 | 7 | | 联通手机营业厅 | 7.7% | 12.2% |
| 61 | -10 | | 百度手机助手 | 7.7% | -7.8% |
| 62 | -4 | | 猎豹清理大师 | 7.6% | 0.8% |
| 63 | - | | 一点资讯 | 7.5% | 3.0% |
| 64 | 6 | | 农行掌上银行 | 7.4% | 15.0% |
| 65 | 1 | | 芒果TV | 7.4% | 7.6% |
| 66 | * | | QQ飞车手游 | 7.4% | 2601.1% |
| 67 | 2 | | 哔哩哔哩 | 7.2% | 12.2% |
| 68 | -8 | | 酷我音乐 | 7.2% | -1.7% |
| 69 | * | | 绝地求生：刺激战场 | 6.8% | ◆ |
| 70 | -14 | | 天天快报 | 6.7% | -13.2% |
| 71 | 2 | | 工银融E联 | 6.5% | 10.5% |
| 72 | -1 | | 墨迹天气 | 6.2% | 3.1% |
| 73 | 5 | | 内涵段子 | 6.2% | 12.5% |
| 74 | -6 | | 掌阅 | 6.1% | -6.5% |
| 75 | 17 | | 交管12123 | 6.0% | 34.3% |
| 76 | -4 | | 天天P图 | 6.0% | 1.6% |
| 77 | 5 | | 美团外卖 | 5.6% | 7.0% |
| 78 | -3 | | MOMO陌陌 | 5.5% | -3.5% |
| 79 | -5 | | QQ空间 | 5.4% | -4.9% |
| 80 | - | | 穿越火线-枪战王者 | 5.4% | 1.5% |
| 81 | 5 | | 电信营业厅 | 5.4% | 8.9% |
| 82 | -3 | | QQ安全中心 | 5.3% | 0.0% |
| 83 | -7 | | 荒野行动 | 5.2% | -6.1% |
| 84 | -7 | | 搜狐视频 | 5.1% | -6.9% |
| 85 | 6 | | 迅雷 | 4.9% | 10.1% |
| 86 | 16 | | Quik | 4.9% | 24.4% |
| 87 | -6 | | ofo共享单车 | 4.9% | -6.4% |
| 88 | 6 | | 闲鱼 | 4.8% | 10.9% |
| 89 | 7 | | 邮储银行 | 4.8% | 11.7% |
| 90 | -5 | | 360清理大师 | 4.7% | -4.7% |
| 91 | 6 | | 汽车之家 | 4.7% | 12.7% |
| 92 | -8 | | 摩拜单车 | 4.6% | -8.3% |
| 93 | 8 | | 今日头条极速版 | 4.6% | 14.7% |
| 94 | -5 | | 百度贴吧 | 4.6% | 1.7% |
| 95 | -12 | | 乐视视频 | 4.5% | -12.7% |

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 35 of 41 PageID #: 7622

| | | | | | |
|---|---|---|---|---|---|
| 96 | -9 | | 网易新闻 | 4.5% | -7.0% |
| 97 | 6 | | 多看阅读 | 4.5% | 13.9% |
| 98 | 2 | | 翼支付 | 4.4% | 10.9% |
| 99 | -9 | | Microsoft Word | 4.4% | -2.7% |
| 100 | -5 | | 网易有道词典 | 4.4% | 2.4% |

## 3月新增用户7天留存率top 100 apps

- 极光大数据显示，3月7天留存率top 100榜单前三甲是Microsoft Word（91.7%）、 一点资讯（85.2%）、多看阅读（83.0%）

## 7天留存率top 100 apps （1/2）

| 3月排名 | | 应用名 | 新增用户7天留存率 | 环比增长率 |
|---|---|---|---|---|
| 1 | | Microsoft Word | 91.7% | -3.8% |
| 2 | | 一点资讯 | 85.2% | 3.1% |
| 3 | | 多看阅读 | 83.0% | 9.7% |
| 4 | | 作业帮 | 79.2% | 3.2% |
| 5 | | 交管12123 | 76.3% | -7.3% |
| 6 | | B612咔叽 | 76.3% | -3.9% |
| 7 | | WiFi万能钥匙 | 76.1% | -6.2% |
| 8 | | 中国移动手机营业厅 | 75.6% | -0.6% |
| 9 | | 邮储银行 | 75.5% | -9.0% |
| 10 | | 搜狗输入法 | 75.4% | -9.4% |
| 11 | | 网易云音乐 | 75.4% | -2.7% |
| 12 | | 猎豹清理大师 | 75.3% | 0.5% |
| 13 | | QQ安全中心 | 75.0% | -4.9% |
| 14 | | 抖音短视频 | 74.4% | 1.4% |
| 15 | | 酷狗音乐 | 74.2% | -6.8% |
| 16 | | 联通手机营业厅 | 73.6% | -7.0% |
| 17 | | Faceu激萌 | 73.4% | -2.0% |
| 18 | | 支付宝 | 73.3% | -8.5% |
| 19 | | 美颜相机 | 73.3% | -3.9% |
| 20 | | 快手 | 73.2% | -3.3% |
| 21 | | 绝地求生：刺激战场 | 73.1% | * |
| 22 | | 美图秀秀 | 73.1% | -3.1% |
| 23 | | 翼支付 | 73.0% | -9.1% |
| 24 | | QQ音乐 | 72.9% | -5.9% |
| 25 | | | | |

