# Exhibit N

# LIONBRIDGE

STATE OF NEW YORK     )
                         )
                         )     ss
                         )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached excerpted disclaimer.

_____

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _15th_ day of __July__ , 20 _21_ .

_____

LAURA E MUSICH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MU6386791
Qualified in Queens County
My Commission Expires 01-28-2023

[page 60]

[...] Due to limitations inherent in the methods, data and information estimated and derived by Aurora

on the basis of the above methods are for reference only. Aurora does not guarantee the accuracy, completeness, applicability, and non-infringement of the above data and information. [...]

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 6 of 68 PageID #: 7634

支持199IT发展可加入知识交流群（10K+用户），最有价值数据分享！　　　点击即可加入！　　　关闭　　　✖

搜索

# 极光大数据：2018年Q3移动互联网行业季度数据报告

2018年10月31日　　研究报告　移动互联网



极光大数据（纳斯达克股票代码：JG）发布《2018年Q3移动互联网行业季度数据研究报告》，从用户洞察、飙升排行、细分领域洞察、排行总榜等维度全方位呈现2018年Q3移动互联网行业的方方面面。

**数据亮点：**

- 中国移动网民每日平均有4.2小时花费在手机app的使用上；其中，花费在社交网络类app的时长最长，为88.6分钟
- 新闻资讯领域，腾讯新闻以23.8%的渗透率位列第一，9月DAU均值达9400.4万
- 手机游戏领域，截至今年9月，行业渗透率为49.6%，同比下滑7.6%，行业DAU在过去半年里下降734.2万

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 7 of 68 PageID #: 7635

- 知识付费领域，以喜马拉雅为首的知识付费应用渗透率多呈上涨趋势，其中，喜马拉雅以13.4%的渗透率居于首位
- 在线旅游领域，2018年9月的行业渗透率为35.8%，相比去年同期增长了9.4%。9月行业DAU均值达4004.1万
- 短视频领域，截至今年9月，行业渗透率达65.1%，同比增长52.8%，行业DAU在9月达到2.95亿
- 团购外卖行业经过收购洗牌后，行业渗透率进一步增长，在今年9月达到54.4%，同比增长24.2%

## 一、整体app市场概览

### 移动网民app安装特征

- 2018年Q3，中国移动网民手机中人均安装app的总量为50款，与Q2相比有大幅增长
- 2018年Q3，平均每月中国移动网民人均新装app数量为12.9款，同期卸载app数量为3.9款

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 8 of 68 PageID #: 7636

## 移动网民手机人均安装app的总量



2017Q3    2017Q4    2018Q1    2018Q2    2018Q3

## 2018年Q3平均每月移动网民人均新安装及卸载app的数量



新安装 **12.9** 款    卸载 **3.9** 款

*数据来源：极光大数据*

**移动网民app使用习惯**

· 中国移动网民每日平均有4.2小时花费在手机app的使用上；其中，花费在社交网络类app的时长最长，为88.6分钟；花费在网络视频类app的时长达62.7分钟；花费在新闻资讯类app的时长为23.9分钟

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 9 of 68 PageID #: 7637



**9月移动网民日均app使用时长top 10 app类型**

单位：分钟

| 类型 | 时长 |
|------|------|
| 社交网络 | 88.6 |
| 网络视频 | 62.7 |
| 新闻资讯 | 23.9 |
| 系统工具 | 22.9 |
| 手机游戏 | 19.0 |
| 数字阅读 | 9.2 |
| 网络购物 | 8.6 |
| 数字音乐 | 4.3 |
| 旅游出行 | 3.2 |
| 金融理财 | 2.3 |

**移动网民日均app使用时长**

4.2小时

数据来源：极光大数据

## 不同性别移动网民app偏好

- 在女性移动网民app偏好指数top 10中，对女性健康管理类app美柚的偏好指数最高，分享社区类app小红书偏好度达65.2，在线视频类app韩剧TV的偏好度为61.4
- 在男性移动网民app偏好指数top 10中，对汽车资讯类app汽车之家偏好指数达58.4，对实用工具类app货车帮偏好度达54.3

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 10 of 68 PageID #: 7638

# 不同性别移动网民app偏好



| App名称 | App偏好指数 |
|---|---|
| 美柚 | 67.0 |
| 小红书 | 65.2 |
| 韩剧TV | 61.4 |
| 无他相机 | 60.7 |
| B612咔叽 | 59.3 |
| 美图秀秀 | 59.2 |
| 芒果TV | 58.3 |
| Faceu激萌 | 58.3 |
| 快看漫画 | 57.7 |
| 天天P图 | 53.9 |

