UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE iQIYI, INC. SECURITIES LITIGATION | Master File No. 1:20-cv-01830-DG-TAM |
| | **Oral Argument Requested** |
| IN RE BAIDU, INC. SECURITIES LITIGATION | Master File No. 1:20-cv-3794-DG-TAM |
| | **Oral Argument Requested** |

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT
OF LEAD PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS'
COMMON MOTION TO DISMISS THE *iQIYI* AND *BAIDU* ACTIONS**

I, Laurence M. Rosen, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the managing partner of The Rosen Law Firm and am co-lead counsel for Lead Plaintiffs Robert J. Gereige, M.D. and Ronald L. Hershberger in the *iQIYI Action* and co-lead counsel for Lead Plaintiffs Benjamin Paz Tchimino, Inveriones B Y J Limitada, Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 in the *Baidu* Action. I am a member of good standing of the bar of the state of New York and this Court.

2.      I hereby submit this declaration in support of Lead Plaintiffs' Joint Opposition To Defendants' Common Motion To Dismiss the *iQIYI* and *Baidu* Actions.

3.      Attached as Exhibit 1 is a true and correct copy of Echo Wang, Scott Murdoch & Kane Wu, *U.S. SEC says Chinese IPO hopefuls must provide additional risk disclosures*, Reuters (July 30, 2021).

4.      Attached as Exhibit 2 is a true and correct copy of Chair Gary Gensler, *Statement on investor protection related to recent developments in China*, SEC.gov (July 30, 2021).

5.      Attached as Exhibit 3 is a true and correct copy of Aurora Mobile Limited's SEC Form 20-F for fiscal year ended December 31, 2020 (excerpts).

6.      Attached as Exhibit 4 is a true and correct copy of Transcript of iQIYI, Inc.'s Q4 2018 Earnings Call dated February 22, 2019 (excerpts).

7.      Attached as Exhibit 5 is a true and correct copy of Transcript of iQIYI, Inc.'s Q2 2019 Earnings Call dated August 20, 2019 (excerpts).

8.      Attached as Exhibit 6 is a true and correct copy of Transcript of iQIYI, Inc.'s Q3 2019 Earnings Call dated November 7, 2019 (excerpts).

9.     Attached as Exhibit 7 is a true and correct copy of Financial Accounting Standards Board's Accounting Standards Update dated February 2017 (excerpts).

10.     Attached as Exhibit 8 is a true and correct copy of Transcript of Baidu's Q3 2017 Earnings Call dated October 26, 2017.

11.     Attached as Exhibit 9 is a true and correct copy of Transcript of Baidu's Q3 2018 Earnings Call dated October 30, 2018.

12.     Attached as Exhibit 10 is a true and correct copy of Transcript of iQIYI, Inc.'s Q4 2018 Earnings Call dated February 21, 2019.

13.     Attached as Exhibit 11 is a true and correct copy of Transcript of iQIYI, Inc.'s Q1 2020 Earnings Call dated May 18, 2020.

14.     Attached as Exhibit 12 is a true and correct copy of Baidu's Form 6-k dated February 27, 2019.

Executed on: January 30, 2023                    /s/ *Laurence M. Rosen*
New York, New York                               Laurence M. Rosen