# EXHIBIT 6

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

IQ.OQ - Q3 2019 IQIYI Inc Earnings Call

EVENT DATE/TIME: NOVEMBER 07, 2019 / 12:00AM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 07, 2019 / 12:00AM, IQ.OQ - Q3 2019 IQIYI Inc Earnings Call

### CORPORATE PARTICIPANTS

**Dahlia Wei** *iQIYI, Inc. - Director of IR*

**Tim Gong Yu** *iQIYI, Inc. - Founder, CEO & Director*

**Xiaodong Wang** *iQIYI, Inc. - CFO*

### CONFERENCE CALL PARTICIPANTS

**Alicia Yap** *Citigroup Inc, Research Division - MD and Head of Pan-Asia Internet Research*

**Diying Ji** *China Renaissance Securities (US) Inc., Research Division - Head of TMT Research*

**Eddie Leung** *BofA Merrill Lynch, Research Division - MD in Equity Research and Analyst*

**Thomas Chong** *Jefferies LLC, Research Division - Equity Analyst*

**Wai Yan Wong** *HSBC, Research Division - Head of Internet Research of Asia Pacific & Analyst*

**Zhi Yi Chen** *Goldman Sachs Group Inc., Research Division - Research Analyst*

### PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the iQIYI Third Quarter 2019 Earnings Conference Call. (Operator Instructions) I must advise you that today's conference is being recorded.

I would now like to hand the conference over to your first speaker today, Investor Relations Director of iQIYI, Dahlia Wei. Thank you. Please go ahead.

---

**Dahlia Wei** *- iQIYI, Inc. - Director of IR*

Thank you, operator. Hello, everyone, and thank you all for joining iQIYI's Third Quarter 2019 Earnings Conference Call. The company's results were released earlier today and are available on the company's Investor Relations website at ir.iqiyi.com.

On the call today are Dr. Yu Gong, our Founder, Director and CEO; and Mr. Xiaodong Wang, our CFO. Dr. Gong will give a brief overview of our company's business operations and highlights, followed by Xiaodong who will go through the financials and guidance. After their prepared remarks, we will hold a Q&A session.

Before we proceed, please note that the discussion today will contain forward-looking statements made under the safe harbor provision of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from current expectations. Potential risks and uncertainties include, but are not limited to, those outlined in our public filings with the SEC. iQIYI does not undertake any obligation to update any forward-looking statements except as required under applicable law.

With that, I will now turn the call over to Dr. Gong. Please go ahead.

---

**Tim Gong Yu** *- iQIYI, Inc. - Founder, CEO & Director*

Hello, everyone. Thank you for joining us for the third quarter 2019 earnings call. Despite a challenging environment, we delivered another quarter of growth, with total revenues increasing 7% year-over-year to RMB $7.4 billion. We continued to strengthen our platform, expand our user base and improve user engagement by offering high-quality content and a superior entertainment experience. We solidified our leading industry position

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



with mobile app MAU, DAU and the user time spent ranked first in most of the months throughout the year, according to various third-party data sources.

Let me start our membership business. As of September 30, 2019, total subscribers reached 105.8 million, a 31% increase year-over-year and a quarterly net addition of 5.3 million. Subscription revenues grew 30% year-over-year and contributed more than half of our total quarterly revenues for the first time. We continued to make strides in delivering our premium content, upgrading membership experiences and penetrating further into low-tier cities, which have collectively contributed to subscriber growth.

High-quality content remains the primary motivation for users to pay for the subscription. We released multiple premium titles during the quarter that were immensely popular among our subscribers, including original dramas series, Arsenal Military Academy; Love and Destiny; licensed titles, Go Go Squid!, A Little Reunion; exclusive drama, My Mowgli Boy; and the new episodes for our exclusive animation series, One Piece, among others.

In the third quarter, we started to adapt a privileged releasing strategy for some of our self-produced variety shows. Subscribers were granted early access to Mr. Housework, a reality show that features men doing housework, which quickly became one of the top contributors for subscriber conversion. We also released member-exclusive content for some of our popular variety shows, including The Rap of China 2019 and The Big Band. These exclusive privileges form a key part of premium membership experience that help convert fans into subscribers and then strengthening member retention.

Low-tier cities have always been an important demographic market for China's Internet companies to penetrate. According to QuestMobile, there are more than 600 million mobile Internet users in the third-tier and below cities. These users' time spent is significantly higher and is growing at a faster pace than that in first- and second-tier cities. Going forward, we believe subscriber growth will mainly be driven by users in low-tier cities, and we have rolled out a series of initiatives to improve penetration. For instance, we are diversifying our content offerings to cover more vertical genres that cater to a wide variety of tastes among low-tier city users. We are also employing additional indicators in our AI algorithm to glean more user insight, hence, allowing us to better target them through regional and demographic strategy.

