UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

IN RE iQIYI, INC. SECURITIES LITIGATION   : 20-cv-01830 (DG) (TAM)

                           :

                           : **ECF CASE**

                           :

                           : **Oral Argument Requested**

                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

IN RE BAIDU, INC. SECURITIES LITIGATION  : 20-cv-3794 (DG) (TAM)

                           :

                           : **ECF CASE**

                           :

                           : **Oral Argument Requested**

                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REPLY DECLARATION OF ROBERT A. FUMERTON
IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, Qi Lu, Herman Yu, Victor Zhixiang Liang, and Giselle Manon in the *iQIYI* Action and Defendants iQIYI, Inc., Baidu, Inc., Yu Gong, Xiaodong Wang, Robin Yanhong Li, and Herman Yu in the *Baidu* Action.

2.      I previously submitted a declaration, dated November 30, 2022, in support of Defendants' (i) Common Motion to Dismiss the *iQIYI* and *Baidu* Actions for Failure to Plead Any Material Misstatement or Omission; (ii) Motion to Dismiss the *iQIYI* Action for Failure to Plead Scienter, Loss Causation, and Standing; and (iii) Motion to Dismiss the *Baidu* Action for

Failure to Plead Scienter and Loss Causation.  My November 30, 2022 declaration attached

Exhibits A-W.

3.        I respectfully submit this declaration in further support of Defendants' Motions to

Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following

documents:

Exhibit X....................Wuhan DDMC Shanghai Stock Exchange Filing, "Announcement on Progress of the Major Asset Purchase of Wuhan DDMC Culture & Sports Co., Ltd." (Aug. 7, 2018)

Exhibit Y....................Wuhan DDMC Shanghai Stock Exchange Filing, "Announcement on Progress of the Major Asset Purchase and Connected Transaction of Wuhan DDMC Culture & Sports Co., Ltd." (Aug. 8, 2018)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2023, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

2