# Exhibit Y

**LIONBRIDGE**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | |
| | ) | ss |
| | ) | |
| COUNTY OF NEW YORK | ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached document titled

"Announcement on Progress of the Major Asset Purchase and Connected Transaction of Wuhan

DDMC Culture & Sports Co., Ltd."

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this _17_ day of _September_, 20_21_.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor   New York, NY 10001   +1.212.631.7432

Stock (short form): Wuhan DDMC    Stock ticker: 600136   Announcement no.: Lin No. 2018-113

# Announcement on Progress of the Major Asset Purchase and Connected Transaction of Wuhan DDMC Culture & Sports Co., Ltd.

**The Board of Directors and all directors of the Company guarantee that there are no false representations, misleading statements or major omissions contained in this Announcement, and bear individual and joint responsibility for the authenticity, accuracy and completeness of the contents herein.**

**Important content notice:**

- Wuhan DDMC Culture & Sports Co., Ltd. (hereinafter the "Company") entered into a *Capital Increase Agreement* with Beijing Super Sports Media Co., Ltd. (hereinafter "Super Sports Media"), Beijing iQiyi Technology Co., Ltd. (hereinafter "iQiyi"), Yu Lingxiao, Beijing Xinying Huizhi Media Technology Enterprise (LP) (hereinafter "Xinying Huizhi"), Zhuhai Hexie Anlang Investment Enterprise (LP) (hereinafter "Hexie Anlang"), Zhuhai Zhixing Bingjin Culture Industry Investment Fund (LP) (hereinafter "Zhixing Bingjin") and Huiying Borun (Wuhan) Investment Center (LP) (hereinafter "Huiying Borun"), in which Hexie Anlang, Zhixing Bingjin and Huiying Borun will make a capital increase of RMB500 million in Beijing Xin'ai Sports Media Technology Co., Ltd. (hereinafter "Xin'ai Sports) and subscribe to an additional paid-in capital of RMB20 million in Xin'ai Sports.

- Huiying Borun is a connected legal person of the Company, so this transaction constitutes a connected transaction of the Company.

- Up to and including this connected transaction, excluding the connected transactions that have been reviewed and approved by the general meeting of shareholders, the Company's connected transactions with the same connected person (Dangdai Group and its holding subsidiaries) reached more than RMB30 million, but the cumulative value did not exceed 5% of the absolute value of the most recent audited net assets of the Company.

- This transaction does not constitute a major asset reorganization.

- This transaction does not require submission to the general meeting of shareholders for review and approval.

- Important risk notice: The future operation of Xin'ai Sports is still subject to market-related and other risks, and uncertainty still exists as to whether it will be able to realize profit expectations; the current impact of the establishment of and capital increase in Xin'ai Sports on the Company is still uncertain.

## I.    Overview of the Cooperation

(i)    Background of the cooperation

On August 6, 2018, Super Sports Media, iQiyi, Yu Lingxiao and Xinying Huizhi entered into a *Joint Venture Agreement* for the joint establishment of Xin'ai Sports (see company announcement, announcement no.: Lin No. 2018-111). Xin'ai Sports is primarily engaged in the operation of a sports broadcasting platform. According to provisions of the *Joint Venture Agreement*, Super Sports Media and iQiyi jointly committed to the following: 1) rebrand the original Super Sports Media platform and iQiyi "sports" channel as "iQiyi Sports," which will be operated by Xin'ai Sports; the new platform will use a unified membership system; further, the two sides will no longer individually launch independent channels or independent apps, and will not cooperate with entities other than Xin'ai Sports to develop live broadcasts and on-demand recordings of sporting events; 2) license the relevant copyrights of leagues and events the two sides currently own to Xin'ai Sports; 3) Super Sports Media will suspend operation of its online sports broadcasting platform, and transfer the relevant tangible and intangible assets of the original online sports broadcasting platform (including but not limited to servers, leased bandwidth, leased data centers and software systems) to Xin'ai Sports; 4) Beijing Xinying Shibo Media Technology Co., Ltd. (hereinafter "Xinying Shibo") will be injected into Xin'ai Sports within one month of the establishment of Xin'ai Sports, and become the holding subsidiary of Xin'ai Sports with 100% ownership; 5) iQiyi will provide support to Xin'ai Sports in terms of traffic and advertising, and Xin'ai Sports will be responsible for developing and operating iQiyi's PC webpage, H5 webpage and other possible webpages' "sports" channels and some mobile apps' "sports" channels.

(ii)    Overview of the connected transaction

On August 7, 2018, at the 48th meeting of the 8th session of the Board of Directors, the Company reviewed and approved the *Proposal to Enter Into the Capital Increase Agreement and Connected Transaction of the Company*, wherein it agreed to enter into a *Capital Increase Agreement* with Super Sports Media, iQiyi, Yu Lingxiao, Xinying Huizhi, Hexie Anlang, Zhixing Bingjin and Huiying Borun, as well as endorsed the rapid development of Xin'ai Sports and the "iQiyi Sports" sports broadcasting platform.

According to the *Capital Increase Agreement*, Hexie Anlang will subscribe to 10.00% of the equity interest in Xin'ai Sports for RMB300 million, which corresponds to an incremental registered capital of RMB12 million of Xin'ai Sports, and the excess of RMB288 million credited to the capital reserve of Xin'ai Sports; Zhixing Bingjin will subscribe to 3.33% of the equity interest in Xin'ai Sports for RMB100 million, which corresponds to an incremental registered capital of RMB4 million of Xin'ai Sports, and the excess of RMB96 million credited to the capital reserve of Xin'ai Sports; and Huiying Borun will subscribe to 3.33% of the equity interest in Xin'ai Sports for RMB100 million, which corresponds to an incremental registered capital of RMB4 million of Xin'ai Sports, and the excess of RMB96 million credited to the capital reserve of Xin'ai Sports.

Upon completion of the capital increase, the registered capital of Xin'ai Sports will be changed to RMB120 million, of which Super Sports Media will hold a 35.42% equity stake in Xin'ai Sports, iQiyi will hold a 31.88% equity stake, Yu Lingxiao will hold a 3.54% equity stake, Xinying Huizhi will hold a 12.50% equity stake in Xin'ai Sports, Hexie Anlang will hold a 10.00% equity stake in Xin'ai Sports, Zhixing Bingjin will hold a 3.33% equity stake in Xin'ai Sports, and Huiying Borun will hold a

3.33% equity stake in Xin'ai Sports.

