UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

In re iQIYI, Inc. Securities Litigation,

JUDGMENT

20-CV-01830 (DG) (TAM)

----------------------------------------------------------------X

In re Baidu, Inc. Securities Litigation,

20-CV-03794 (DG) (TAM)

----------------------------------------------------------------X

A Memorandum and Order of Honorable Diane Gujarati, United States District Judge,

having been filed on September 30, 2024, granting the motions to dismiss, *iQIYI* ECF Nos. 156,

157; *Baidu* ECF Nos. 61, 62; and dismissing the Operative Complaints, *iQIYI* ECF No. 175;

*Baidu* ECF No. 75; it is

ORDERED and ADJUDGED that the motions to dismiss, *iQIYI* ECF Nos. 156, 157;

*Baidu*, ECF Nos. 61, 62, are granted; and that the Operative Complaints, *iQIYI* ECF No. 175;

*Baidu* ECF No. 75, are dismissed.

Dated: Brooklyn, NY
       October 2, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
        Deputy Clerk