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 36 of 41 PageID #: 7623



| 25 | 农行掌上银行 | 72.7% | -9.1% |
| 26 | 腾讯手机管家 | 72.6% | -2.0% |
| 27 | 全民K歌 | 72.1% | -3.0% |
| 28 | 网易有道词典 | 71.9% | -6.0% |
| 29 | 腾讯视频 | 71.9% | -6.2% |
| 30 | 讯飞输入法 | 71.7% | -7.3% |
| 31 | 百度网盘 | 71.5% | -3.8% |
| 32 | 手机淘宝 | 71.3% | -3.9% |
| 33 | 58同城 | 71.1% | -4.7% |
| 34 | 优酷 | 71.0% | -2.1% |
| 35 | 微信 | 70.9% | -9.5% |
| 36 | 拼多多 | 70.9% | -5.2% |
| 37 | 哔哩哔哩 | 70.9% | -2.2% |
| 38 | 电信营业厅 | 70.7% | -7.5% |
| 39 | 爱奇艺 | 70.7% | -5.9% |
| 40 | 喜马拉雅 | 70.6% | -9.2% |
| 41 | QQ空间 | 70.5% | -7.3% |
| 42 | WiFi 管家 | 70.3% | 4.1% |
| 43 | 欢乐斗地主（腾讯） | 70.2% | -7.1% |
| 44 | QQ | 70.2% | -7.1% |
| 45 | 天天P图 | 69.7% | -5.0% |
| 46 | QQ邮箱 | 69.6% | -8.7% |
| 47 | 芒果TV | 69.4% | -3.0% |
| 48 | 酷我音乐 | 69.4% | -3.3% |
| 49 | 手机百度 | 69.4% | -8.0% |
| 50 | 闲鱼 | 69.3% | -4.9% |

Case 1:20-cv-01830-DG-TAM　　Document 160-13　　Filed 03/03/23　　Page 37 of 41 PageID #: 7624

# 7天留存率top 100 apps （2/2）

| 3月排名 | 应用名 | 新增用户7天留存率 | 环比增长率 |
|---|---|---|---|
| 51 | 中国建设银行 | 69.2% | -11.1% |
| 52 | 高德地图 | 69.1% | -8.3% |
| 53 | QQ浏览器 | 69.1% | -4.4% |
| 54 | 唯品会 | 69.0% | -0.9% |
| 55 | 开心消消乐 | 68.9% | -4.8% |
| 56 | UC浏览器 | 68.8% | -1.3% |
| 57 | 百度贴吧 | 68.8% | -5.9% |
| 58 | 360清理大师 | 68.7% | 9.3% |
| 59 | 百度地图 | 68.6% | -9.6% |
| 60 | 新浪微博 | 68.6% | -3.2% |
| 61 | 腾讯新闻 | 68.5% | -4.6% |
| 62 | 美团外卖 | 68.4% | -6.7% |
| 63 | 中国工商银行 | 68.3% | -10.3% |
| 64 | 饿了么 | 68.3% | -8.6% |
| 65 | 滴滴出行 | 67.8% | -12.3% |
| 66 | 内涵段子 | 67.6% | 9.6% |
| 67 | 工银融E联 | 67.4% | -9.7% |
| 68 | 搜狐视频 | 67.4% | -7.0% |
| 69 | 西瓜视频 | 67.3% | 3.4% |
| 70 | 360手机卫士 | 67.1% | 5.2% |
| 71 | 百度手机助手 | 67.0% | -5.9% |
| 72 | ofo共享单车 | 66.9% | -10.9% |
| 73 | 墨迹天气 | 66.8% | -4.1% |
| 74 | 火山小视频 | 66.5% | 1.5% |
| 75 | 美团 | 66.5% | -9.0% |
| 76 | 应用宝 | 66.1% | -1.2% |
| 77 | 王者荣耀 | 66.1% | -0.4% |
| 78 | 京东 | 65.4% | -6.5% |
| 79 | 携程旅行 | 64.9% | -9.6% |
| 80 | 今日头条 | 64.8% | -3.4% |
| 81 | QQ飞车手游 | 64.7% | 5.8% |
| 82 | 铁路12306 | 64.1% | -13.5% |
| 83 | 去哪儿旅行 | 64.1% | -8.6% |
| 84 | 掌阅 | 64.0% | -9.6% |
| 85 | 今日头条极速版 | 63.3% | 2.4% |
| 86 | 360手机助手 | 63.2% | 10.5% |
| 87 | 汽车之家 | 63.2% | -12.2% |
| 88 | 迅雷 | 63.1% | -5.5% |
| 89 | QQ同步助手 | 63.1% | -2.7% |
| 90 | 天猫 | 62.9% | -11.3% |
| 91 | 网易新闻 | 62.9% | -6.2% |
| 92 | 摩拜单车 | 62.3% | -12.1% |
| 93 | 乐视视频 | 62.0% | -13.4% |
| 94 | 大众点评 | 61.2% | -10.4% |
| 95 | 天天快报 | 59.7% | 5.0% |
| 96 | 穿越火线-枪战王者 | 59.1% | -8.2% |
| 97 | 百度输入法 | 59.0% | 7.8% |