**女 性 用 户**
App偏好指数top 10

**男 性 用 户**
App偏好指数top 10

| App名称 | App偏好指数 |
|---|---|
| 汽车之家 | 58.4 |
| 货车帮 | 54.3 |
| 电信营业厅 | 53.8 |
| 平安好车主 | 52.5 |
| 交管12123 | 52.4 |
| 探探 | 52.3 |
| 网易新闻 | 51.9 |
| 滴滴车主 | 49.4 |
| 悦动圈 | 47.8 |
| 暴风影音 | 47.8 |

*数据来源：极光大数据*

*\*极光app偏好指数为极光基于app大数据挖掘建立的评价指标，用于评估该群体相对于平均水平而言，对于某款app的偏好程度；极光app偏好指数算法于2018年Q2有更新*

**不同年龄层移动网民app偏好**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 11 of 68 PageID #: 7639

· 不同年龄段层的中国移动网民对app的偏好存在明显差异。15岁及以下和36~45岁的移动网民对教育学习类app有较高的偏好；16~25岁移动网民对小红书偏好指数较高；26~35岁偏好指数top 1是小豆苗疫苗助手；45岁以上移动网民对今日头条极速版偏好指数达73.1

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 12 of 68 PageID #: 7640

## 不同年龄层移动网民app偏好



| | | |
|---|---|---|
| 作业互助组 | 85.5 | |
| 作业帮 | 83.2 | |
| 快看漫画 | 77.6 | |
| 搜狐新闻 | 74.6 | |
| UC浏览器 | 71.1 | **15岁及以下** |

| | | |
|---|---|---|
| 70.3 | 小红书 | |
| 70.1 | 哔哩哔哩 | |
| 70.1 | 网易云音乐 | |
| 69.1 | B612咔叽 | |
| 67.6 | 芒果TV | |

**16-25岁**

| | | |
|---|---|---|
| 小豆苗疫苗助手 | 51.8 | |
| 货车帮 | 51.0 | |
| 百度视频 | 50.0 | |
| 美柚 | 49.8 | |
| 平安好医生 | 49.4 | **26-35岁** |

| | | |
|---|---|---|
| 75.3 | 一起作业学生 | |
| 73.6 | 作业帮 | |
| 70.4 | 家长通 | |
| 68.3 | 纳米盒 | |
| 63.8 | 作业互助组 | |

**36-45岁**

| | | |
|---|---|---|
| 今日头条极速版 | 73.1 | |
| 相册管家 | 70.0 | |
| 工银融E联 | 69.9 | |
| 平安好医生 | 69.8 | |
| 凤凰新闻 | 68.4 | **45岁以上** |

数据来源：极光大数据

*极光app偏好指数为极光基于app大数据挖掘建立的评价指标，用于评估该群体相对于平均水平而言，对于某款app的偏好程度；极光app偏好指数算法于2018年Q2有更新

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 13 of 68 PageID #: 7641

**不同城市等级移动网民app偏好**

· 一线城市的中国移动网民最偏好的app为ofo共享单车；新一线城市移动网民对车来了有较高偏好度；
  二、三线城市移动网民均偏好快看漫画及美柚；四线及以下城市移动网民对美柚、作业互助组的偏好
  度较高

Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 14 of 68 PageID #: 7642

## 不同城市等级移动网民app偏好

| | App名称 | App偏好指数 |
|---|---|---|
| **一线城市** | ofo共享单车 | 67.5 |
| | 摩拜单车 | 65.7 |
| | 多点 | 63.8 |
| | 嘀嗒出行 | 60.7 |
| | 招商银行 | 60.4 |
| **新一线城市** | 车来了 | 60.9 |
| | 嘀嗒出行 | 53.5 |
| | 快看漫画 | 52.7 |
| | ofo共享单车 | 52.0 |
| | 滴滴出行 | 50.4 |
| **二线城市** | 快看漫画 | 54.1 |
| | 美柚 | 48.5 |
| | 天天中彩票 | 47.2 |
| | 韩剧TV | 46.3 |
| | 探探 | 46.2 |
| **三线城市** | 快看漫画 | 53.1 |
| | 美柚 | 48.9 |
| | 作业互助组 | 48.0 |
| | 看漫画 | 47.2 |
| | 智慧树 | 46.6 |
| **四线及以下城市** | 美柚 | 56.9 |
| | 作业互助组 | 51.7 |
| | 平安好医生 | 50.8 |
| | 货车帮 | 50.5 |
| | 种子视频 | 48.6 |

数据来源：极光大数据

*极光app偏好指数为极光基于app大数据挖掘建立的评价指标，用于评估该群体相对于平均水平而言，对于某款app的偏好程度；城市等级划分根据第一财经发布的《2018年中国城市商业魅力排行榜》 ，详情见文末注释