In addition, we expanded our alliance membership program to include an increasing number of online and off-line partners, aiming to expand our user reach, deepen subscriber penetration and enhanced membership benefits for users in lower-tier cities.

As an experimental step, we started to explore opportunities in overseas market. In August of this year, we soft launched our multilingual iQIYI app that can be downloaded globally from App Store and Google Play. We will be gradually expanding our global footprint with local language support in 6 Southeastern Asian countries, including Malaysia, Indonesia and Thailand, among others. As well as Greater China regions, including Hong Kong, Macau and Taiwan. Our iQIYI app also facilitates English language interface and title that cater to users elsewhere in the world.

Moving on to our advertising business, the challenging macroeconomic environment and the delay in content launches continued to weigh on the broader industry. As a result, our advertising revenue continued to fall but at a lower pace than last quarter, decreasing 14% year-over-year.

Despite these headwinds, we remain committed to better serving our advertisers and have rapidly adapted our ad products through optimized solutions. Leveraging the visual/audio recognition and synthetic technology, we are able to integrate advertisements seamlessly into content. We further upgraded our theater-mode advertising product which now accounts for approximately 1/3 of the content-designated ad revenues for our drama channel. During the third quarter, we introduced China's very first interactive ad, which was integrated into The Rap of China Season 3. It represents another innovative move forward for the industry. Interactive ads facilitate greater integration between brands and the users, and resulted in a 30% increase in ad impressions. It also generates enormous high-quality user behavioral data that helps enhance targeting and improve our advertising value.

For performance ads, we continued to strengthen our products and algorithm, and have regained growth momentum compared to the first half of the year. The adaptability of our cutting-edge AI technology allows advertisements to be tailored to different scenarios and reach our users as they watch videos, search for content or interact with other users on our platform.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



For in-feed ads, we are fine-tuning our product matrix and actively applying optimized CPX tools to our ad inventory. As I mentioned the last [quarter] (corrected by company after the call), our TrueView ad product is increasingly well received by advertisers. Audiences can choose to watch or close an advertisement, and only truly viewed ads will be billed. Many of our brand advertisers are also opting to use our performance-based ads. True-view ads and in-feed ads now serve as the dual engine for the future growth of our performance-based advertising business.

Turning to our content strategy, we continue to produce distinctive and original content by innovating and enhancing our production capabilities. Our content, with emphasis on positive values, traditional Chinese culture and social themes, not only appeals to general public but also caters to the diversified taste of various vertical audience groups. During the quarter, we launched a number of drama series covering themes that vary from urban romance, heroism, suspense, environmental protection, campus life to military legend and many more. The best performers included: Go Go Squid!, Destiny and Love, No Way for Stumer, My Mowgli Boy, Waiting for You in the Future and The Eyas. According to Enlightent, 6 out of the top 10 titles taking up users' screen time in September were iQIYI original or exclusive dramas.

Our variety show content continue to build reputation for its distinguished originality. The Big Band and The Rap of China 3, both aired their season finales in August with stellar ratings and audience reviews. In addition to content that caters to wide swaths of society, we are also producing variety shows in vertical genres. For example, our original show, Mr. Housework, categorized as a slow reality show, performed particularly well in low-tier cities in terms of popularity and viewership.

Our original content is increasingly being recognized for its quality and have received numerous internationally respected awards. Most recently, our original drama series, The Golden Eyes, was awarded the Golden Bird Prize at the Seoul International Drama Awards. Our original variety shows were recognized with 13 different awards at the China Variety Show Summit 2019, including Producer of the Year, Director of the Year, Photography of the Year and Visual and Effects of the Year, among others. Our co-produced film, Balloon, was shortlisted for the 76th Venice International Film Festival. Our original content was also well received across international markets. So far, we have distributed more than 2,000 episodes of original content to over 200 territories around the world.

We continue to execute our multi-dimensional IP development strategy to strengthen our ecosystem. Positioning ourselves as an IP incubator and distributor, we have launched partnership initiatives in more than 10 vertical areas to drive growth and create synergies. One good example is the Welkin Project, which is designed to adapt comics and animations to films, dramas and games. So far, it has successfully incubated more than 20 IPs. During the third quarter, we released a drama adapted from an online comics, Conspiracy of Love, which generated over RMB 10 million in revenue-sharing within the first 8 days of its release. The Great Master, another drama title adapted from animation series of the same name, is scheduled to launch in the fourth quarter.