This transaction does not constitute a major asset reorganization as defined in the *Administrative Measures for the Major Asset Reorganizations of Listed Companies*.

    (iii)     Explanation of the connected transaction



    As illustrated in the figure above, in accordance with Article 10.1.3 of the *Rules Governing the Listing of Stocks on the Shanghai Stock Exchange,* the general partner of Huiying Borun is Wuhan Certain Venture Capital Management Co., Ltd., therefore Huiying Borun is a connected legal person of the Company. In addition, as stipulated in Article 10.1.6, in view of the fact that Super Sports Media will become a wholly-owned subsidiary of the Company in the next 12 months, and Super Sports Media is the largest shareholder of Xin'ai Sports, therefore based on the principle of prudence, this transaction constitutes a connected transaction of the Company.

    (iv)     Summary of the connected transaction

    Up to and including this connected transaction, the Company's connected transactions with the same connected person (Dangdai Group and its holding subsidiaries) over the last 12 months reached more than RMB30 million, but the cumulative value did not exceed 5% of the absolute value of the most recent audited net assets of the Company. Thus, in accordance with regulations of the *Company Law of the People's Republic of China*, *Rules Governing the Listing of Stocks on the Shanghai Stock Exchange* and *Company Charter*, this transaction does not require submission to the general meeting of shareholders for review and approval.

**II.     Introduction of Partners**

(i)     iQiyi

Company name: Beijing iQiyi Technology Co., Ltd.

Unified social credit code: 91110108660527705X

Company type: Limited liability company

Registered capital: RMB30 million

Legal representative: Geng Xiaohua

Registered address: No.2 Haidian North 1st Street, 11/F, Suite 1101, Haidian District, Beijing

Date of establishment: March 27, 2007

Business scope: Technology development, technology consulting, technology services, technology transfer; design, production, agency and publication of advertisements; sale of proprietary products, electronic products, mechanical equipment, household appliances, computers, software and auxiliary equipment, communication equipment, stationery and toys; health consulting (excl. diagnosis and treatment activities requiring approval); preventive health services (excl. diagnosis and treatment activities requiring approval); mechanical equipment leasing (excl. automobile leasing); sound stage leasing; ticketing agency; production and distribution of cartoons, feature films, television variety shows (excl. current affairs and similar topics, columns and other radio and television programs); Internet information service business does not include news, publishing, education, healthcare, drug and medical device, and electronic bulletin board services; wholesale, retail and online sale of books, newspapers, periodicals, electronic publications, and audiovisual products; sale of pre-packaged foods, excluding refrigerated and frozen foods; use of information networks to operate music and entertainment products, engage in exhibitions of online cultural products, and host competitions, artwork, performances (programs), animation products, and game products (incl. issuing online game virtual currency); item 3 (production (excl. interview) and broadcasting services of literature and art, entertainment, science and technology, finance, sports, education, and other specialized audiovisual programs, item 4 (production and broadcasting services of network plays (films)), item 5 (collection and broadcasting services of audiovisual programs such as films, TV plays, and cartoons) and item 6 (collection and broadcasting services of literature and art, entertainment, science and technology, finance, sports, education, and other specialized audiovisual programs) of class II Internet audiovisual program services; domestic call center business and information service business (excl. Internet information services) (limited to foreign branch operation) of class II telecommunication value added services; performance and brokerage business.

Shareholder structure: Geng Xiaohua holds a 100% equity stake in iQiyi.

Overview of individual financial data for 2017:

| Item | December 31, 2017 |
| --- | --- |
| Total assets | RMB20,200,890,000 |
| Net assets | 8,282,600,000 |
| Item | January–December 2017 |
| Operating revenue | 17,378,350,000 |
| Net profit | -3,736,930,000 |

Note: The above financial data is from the 2017 Annual Report of iQIYI, Inc. (NASDAQ: IQ), and has been audited by Ernst & Young Huaming LLP.

Aside from this cooperation, there are no other relationships in terms of property rights, assets, business, or personnel between iQiyi and the Listed Company and its subsidiaries, with the exception of business cooperation in film and television dramas.

(ii) Yu Lingxiao

1. Basic information

| Name | Yu Lingxiao |
|---|---|
| Nationality | China |
| ID number | 3101041968XXXX4019 |
| Address | No.841 Yan'an Middle Road, OOCL Plaza, Suite 1301, Jing'an District, Shanghai |
| Occupation and position in the last three years | President of Super Sports Group |

2. Foreign investment companies and their business overview

Mr. Yu Lingxiao's major foreign investments are as follows:

| Company name | Registered capital/subscribed capital (RMB'0,000) | Business scope | Shareholding ratio/ subscription ratio |
|---|---|---|---|
| Shanghai Xinqihua Culture Development Co., Ltd. | 300.00 | Production and distribution of radio and television programs; design, production, agency service, and publishing of various types of advertisements, planning, consulting, and services of film and television and other cultural arts and related product development. The company has set branches. | 83% |
| Shanghai Star Digital TV Development Co., Ltd. | 100.00 | Agency services, publicity planning, and related supporting services for digital TV channels; design and production of various types of advertisements; wholesale and retail of broadcasting and television equipment and devices. | 80% |
| Shanghai Star Education Centre | 50.00 | Non-degree professional vocational and technical programs, foreign languages, and other classes at and below the technical secondary level. | 40% |
| Shanghai Haoti Information Technology Co., Ltd. | 313.231 | Technology development, technology transfer, technology consulting and technology services in the fields of information, networking and software; marketing planning; sales of electronic products, digital products, communication equipment and related products, computers, software and auxiliary equipment (excl. computer information system security special products); and import and export of goods and technology. | 6.1992% |

(iii) Xinying Huizhi

Company name: Beijing Xinying Huizhi Media Technology Enterprise (Limited Partnership)

Uniform social credit code: 91110108MA01DCE94D

Company type: Limited partnership

Legal representative: Yu Lingxiao

Registered address: No.A38 Zhongguancun Avenue, Tower 1, Building B, 12/F, Suite 080, Haidian District, Beijing

Date of establishment: July 9, 2018

Business scope: Technology development, technology promotion, technology transfer, technology consulting and technology services; economic and trade consulting; cultural consulting; sports consulting; design, production, agency service, and publishing of advertisement; market research; enterprise management consulting; organization of cultural and artistic exchange activities (excl. for-profit performances); hosting exhibition and display activities. (Next date of capital contribution is June 27, 2048; enterprises independently choose their own business operational projects and carry out business activities in accordance with law; projects subject to approval in accordance with law shall carry out business activities after obtaining approval from the relevant departments in accordance with the approved scope, and shall not engage in business activities that are prohibited and restricted by the

municipal industrial policy.)

Actual controller: Mr. Yu Lingxiao

Xinying Huiji is a platform that Xin'ai Sports employees hold shares in.

### III. Overview of parties offering capital increase

(i) Hexie Anlang

Company name: Zhuhai Hexie Anlang Investment Enterprise (Limited Partnership)

Uniform social credit code: 91440400MA4W3XHM8F

Company type: Limited partnership

Registered capital: RMB1,859,559,470

Managing partner: Tibet Langyue Venture Capital Investment Management Co., Ltd.

Registered address: No.6 Baohua Road, Room 105-25040, Hengqin New Area, Zhuhai (centralized office area)

Date of establishment: December 26, 2016

Business scope: Proprietary investment; project investment; industrial investment; investment consulting.

Overview of investors: In Hexie Anlang's capital contribution, Tibet Langyue Venture Capital Investment Management Co., Ltd. contributed 1%, Shanghai Fucheng Haifutong Asset Management Co., Ltd. contributed 32.21%, Ningbo Meishan Free Trade Port District Zhaoxiang Equity Investment Partnership (Limited Partnership) contributed 5.92%, Zhehao Asset Management (Shanghai) Co., Ltd. contributed 59.53%, Du Zhonglei contributed 0.54%, and Wu Cunying contributed 0.81%.

Overview of individual financial data for 2017:

| Item | December 31, 2017 |
|---|---|
| Total assets | RMB1,871,099,400 |
| Net assets | RMB1,870,516,000 |
| Item | January - December 2017 |
| Operating revenue | RMB41,951,900 |
| Net profit | RMB10,956,600 |

Note: The above data has been audited by PricewaterhouseCoopers Zhong Tian CPAs (Special General Partnership) Beijing Branch.

Except for this capital increase and the capital increase from Hexie Anlang to Wuhan DDMC Sports Development Group Co., Ltd, a wholly-owned subsidiary of the Listed Company (please refer to the Company's announcement, Announcement No.: Lin No. 2018-110), there are no other

relationships in terms of property rights, assets, business, or personnel between Hexie Anlang and the Listed Company and its subsidiaries.

(ii) Zhixing Bingjin

Company name: Zhuhai Zhixing Bingjin Culture Industry Investment Fund (Limited Partnership)

Uniform social credit code: 91440400MA4W5ABN6E

Company type: Limited partnership

Registered capital: RMB1,515,151,500

Managing partner: Tibet Zhixing Bingjin Venture Capital Management Co., Ltd.

Registered address: No.6 Baohua Road, Suite 105-25511, Hengqin New Area, Zhuhai (centralized office area)

Date of establishment: January 9, 2017

Business scope: Culture industry investment; equity investment; proprietary investment; project investment; industrial investment; investment consulting.

Overview of shareholders: In Zhixing Bingjin's capital contribution, Shenzhen Putai Financial Supporting Services Co., Ltd. contributed 0.1%, AVIC Trust Co., Ltd. contributed 99%, and Tibet Zhixing Bingjin Venture Capital Management Co., Ltd. contributed 0.9%

Overview of individual financial data for 2017:

| Item | December 31, 2017 |
|---|---|
| Total assets | RMB1,649,725,200 |
| Net assets | RMB1,64,965,400 |
| Item | January–December 2017 |
| Operating revenue | RMB31,368,200 |
| Net profit | -RMB13,597,400 |

Note: The above data has been audited by PricewaterhouseCoopers Zhong Tian CPAs (Special General Partnership) Beijing Branch.


Except for this capital increase, there are no other relationships in terms of property rights, assets, business, or personnel between Zhixing Bingjin and the Listed Company and its subsidiaries.


**IV. Overview of related parties**

Company name: Huiying Borun (Wuhan) Investment Center (Limited Partnership)

Uniform social credit code: 91420100MA4KLKKJ4P

Type of company: Limited partnership

Registered capital: RMB502.00 million

Managing partner: Tianfeng Huiyin (Wuhan) Investment Management Co., Ltd.

Registered address: No.18 Huaguang Avenue, Guan Dong Science and Technology Industrial Park, Gaoke Building, 4/F, Suite 04, East Lake New Technology Development Zone, Wuhan, China

Date of establishment: December 16, 2015

Business scope: Investment in enterprise projects and consulting business.

Overview of shareholders: Wuhan Certain Venture Capital Management Co., Ltd. holds 0.20% of the equity interest in Huiying Borun as a general partner; Tianfeng Huiying (Wuhan) Investment Management Co., Ltd. holds a 0.20% equity stake in Huiying Borun; Tianfeng Tianrui Investment Co., Ltd. holds a 12.45% equity stake in Zhixing Bingjin; Penghua Asset Management (Shenzhen) Co., Ltd. holds a 74.70% equity stake in Zhixing Bingjin; and Wuhan Bozhuo Chemical Co., Ltd. holds a 12.45% equity stake in Zhixing Bingjin.

Overview of individual financial data for 2017:

| Item | December 31, 2017 |
| --- | --- |
| Total assets | RMB470,541,000 |
| Net assets | RMB452,717,200 |
| Item | January–December 2017 |
| Operating revenue | RMB2,105,400 |
| Net profit | -RMB8,193,400 |

Note: The above data has been audited by PricewaterhouseCoopers Zhong Tian CPAs (Special General Partnership) Beijing Branch.

Except for the capital increase this time, there is no other relationship in terms of property rights, assets, business, or personnel between Huiying Borun and the Listed Company and its subsidiaries.

**V. Overview of the party receiving capital increase**

Company name: Beijing Xin'ai Sports Media Technology Co., Ltd.

Uniform social credit code: 91110105MA01DQ069M

Company type: Limited liability company

Legal representative: Yu Lingxiao

Registered Capital: RMB100 million

Registered address: Courtyard 4 Gongti North Road, Building 79, Suite 1-11, Chaoyang District, Beijing

Business scope: Technology development, technology promotion, technology transfer, technology consulting, technology services; computer systems services; application software services (excluding medical software); economic and trade consulting; public relations services; conference services; arts and crafts design; computer animation design; corporate planning and design; design, production, agency service, and publishing of advertisement; clothing design; sales of clothing, shoes and hats, sporting goods; market research; organization of cultural and artistic exchange activities (excluding performances); hosting exhibition and display activities.

Overview of shareholders: Before the capital increase, Super Sports Media contributed RMB42.5 million, holding a 42.5% equity stake; iQiyi contributed RMB38.25 million, holding a 38.25% equity stake; Yu Lingxiao contributed RMB4.25 million, holding a 4.25% equity stake; and Xinying Huizhi contributed RMB15 million, holding a 15% equity stake.

Xin'ai Sports has been established for a relatively short period of time and has not yet been put into actual operation.

### VI. Main contents of the Capital Increase Agreement

(i) Contribution method, investment scale, and shareholding ratio of each contributor

Hexie Anlang agreed to subscribe to 10.00% of the equity interest in Xin'ai Sports for RMB300 million, which corresponds to an incremental registered capital of RMB12 million of Xin'ai Sports, and the excess of RMB288 million was credited to the capital reserve of Xin'ai Sports.

Zhixing Bingjin agreed to subscribe to 3.33% of the equity interest in Xin'ai Sports for RMB100 million, which corresponds to an incremental registered capital of RMB4 million of Xin'ai Sports, and the excess of RMB96 million was credited to the capital reserve of Xin'ai Sports.

Huiying Borun agreed to subscribe to 3.33% of the equity interest in Xin'ai Sports for RMB100 million, which corresponds to an incremental registered capital of RMB4 million for Xin'ai Sports, and the excess of RMB96 million was credited to the capital reserve of Xin'ai Sports.

Once the parties complete the actual capital contribution, the registered capital and shareholders of Xin'ai Sports after the change will be as follows:

| Shareholder name | Contribution method | Contribution amount (RMB'0,000) | Shareholding ratio (%) |
|---|---|---|---|
| Beijing Super Sports Media Co., Ltd. | Cash | 4,250 | 35.42% |
| Beijing iQiyi Technology Co., Ltd. | Cash | 3,825 | 31.88% |
| Yu Lingxiao | Cash | 425 | 3.54% |
| Beijing Xinying Huizhi Media Technology Enterprise (LP) | Cash | 1,500 | 12.50% |
| Zhuhai Hexie Anlang Investment Enterprise (LP) | Cash | 1,200 | 10.00% |
| Zhuhai Zhixing Bingjin Culture Industry Investment Fund (LP) | Cash | 400 | 3.33% |

| Huiying Borun (Wuhan) Investment Center (LP) | Cash | 400 | 3.33% |
|---|---|---|---|
| Total | | 12,000 | 100% |

(ii) Composition of the Board of Directors

The Board of Directors of Xin'ai Sports consists of six directors, with iQiyi having the right to appoint two directors and to remove and replace their appointed directors, Xinying Media having the right to appoint three directors and to remove and replace their appointed directors, and Hexie Anlang having the right to appoint one director and to remove and replace their appointed directors. The chairman shall be elected from among the directors appointed by Xinying Media, and the vice chairman shall be elected from among the directors appointed by iQiyi. The chairman of the board of directors shall be the legal representative of Xin'ai Sports.

(iii) Commitment of the Company

For any sports event copyright obtained by the Company or its related parties after the establishment of Xin'ai Sports, the consent of the copyright owner for external sublicensing (excluding sublicensing distribution rights) shall be obtained together with the execution of the copyright agreement to authorize usage by Xin'ai Sports.

(iv) The Company, Xinying Media, iQiyi, Yu Lingxiao, Xinying Huizhi, and their respective related parties warrant that they do not directly or indirectly operate, participate in, or own businesses that are identical or similar to the main business of Xin'ai Sports.

(v) Dispute resolution

For disputes related to this Agreement, any party may submit the dispute to the Beijing Arbitration Commission for arbitration in accordance with its arbitration rules in effect at the time. The place of arbitration shall be in Beijing. The arbitral award shall be final and binding on all parties.

(vi) Entry into force, substitution, and amendment

This Agreement shall come into effect upon the signature or seal of each party. In the event of any matters not covered by this Agreement, the parties shall enter into a supplementary contract after separate negotiation, and the supplementary contract shall have the same legal effect as this Agreement.


**VII. Impact on the Listed Company**

In view of the fact that Xinying Media remains the largest shareholder of Xin'ai Sports after the completion of this capital increase. Therefore, the establishment of Xin'ai Sports and the business integration and capital increase will not affect the execution of the Company's proposed major asset purchase this time, i.e. it will not affect the payment of the US$431.5 million equity acquisition already completed by the Listed Company under the *Equity Acquisition Agreement*, nor will it affect the payment of the consideration for the US$68.5 million capital increase to be completed and the delivery of 100% equity interest in Xinying Sports.


**VIII. Important Risk Warning**

(i) Operational risks

Xin'ai Sports may face market risks in terms of marketing promotion and market competition in the process of market expansion, as well as risks related to whether it can continue to attract and reserve quality copyrights, customers and talents.

(ii) Profitability risk

The sports broadcasting platform operation business requires strong resource integration ability and marketing and communication ability, and there may be uncertainty in terms of whether the expected income can be realized in the future as there will be a certain period of adjustment and cultivation for the operation of the joint venture company.

(iii) Impact on the current profit and loss of the Company

Although Xinying Media has signed the *Joint Venture Agreement* and the *Capital Increase Agreement* with iQiyi and other parties, the impact on the current profit and loss of the Company cannot be determined as the implementation of this major asset purchase has not yet been completed.

### IX. Required Approval Procedures for the Related Transaction

The relevant proposal of the proposed related transaction has been considered and approved at the 48th meeting of the 8th session of the Board of Directors of the Company on August 7, 2018, and Mr. Yi Rentao and Mr. Wang Ming, the related directors, have recused themselves from voting on the relevant proposal, and the independent directors of the Company have expressed their pre-approval opinions and expressed their independent opinions on the relevant proposal of the related transaction.

### X. Historical Related Transactions

During the past twelve months, the related transactions conducted by the Company with the Dangdai Group and its holding subsidiaries are as follows:

1. The Company and the Company's holding subsidiary, Zhidian Weilai Cinema, signed the *Convertible Bond Investment Agreement of Wuhan Dangdai Zhidian Weilai Cinema Management Co., Ltd.* with Certain Venture Capital, and other parties. The matter has been considered and approved by the sixth extraordinary general meeting of the Company in 2017 (Lin No. 2017-093).

2. The Company and its wholly-owned subsidiary, CHS Media Co., Ltd., signed the *TV Series Investment and Cooperation Agreement* with Changrui Zhaoyuan. The matter has been considered and approved by the second extraordinary general meeting of the Company in 2018 (Lin No. 2018-020).

3. Chongqing Dangdai Lifan Football Club Limited authorized Desports Shanghai, a wholly-owned subsidiary of the Company, as its exclusive commercial agent for the 2018, 2019, and 2020 seasons. The matter has been considered and approved by the fourth extraordinary general meeting of the Company in 2018 (Lin No. 2018-038).

4. The Company and the Dangdai Group signed the *Supplementary Agreement to the Subscription Agreement with Conditions for the Non-Public Issuance of Shares of Wuhan DDMC Culture & Sports*

*Co., Ltd.* The matter was considered and approved at the fifth extraordinary general meeting of the Company in 2018 (Lin No. 2018-092).


**XI. List of Documents for Reference**

(i) Resolutions of the 48th Meeting of the Eighth Session of the Board of Directors;

(ii) Pre-approval opinions of the independent directors on matters relating to the 48th meeting of the 8th Session of the Board of Directors of the Company;

(iii) Review opinions of the independent directors on matters relating to the 48th meeting of the 8th session of the Board of Directors of the Company;

(iv) *Capital Increase Agreement* signed between the Company and iQiyi and other parties.

This announcement is hereby made.


Board of Directors of Wuhan DDMC Culture & Sports Co., Ltd.

August 8, 2017

证券简称：当代明诚　　　　证券代码：600136　　　　公告编号：临 2018-113 号

# 武汉当代明诚文化股份有限公司

## 关于重大资产购买进展暨关联交易的公告

本公司董事会及全体董事保证本公告内容不存在任何虚假记载、误导性陈述或者重大遗漏，并对其内容的真实性、准确性和完整性承担个别及连带责任。

**重要内容提示：**

● 武汉当代明诚文化股份有限公司（以下简称"公司"）与北京新英体育传媒有限公司（以下简称"新英传媒"）、北京爱奇艺科技有限公司（以下简称"爱奇艺"）、喻凌霄、北京新英汇智传媒科技企业（有限合伙）（以下简称"新英汇智"）、珠海和谐安朗投资企业（有限合伙）（以下简称"和谐安朗"）、珠海知行并进文化产业投资基金（有限合伙）（以下简称"知行并进"）、汇盈博润（武汉）投资中心（有限合伙）（以下简称"汇盈博润"）签署《增资协议》，和谐安朗、知行并进、汇盈博润将向北京新爱体育传媒科技有限公司（以下简称"新爱体育"）增资 5 亿元，认购新爱体育新增注册资本 2,000 万元。

● 汇盈博润为本公司关联法人，故本次交易构成公司的关联交易。

● 至本次关联交易为止（含本次交易），除已经股东大会审议通过的关联交易外，过去 12 个月内公司与同一关联人（当代集团及其控股子公司）的关联交易达到 3,000 万元以上，但累计金额未超过公司最近一期经审计净资产绝对值 5%以上。

● 本次交易不构成重大资产重组。

● 本次交易无需提交股东大会审议批准。

● 重要风险提示：新爱体育未来经营方面还存在市场等方面带来的风险，同时其能否实现预期收益尚存在不确定性；新爱体育的成立及增资对公司的当期影响尚无法确定。

**一、本次合作的基本情况**

（一）合作背景

2018 年 8 月 6 日，新英传媒、爱奇艺、喻凌霄、新英汇智签署《合资协议》，共同设立了新爱体育（详见公司公告，公告编号：临 2018-111 号），新爱体育主要业务为从事体育视频播出平台运营业务。根据《合资协议》约定，新英传媒与爱艺奇共同承诺：1、新英传媒原平台与爱奇艺"体育"频道统一更名为"爱奇艺体育"，由新爱体育统一运营，新体育平台使用统一的体育会员体系，且双方不再单独开辟独立频道或独立 APP，不与新爱体育之外的主体合作发展体育赛事直播、点播等业务；2、双方将现拥有的相关赛事版权授权给新爱体育使用；3、新英传媒将终止运营互联网体育视频播出平台，原有互联网体育视频播出平台的相关有形和无形资产（包括但不限于服务器、租赁带宽、租赁机房、软件系统等）转让予新爱体育所有；4、北京新英世播传媒技术有限公司（以下简称"新英世播"）将自新爱体育成立之日起一个月内注入新爱体育，并成为新爱体育 100% 控股子公司；5、爱奇艺将在流量、广告等方面为新爱体育提供支持，另外爱奇艺 PC 网页、H5 网页及其他可能出现的网页端"体育"频道以及部分移动 APP 端的"体育"频道也均由新爱体育负责开发及运营。

（二）关联交易简介

2018 年 8 月 7 日，公司召开了第八届董事会第四十八次会议，会议审议通过了《关于公司签署增资协议暨关联交易的议案》，同意公司与新英传媒、爱奇艺、喻凌霄、新英汇智、和谐安朗、知行并进、汇盈博润签署《增资协议》，以加速推动新爱体育以及体育视频播出平台"爱奇艺体育"的快速发展。

根据《增资协议》，和谐安朗将以 3 亿元认购新爱体育 10.00%的股权，对应新爱体育新增注册资本 1,200 万元，超出部分 28,800 万元计入新爱体育资本公积；知行并进将以 1 亿元认购新爱体育 3.33%的股权，对应新爱体育新增注册资本 400 万元，超出部分 9,600 万元计入新爱体育资本公积；汇盈博润将以 1 亿元认购新爱体育 3.33%的股权，对应新爱体育新增注册资本 400 万元，超出部分 9,600 万元计入新爱体育资本公积。

增资完成后，新爱体育注册资本将变更为 1.2 亿元，其中新英传媒持有新爱体育 35.42%的股权；爱奇艺持有新爱体育 31.88%的股权；喻凌霄持有新爱体育 3.54%的股权；新英汇智持有新爱体育 12.50%的股权；和谐安朗持有新爱体育 10.00%的股权；知行并进持有新爱体育 3.33%的股权；汇盈博润持有新爱体育

3.33%的股权。

本次交易不构成《上市公司重大资产重组管理办法》规定的重大资产重组。

（三）关联关系说明



如上图所示，根据《上海证券交易所股票上市规则》第 10.1.3 条，汇盈博润的普通合伙人为武汉晟道创业投资基金管理有限公司，因此汇盈博润为公司关联法人。同时，根据第 10.1.6 条规定，鉴于新英传媒在未来十二个月内将成为本公司的全资子公司，且新英传媒为新爱体育第一大股东，因此，基于审慎性原则，故本次交易构成公司的关联交易。

（四）关联交易累计说明

至本次关联交易为止（含本次交易），过去 12 个月内公司与同一关联人（当代集团及其控股子公司）的关联交易达到 3,000 万元以上，但累计金额未超过公司最近一期经审计净资产绝对值 5%以上。因此，根据《公司法》、《上海证券交易所股票上市规则》、《公司章程》的规定，本次交易无需提交公司股东大会审议。

## 二、合作方介绍

（一）爱奇艺

公司名称：北京爱奇艺科技有限公司

统一社会信用代码：91110108660527705X

公司类型：有限责任公司

注册资本：3,000 万元人民币

法定代表人：耿晓华

注册地址：北京市海淀区海淀北一街 2 号 11 层 1101

成立日期：2007 年 3 月 27 日

经营范围：技术开发、技术咨询、技术服务、技术转让；设计、制作、代理、发布广告；销售自行开发后的产品、电子产品、机械设备、家用电器、计算机、软件及辅助设备、通讯设备、文化用品、玩具；健康咨询（须经审批的诊疗活动除外）；预防保健服务（须经审批的诊疗活动除外）；机械设备租赁（不含汽车租赁）；出租摄影棚；票务代理；制作、发行动画片、专题片、电视综艺、不得制作时政新闻及同类专题、专栏等广播电视节目；互联网信息服务业务不含新闻、出版、教育、医疗保健、含药品和医疗器械、电子公告服务；图书、报纸、期刊、电子出版物、音像制品批发、零售、网上销售；预包装食品销售，不含冷藏冷冻食品；利用信息网络经营音乐娱乐产品、从事网络文化产品的展览、比赛活动艺术品、演出剧（节）目、动漫产品、游戏产品（含网络游戏虚拟货币发行）；第二类互联网视听节目服务中的第三项、文艺、娱乐、科技、财经、体育、教育等专业类视听节目的制作（不含采访）、播出服务、第四项、网络剧（片）的制作、播出服务、第五项、电影、电视剧、动画片类视听节目的汇集、播出服务、第六项、文艺、娱乐、科技、财经、体育、教育等专业类视听节目的汇集、播出服务；第二类增值电信业务中的国内呼叫中心业务、信息服务业务（不含互联网信息服务）（仅限外地分支机构经营）；经营演出及经纪业务。

股东情况：耿晓华持有爱奇艺 100%的股权。

2017 年度的简要单体财务数据：

| 科目 | 2017 年 12 月 31 日 |
| --- | --- |
| 总资产 | 2,020,089 万元 |
| 净资产 | 828,260 万元 |
| 科目 | 2017 年 1-12 月 |
| 营业收入 | 1,737,835 万元 |
| 净利润 | −373,693 万元 |

注：以上数据为 iQIYI, Inc. (NASDAQ: IQ)2017 年度财务数据，该数据已经安永华明会计师事务所审计。

除本次合作事项外，上市公司及上市公司子公司与爱奇艺除在影视剧方面有业务合作外，与爱奇艺之间不存在产权、资产、人员等方面的其它关系。

（二）喻凌霄

1、基本情况

| 姓名 | 喻凌霄 |
|---|---|
| 国籍 | 中国 |
| 身份证号码 | 3101041968XXXX4019 |
| 通讯地址 | 上海市静安区延安中路 841 号东方海外大厦 1301 室 |
| 最近三年的职业和职务 | 新英体育集团总裁 |

2、对外投资公司及其业务情况

喻凌霄先生主要对外投资情况如下：

| 公司名称 | 注册资本/认缴出资（万元） | 经营范围 | 持股比例/认缴比例 |
|---|---|---|---|
| 上海新企画文化发展有限公司 | 300.00 | 广播电视节目制作及发行，各类广告设计、制作、代理、发布、影视及其他文化艺术策划、咨询、服务及相关产品开发，附设分支机构。 | 83% |
| 上海智达数字电视市场推广有限公司 | 100.00 | 数字电视频道的代理服务、宣传策划及相关的配套服务，设计、制作各类广告。广播电视器材、设备批发零售。 | 80% |
| 上海智达教育培训中心 | 50.00 | 职技类、外语类、其他类中等及中等以下非学历业务教育。 | 40% |
| 上海好体信息科技有限公司 | 313.231 | 从事信息、网络、软件科技领域内的技术开发、技术转让、技术咨询、技术服务，市场营销策划，电子产品、数码产品、通信设备及相关产品、计算机、软件及辅助设备（除计算机信息系统安全专用产品）的销售，从事货物及技术的进出口业务。 | 6.1992% |

（三）新英汇智

公司名称：北京新英汇智传媒科技企业（有限合伙）

统一社会信用代码：91110108MA01DCE94D

公司类型：有限合伙企业

法定代表人：喻凌霄

注册地址：北京市海淀区中关村大街甲 38 号 1 号楼 B 座 12 层 080 室

成立日期：2018 年 07 月 09 日

经营范围：技术开发、技术推广、技术转让、技术咨询、技术服务；经济贸易咨询；文化咨询；体育咨询；设计、制作、代理、发布广告；市场调查；企业管理咨询；组织文化艺术交流活动（不含营业性演出）；承办展览展示活动。（下期出资时间为 2048 年 06 月 27 日；企业依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事

本市产业政策禁止和限制类项目的经营活动。）

实际控制人：喻凌霄先生

新英汇智为新爱体育员工持股平台。

### 三、增资方介绍

（一）和谐安朗

公司名称：珠海和谐安朗投资企业（有限合伙）

统一社会信用代码：91440400MA4W3XHM8F

公司类型：有限合伙企业

注册资本：185,955.9470 万元人民币

执行事务合伙人：西藏朗越创业投资管理有限公司

注册地址：珠海市横琴新区宝华路 6 号 105 室-25040（集中办公区）

成立日期：2016 年 12 月 26 日

经营范围：自有资金投资；项目投资；实业投资；投资咨询。

投资者情况：在和谐安朗中，西藏朗越创业投资管理有限公司出资比例为 1%，上海富诚海富通资产管理有限公司出资比例为 32.21%，宁波梅山保税港区招祥股权投资合伙企业（有限合伙）出资比例为 5.92%，喆颢资产管理（上海）有限公司出资比例为 59.53%，杜忠磊出资比例为 0.54%，武存英出资比例为 0.81%。

2017 年度的简要单体财务数据：

| 科目 | 2017 年 12 月 31 日 |
| --- | --- |
| 总资产 | 187,109.94 万 |
| 净资产 | 187,051.60 万元 |
| 科目 | 2017 年 1-12 月 |
| 营业收入 | 4,195.19 万元 |
| 净利润 | 1,095.66 万元 |

注：以上数据已经普华永道中天会计师事务所（特殊普通合伙）北京分所审计。

除本次增资事项外以及和谐安朗向上市公司全资子公司武汉当代明诚体育发展集团有限公司增资外（详见公司公告，公告编号：临 2018-110 号），上市

公司及上市公司子公司与和谐安朗之间不存在产权、资产、业务、人员等方面的其它关系。

（二）知行并进

公司名称：珠海知行并进文化产业投资基金（有限合伙）

统一社会信用代码：91440400MA4W5ABN6E

公司类型：有限合伙企业

注册资本：151,515.15 万元人民币

执行事务合伙人：西藏知行并进创业投资管理有限公司

注册地址：珠海市横琴新区宝华路 6 号 105 室-25511（集中办公区）

成立日期：2017 年 1 月 9 日

经营范围：文化产业投资；股权投资；自有资金投资；项目投资；实业投资；投资咨询。

股东情况：在知行并进中，深圳市普泰金融配套服务有限公司出资比例为0.1%，中航信托股份有限公司出资比例为 99%，西藏知行并进创业投资管理有限公司出资比例为 0.9%

2017 年度的简要单体财务数据：

| 科目 | 2017 年 12 月 31 日 |
| --- | --- |
| 总资产 | 164,972.52 万元 |
| 净资产 | 164,965.40 万元 |
| 科目 | 2017 年 1-12 月 |
| 营业收入 | 3,136.82 万元 |
| 净利润 | −1,359.74 万元 |

注：以上数据已经普华永道中天会计师事务所（特殊普通合伙）北京分所审计

除本次增资事项外，上市公司及上市公司子公司与知行并进之间不存在产权、资产、业务、人员等方面的其它关系。

### 四、关联方介绍

公司名称：汇盈博润（武汉）投资中心（有限合伙）

统一社会信用代码：91420100MA4KLKKJ4P

公司类型：有限合伙企业

注册资本：50,200 万元人民币

执行事务合伙人：天风汇盈（武汉）投资管理有限公司

注册地址：武汉市东湖新技术开发区关东科技工业园华光大道 18 号高科大厦 4 层 04 室

成立日期：2015 年 12 月 16 日

经营范围：对企业项目投资及咨询业务。

股东情况：武汉晟道创业投资基金管理有限公司作为普通合伙人持有汇盈博润 0.20%的股权；天风汇盈（武汉）投资管理有限公司持有汇盈博润 0.20%的股权；天风天睿投资有限公司持有知行并进 12.45%的股权；鹏华资产管理（深圳）有限公司持有知行并进 74.70%的股权；武汉博卓化工有限公司持有知行并进 12.45%的股权。

2017 年度的简要单体财务数据：

| 科目 | 2017 年 12 月 31 日 |
| --- | --- |
| 总资产 | 47,054.10 万元 |
| 净资产 | 45,271.72 万元 |
| 科目 | 2017 年 1-12 月 |
| 营业收入 | 210.54 万元 |
| 净利润 | -819.34 万元 |

注：以上数据已经大信会计师事务所（特殊普通合伙）审计。

除本次增资事项外，上市公司及上市公司子公司与汇盈博润之间不存在产权、资产、业务、人员等方面的其它关系。

### 五、被增资方基本情况

公司：北京新爱体育传媒科技有限公司

统一社会信用代码：91110105MA01DQ069M

公司类型：有限责任公司

法定代表人：喻凌霄

注册资本：10,000 万人民币

注册地址：北京市朝阳区工体北路 4 号院 79 号楼 1-11 室

经营范围：技术开发、技术推广、技术转让、技术咨询、技术服务；计算机系统服务；应用软件服务（不含医用软件）；经济贸易咨询；公共关系服务；会议服务；工艺美术设计；电脑动画设计；企业策划、设计；设计、制作、代理、发布广告；服装设计；销售服装、鞋帽、体育用品；市场调查；组织文化艺术交流活动（不含演出）；承办展览展示活动。

股东情况：增资前，新英传媒出资 4,250 万元，持股 42.5%；爱奇艺出资 3,825 万元，持股 38.25%；喻凌霄出资 425 万元，持股 4.25%；新英汇智出资 1,500 万元，持股 15%。

新爱体育成立时间较短，尚未实际运营。

### 六、《增资协议》的主要内容

（一）各出资人出资方式、投资规模及持股比例

和谐安朗同意以人民币 3 亿元认购新爱体育 10.00%的股权，对应新爱体育新增注册资本人民币 1,200 万元，超出部分人民币 28,800 万元计入新爱体育资本公积。

知行并进同意以人民币 1 亿元认购新爱体育 3.33%的股权，对应新爱体育新增注册资本人民币 400 万元，超出部分人民币 9,600 万元计入新爱体育资本公积。

汇盈博润同意以人民币 1 亿元认购新爱体育 3.33%的股权，对应新爱体育新增注册资本人民币 400 万元，超出部分人民币 9,600 万元计入新爱体育资本公积。

若各方完成实际出资，则新爱体育变更后的注册资本及股东如下：

| 股东名称 | 出资方式 | 认缴注册资本金额(万元) | 持股比例(%) |
| --- | --- | --- | --- |
| 新英体育传媒有限公司 | 现金 | 4,250 | 35.42% |
| 北京爱奇艺科技有限公司 | 现金 | 3,825 | 31.88% |
| 喻凌霄 | 现金 | 425 | 3.54% |
| 北京新英汇智传媒科技企业（有限合伙） | 现金 | 1,500 | 12.50% |
| 珠海和谐安朗投资企业（有限合伙） | 现金 | 1,200 | 10.00% |
| 珠海知行并进文化产业投资基金（有限合伙） | 现金 | 400 | 3.33% |

| | | | |
|---|---|---|---|
| 汇盈博润（武汉）投资中心（有限合伙） | 现金 | 400 | 3.33% |
| 合计 | | 12,000 | 100% |

（二）董事会的构成

新爱体育董事会由六名董事组成，爱奇艺有权委派二名董事并有权撤换其委派的董事，新英传媒有权委派三名董事并有权撤换其委派的董事，和谐安朗有权委派一名董事并有权撤换其委派的董事，董事长由新英传媒委派的董事中选举一人担任，副董事长由爱奇艺委派的董事中选举一人担任。董事长为新爱体育法定代表人。

（三）公司承诺

若公司或其关联方在新爱体育成立后取得任何体育赛事版权的，均应在签署版权协议的同时取得版权方关于对外转授权（不包括转授分销权）的同意，授权新爱体育使用。

（四）公司、新英传媒、爱奇艺、喻凌霄、新英汇智及各自关联方保证没有直接或间接地经营、参与或拥有与新爱体育主营业务相同或相类似的业务。

（五）争议解决

对于与本协议相关的争议，任何一方可将争议提交北京仲裁委员会，按其届时有效的仲裁规则进行仲裁。仲裁地点在北京。仲裁裁决是终局的，对各方均有约束力。

（六）生效、替代和修改

本协议经各方签字或盖章后生效。本协议未尽事宜，各方另行协商后签订补充合同，补充合同与本协议具有同等法律效力。

## 七、对上市公司的影响

鉴于新爱体育在本次增资完成后，新英传媒依然是其第一大股东。因此，本次新爱体育的设立及业务整合、增资等事宜均不影响公司本次重大资产购买的实施，即不影响上市公司根据《股权收购协议》已完成的 4.315 亿美元股权收购款支付事宜，亦不影响即将完成的 6,850 万美元增资对价支付事宜及新英体育 100% 股权交割事宜。

## 八、重要风险提示

（一）经营风险

新爱体育在市场拓展中，可能面临市场推广、市场竞争等方面的市场风险，同时还存在能否持续吸引和储备优质版权，做好客户、人才储备等方面的相关风险。

（二）盈利能力风险

体育视频播出平台运营业务需要极强的资源整合能力和营销传播能力，由于合资公司的运营存在一定的磨合期和培育期，因此未来能否实现预期收益尚存在不确定性。

（三）对公司当期损益的影响

虽然新英传媒与爱奇艺等各方签署了《合资协议》以及《增资协议》，但鉴于本次重大资产购买尚未实施完成，因此对公司的当期影响尚无法确定。

## 九、该关联交易应当履行的审批程序

本次关联交易的相关议案已经公司第八届董事会第四十八次会议于 2018 年 8 月 7 日审议并通过，关联董事易仁涛先生、王鸣先生回避了相关议案的表决，公司独立董事已于事前发表了认可意见，并就本次关联交易的相关议案发表了独立意见。

## 十、历史关联交易情况

过去十二个月内，公司与当代集团及其控股子公司进行的关联交易如下：

1、公司及公司控股子公司指点未来影院与晟道投资等共同签署《关于武汉当代指点未来影院管理有限公司之可转股债权投资协议》。该事项已经公司 2017 年第六次临时股东大会审议通过（临 2017-093 号）。

2、公司与全资子公司强视传媒有限公司与长瑞招源签署了关于《电视剧投资合作协议》。该事项已经公司 2018 年第二次临时股东大会审议通过（临 2018-020 号）。

3、重庆当代力帆足球俱乐部有限公司授权公司全资子公司双刃剑上海为其 2018、2019、2020 赛季的独家商务代理公司。该事项已经公司 2018 年第四次临时股东大会审议通过（临 2018-038 号）。

4、公司与当代集团公司签订了《武汉当代明诚文化股份有限公司非公开发

行股票之附条件生效认购协议的补充协议》。该事项已经公司 2018 年第五次临时股东大会审议通过（临 2018-092 号）。

**十一、备查文件目录**

（一）第八届董事会第四十八次会议决议；

（二)独立董事关于公司第八届董事会第四十八次会议相关事项的事前认可意见；

（三)独立董事关于公司第八届董事会第四十八次会议相关事项的审核意见；

（四）公司与爱奇艺等各方签署的《增资协议》。

特此公告。

武汉当代明诚文化股份有限公司董事会

2017 年 8 月 8 日