Case 1:20-cv-01830-DG-TAM    Document 160-13    Filed 03/03/23    Page 38 of 41 PageID #: 7625

| 97 | | 百度輸入法 | 39.0% | -7.8% |
| 98 | | MOMO陌陌 | 59.0% | -1.7% |
| 99 | | Quik | 56.3% | -12.1% |
| 100 | | 荒野行动 | 51.0% | -13.5% |

## 报告说明

### 1.数据来源

极光大数据，源于极光云服务平台的行业数据采集及极光iApp平台针对各类移动应用的长期监测，并结合大样本算法开展的数据挖掘和统计分析

### 2.数据周期

报告整体时间段：2017年1月~2018年3月

具体数据指标请参考各页标注

城市等级划分按照城市等级划分根据第一财经2017年公布的《2017年中国城市分级完整名单》，具体如下：一线城市包括北京市、上海市、广州市、深圳市4个城市；新一线城市包括成都市、杭州市、武汉市、重庆市等15个城市；二线城市包括厦门市、福州市、无锡市、合肥市等30个城市；三线城市包括唐山市、保定市、东营市、宜昌市等70个城市；四线城市包括宜春市、河源市、开封市、商丘市等90个城市；五线城市包括鹰潭市、鄂州市、亳州市、荆门市等129个城市

### 3.法律声明

极光大数据所提供的数据信息系依据大样本数据抽样采集、小样本调研、数据模型预测及其他研究方法估算、分析得出，由于方法本身存在局限性，极光大数据依据上述方法所估算、分析得出的数据信息仅供参考，极光大数据不对上述数据信息的精确性、完整性、适用性和非侵权性做任何保证。任何机构或个人援引或基于上述数据信息所采取的任何行动所造成的法律后果均与极光大数据无关，由此引发的相关争议或法律责任皆由行为人承担

Case 1:20-cv-01830-DG-TAM Document 160-13 Filed 03/03/23 Page 39 of 41 PageID #: 7626

## 4.报告其他说明

本次报告聚焦于app整体市场各维度的排名

极光大数据后续将利用自身的大数据能力，对各领域进行更详尽的分析解读和商业洞察，敬请期待

## 5.报告注释

2018年极光针对活跃用户数采用了更加精准的计算方法，部分app的量级进行了调整，请读者以当前最新数据报告中的数据为准

**PDF版本将分享到199IT交流群，199IT感谢您的支持！**





**欢迎您加入199IT知识星球，感谢您支持我们的发展。**



Case 1:20-cv-01830-DG-TAM Document 160-13 Filed 03/03/23 Page 40 of 41 PageID #: 7627



1、用微信扫描左侧二维码；

2、知识星球主要以数据研究、报告分享、数据工具讨论为主；

3、加入后免费提问、免费阅读1.5万个相关数据内容，并同步海外优质数据文档；

4、每年只需199元，老用户可九折续费。

## 欢 迎 关 注 微 信 号：i199IT



扫描微信二维码,数据随身查

扫描左侧二维码或搜索添加微信公众号：**i199IT**

TMT最全的数据微信平台，随时随地获知有价值的数据信息

## 更多阅读：

- 极光大数据：2019年Q1移动互联网行业数据研究报告
- 极光大数据：2018年Q3移动互联网行业季度数据报告
- 极光大数据：2017年移动互联网行业盘点app榜单
- 极光大数据：2019年Q2移动互联网行业数据研究报告
- 极光大数据：2018年Q2移动互联网行业数据研究报告
- 极光大数据：2020年Q3移动互联网行业数据研究报告（附下载）
- 极光大数据：2019年Q1中国移动互联网数据
- 极光大数据：2018年Q3移动互联网行业季度数据研究报告
- 极光大数据：2018年5月移动消费金融行业观察
- 极光大数据：2017年O2O下半场分析报告（附下载）
- 极光大数据：2017年Q3移动互联网报告
- 极光大数据：2018年果粉调查报告（附下载）
- 极光大数据：2017年9月阴阳师app研究报告
- 极光大数据：2018年2月女性手游用户研究报告
- 极光大数据：新闻资讯类app研究报告（附下载）

Case 1:20-cv-01830-DG-TAM　Document 160-13　Filed 03/03/23　Page 41 of 41 PageID #: 7628