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 15 of 68 PageID #: 7643

## 二、飙升榜

### 渗透率环比增长率top 10

· 轻颜相机渗透率环比增长2478.7%，9月渗透率达1.3%；百度团队推出的好看视频9月渗透率达5.8%，环比增长145.7%；办公工具类应用腾讯文件管理器环比增长率为141.3%；云闪付9月渗透率增至3.2%，环比增长率达66.6%；短视频类应用微视环比增长63.4%，9月渗透率达1.8%

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 16 of 68 PageID #: 7644



# App渗透率环比增长率top 10

**环比增长率**　　■9月渗透率　■6月渗透率

| 环比增长率 | App | 9月渗透率 |
|---|---|---|
| 2478.7% | 轻颜相机 | 1.3% |
| 145.7% | 好看视频 | 5.8% |
| 141.3% | 腾讯文件管理器 | 4.1% |
| 66.6% | 云闪付 | 3.2% |
| 63.4% | 微视 | 1.8% |
| 53.7% | 小红书 | 4.2% |
| 48.4% | 趣头条 | 5.7% |
| 38.5% | 智能答疑 | 1.9% |
| 37.5% | 一淘 | 1.4% |
| 31.9% | 百词斩 | 3.0% |

*数据来源：极光大数据*

*\*渗透率环比增长率指Q3最后一个月数据与2018年Q2最后一个月数据相比较，即环比 ＝（9月渗透率-6月渗透率）/6月渗透率，如未特别注明，以下报告环比概念定义相同； app取数范围仅包含渗透率排名前300的app*

**DAU环比增长率top 10**

· 被网红效应带火的轻颜相机，DAU环比增长3480.7%，9月DAU达233.6万；贝店环比增长201.9%，9 月DAU达200.4万；好看视频、微鲤头条和清理大师的DAU环比增长率均过百，其中好看视频9月DAU 达到1068.7万；游戏推荐平台TapTap 9月DAU达173万，DAU环比增长81.6%

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 17 of 68 PageID #: 7645



数据来源：极光大数据

*DAU环比增长指Q3最后一个月数据与Q2最后一个月数据相比较，即环比=（9月月均 DAU-6月月均DAU）/6月月均DAU，如未特别注明，以下报告环比概念定义相同；取数范 围仅包含DAU排名前300的app

## 三、细分榜

### 社交网络行业渗透率及月均DAU

· 社交网络领域在近年趋于饱和，但同时也有试图从不同角度切入社交网络领域的挑战者入场。从过去 一年的社交网络行业渗透率来看，该领域发展平稳，全行业渗透率在2018年9月达到99.7%，9月行业 月均DAU达7.3亿

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 18 of 68 PageID #: 7646

## 社交网络行业渗透率



## 社交网络行业月均DAU

单位：百万



*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

### 社交网络

· 社交网络霸主微信9月渗透率为85.8%，DAU均值达6.2亿；QQ 9月渗透率为69.3%，9月月均DAU近2.7亿；新浪微博渗透率达34.3%，月均DAU增长至近1.2亿；上榜应用中，百度贴吧和最右的渗透率分别上升了7.5%和9.5%

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 19 of 68 PageID #: 7647

## 9月社交网络app渗透率排行榜及环比变化



## 9月社交网络app DAU均值及6月相关数据



数据来源：极光大数据

### 新闻资讯行业渗透率及月均DAU

· 在过去一年里，新闻资讯行业渗透率同比增长11.3%，2018年9月渗透率达62.2%。相较同年4月，行业月均DAU有千万级增长，9月DAU均值达2.9亿

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 20 of 68 PageID #: 7648

## 新闻资讯行业渗透率



## 新闻资讯行业月均DAU



*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

### 新闻资讯

- 在新闻资讯领域，腾讯新闻以23.8%的渗透率位列第一，9月DAU均值达9400.4万；今日头条以21.4%的渗透率居于次位；今日头条极速版以7.3%的渗透率紧随其后；top 10 app中，趣头条环比增长最多，达47.7%，9月渗透率为5.7%

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 21 of 68 PageID #: 7649

## 9月新闻资讯app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月新闻资讯app DAU均值及6月相关数据



*数据来源：极光大数据*

**手机游戏行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 22 of 68 PageID #: 7650

- 或受今年3月版号停发的影响，手机游戏行业整体呈现波动下降态势。截至今年9月，手机游戏行业渗透率为49.6%，同比下滑7.6%。行业DAU在过去半年里下降了734.2万，9月行业DAU为9958万



### 手机游戏行业渗透率



### 手机游戏行业月均DAU

*单位：百万*

*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

### 手机游戏

- 2018年Q3手机游戏市场的头部玩家阵营依然由腾讯主导。王者荣耀以17.4%的渗透率位列第一；排名第二的绝地求生：刺激战场渗透率上升至13.0%，环比增长6.2%，9月DAU均值达1493.6万；迷你世界9月渗透率环比增长12.4%，DAU均值达372.4万

Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 23 of 68 PageID #: 7651

## 9月手机游戏app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月手机游戏app DAU均值及6月相关数据



数据来源：极光大数据

**汽车服务行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 24 of 68 PageID #: 7652

· 汽车服务行业渗透率在过去一年里呈现波动增长趋势，截至今年9月，汽车服务行业渗透率达到 27.5%，同比增长34.8%。9月DAU均值为3735.8万。近年来随着中国汽车市场规模不断扩大，对汽车 服务行业的需求或将进一步增长



### 汽车服务行业渗透率



### 汽车服务行业月均DAU

单位：万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**汽车服务**

Case 1:20-cv-01830-DG-TAM　Document 160-14　Filed 03/03/23　Page 25 of 68 PageID #: 7653

- 交管12123的9月渗透率为8%，环比增长19.3%，在top 10 app里最高，DAU均值达303.3万；平安好车主9月渗透率环比增长10%，DAU均值达156.5万；懂车帝、瓜子二手车以及途虎养车的9月渗透率均有不同程度上升

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 26 of 68 PageID #: 7654

## 9月汽车服务app渗透率排行榜及环比变化



## 9月汽车服务app DAU均值及6月相关数据



数据来源：极光大数据

**知识付费行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 27 of 68 PageID #: 7655

- 知识付费行业渗透率在过去一年里呈现波动上升趋势，截至2018年9月，该行业渗透率达18.9%，同比增长67.3%。行业月均DAU在今年9月达到了1835.8万，相比同年4月有百万级增长

## 知识付费行业渗透率



## 知识付费行业月均DAU

单位：万



数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**知识付费**

Case 1:20-cv-01830-DG-TAM　Document 160-14　Filed 03/03/23　Page 28 of 68 PageID #: 7656

· 9月份，以喜马拉雅为首的知识付费应用渗透率多呈上涨趋势；喜马拉雅以13.4%的渗透率居于首位，知乎渗透率达6.2%，位居第二，环比增长11.0%；上榜app中，网易云课堂渗透率环比增量最高，为16.4%，9月DAU均值达13.3万

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 29 of 68 PageID #: 7657

## 9月知识付费app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月知识付费app DAU均值及6月相关数据



数据来源：极光大数据

**综合商城行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 30 of 68 PageID #: 7658

· 或受不同时间的电商节活动影响，过去一年里，综合商城行业渗透率处在波动上升状态。截至今年9月渗透率达82.6%，同比增长11.3%。9月行业DAU达2.09亿，较4月下降了629.8万



综合商城行业渗透率



综合商城行业月均DAU

单位：百万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**综合商城**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 31 of 68 PageID #: 7659

· 综合商城app中，前三甲手机淘宝、拼多多和京东的9月渗透率较6月基本持平，渗透率环比分别增长了0.3%、0.2%和0.4%；苏宁易购9月渗透率为4.8%，环比增长7.5%；当当渗透率环比增长最多，达17.6%，9月DAU为57.8万

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 32 of 68 PageID #: 7660

## 9月综合商城app渗透率排行榜及环比变化



## 9月综合商城app DAU均值及6月相关数据



数据来源：极光大数据

**K12教育行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 33 of 68 PageID #: 7661

- K12教育的行业渗透率及月均DAU有明显随时间变化的趋势，在今年9月开学季，K12教育行业渗透率达 20.6%，同比增长20.5%；月均DAU也从8月的2028万增至3804万

### K12教育业渗透率



### K12教育行业月均DAU

单位：百万



数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

### K12教育

- 9月份，作业帮以9.8%的渗透率领跑K12教育领域，DAU达1022.2万；一起小学学生9月渗透率3.4%，环比增长17.5%，DAU增长至681万；纳米盒涨幅明显，9月渗透率达1.3%，环比增长17.2%

Case 1:20-cv-01830-DG-TAM     Document 160-14     Filed 03/03/23     Page 34 of 68 PageID #: 7662

## 9月K12教育app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月K12教育app DAU均值及6月相关数据



数据来源：极光大数据

**跨境电商行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 35 of 68 PageID #: 7663

- 或因政策影响，跨境电商在过去一年里的渗透率呈上升趋势，截至今年9月，跨境电商行业渗透率达2.6%，同比增长136%。9月行业DAU均值达231.2万

### 跨境电商行业渗透率



### 跨境电商行业月均DAU

单位：万



*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**跨境电商**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 36 of 68 PageID #: 7664

- 9月份，网易考拉海购渗透率在跨境电商中排位第一，达1.29%，环比增长11.6%，DAU均值从6月的161.6万上升至9月的205.8万；环球捕手9月渗透率达0.22%，环比增长25.1%；别样奋起直追，9月渗透率环比增长62.4%，月均DAU达21.9万





*数据来源：极光大数据*

*部分app因所在应用类别调整未出现在此分类榜*

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 37 of 68 PageID #: 7665

**生鲜电商行业渗透率及月均DAU**

· 在各电商巨头的带动下，过去一年里，生鲜电商行业渗透率同比增长133.3%，2018年9月渗透率达 4.2%，呈现明显的上升趋势。截至今年9月，生鲜电商行业DAU均值达298.1万



**生鲜电商行业渗透率**



**生鲜电商行业月均DAU**

单位：万

*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**生鲜电商**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 38 of 68 PageID #: 7666

· 9月份的生鲜电商领域，渗透率整体呈现上升态势。多点以1.3%的渗透率领先，环比增长15.4%，9月 DAU均值增至136.4万；阿里系的生鲜电商盒马渗透率为0.8%，环比增长53.6%；与阿里巴巴牵手的 大润发优鲜9月渗透率为0.2%，环比增长6.4%

## 9月生鲜电商app渗透率排行榜及环比变化



## 9月生鲜电商app DAU均值及6月相关数据



数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 39 of 68 PageID #: 7667

**在线旅游行业渗透率及月均DAU**

· 在线旅游行业2018年9月渗透率为35.8%，相比去年同期增长了9.4%。9月行业DAU均值达4004.1万，与同年4月DAU均值相比有千万级增长



**在线旅游行业渗透率**



**在线旅游行业月均DAU**

单位：万

*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**在线旅游**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 40 of 68 PageID #: 7668

· 在线旅游app中，携程旅行和去哪儿旅行依旧保持着领先优势；携程旅行9月渗透率为16.4%，DAU均值为1108.9万；去哪儿旅行9月渗透率为11.9%，DAU均值为973.2万；阿里系旅行品牌飞猪9月渗透率为4.2%，环比增长22.3%

## 9月在线旅游app渗透率排行榜及环比变化



## 9月在线旅游app DAU均值及6月相关数据



数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 41 of 68 PageID #: 7669

**用车服务行业渗透率及月均DAU**

· 从过去一年的数据来看，用车服务行业渗透率增长趋势明显，9月渗透率达22.5%，同比增长51.0%；
行业DAU经过过去半年的涨跌，9月DAU均值为1759.1万



用车服务行业渗透率



用车服务行业月均DAU

单位：万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**用车服务**

Case 1:20-cv-01830-DG-TAM     Document 160-14     Filed 03/03/23     Page 42 of 68 PageID #: 7670

· 滴滴出行在用车服务领域仍独占鳌头，9月渗透率达15.1%，环比增长5.5%，DAU均值小幅降低至1425.5万；嘀嗒出行9月渗透率为2.4%，环比增长23.8%，DAU均值上涨至134.5万；首汽约车9月渗透率为0.4%，环比增长54.8%

## 9月用车服务app渗透率排行榜及环比变化



## 9月用车服务app DAU均值及6月相关数据



数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 43 of 68 PageID #: 7671

**共享单车行业渗透率及月均DAU**

· 由ofo共享单车和摩拜单车领头的共享单车行业，2018年9月渗透率为10%，同比下降3.8%。9月行业月均DAU达914.7万，相较同年4月增长了85.6万



**共享单车行业渗透率**

**共享单车行业月均DAU**

*单位：万*



*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**共享单车**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 44 of 68 PageID #: 7672

· 9月的共享单车领域，摩拜单车以4%的渗透率跃居第一，环比增长1.8%，DAU均值小幅下降至269万；ofo共享单车渗透率达3.8%，退居第二，9月DAU均值为389.3万；哈罗单车和全能出行9月渗透率均有明显涨幅，分别上升了20.1%和32.5%



### 9月共享单车app渗透率排行榜及环比变化

*仅显示正环比增长率*



### 9月共享单车app DAU均值及6月相关数据

*数据来源：极光大数据*

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 45 of 68 PageID #: 7673

**短视频行业渗透率及月均DAU**

- 在过去一年里，短视频行业经历了各大厂商纷纷入水的火爆期，也经历了不合格内容关停整顿的冷却期。行业渗透率波动上涨，截至今年9月，短视频行业渗透率达65.1%，同比增长52.8%。行业DAU在9月达到2.95亿



**短视频行业渗透率**



**短视频行业月均DAU**

*单位：百万*

*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**短视频**

Case 1:20-cv-01830-DG-TAM　Document 160-14　Filed 03/03/23　Page 46 of 68 PageID #: 7674

· 9月，抖音短视频以33.8%的渗透率领军短视频领域，环比增长13.2%，涨速相较上一季度有所放缓；位居第二的快手9月渗透率为22.7%，DAU增长至9739.1万；由百度团队打造的好看视频9月渗透率为5.78%，环比增长145.7%，跃居第五位

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 47 of 68 PageID #: 7675

# 9月短视频app渗透率排行榜及环比变化



# 9月短视频app DAU均值及6月相关数据



网络直播行业渗透率及月均DAU

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 48 of 68 PageID #: 7676

- 或受政策影响，网络直播行业渗透率同比下降10.8%，2018年9月渗透率为18.9%。行业月均DAU为2124万，相较同年4月DAU均值有一定量的下滑



网络直播行业渗透率



网络直播行业月均DAU

单位：百万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**网络直播**

Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 49 of 68 PageID #: 7677

· 9月的直播领域，或因下架风波影响，渗透率和DAU均值多呈下降趋势。斗鱼直播以4.1%的渗透率保持第一，DAU均值达758.4万；虎牙直播9月渗透率为3.5%，DAU均值达525.2万；企鹅电竞渗透率环比增长2%，渗透率排名上升至第五位

Case 1:20-cv-01830-DG-TAM   Document 160-14   Filed 03/03/23   Page 50 of 68 PageID #: 7678

## 9月网络直播app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月网络直播app DAU均值及6月相关数据



数据来源：极光大数据

**在线视频行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 51 of 68 PageID #: 7679

· 截至今年9月，在线视频行业渗透率达80.4%，相比去年同期增长5.8%，行业整体呈现波动上涨趋势。同时，行业DAU出现千万级下滑，9月行业DAU均值为2.1亿

## 在线视频行业渗透率



## 在线视频行业月均DAU

单位：百万



*数据来源：极光大数据*

*数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）*

**在线视频**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 52 of 68 PageID #: 7680

· 9月份，腾讯视频、爱奇艺及优酷分别以48%、44.6%和30.8%的渗透率位列在线视频领域前三，其中腾讯视频DAU过亿；芒果TV 9月渗透率环比增长8.9%；此外，上一季度因世界杯版权影响渗透率猛增101.5%的咪咕视频，9月渗透率为3%

Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 53 of 68 PageID #: 7681

## 9月在线视频app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月在线视频app DAU均值及6月相关数据



数据来源：极光大数据

**在线音乐行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 54 of 68 PageID #: 7682

· 在线音乐领域，2018年9月行业渗透率达71.5%，同比增长7.7%。过去半年内行业DAU变化相对稳定，9月DAU均值达1.3亿



在线音乐行业渗透率



在线音乐行业月均DAU

单位：百万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**在线音乐**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 55 of 68 PageID #: 7683

· 在线音乐领域，酷狗音乐9月渗透率为32.7%，DAU均值达6892万；QQ音乐9月渗透率为25.5%，DAU均值为4936万；网易云音乐渗透率环比增长12.7%，达12.2%；虾米音乐9月渗透率上升至2.3%，环比增长3.8%

Case 1:20-cv-01830-DG-TAM   Document 160-14   Filed 03/03/23   Page 56 of 68 PageID #: 7684

## 9月在线音乐app渗透率排行榜及环比变化



## 9月在线音乐 app DAU均值及6月相关数据



数据来源：极光大数据

**团购外卖行业渗透率及月均DAU**

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 57 of 68 PageID #: 7685

· 团购外卖行业经过收购洗牌后，行业渗透率进一步增长，在今年9月达到54.4%，同比增长24.2%。9月行业月均DAU达5134.6万



团购外卖行业渗透率



团购外卖行业月均DAU

单位：百万

数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**团购外卖**

· 9月，美团以33.3%的渗透率领跑团购外卖领域，9月DAU均值达3265万；大众点评渗透率达11.2%，
  环比增长0.5%；饿了么渗透率为8.2%，环比增长8.2%；口碑，肯德基渗透率环比增长均超10%，9月
  渗透率分别为3%和2%

## 9月团购外卖app渗透率排行榜及环比变化



*仅显示正环比增长率

## 9月团购外卖app DAU均值及6月相关数据



数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 59 of 68 PageID #: 7687

**求职招聘行业渗透率及月均DAU**

· 在过去一年里，求职招聘行业整体处于波动上升状态，截至今年9月，行业渗透率达8%，同比增长135.3%。求职招聘行业9月DAU均值达632万





数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**求职招聘**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 60 of 68 PageID #: 7688

- 9月，求职招聘领域的上榜app渗透率普遍上涨。脉脉渗透率环比增长23.2%，DAU均值增至214.3万；智联招聘及前程无忧渗透率分别增长了5.4%和7.4%；而在上季度中排名第一的LinkedIn领英9月渗透率跌出前三；Boss直聘及其兄弟app看准，渗透率均有一定幅度的增长

### 9月求职招聘app渗透率排行榜及环比变化



*仅显示正环比增长率

### 9月求职招聘app DAU均值及6月相关数据



数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 61 of 68 PageID #: 7689

**买房租房行业渗透率及月均DAU**

- 在过去一年，买房租房行业渗透率同比增长80%，9月渗透率达到4.5%。行业DAU在今年9月达到了347.1万，较半年前增长了78.7万

### 买房租房行业渗透率



### 买房租房行业月均DAU



数据来源：极光大数据

数据周期：行业渗透率（2017.09-2018.09）行业月均DAU（2018.04-2018.09）

**买房租房**

Case 1:20-cv-01830-DG-TAM　　Document 160-14　　Filed 03/03/23　　Page 62 of 68 PageID #: 7690

- 9月的买房租房领域，安居客以2%的渗透率位居第一，环比增长10.1%，DAU均值增长至233.5万；而链家升级打造的贝壳找房9月渗透率为0.7%，环比增长88.2%，DAU均值达64.2万；自如、住这儿以及房多多渗透率均有一定量的增长



## 9月买房租房app渗透率排行榜及环比变化



## 9月买房租房app DAU均值及6月相关数据

数据来源：极光大数据

Case 1:20-cv-01830-DG-TAM     Document 160-14     Filed 03/03/23     Page 63 of 68 PageID #: 7691

## 四、总榜

**市场渗透率top 100 apps**



Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 64 of 68 PageID #: 7692

| 40 | 绝地求生:刺激战场 | | 13.0% |
| 41 | 中国建设银行 | | 12.8% |
| 42 | 西瓜视频 | | 12.6% |
| 43 | 网易云音乐 | | 12.2% |
| 44 | 360手机卫士 | | 12.2% |
| 45 | 去哪儿旅行 | | 11.9% |
| 46 | 开心消消乐 | | 11.3% |
| 47 | 大众点评 | | 11.2% |
| 48 | 中国工商银行 | | 10.8% |
| 49 | 铁路12306 | | 10.2% |
| 50 | QQ同步助手 | | 10.2% |

# 市场渗透率top 100 apps （ 2/2 ）



| 9月排名 | 应用名 | | 市场渗透率 |
| --- | --- | --- | --- |
| 51 | 作业帮 | | 9.8% |
| 52 | 360手机助手 | | 9.3% |
| 53 | 猎豹清理大师 | | 9.0% |
| 54 | B612咔叽 | | 8.9% |
| 55 | Faceu激萌 | | 8.9% |
| 56 | 美颜相机 | | 8.9% |
| 57 | 腾讯WIFI 管家 | | 8.7% |
| 58 | 农行掌上银行 | | 8.7% |
| 59 | 联通手机营业厅 | | 8.6% |
| 60 | 中国移动手机营业厅 | | 8.4% |
| 61 | 天猫 | | 8.4% |
| 62 | 饿了么 | | 8.2% |
| 63 | 交管12123 | | 8.0% |
| 64 | 哔哩哔哩 | | 7.9% |
| 65 | 芒果TV | | 7.8% |
| 66 | 今日头条极速版 | | 7.3% |
| 67 | 百度手机助手 | | 7.1% |
| 68 | 欢乐斗地主(腾讯) | | 6.9% |
| 69 | 酷我音乐 | | 6.9% |
| 70 | 工银融E联 | | 6.8% |
| 71 | 墨迹天气 | | 6.5% |
| 72 | 掌阅 | | 6.5% |
| 73 | 一点资讯 | | 6.4% |
| 74 | 知乎 | | 6.2% |
| 75 | 美团外卖 | | 6.1% |
| 76 | 360清理大师 | | 5.9% |
| 77 | 闲鱼 | | 5.8% |
| 78 | 好看视频 | | 5.8% |
| 79 | 趣头条 | | 5.7% |
| 80 | 电信营业厅 | | 5.7% |
| 81 | 陌陌 | | 5.5% |
| 82 | 邮储银行 | | 5.4% |
| 83 | 中国银行手机银行 | | 5.3% |

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 65 of 68 PageID #: 7693



| | | | |
|---|---|---|---|
| 83 | 中国银行手机银行 | | 5.3% |
| 84 | 天天P图 | | 5.2% |
| 85 | 迅雷 | | 5.1% |
| 86 | 多看阅读 | | 5.0% |
| 87 | 天天快报 | | 5.0% |
| 88 | 网易有道词典 | | 5.0% |
| 89 | 平安金管家 | | 4.9% |
| 90 | 翼支付 | | 4.8% |
| 91 | QQ安全中心 | | 4.8% |
| 92 | 百度贴吧 | | 4.8% |
| 93 | 苏宁易购 | | 4.8% |
| 94 | Microsoft Word | | 4.7% |
| 95 | 安全教育平台 | | 4.5% |
| 96 | Microsoft Excel | | 4.5% |
| 97 | 腾讯地图 | | 4.5% |
| 98 | 招商银行 | | 4.5% |
| 99 | 钉钉 | | 4.5% |
| 100 | 汽车之家 | | 4.4% |

## 报告说明

1.数据来源

极光大数据，源于极光云服务平台的行业数据采集及极光iApp平台针对各类移动应用的长期监测，并结合大样本算法开展的数据挖掘和统计分析

2. 数据周期

报告整体时间段：2018年6月~2018年9月

具体数据指标请参考各页标注

城市等级划分按照城市等级划分根据第一财经发布的《2018年中国城市商业魅力排行榜》，具体如下：一线城市包括北上广深；新一线城市包括成都等15个城市；二线城市包括厦门等30个城市；三线城市包括潍坊等70个城市

3. 法律声明

极光大数据所提供的数据信息系依据大样本数据抽样采集、小样本调研、数据模型预测及其他研究方法估算、分析得出，由于方法本身存在局限性，极光大数据依据上述方法

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 66 of 68 PageID #: 7694

所估算、分析得出的数据信息仅供参考，极光大数据不对上述数据信息的精确性、完整性、适用性和非侵权性做任何保证。任何机构或个人援引或基于上述数据信息所采取的任何行动所造成的法律后果均与极光大数据无关，由此引发的相关争议或法律责任皆由行为人承担

4. 报告其他说明

本次报告聚焦于app整体市场各维度的排名

极光大数据后续将利用自身的大数据能力，对各领域进行更详尽的分析解读和商业洞察，敬请期待

5. 报告注释

2018年极光针对活跃用户数采用了更加精准的计算方法，部分app的量级和分类进行了调整，请读者以当前最新数据报告中的数据为准

Case 1:20-cv-01830-DG-TAM    Document 160-14    Filed 03/03/23    Page 67 of 68 PageID #: 7695

**PDF版本将分享到199IT交流群，支持我们发展可加入！**





**欢迎您加入199IT知识星球，感谢您支持我们的发展。**



1、用微信扫描左侧二维码；

2、知识星球主要以数据研究、报告分享、数据工具讨论为主；

3、加入后免费提问、免费阅读1.5万个相关数据内容，并同步海外优质数据文档；

4、每年只需199元，老用户可九折续费。

**欢 迎 关 注 微 信 号 ：i199IT**



Case 1:20-cv-01830-DG-TAM Document 160-14 Filed 03/03/23 Page 68 of 68 PageID #: 7696



扫描微信二维码,数据随身查

扫描左侧二维码或搜索添加微信公众号：**i199IT**

TMT最全的数据微信平台，随时随地获知有价值的数据信息

更多阅读：

- 极光大数据：2019年Q1移动互联网行业数据研究报告
- 极光大数据：2018年Q1移动互联网行业数据研究报告
- 极光大数据：2019年Q2移动互联网行业数据研究报告
- 极光大数据：2017年移动互联网行业盘点app榜单
- 极光大数据：2018年Q2移动互联网行业数据研究报告
- 极光大数据：2020年Q3移动互联网行业数据研究报告（附下载）
- 极光大数据：2019年Q1中国移动互联网数据
- 极光大数据：2018年Q3移动互联网行业季度数据研究报告
- 极光大数据：2017年Q3移动互联网报告
- 极光大数据：2017年O2O下半场分析报告（附下载）
- 极光大数据：2019外卖行业下沉市场分析报告（附下载）
- 极光大数据：2018年3月直播app行业研究报告
- 极光大数据：2018年5月移动消费金融行业观察
- 极光大数据：2018年电商行业研究报告
- 极光大数据：2018年Q3智能手机行业研究报告