We have a strong content pipeline heading into the fourth quarter of 2019 and the full year of 2020. Our content reflects our mainstream values and dedication to Chinese culture. Apart from our original drama, Hot-Blooded Youth, and flagship Qipa Talk Season 6, that we already released so far in Q4, Other major titles scheduled for the rest of the year include: Sword Dynasty, The Great Master, Fearless, FOURTRY and Qing Yu Nian. Looking ahead into 2020, we have over 200 titles planned for release, including over 100 dramas, 30 variety shows, 5 vertical short dramas and 90 other titles which range from animation to documentaries. In addition, iQIYI's Sports will broadcast UEFA EURO 2020, La Liga, 2022 FIFA World Cup qualification games in Asia as well as the Australian Open, Wimbledon Championships, WTA, PGA Tour and other top sporting tournaments.

As a technology-based entertainment service, our growth is driven by continuous technology innovation. AI in particular serves as the cornerstone for our development. So far this year, 60% of the 800 patent applications we have submitted were related to AI. AI has been applied to almost all aspects of our business, including content creation, production, distribution, recommendation, marketing and monetization.

Leveraging our cutting-edge AI technology, we are also exploring new runways for growth such as short-form video products and content. Our AI-based "iQIYI Lite app", mainly providing short-form video content based on intelligent recommendations, saw rapid DAU and video view growth in recent quarters.

Recently in October, our next-generation content delivery network, CDN, system, Qisubo, received the China Computer Federation Science and Technology Award for Outstanding Technology Advances at the 2019 China National Computer Congress, the largest and the most respected academic computer science event in China. Using MEC technology to store, compute and analyze content in close proximity to users, Qisubo breaks

4

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



through limits of bandwidth and latency, localizes certain processes and seamlessly delivers video content through 4K, 8K and VR viewing experience. Meanwhile, Qisubo's brand new content-dispatching solutions helps us to realize the batch deployment of CDN, which enables users to enjoy the ultimate entertainment experience regardless of where or how they watch videos, which will greatly drive the commercial application of 5G technology.

In summary, we made solid progress during the quarter as we continued to execute our strategy. We are faced with both challenges and opportunities as the external environment constantly changes, while user behavior and the monetization models continues to evolve. We are confident in the long-term prospec of online entertainment industry as we see increasing demand from consumers for high-quality content. With the rapid development of AI and 5G technological advancements such as optimized bandwidth and enhanced video quality will not only improve users' viewing experience but also promote greater integration between media and technology.

AI and 5G combined with create astonishing new opportunities and make possible new breakthroughs in content production, distribution and entertainment formats. As a participant and a leader in the digital entertainment industry, we will continue to push forward AI innovation and the convergence between technology and art, produce more original blockbuster content, strengthen our ecosystem and incubate premium IPs as we create deeper value and greater prospective for the future.

With that, I will pass the call to Xiaodong to go over our financials.

---

**Xiaodong Wang** *- iQIYI, Inc. - CFO*

Good morning, everyone. Let me go through our financial highlights. For the third quarter of year 2019, iQIYI's total revenues were RMB 7.4 billion, up 7% year-over-year. Membership services revenue was RMB 3.7 billion, up 30% year-over-year. This was driven by the solid growth in the number of subscribing members, which reached 105.8 million at the end of third quarter, thanks to our premium content as well as our various operational initiatives.

Online advertisement service revenue were RMB 2.1 billion, down 14% year-over-year mainly due to the challenging macroeconomic environment in China, delay of certain content launches and the intensified competition in in-feed advertising.

Content distribution revenue were RMB 680.4 million, down 18% year-over-year mainly due to the delay of certain content launches this quarter as well as the high base in the same period of previous year.

Other revenue were RMB 932.3 million, up 12% year-over-year. The increase was mainly driven by the growth of game business following several new game launches this year by Skymoons.

Moving on to cost of revenues. Our cost of revenues were RMB 8.2 billion, up 7% year-over-year. The increase was primarily driven by the higher content costs as well as other cost items. Content cost were RMB 6.2 billion, up 3% year-over-year.

Turning to the operating expenses. SG&A expenses were RMB 1.3 billion, up 4% year-over-year primarily due to increased sales and marketing expenses of game business associated with the consolidation of Skymoons as well as the higher marketing spending for certain iQIYI apps.

Our R&D expenses were RMB 703.2 million, up 26% year-over-year. The increase was primarily due to the -- due to our continued investment in R&D personnel.

Operating loss were RMB 2.8 billion compared with operating loss of RMB 2.6 billion in the same period last year. Operating loss margin was 38% compared to the operating loss margin of 37% in the same period last year.

Total other expenses were RMB 826.8 million compared with total other expense of RMB 539.4 million during the same period last year. The year-over-year increase was mainly due to the increased interest expenses associated with our financing activities and the higher foreign exchange loss related to exchange rate fluctuation.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS